**LEVI & KORSINSKY, LLP**
Eduard Korsinsky
Gregory M. Nespole (*pro hac vice* forthcoming)
55 Broadway, 10th Floor
New York, New York 10006
Tel.: (212) 363-7500
Fax: (212) 363-7171
Email: ek@zlk.com
Email: gnespole@zlk.com

*Counsel for Movant Vijay Singh*
*and [Proposed] Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAUL MONTESANO, Individually and on Behalf of All Others Similarly Situated,<br><br>                          Plaintiff,<br><br>v.<br><br>EROS INTERNATIONAL PLC, KISHORE LULLA, PREM PARAMESWARAN, and JYOTI DESHPANDE,<br><br>                          Defendants. | Case No. 2:19-cv-14125-JMV-JAD<br><br>**VIJAY SINGH'S MOTION FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL**<br><br>**MOTION DATE: September 16, 2019** |

*[caption continued on next page]*

JOHN SCHRAUFNAGEL, Individually and on Behalf of All Others Similarly Situated,

               Plaintiff,

v.

EROS INTERNATIONAL PLC, KISHORE LULLA, PREM PARAMESWARAN, and JYOTI DESHPANDE,

               Defendants.

Case No. 2:19-cv-14445-KM-JBC

**PLEASE TAKE NOTICE** that, on September 16, 2019, or as soon thereafter as the matter may be heard in the courtroom of the Honorable John Michael Vazquez, situated at 50 Walnut Street, Newark, NJ 07102, proposed lead plaintiff Vijay Singh ("Movant"), by his counsel, will hereby move this Court for an Order (attached hereto): (1) consolidating the above-captioned actions (the "Actions") (2) appointing Movant as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B) in the Actions; (3) approving Movant's selection of Levi & Korsinsky, LLP as lead counsel; and (4) for any such further relief as the Court may deem just and proper.  In support of this Motion, Movant submits herewith a Memorandum of Law in Support of the Motion and the

2

Declaration of Eduard Korsinsky for Consolidation of the Actions, Appointment as Lead Plaintiff, and Approval of his Selection of Lead Counsel dated August 20, 2019.

This Motion is made on the grounds that Movant believes he is the "most adequate plaintiff" pursuant to the PSLRA and should therefore be appointed Lead Plaintiff. *See* 15 U.S.C. §78u-4(a)(3)(B)(iii)(I)(bb). Specifically, Movant believes he has the "largest financial interest" in the relief sought by the class in the Action as a result of the substantial loss he suffered on his purchases of Eros International PLC securities during the Class Period. Additionally, Movant also believes he "satisf[ies] the requirements of Rule 23 of the Federal Rules of Civil Procedure" because his claims are typical of those of other class members and because he will fairly and adequately represent the interests of the class. *See* 15 U.S.C. §78u-4(a)(3)(B)(iii)(I)(cc).

*[Signature on Following Page]*

Dated:  August 20, 2019                    Respectfully submitted

                                 **LEVI & KORSINSKY, LLP**

                                 /s/ Eduard Korsinsky

                                 Eduard Korsinsky
Gregory M. Nespole *(pro hac vice* forthcoming*)*
55 Broadway, 10th Floor
New York, New York 10006
Tel.:  (212) 363-7500
Fax:  (212) 363-7171
Email: ek@zlk.com
Email: gnespole@zlk.com


*Counsel for Movant Vijay Singh and Proposed*
*Counsel for the Class*

4

## <u>CERTIFICATE OF SERVICE</u>

I, Eduard Korsinsky, hereby certify that on August 20, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the registered participants as identified on the Notice of Electronic Filing.

*/s/Eduard Korsinsky*
Eduard Korsinsky
