**LEVI & KORSINSKY, LLP**
Eduard Korsinsky
Gregory M. Nespole (*pro hac vice* forthcoming)
55 Broadway, 10th Floor
New York, New York 10006
Tel.:  (212) 363-7500
Fax:  (212) 363-7171
Email: ek@zlk.com
Email: gnespole@zlk.com

*Counsel for Movant Vijay Singh
and [Proposed] Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| PAUL MONTESANO, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:19-cv-14125-JMV-JAD |
| Plaintiff, | **DECLARATION OF EDUARD KORSINSKY IN SUPPORT OF VIJAY SINGH'S MOTION FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL** |
| v. | |
| EROS INTERNATIONAL PLC, KISHORE LULLA, PREM PARAMESWARAN, and JYOTI DESHPANDE, | |
| Defendants. | **MOTION DATE: September 16, 2019** |

*[caption continued on next page]*

JOHN SCHRAUFNAGEL, Individually and on Behalf of All Others Similarly Situated,

                    Plaintiff,

v.

EROS INTERNATIONAL PLC, KISHORE LULLA, PREM PARAMESWARAN, and JYOTI DESHPANDE,

                    Defendants.

Case No. 2:19-cv-14445-KM-JBC

I, EDUARD KORSINSKY, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am a partner of the law firm Levi & Korsinsky, LLP, proposed Lead Counsel for Vijay Singh ("Movant"). I respectfully submit this declaration in support of the Movant's Motion for Consolidation of the above-captioned actions (the "Actions"), Appointment as Lead Plaintiff, and Approval of Selection of Counsel in the Actions. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

<u>Exhibit A</u>  Movant's Sworn Certification;

<u>Exhibit B</u>  Movant's estimated loss calculations;

<u>Exhibit C</u>  Notice of pendency of class action published on *Business Wire* on June 21, 2019; and

<u>Exhibit D</u>  Levi & Korsinsky, LLP firm résumé.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of August, 2019.  */s/Eduard Korsinsky*
                 Eduard Korsinsky

## <u>CERTIFICATE OF SERVICE</u>

I, Eduard Korsinsky, hereby certify that on August 20, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the registered participants as identified on the Notice of Electronic Filing.

*/s/Eduard Korsinsky*
Eduard Korsinsky
