# EXHIBIT B

| Client Name | Vijay Singh |
|---|---|
| Company Name | Eros International Plc |
| Ticker Symbol | EROS |
| Security Type | |
| Class Period Start | 7/28/2017 |
| Class Period End | 6/5/2019 |
| 90-DAY Lookback Period Start | 6/6/2019 |
| 90-DAY Lookback Period End | 8/20/2019 |
| 90-DAY Lookback Average | $ 01.86 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $131,391.46 |
| *DURA LIFO* Total | $ 131,391.46 |
| Gross Shares Purchased | 15,813.00 |
| Net Shares Retained | 15,813.00 |
| Net Funds Expended | $ 160,854.36 |

### Vijay Singh

| | Purchases | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 07-26-2018 | 500 | $12.870 | $ 6,435.00 | | | | | | - | 500 | 500 | $ 01.86 | $ 931.60 | $ 5,503.40 | $ 5,503.40 |
| 09-20-2018 | 2500 | $12.460 | $ 31,150.00 | | | | | | - | 2500 | 2500 | $ 01.86 | $ 4,658.02 | $ 26,491.98 | $ 26,491.98 |
| 10-10-2018 | 1100 | $11.720 | $ 12,892.00 | | | | | | - | 1100 | 1100 | $ 01.86 | $ 2,049.53 | $ 10,842.47 | $ 10,842.47 |
| 10-25-2018 | 513 | $9.820 | $ 5,037.66 | | | | | | - | 513 | 513 | $ 01.86 | $ 955.83 | $ 4,081.83 | $ 4,081.83 |
| 03-08-2019 | 6100 | $9.730 | $ 59,353.00 | | | | | | - | 6100 | 6100 | $ 01.86 | $ 11,365.57 | $ 47,987.43 | $ 47,987.43 |
| 04-01-2019 | 5100 | $9.017 | $ 45,986.70 | | | | | | - | 5100 | 5100 | $ 01.86 | $ 9,502.36 | $ 36,484.34 | $ 36,484.34 |
| Total: | 15,813.00 | | $ 160,854.36 | | | | | | | 15,813.00 | 15,813.00 | | $ 29,462.90 | $ 131,391.46 | $ 131,391.46 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales matched to intra-class period purchases.