| | |
|---|---|
| James E. Cecchi<br>Lindsey H. Taylor<br>Donald A. Ecklund<br>**CARELLA, BYRNE, CECCHI,**<br>**OLSTEIN, BRODY & AGNELLO, P.C.**<br>5 Becker Farm Road<br>Roseland, New Jersey 07068<br>Telephone: (973) 994-1700 | Lionel Z. Glancy<br>Robert V. Prongay<br>Lesley F. Portnoy<br>**GLANCY PRONGAY & MURRAY LLP**<br>1925 Century Park East, Suite 2100<br>Los Angeles, California 90067<br>Telephone: (310) 201 – 9150 |
| *Liaison Counsel for Lead Plaintiff Movants*<br>*and the Class* | *Counsel for Lead Plaintiff Movants and*<br>*Proposed Lead Counsel for the Class* |

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAUL MONTESANO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EROS INTERNATIONAL PLC, KISHORE LULLA, PREM PARAMESWARAN, and JYOTI DESHPANDE,<br><br>Defendants. | Case No. 2:19-cv-14125-JMV-JAD |
| JOHN SCHRAUFNAGEL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EROS INTERNATIONAL PLC, KISHORE LULLA, PREM PARAMESWARAN, and JYOTI DESHPANDE,<br><br>Defendants. | Case No. 2:19-cv-14445-KM-JBC |

## <u>DECLARATION OF DONALD A. ECKLUND</u>

I, Donald A. Ecklund, hereby declare as follows:

1.      I am an attorney practicing with the law firm of Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C., liaison counsel for Lead Plaintiff Movants Opus Chartered Issuances S.A., Compartment 127 and AI Undertaking IV (together, "Movants") in the above-captioned actions. I make this declaration in support of Movants' Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A:   Press release published June 21, 2019 on *Business Wire*, announcing the pendency of the securities class action against Defendants herein: *Montesano v. Eros International plc, et al.*, No. 2:19-cv-14125;

Exhibit B:   Signed PSLRA Certifications of Movants;

Exhibit C:   Table of Movants' calculated losses, as a result of transactions in Eros International plc securities;

Exhibit D:   Firm résumé of Glancy Prongay & Murray LLP; and

Exhibit E:   Firm résumé of Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 21st day of August, 2019.

*s/ Donald A. Ecklund*
Donald A. Ecklund