# EXHIBIT B

## SWORN CERTIFICATION OF PLAINTIFF

### EROS INTERNATIONAL PLC SECURITIES LITIGATION

I, Daniel Maier, on behalf of Opus – Chartered Issuances S.A., Compartment 127 (Opus), certify that:

1. I have reviewed the complaint filed in this action and authorize the filing of a Lead Plaintiff motion on behalf of Opus.

2. I am duly authorized to institute legal action on Opus's behalf, including legal action against Eros International plc, and other defendants.

3. Opus did not purchase the Eros International plc securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

4. Opus is willing to serve as a representative party on behalf of a class and understands that a lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial. Opus also understands that, if appointed lead plaintiff in this action, it will be subject to the jurisdiction of the Court and will be bound by all rulings by the Court, including rulings regarding any judgements.

5. Opus' transactions in Eros International plc securities during the Class Period set forth in the Complaint are as follows:

   (See attached transactions)

6. Opus has not sought to serve, nor served, as a representative party on behalf of a class under this title during the last three years.

7. Opus will not accept any payment for serving as a representative party, except to receive its pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.

13.8.2019
_____
Date

_____
Opus – Chartered Issuances S.A., Compartment 127
By: Daniel Maier

**Opus - Chartered Issuances S.A., Compartment 127's**
**Transactions in Eros International Plc (EROS)**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 1/23/2019 | Bought | 2,200 | $9.0052 |
| 1/23/2019 | Bought | 200 | $9.0400 |
| 1/23/2019 | Bought | 3,600 | $9.2824 |
| 1/23/2019 | Bought | 49,000 | $9.3700 |
| 1/24/2019 | Bought | 10,000 | $9.1900 |
| 2/19/2019 | Bought | 1,000 | $9.8960 |
| 2/19/2019 | Bought | 2,000 | $9.8716 |
| 2/21/2019 | Bought | 1,000 | $10.3220 |
| 2/21/2019 | Bought | 500 | $10.2773 |
| 2/21/2019 | Bought | 500 | $10.4500 |
| 2/21/2019 | Bought | 500 | $10.3500 |
| 2/22/2019 | Bought | 460 | $9.9000 |
| 3/5/2019 | Sold | -35,960 | $9.3800 |
| 3/8/2019 | Bought | 2,705 | $9.6615 |
| 3/8/2019 | Bought | 7,295 | $9.7100 |
| 3/8/2019 | Bought | 5,000 | $9.7300 |
| 3/11/2019 | Bought | 986 | $10.3685 |
| 3/11/2019 | Bought | 4,014 | $10.3983 |
| 3/25/2019 | Sold | -10,000 | $10.0988 |
| 3/25/2019 | Sold | -10,000 | $10.1600 |
| 4/11/2019 | Bought | 1,000 | $8.8200 |
| 4/11/2019 | Bought | 1,000 | $8.6100 |
| 4/12/2019 | Bought | 1,000 | $8.7000 |
| 4/12/2019 | Bought | 600 | $8.6400 |
| 4/15/2019 | Bought | 1,000 | $8.6200 |
| 4/15/2019 | Bought | 1,000 | $8.5650 |
| 4/15/2019 | Bought | 1,000 | $8.5000 |
| 4/15/2019 | Bought | 1,000 | $8.4165 |
| 4/24/2019 | Bought | 500 | $8.6700 |
| 4/24/2019 | Bought | 1,500 | $8.6700 |
| 4/24/2019 | Bought | 1,500 | $8.6600 |
| 4/24/2019 | Bought | 1,500 | $8.6600 |
| 4/25/2019 | Bought | 1,000 | $8.7000 |
| 4/26/2019 | Bought | 1,400 | $8.8000 |
| 4/26/2019 | Bought | 2,000 | $8.9200 |
| 4/29/2019 | Bought | 2,000 | $8.8200 |
| 5/3/2019 | Bought | 1,000 | $8.6800 |
| 5/9/2019 | Bought | 1,000 | $8.2798 |
| 5/24/2019 | Bought | 400 | $7.7400 |
| 5/24/2019 | Bought | 600 | $7.7400 |
| 6/4/2019 | Bought | 1,000 | $7.7000 |

## SWORN CERTIFICATION OF PLAINTIFF
## EROS INTERNATIONAL PLC SECURITIES LITIGATION

We, Andreas Woelfl and Herbert Hakala, on behalf of AI Undertaking IV (AI), certify that:

1.  We have reviewed the complaint filed in this action and authorize the filing of a Lead Plaintiff motion on behalf of AI.

2.  We are duly authorized to institute legal action on AI's behalf, including legal action against Eros International plc, and other defendants.

3.  AI did not purchase the Eros International plc securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

4.  AI is willing to serve as a representative party on behalf of a class and understands that a lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial. AI also understands that, if appointed lead plaintiff in this action, it will be subject to the jurisdiction of the Court and will be bound by all rulings by the Court, including rulings regarding any judgements.

5.  AI' transactions in Eros International plc securities during the Class Period set forth in the Complaint are as follows:

    (See attached transactions)

6.  AI has not sought to serve, nor served, as a representative party on behalf of a class under this title during the last three years.

7.  AI will not accept any payment for serving as a representative party, except to receive its pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

We declare under penalty of perjury that the foregoing are true and correct statements.

_19.08.2019_____
Date

_19.08.2019_____
Date

AI Undertaking IV
By: Andreas Woelfl

AI Undertaking IV
By: Herbert Hakala

**AI Undertaking IV's Transactions in Eros International Plc (EROS)**

| Date | Transaction Type | Quantity | Unit Price |
|------|------------------|----------|------------|
| 4/11/2019 | Bought | 10,000 | $8.7672 |
| 4/11/2019 | Bought | 2,000 | $8.7763 |
| 4/11/2019 | Bought | 5,000 | $8.7496 |
| 4/12/2019 | Bought | 3,000 | $8.8100 |
| 4/15/2019 | Bought | 400 | $8.5092 |
| 4/15/2019 | Bought | 2,600 | $8.5300 |
| 4/16/2019 | Bought | 2,000 | $8.6500 |
| 4/23/2019 | Sold | -7,000 | $8.2800 |
| 4/23/2019 | Sold | -7,000 | $8.2900 |
| 4/23/2019 | Sold | -5,000 | $8.4000 |
| 4/24/2019 | Bought | 4,000 | $8.6700 |
| 4/24/2019 | Bought | 5,000 | $8.6598 |
| 4/25/2019 | Bought | 2,000 | $8.5868 |
| 4/25/2019 | Bought | 3,000 | $8.7199 |
| 4/26/2019 | Bought | 2,000 | $8.9200 |
| 4/29/2019 | Bought | 1,000 | $8.8000 |
| 5/1/2019 | Bought | 400 | $8.5189 |
| 5/1/2019 | Bought | 200 | $8.5300 |
| 5/1/2019 | Bought | 1,400 | $8.5400 |
| 5/6/2019 | Bought | 2,000 | $8.4000 |
| 5/6/2019 | Bought | 2,397 | $8.3496 |
| 5/6/2019 | Bought | 603 | $8.4400 |