# EXHIBIT C

Loss Chart

**Company Name:** Eros International Plc
**Ticker:** EROS
**Class Period:** July 28, 2017 to June 5, 2019

**Name:** Opus - Chartered Issuances S.A., Compartment 127

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 1/23/2019 | 2,200 | $9.0052 | -$19,811.3399 | | $0.0000 | -$19,811.34 |
| 1/23/2019 | 200 | $9.0400 | -$1,808.0000 | | $0.0000 | -$1,808.00 |
| 1/23/2019 | 3,600 | $9.2824 | -$33,416.6400 | | $0.0000 | -$33,416.64 |
| 1/23/2019 | 49,000 | $9.3700 | -$459,130.0000 | | $0.0000 | -$459,130.00 |
| 1/24/2019 | 10,000 | $9.1900 | -$91,900.0000 | | $0.0000 | -$91,900.00 |
| 2/19/2019 | 1,000 | $9.8960 | -$9,896.0000 | | $0.0000 | -$9,896.00 |
| 2/19/2019 | 2,000 | $9.8716 | -$19,743.1900 | | $0.0000 | -$19,743.19 |
| 2/21/2019 | 1,000 | $10.3220 | -$10,322.0200 | | $0.0000 | -$10,322.02 |
| 2/21/2019 | 500 | $10.2773 | -$5,138.6500 | | $0.0000 | -$5,138.65 |
| 2/21/2019 | 500 | $10.4500 | -$5,225.0000 | | $0.0000 | -$5,225.00 |
| 2/21/2019 | 500 | $10.3500 | -$5,175.0000 | | $0.0000 | -$5,175.00 |
| 2/22/2019 | 460 | $9.9000 | -$4,554.0000 | | $0.0000 | -$4,554.00 |
| 3/5/2019 | -35,960 | | $0.0000 | $9.3800 | $337,304.8000 | $337,304.80 |
| 3/8/2019 | 2,705 | $9.6615 | -$26,134.3499 | | $0.0000 | -$26,134.35 |
| 3/8/2019 | 7,295 | $9.7100 | -$70,834.4500 | | $0.0000 | -$70,834.45 |
| 3/8/2019 | 5,000 | $9.7300 | -$48,650.0000 | | $0.0000 | -$48,650.00 |
| 3/11/2019 | 986 | $10.3685 | -$10,223.3900 | | $0.0000 | -$10,223.39 |
| 3/11/2019 | 4,014 | $10.3983 | -$41,738.9199 | | $0.0000 | -$41,738.92 |
| 3/25/2019 | -10,000 | | $0.0000 | $10.0988 | $100,987.7800 | $100,987.78 |
| 3/25/2019 | -10,000 | | $0.0000 | $10.1600 | $101,600.4600 | $101,600.46 |
| 4/11/2019 | 1,000 | $8.8200 | -$8,820.0000 | | $0.0000 | -$8,820.00 |
| 4/11/2019 | 1,000 | $8.6100 | -$8,610.0000 | | $0.0000 | -$8,610.00 |
| 4/12/2019 | 1,000 | $8.7000 | -$8,700.0000 | | $0.0000 | -$8,700.00 |
| 4/12/2019 | 600 | $8.6400 | -$5,184.0000 | | $0.0000 | -$5,184.00 |
| 4/15/2019 | 1,000 | $8.6200 | -$8,620.0000 | | $0.0000 | -$8,620.00 |
| 4/15/2019 | 1,000 | $8.5650 | -$8,565.0000 | | $0.0000 | -$8,565.00 |
| 4/15/2019 | 1,000 | $8.5000 | -$8,500.0000 | | $0.0000 | -$8,500.00 |
| 4/15/2019 | 1,000 | $8.4165 | -$8,416.4950 | | $0.0000 | -$8,416.50 |
| 4/24/2019 | 500 | $8.6700 | -$4,335.0000 | | $0.0000 | -$4,335.00 |
| 4/24/2019 | 1,500 | $8.6700 | -$13,005.0000 | | $0.0000 | -$13,005.00 |
| 4/24/2019 | 1,500 | $8.6600 | -$12,990.0000 | | $0.0000 | -$12,990.00 |
| 4/24/2019 | 1,500 | $8.6600 | -$12,990.0000 | | $0.0000 | -$12,990.00 |
| 4/25/2019 | 1,000 | $8.7000 | -$8,700.0000 | | $0.0000 | -$8,700.00 |
| 4/26/2019 | 1,400 | $8.8000 | -$12,320.0000 | | $0.0000 | -$12,320.00 |
| 4/26/2019 | 2,000 | $8.9200 | -$17,839.9200 | | $0.0000 | -$17,839.92 |
| 4/29/2019 | 2,000 | $8.8200 | -$17,640.0000 | | $0.0000 | -$17,640.00 |
| 5/3/2019 | 1,000 | $8.6800 | -$8,680.0000 | | $0.0000 | -$8,680.00 |
| 5/9/2019 | 1,000 | $8.2798 | -$8,279.7700 | | $0.0000 | -$8,279.77 |
| 5/24/2019 | 400 | $7.7400 | -$3,096.0000 | | $0.0000 | -$3,096.00 |
| 5/24/2019 | 600 | $7.7400 | -$4,644.0000 | | $0.0000 | -$4,644.00 |
| 6/4/2019 | 1,000 | $7.7000 | -$7,700.0000 | | $0.0000 | -$7,700.00 |

**Shares Remaining:** 58,000     **Subtotal:** -$521,443.09

| | 90-Day Average Price[1] | Shares Remaining | 90-Day Average: | $108,716.54 |
|---|---|---|---|---|
| | $1.8744 | 58,000 | Opus Loss: | -$412,726.56 |

Loss Chart

**Name:**      AI Undertaking IV

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 4/11/2019 | 10,000 | $8.7672 | -$87,671.6300 | | $0.0000 | -$87,671.63 |
| 4/11/2019 | 2,000 | $8.7763 | -$17,552.5400 | | $0.0000 | -$17,552.54 |
| 4/11/2019 | 5,000 | $8.7496 | -$43,748.1400 | | $0.0000 | -$43,748.14 |
| 4/12/2019 | 3,000 | $8.8100 | -$26,430.0000 | | $0.0000 | -$26,430.00 |
| 4/15/2019 | 400 | $8.5092 | -$3,403.6800 | | $0.0000 | -$3,403.68 |
| 4/15/2019 | 2,600 | $8.5300 | -$22,178.0000 | | $0.0000 | -$22,178.00 |
| 4/16/2019 | 2,000 | $8.6500 | -$17,300.0000 | | $0.0000 | -$17,300.00 |
| 4/23/2019 | -7,000 | | $0.0000 | $8.2800 | $57,960.0000 | $57,960.00 |
| 4/23/2019 | -7,000 | | $0.0000 | $8.2900 | $58,030.0000 | $58,030.00 |
| 4/23/2019 | -5,000 | | $0.0000 | $8.4000 | $42,000.0000 | $42,000.00 |
| 4/24/2019 | 4,000 | $8.6700 | -$34,680.0000 | | $0.0000 | -$34,680.00 |
| 4/24/2019 | 5,000 | $8.6598 | -$43,299.0000 | | $0.0000 | -$43,299.00 |
| 4/25/2019 | 2,000 | $8.5868 | -$17,173.5000 | | $0.0000 | -$17,173.50 |
| 4/25/2019 | 3,000 | $8.7199 | -$26,159.8401 | | $0.0000 | -$26,159.84 |
| 4/26/2019 | 2,000 | $8.9200 | -$17,840.0000 | | $0.0000 | -$17,840.00 |
| 4/29/2019 | 1,000 | $8.8000 | -$8,800.0000 | | $0.0000 | -$8,800.00 |
| 5/1/2019 | 400 | $8.5189 | -$3,407.5500 | | $0.0000 | -$3,407.55 |
| 5/1/2019 | 200 | $8.5300 | -$1,706.0000 | | $0.0000 | -$1,706.00 |
| 5/1/2019 | 1,400 | $8.5400 | -$11,956.0000 | | $0.0000 | -$11,956.00 |
| 5/6/2019 | 2,000 | $8.4000 | -$16,800.0000 | | $0.0000 | -$16,800.00 |
| 5/6/2019 | 2,397 | $8.3496 | -$20,013.9200 | | $0.0000 | -$20,013.92 |
| 5/6/2019 | 603 | $8.4400 | -$5,089.3200 | | $0.0000 | -$5,089.32 |
| 6/6/2019[2] | -300 | | $0.0000 | $3.7100 | $1,113.0000 | $1,113.00 |
| 6/6/2019[2] | -9,700 | | $0.0000 | $3.7100 | $35,987.0000 | $35,987.00 |
| 6/7/2019[3] | -10,000 | | $0.0000 | $3.8004 | $38,003.5400 | $38,003.54 |

**Shares Remaining:**      **10,000**                                                **Subtotal:**      **-$192,115.58**

|  | 90-Day Average Price[1] | Shares Remaining | 90-Day Average: | $18,744.23 |
|---|---|---|---|---|
|  | $1.8744 | 10,000 | AI Loss: | -$173,371.35 |

| GPM Group Summary | |
|---|---|
| Opus Loss: | -$412,726.56 |
| AI Loss: | -$173,371.35 |
| **GPM Group Loss:** | **-$586,097.91** |

(1) Using the average closing price between June 6, 2019 and August 19, 2019

Note: post-class period sales valued using the greater of: (2) the average closing price between the end of the class period and the sales date or (3) the actual sales price.