# EXHIBIT F

GLANCY PRONGAY & MURRAY LLP
Lionel Z. Glancy (#134180)
Robert V. Prongay (#270796)
Lesley F. Portnoy (#304851)
Charles H. Linehan (#307439)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile:  (310) 201-9160
Email:  lportnoy@glancylaw.com

*Attorneys for Plaintiff*
*[Additional Counsel on Signature Page]*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPUS CHARTERED ISSUANCES S.A., COMPARTMENT 127 AND AI UNDERTAKING IV, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EROS INTERNATIONAL PLC, KISHORE LULLA, PREM PARAMESWARAN, and JYOTI DESHPANDE,<br><br>Defendants. | Case No.: 2:18-cv-07285-PA<br><br>**NOTICE OF MOTION AND MOTION OF OPUS CHARTERED ISSUANCES S.A., COMPARTMENT 127 AND AI UNDERTAKING IV FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**<br><br>Date:<br>Time:<br>Ctrm:<br>Judge: |

NOTICE OF MOTION

TO: THE CLERK OF THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that soon as the matter can be heard in the United States District Court for the Central District of California, Lead Plaintiff Movants Opus Chartered Issuances S.A., Compartment 127 and AI Undertaking IV ("Movants") will move this Court for entry of an Order: (i) appointing Movants as Lead Plaintiff; and (ii) approving Movants' selection of Glancy Prongay & Murray LLP as Lead Counsel.

This motion is brought pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for an Order (attached hereto): (i) appointing Movants as Lead Plaintiff on behalf of all persons who purchased or otherwise acquired the securities of Eros International plc between July 28, 2017 and June 5, 2019, inclusive ("Class Period"); (ii) approving Movant's selection of counsel as Lead Counsel; and (iii) granting such other and further relief as the Court may deem just and proper.

In support of this Motion, Movants submit a Memorandum of Law in support thereof and the Declaration of Robert V. Prongay and the exhibits attached thereto, and all of the prior pleadings and other files in this matter, and such other written or oral arguments as may be permitted by the Court.

## COMPLIANCE WITH CIVIL LOCAL RULE 7-3

This Motion is filed pursuant to Section 21D of the Exchange Act, as amended by the PSLRA. This Section provides that within 60 days after publication of the required notice, any member of the proposed class may apply to the Court to be appointed as lead plaintiff, whether or not they have previously filed a complaint in the underlying action. Consequently, counsel for Movants have no way of knowing with certainty who, if any, the competing lead plaintiff candidates are at this time. As a result, counsel for Movants have been unable to conference with

opposing counsel as prescribed in Local Rule 7-3, and respectfully request that the conference requirement of Local Rule 7-3 be waived for this motion. Pursuant to §78u-4(a)(3)(B)(iii)(II) of the Exchange Act, defendants do not have standing to oppose the appointment of Movants as lead plaintiffs. *See Takeda v. Turbodyne Techs., Inc.*, 67 F. Supp. 2d 1129, 1138 (C.D. Cal. 1999).

Dated:  August 20, 2019       **GLANCY PRONGAY & MURRAY LLP**

By:  *s/ Robert V. Prongay*
Lionel Z. Glancy
Robert V. Prongay
Lesley F. Portnoy
Charles H. Linehan
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Plaintiff*

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On August 20, 2019, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 20, 2019, at Los Angeles, California.

*s/ Lesley F. Portnoy*
Lesley F. Portnoy