**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| PAUL MONTESANO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EROS INTERNATIONAL PLC, KISHORE LULLA, PREM PARAMESWARAN, and JYOTI DESHPANDE,<br><br>Defendants. | Case No. 2:19-cv-14125-JMV-JAD |
| JOHN SCHRAUFNAGEL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EROS INTERNATIONAL PLC, KISHORE LULLA, PREM PARAMESWARAN, and JYOTI DESHPANDE,<br><br>Defendants. | Case No. 2:19-cv-14445-KM-JBC |

**[PROPOSED] ORDER GRANTING OPUS CHARTERED ISSUANCES S.A.,**
**COMPARTMENT 127 AND AI UNDERTAKING IV'S MOTION FOR**
**CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD**
**PLAINTIFF, AND APPROVAL OF COUNSEL**

Having considered the motion of Opus Chartered Issuances S.A., Compartment 127 and AI Undertaking IV for consolidation of related actions, appointment as lead plaintiff and approval of counsel (the "Motion"), and good cause appearing, the Court ORDERS as follows:

1.     The Motion is GRANTED;

2.     The above-captioned actions are consolidated pursuant to Federal Rule of Civil Procedure 42(a) as *In re Eros International plc Securities Litigation*, Master File No. 2:19-cv-14125;

3.     The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), appoints Opus Chartered Issuances S.A., Compartment 127 and AI Undertaking IV as Lead Plaintiff; and

4.     Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), the Court appoints Glancy Prongay & Murray LLP as Lead Counsel and Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C. as Liaison Counsel for the class.


IT IS SO ORDERED.



Dated: _____, 2019          _____
                                        HON. JOHN MICHAEL VASQUEZ
                                        UNITED STATES DISTRICT JUDGE

1