**LEVI & KORSINSKY, LLP**
Eduard Korsinsky
55 Broadway, 10th Floor
New York, New York 10006
Tel.:  (212) 363-7500
Fax:  (212) 363-7171
Email: ek@zlk.com

*Counsel for Movant Vijay Singh*
*and [Proposed] Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAUL MONTESANO, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:19-cv-14125-JMV-JAD |
| Plaintiff, | |
| v. | **DECLARATION OF EDUARD KORSINSKY IN SUPPORT OF VIJAY SINGH'S MEMORANDUM OF LAW IN OPPOSITION TO THE COMPETING MOTIONS FOR APPOINTMENT AS THE LEAD PLAINTIFF** |
| EROS INTERNATIONAL PLC, KISHORE LULLA, PREM PARAMESWARAN, and JYOTI DESHPANDE, | |
| Defendants. | **MOTION DATE: September 16, 2019** |

*[caption continued on next page]*

1

|  |  |
|---|---|
| JOHN SCHRAUFNAGEL, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> EROS INTERNATIONAL PLC, KISHORE LULLA, PREM PARAMESWARAN, and JYOTI DESHPANDE, <br><br> Defendants. | Case No. 2:19-cv-14445-KM-JBC |

I, EDUARD KORSINSKY, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.  I am a partner of the law firm Levi & Korsinsky, LLP, proposed Lead Counsel for Vijay Singh ("Movant"). I respectfully submit this declaration in support of the Movant's Motion for Consolidation of the above-captioned actions (the "Actions"), Appointment as Lead Plaintiff, and Approval of Selection of Counsel in the Actions. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.  Attached are true and correct copies of the following exhibits:

**Exhibit 1**  Excerpt of "Registration Document" stating Opus – Chartered Issuances S.A. is "(incorporated as a public limited liability company (société anonyme) under the

laws of the Grand Duchy of Luxembourg)." CHARTERED OPUS, *Registration Document,* https://chartered-opus.com/wp-content/uploads/2018/01/Registration-Doument_Opus-Chartered-Issuance-SA.pdf (Apr. 18, 2017);

**Exhibit 2**     Website of LEI.INFO listing that Advanced Undertaking IV Inc. is an entity registered in St. Vincent and the Grenadines. LEI.INFO, *AI Undertaking IV Inc.*, https://lei.info/5299005VFZ98LHNFOR20 (last visited Sept. 3, 2019); and

**Exhibit 3**     The "Company" webpage on Chartered Opus's website. CHARTERED OPUS, *Company*, https://chartered-opus.com/en/company/ (last visited Sept. 3, 2019).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 3rd day of September, 2019.     */s/Eduard Korsinsky*
                                               Eduard Korsinsky