# EXHIBIT 1

Dated 18 April 2017

**Registration Document**

**OPUS – CHARTERED ISSUANCES S.A.**
*(incorporated as a public limited liability company (société anonyme)*
*under the laws of the Grand Duchy of Luxembourg)*