# EXHIBIT 2

Case 2:19-cv-14125-ES-JSA Document 13-3 Filed 09/03/19 Page 2 of 4 PageID: 392

**Search LEIs by name, LE**     All countrie  ▼     **FIND LEI**

LEI.INFO (/)   >   Catalog (/catalog)   >   Saint Vincent and the Grenadines (/catalog/VC)   >   AI UNDERTAKING IV INC.

ENTITY LEGAL NAME

**VALIDATE ON BLOCKCHAIN**

## LEI     Details     Finance     EDGAR     More data...

## Data viewer

HISTORICAL DATA

**2019-02-20** ▼

DATA EXPORT

**CSV** ▼     **EXPORT** ▶

LEI

# 5299005VFZ98LHNFOR20

ENTITY STATUS

## Active



LEGAL FORM
9999 ⦾

REGISTERED BY
RA000508 ⦾

REGISTRATION ID
21866 IBC 2013

LEGAL ADDRESS
**c/o St. Vincent Trust Service Limited, Trust House, 112 Bonadie Street, Kingstown, VC** ◉

HEADQUARTERS ADDRESS
**c/o St. Vincent Trust Service Limited, Trust House, 112 Bonadie Street, Kingstown, VC** ◉

LEI REGISTRATION STATUS

# Issued



---

REGISTERED BY LOU
**5299000J2N45DDNE4Y28 (/5299000J2N45DDNE4Y28 )**

---

LAST UPDATE DATE
2019/02/20 07:43:55 +01:00

---

NEXT RENEWAL DATE
2019/12/20 23:00:00 +01:00

---

VALIDATION
Partially Corroborated

---

INITIAL REGISTRATION DATE
2017/11/30 07:42:34 +01:00

**AI UNDERTAKING IV INC.** is a company located in **Saint Vincent and the Grenadines, Kingstown at c/o St. Vincent Trust Service Limited, Trust House, 112 Bonadie Street**. **AI UNDERTAKING IV INC.** has an **ACTIVE** entity status and an **ISSUED** LEI code. The Legal Entity Identifier code of **AI UNDERTAKING IV INC.** is **5299005VFZ98LHNFOR20**. The legal form of this company is **9999**.

THIS SPACE IS RESERVED FOR YOUR COMPANY

# Add your own information here

Upload your own image and add vital information about your company. It will be visible to anyone who looks up your organization!



Case 2:19-cv-14125-ES-JSA Document 13-3 Filed 09/03/19 Page 4 of 4 PageID: 394

ADD YOUR INFORMATION NOW (/ADS)

ABOUT US

LEI GOVERNANCE

LEI USE CASES

LEI EXPLAINED

SEMANTIC AND BLOCKCHAINED LEI

LEI SEARCH ENGINE

2017 Makolab USA. All rights reserved.

Terms of Service (/portal/terms-of-service/)

Privacy Policy (/portal/privacy-policy/)