# EXHIBIT 3

Company – Chartered Opus

# OUR COMPANY

About us

**Team**

**Partners**

**Publications**

# CHARTERED OPUS

is the
production
and issuance
platform of
Chartered
Investment
Germany

## QUALITY ASSURANCE

The product offering includes an examination of the transaction partners and their regulation as well as a specific examination, graded according to the type of reference values or assets and their acquisition path.
Ongoing reviews are carried out with regard to legal requirements.

### Prospect

In line with our corporate strategy, we focus on two core topics. Firstly, we are pushing ahead with the development of tailor-made, innovative product solutions. Strict adherence to and further development of our quality standards is a central element in this process. Secondly, we are moving forward with digital change at the operational level, which benefits our customers in particular. We believe that digitisation also opens up numerous new opportunities for individual solutions. All these topics are being worked on by our experienced employees in Düsseldorf, who on average have more than ten years of professional experience.

Company – Chartered Opus

## INVESTOR RELATIONS

Private placements are made through Opus – Chartered Issuances S.A., whereas issues for public distribution are mostly made through Opus (Public) Chartered Issuance S.A.. Further information can be found **here**.

# CHARTERED OPUS



Chartered Opus is the brand name of Chartered Investment Germany GmbH and a platform for the issue of bearer bonds (issuing platform).

Chartered Opus offers professional market participants (clients such as asset managers) the opportunity to realise "securitised" concepts/products for their own investment or for their customers.
Chartered Opus combines the client's specified assets in a new product and "securitises" them.
The Luxembourg Securitisation Act makes it possible to subdivide the balance sheet of an issuer into individual sub-funds (each a "compartment"). This legal option of securitisation transforms selected assets into a balance sheet-accounted sub-fund that is exclusively available to the respective owners. The issuer risk is thus limited to this sub-fund.

Since 2013, a large number of products with a total nominal value of several million euros have been issued via the issue platforms Opus, which were commissioned by approx. 30 different asset managers from Germany, Switzerland and Japan.

# TWO ISSUING COMPANIES

The issuing companies under which the sub-funds are set up and corresponding products are issued are the two issuers

**Opus – Chartered Issuances S.A.** and
**Opus (Public) Chartered Issuance S.A.**

Company – Chartered Opus

Private placements are made through Opus – Chartered Issuances S.A., whereas issues for public distribution are usually made through Opus (Public) Chartered Issuance S.A.. As a regulated securitization company, the latter company is subject to the Luxembourg financial supervisory authority CSSF.

All products securitized by Chartered Opus are generally distributed by the initiator/client of the product or a distribution partner appointed by him.

# CHARTERED INVESTMENT GERMANY GMBH („CIG")



as operator of the issuing platform, is responsible for the implementation of the concepts/products and their ongoing support. In addition, CIG is responsible for the marketing of the issuing platform. CIG is based in Düsseldorf and is regulated by BaFin/ Bundesbank according to §32 KWG.

Baader Bank Aktiengesellschaft acts as custodian of the respective assets of the individual sub-funds and maintains these in separate accounts and custody accounts. Baader Bank Aktiengesellschaft is also the paying agent of Chartered Opus.

The annual financial statements of Opus – Chartered Issuances S.A. and Opus (Public) Chartered Issuance S.A. are audited by Ernst & Young Luxembourg, the domiciliation of the issuing companies in Luxembourg is carried out by Intertrust Luxembourg S.A.