**LEVI & KORSINSKY, LLP**
Eduard Korsinsky (EK-8989)
55 Broadway, 10th Floor
New York, New York 10006
Tel.:  (212) 363-7500
Fax:  (212) 363-7171
Email: ek@zlk.com

*Counsel for Movant Vijay Singh*
*and [Proposed] Lead Counsel for the*
*Class*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| PAUL MONTESANO, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:19-cv-14125-JMV-JAD |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| EROS INTERNATIONAL PLC, KISHORE LULLA, PREM PARAMESWARAN, and JYOTI DESHPANDE, | |
| Defendants. | |

*[caption continued on next page]*

1

| | |
|---|---|
| JOHN SCHRAUFNAGEL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EROS INTERNATIONAL PLC, KISHORE LULLA, PREM PARAMESWARAN, and JYOTI DESHPANDE,<br><br>Defendants. | Case No. 2:19-cv-14445-KM-JBC |

I, Eduard Korsinsky, hereby certify that on September 3, 2019, I authorized the electronic filing of the foregoing brief and accompanying documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the registered participants as identified on the Notice of Electronic Filing.

*/s/Eduard Korsinsky*
Eduard Korsinsky