**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq.
609 W. South Orange Avenue, Suite 2P
South Orange, NJ 07079
Telephone: (973) 313-1887
Fax: (973) 833-0399
lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Plaintiffs and the Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAUL MONTESANO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>EROS INTERNATIONAL PLC, KISHORE LULLA, PREM PARAMESWARAN, AND JYOTI DESHPANDE,<br><br>Defendants. | No.: 2:19-cv-14125-JMV-JAD<br><br>**RESPONSE OF SUNIL CHIRANIA AND MARTIN MAYER**<br><br>CLASS ACTION<br><br>**MOTION DATE: September 16, 2019** |

1

| | |
|---|---|
| JOHN SCHRAUFNAGEL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>EROS INTERNATIONAL PLC, KISHORE LULLA, PREM PARAMESWARAN, AND JYOTI DESHPANDE,<br><br>Defendants. | No.: 2:19-cv-14445-KM-JBC<br><br>CLASS ACTION |

Contrary to what was stated in movant Vijay Singh's opposition, dkt. no. 13 at 1, Mr. Chirania and Mr. Mayer did not withdraw their motion, rather, they filed a Notice of Non-Opposition that recognized movants Opus Chartered Issuances S.A., Compartment 127 and AI Undertaking IV have the largest financial interest and appear to be the presumptive lead plaintiffs.

Should the Court determine that Opus Chartered Issuances S.A., Compartment 127 and AI Undertaking IV are ineligible to be appointed Lead Plaintiffs, the Court should then appoint Mr. Chirania and Mr. Mayer as Lead Plaintiffs, as they have the next largest financial interest and otherwise satisfy the requirements of Rule 23. *See* Dkt. No. 6-1.

Dated: September 9, 2019          Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Laurence M. Rosen
Laurence M. Rosen, Esq.
609 W. South Orange Avenue, Suite 2P
South Orange, NJ 07079
Telephone: (973) 313-1887
Fax: (973) 833-0399
lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Plaintiffs and the Class*

**THE SCHALL LAW FIRM**
Brian Schall, Esq.
Sherin Mahdavian, Esq.
Rina Restaino, Esq.
1880 Century Park East, Suite 404
Los Angeles, CA 90067
Telephone: (424) 303-1964
Email: brian@schallfirm.com
        sherin@schallfirm.com
        rina@schallfirm.com

*Additional Counsel to Movants*

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of September 2019, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ Laurence M. Rosen

4