DocuSign Envelope ID: E0F3DB66-104F-4A03-AAEA-C457582ED690

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAUL MONTESANO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EROS INTERNATIONAL PLC, KISHORE LULLA, PREM PARAMESWARAN, and JYOTI DESHPANDE,<br><br>Defendants. | Case No. 2:19-cv-14125-JMV-JAD |
| JOHN SCHRAUFNAGEL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EROS INTERNATIONAL PLC, KISHORE LULLA, PREM PARAMESWARAN, and JYOTI DESHPANDE,<br><br>Defendants. | Case No. 2:19-cv-14445-KM-JBC |

**DECLARATION OF HERBERT HAKALA IN SUPPORT OF OPUS CHARTERED ISSUANCES S.A., COMPARTMENT 127 AND AI UNDERTAKING IV'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, <u>AND APPROVAL OF COUNSEL</u>**

DocuSign Envelope ID: E0F3DB66-104F-4A03-AAFA-C457582FD690

I, Herbert Hakala, pursuant to 28 U.S.C. § 1746, declare as follows:

1.    I submit this Declaration in support of Opus Chartered Issuances S.A., Compartment 127 and AI Undertaking IV's ("Opus and AI") motion for appointment as lead plaintiff and approval of Glancy Prongay and Murray LLP ("GPM") as lead counsel and Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C. ("Carella Byrne") as liaison counsel in the instant class action. I have personal knowledge about the information in this Declaration.

2.    I am a Managing Director of PP-Asset Management GmbH.

3.    PP-Asset Management GmbH is an asset manager to both Opus and AI.

4.    Opus - Chartered Issuances S.A. owns shares of Eros International Plc.

5.    I have had a relationship with Daniel Maier and Opus since 2018.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on ___9/9/2019___.

Herbert Hakala
EB680B8C990B434...

Herbert Hakala

DECLARATION
1