**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| PAUL MONTESANO, individually and on behalf of all others similarly situated, *Plaintiff,* v. EROS INTERNATIONAL PLC, et al., *Defendants.* | Civil Action No. 19-14125 (JMV)(JAD) |
| JOHN SCHRAUFNAGEL, individually and on behalf of all others similarly situated, *Plaintiff,* v. EROS INTERNATIONAL PLC, et al., *Defendants.* | Civil Action No. 19-14445 (KM)(JBC) |
| OPUS CHARTERED ISSUANCES S.A., COMPARTMENT 127 and AI UNDERTAKING IV, individually and on behalf of all others similarly situated, *Plaintiffs,* v. EROS INTERNATIONAL PLC, et al., *Defendants.* | Civil Action No. 19-18547 (ES)(SCM)  **ORDER** |

This matter comes before the Court by way of multiple motions to consolidate, appoint lead plaintiff, and appoint class counsel pursuant to the Private Securities Litigation Reform Act ("PSLRA").  D.E. 5, 6, 7, 8.[1]  For the reasons expressed in the accompanying Opinion, and for good cause shown,

**IT IS** on this 14th day of April, 2020

**ORDERED** that the parties' motions to consolidate, D.E. 5, 6, 7, 8, are **GRANTED**.  The securities class actions filed as Civil Action No. 19-14445 (KM)(JBC) and Civil Action No. 19-18547 (ES)(SCM) shall be consolidated for all purposes, including trial, under Civil Action No. 19-14125 (JMV)(JAD) ("Consolidated Action"), and shall bear the following caption:

| | |
|---|---|
| IN RE EROS INTERNATIONAL PLC SECURITIES LITIGATION | Civil Action No. 19-cv-14125 (JMV)(JAD) |

All papers filed in connection with the Consolidated Action shall be filed only in Civil Action No. 19-14125; and it is further

**ORDERED** that Opus Chartered Issuances S.A., Compartment 127 and AI Undertaking IV's motion for appointment of lead plaintiff and class counsel, D.E. 8, is **GRANTED**.  Vijay Singh's motion for appointment of lead plaintiff and class counsel, D.E. 5, is **DENIED**.  The remaining motions for appointment of lead plaintiff and class counsel, D.E. 6, 7, are **DENIED** as moot; and it is further

---

[1] All docket entries refer to Civ. No. 19-14125, unless otherwise indicated.

2

**ORDERED** that Opus Chartered Issuances S.A., Compartment 127 and AI Undertaking IV are appointed as lead plaintiff, and it is further

**ORDERED** that Glancy Prongay & Murray LLP is appointed as lead counsel, and Carella Byrne Cecchi Olstein Brody & Agnello, PC is appointed as liaison counsel for the class; and it is further

**ORDERED** that lead counsel shall be generally responsible for coordinating the activities of plaintiffs' counsel in the Consolidated Action, including the following:

(1) Coordinate the briefing and argument of motions;

(2) Coordinate the conduct of discovery proceedings;

(3) Coordinate the examination of witnesses in depositions;

(4) Coordinate the selection of counsel to act as a spokesperson at pretrial conferences;

(5) Call meetings of the plaintiffs' counsel as they deem necessary and appropriate from time to time;

(6) Coordinate all settlement negotiations with counsel for Defendants;

(7) Coordinate and direct the pretrial discovery proceedings and the preparation for trial and the trial of this matter and to delegate work responsibilities to selected counsel as may be required;

(8) Receive and disseminate Court orders and notices; and

(9) Supervise any other matters concerning the prosecution; resolution or settlement of the action; and it is further

**ORDERED** that lead counsel is designated as the spokesperson for plaintiffs with respect to all substantive communications with the Court and with opposing counsel.  No motion, request for discovery, or other pretrial proceeding shall be initiated or filed by any plaintiff without the approval of lead counsel, so as to prevent duplicative pleadings or discovery by plaintiffs.

_____
John Michael Vazquez, U.S.D.J.

3