# EXHIBIT 7

**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, DC 20549**

# FORM 20-F

☐ **REGISTRATION STATEMENT PURSUANT TO SECTION 12(b) OR 12(g) OF THE SECURITIES EXCHANGE ACT OF 1934**

**OR**

☑ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**For the fiscal year ended March 31, 2018**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**OR**

☐ **SHELL COMPANY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**Commission file number 001-32945**

## EROS INTERNATIONAL PLC

(Exact name of Registrant as specified in its charter)

**Not Applicable**

(Translation of Registrant's name into English)

**Isle of Man**

(Jurisdiction of incorporation or organization)

**550 County Avenue**
**Secaucus, New Jersey 07094**
**Tel: (201) 558 9001**

(Address of principal executive offices)

**Oliver Webster**
**First Names (Isle of Man) Limited**
**First Names House**
**Victoria Road**
**Douglas, IM2 4DF**
**Isle of Man**
**Tel: (44) 1624 630 630**
**Email: iom@firstnames.com**

(Name, Telephone, E-mail and/or Facsimile number and Address of Company Contact Person)

Securities registered or to be registered pursuant to Section 12(b) of the Act.

| Title of each class | Name of each exchange on which registered |
|---|---|
| **A ordinary share, par value GBP 0.30 per share** | **The New York Stock Exchange** |

Securities registered or to be registered pursuant to Section 12(g) of the Act.

**None**
(Title of Class)

Securities for which there is a reporting obligation pursuant to Section 15(d) of the Act

**None**
(Title of Class)

*Litigation may be necessary to enforce our intellectual property rights or to determine the validity and scope of the proprietary rights of others or to defend against claims of infringement or invalidity. Regardless of the validity or the success of the assertion of any claims, we could incur significant costs and diversion of resources in enforcing our intellectual property rights or in defending against such claims, which could have a material adverse effect on our business and results of operations. Our services and products could infringe upon the intellectual property rights of third parties.*

Other parties, including our competitors, may hold or obtain patents, trademarks, copyright protection or other proprietary rights with respect to their previously developed films, characters, stories, themes and concepts or other entertainment, technology and software or other intellectual property of which we are unaware. In addition, the creative talent that we hire or use in our productions may not own all or any of the intellectual property that they represent they do, which may instead be held by third parties. Consequently, the film content that we produce and distribute or the software and technology we use may infringe the intellectual property rights of third parties, and we frequently have infringement claims asserted against us. Any claims or litigation, justified or not, could be time-consuming and costly, harm our reputation, require us to enter into royalty or licensing arrangements that may not be available on acceptable terms or at all or require us to undertake creative changes to our film content or source alternative content, software or technology. Where it is not possible to do so, claims may prevent us from producing and/or distributing certain film content and/or using certain technology or software in our operations. Any of the foregoing could have a material adverse effect on our business, prospects, financial condition and results of operations.

*Our ability to remain competitive may be adversely affected by rapid technological changes and by an inability to access such technology.*

The Indian film entertainment industry continues to undergo significant technological developments, including the ongoing transition from film to digital media. We may be unsuccessful in adopting new digital distribution methods or may lose market share to our competitors if the methods that we adopt are not as technologically sound, user-friendly, widely accessible or appealing to consumers as those adopted by our competitors. For example, our on-demand entertainment portal accessible via internet-enabled devices, Eros Now, may not achieve the desired growth rate.

Further, advances in technologies or alternative methods of product delivery or storage, or changes in consumer behavior driven by these or other technologies, could have a negative effect on our home entertainment market in India. If we fail to successfully monetize digital and other emerging technologies, it could have a material adverse effect on our business, prospects, financial condition and results of operations.

*Our financial condition and results of operations fluctuate from period to period due to film release schedules and other factors and may not be indicative of results for future periods.*

Our financial condition and results of operations for any period fluctuate due to film release schedules in that period, none of which we can predict with reasonable certainty. Theater attendance in India has traditionally been highest during school holidays, national holidays and during festivals, and we typically aim to release big-budget films at these times. This timing of releases also takes account of competitor film releases, Indian Premier League cricket matches and the timing dictated by the film production process. As a result, our quarterly results can vary from one year to the next, and the results of one quarter are not necessarily indicative of results for the next or any future quarter. Additionally, the distribution window for the theatrical release of films, and the window between the theatrical release and distribution in other channels, have each been compressing in recent years and may continue to change. Further shortening of these periods could adversely impact our revenues if consumers opt to view a film on one distribution platform over another, resulting in the cannibalizing of revenues across distribution platforms. Additionally, because our revenue and operating results are seasonal in nature due to the impact of the timing of new releases, our revenue and operating results may fluctuate from period to period, and which could have a material adverse effect on our business, prospects, results of operations, financial condition and cash flows.

*Our accounting practices and management judgments may accentuate fluctuations in our annual and quarterly operating results and may not be comparable to other film entertainment companies.*

For first release film content, we use a stepped method of amortization and a first 12 months amortization rate based on management's judgment taking into account historic and expected performance, typically amortizing 50% of the capitalized cost for high budget films released during or after the fiscal year 2014, and 40% of the capitalized cost for all other films, in the first 12 months of their initial commercial monetization, and then the balance evenly over the lesser of the term of the rights held by us and nine years. Our management has determined to adjust the first-year amortization rate for high budget films because of the high contribution of theatrical revenue. Similar management judgment taking into account historic and expected performance is used to apply a stepped method of amortization on a quarterly basis within the first 12 months, within the overall parameters of the annual amortization.

Typically 25% of capitalized cost for high budget films released during or after the fiscal year 2014, and 20% of capitalized cost for all other films, is amortized in the initial quarter of their commercial monetization. In the fiscal year 2009 and the fiscal years prior to 2009, the balance of capitalized film content costs were amortized evenly over a maximum of four years rather than nine. Because management judgment is involved regarding amortization amounts, our amortization practices may not be comparable to other film entertainment companies. In the case of film content that we acquire after its initial monetization, commonly referred to as library, amortization is spread evenly over the lesser of ten years after our acquisition or our license period. At least annually, we review film and content rights for indications of impairment in accordance with International Accounting Standard (IAS) 36: Impairment of Assets issued by IASB.

***The amount of revenue which we report may be impacted by a new accounting standard dealing with revenue from customers.***

In May 2014, the IASB issued IFRS 15, Revenue from Contracts with Customers, ("IFRS 15"). This standard provides a single, principle-based five-step model to be applied to all contracts with customers. Guidance is provided on topics such as the point at which revenue is recognized, accounting for variable consideration, costs of fulfilling and obtaining a contract and various other related matters. IFRS 15 also introduced new disclosure requirements with respect to revenue.

IFRS 15 is effective for fiscal years beginning on or after January 1, 2018 wherein earlier adoption is permitted. Because the amendment to IFRS 15 has not yet been implemented widely, we cannot yet predict how it will impact our current and new stream of revenues under the new standard. The amendment to IFRS 15 affects all IFRS reporting companies. When the amendment becomes effective, it may have an impact on our consolidated financial statements and results of operations. See "Management's Discussion and Analysis of Financial Condition and Results of Operations" for further information.

***If we fail to achieve or maintain an effective system of internal control over financial reporting, our ability to accurately and timely report our financial results or prevent fraud may be adversely affected.***

When we cease to qualify as an "emerging growth company" under the Jumpstart Our Business Startups Act of 2012, or the JOBS Act, at the end of fiscal 2019, we will become subject to additional requirements under the Sarbanes-Oxley Act or the SOx Act, including Section 404(b) of the SOx Act which will require our independent registered public accounting firm to attest to and report on management's assessment of the effectiveness of our internal control over financial reporting. However, because we qualify as an "emerging growth company" under the JOBS Act, these attestation requirements do not apply to us until we lose this status, i.e, at the end of fiscal 2019 on onwards. Our management may conclude in future years, that our internal controls are not effective. Moreover, even if our management concludes that our internal control over financial reporting is effective, our independent registered public accounting firm may disagree and may decline to attest to our management's assessment or may issue an adverse opinion. If we identify control deficiencies as a result of the assessment process in the future, we may be unable to conclude that we have effective internal controls over financial reporting, which are necessary for us to produce reliable financial reports and are important to help prevent fraud. As a result, our failure to achieve and maintain effective internal controls over financial reporting and certify the same in a timely manner, could result in the loss of investor confidence in the reliability of our financial statements, which in turn could harm our business and negatively impact the market price of our A ordinary shares.

***Our revenue is subject to significant variation based on the timing of certain licenses and contracts we enter into that may account for a large portion of our revenue in the period in which it is completed, which could adversely affect our operating results.***

From time to time, we license film content rights to a group of films pursuant to a single license that constitutes a large portion of our revenue for the fiscal year in which the revenue from the license is recognized. The timing and size of such licenses subjects our revenue to uncertainties and variability from period to period, which could adversely affect our operating results. We expect that we will continue to enter into licenses with customers that may represent a significant concentration of our revenues for the applicable period and we cannot guarantee that these revenues will recur.

***We have entered into certain related party transactions and may continue to rely on our founders for certain key development and support activities.***

We have entered, and may continue to enter, into transactions with related parties. We also rely on the Founders Group, which consists of Beech Investments Limited, Kishore Lulla and Vijay Ahuja and associates and enterprises controlled by certain of our directors and key management personnel for certain key development and support activities. While we believe that the Founders Group's interests are aligned with our own, such transactions may not have been entered into on an arm's-length basis, and we may have achieved more favorable terms had such transactions been entered into with unrelated parties. If future transactions with related parties are not entered into on an arm's-length basis, our business may be materially harmed.

15

Further, because certain members of the Founders Group are controlling shareholders of, or have significant influence on, both us and our related parties, conflicts of interest may arise in relation to dealings between us and our related parties and may not be resolved in our favor. For further information, see "Certain Relationships and Related Party Transactions."

***We may encounter operational and other problems relating to the operations of our subsidiaries, including as a result of restrictions in our current shareholder agreements.***

We operate several of our businesses through subsidiaries. Our financial condition and results of operations significantly depend on the performance of our subsidiaries and the income we receive from them. Our business may be adversely affected if our ability to exercise effective control over our non-wholly owned subsidiaries is diminished in any way. Although we control these subsidiaries through direct or indirect ownership of a majority equity interest or the ability to appoint the majority of the directors on the boards of such companies, unanimous board approval is required for major decisions relating to certain of these subsidiaries. To the extent there are disagreements between us and our various minority shareholders regarding the business and operations of our non-wholly owned subsidiaries, we may be unable to resolve them in a manner that will be satisfactory to us. Our minority shareholders may:

- be unable or unwilling to fulfill their obligations, whether of a financial nature or otherwise;
- have economic or business interests or goals that are inconsistent with ours;
- take actions contrary to our instructions, policies or objectives;
- take actions that are not acceptable to regulatory authorities;
- have financial difficulties; or
- have disputes with us.

Any of these actions could have a material adverse effect on our business, prospects, financial condition and results of operations.

Eros India has entered into shareholder agreements with third party shareholders of its non-wholly-owned subsidiaries, Big Screen Entertainment Private Limited and have signed a term sheet with Colour Yellow Productions Private Limited. See "Business" for further information. These agreements contain various restrictions on our rights in relation to these entities, including restrictions in relation to the transfer of shares, rights of first refusal, reserved board matters and non-solicitation of employees by us. We may also face operational limitations due to restrictive covenants in such shareholder agreements. In addition, under the terms of our shareholder agreement in relation to Big Screen Entertainment Private Limited, disputes between partners are required to be submitted to arbitration in Mumbai, India. These restrictions in our current shareholder agreements, and any restrictions of a similar or more onerous nature in any new or amended agreements into which we may enter, may limit our control of the relevant subsidiary or our ability to achieve our business objectives, as well as limiting our ability to realize value from our equity interests, any of which could have a material adverse effect on our business, prospects, financial condition and results of operations.

The interests of the other shareholders with respect to the operation of Big Screen Entertainment Private Limited, Colour Yellow Productions Private Limited and from fiscal 2019 Reliance Industries Ltd and Mr. V. Vijayendra Prasad may not be aligned with our interests. As a result, although we own a majority of the ownership interest in each of Big Screen Entertainment Private Limited, and 50% of the shareholding of Colour Yellow Productions Private Limited, taking actions that require approval of the minority shareholders (or their representative directors), such as entering into related party transactions, selling material assets and entering into material contracts, may be more difficult to accomplish.

***We depend on the services of senior management.***

We have, over time, built a strong team of experienced professionals on whom we depend to oversee the operations and growth of our businesses. We believe that our success substantially depends on the experience and expertise of, and the longstanding relationships with key talent and other industry participants built by, our senior management. Any loss of our senior management, any conflict of interest that may arise for such management or the inability to recruit further senior managers could impede our growth by impairing our day-to-day operations and hindering development of our business and our ability to develop, maintain and expand relationships, which would have a material adverse effect on our business, prospects, financial condition and results of operations.

In recent years, we have experienced additions to our senior management team, and our success depends in part on our ability to successfully integrate these new employees into our organization. We anticipate the need to hire additional members in senior management in connection with the expansion of our digital business. While some members of our senior management have entered into employment agreements that contain non-competition and non-solicitation provisions, these agreements may not be enforceable in the Isle of Man, India or the United Kingdom, whose laws govern these agreements or where our members of senior management reside. Even if enforceable, these non-competition and non-solicitation provisions are for limited time periods.

***We may be classified as a passive foreign investment company, or PFIC, under United States tax law, which could result in adverse United States federal income tax consequences to U.S. investors.***

Based upon the past and projected composition of our income and valuation of our assets, we do not believe we will be a PFIC for our taxable year ending December 31, 2018, and we do not expect to become one in the future, although there can be no assurance in this regard. The determination of whether or not we are a PFIC for any taxable year is made on an annual basis and will depend on the composition of our income and assets from time to time. Specifically, we will be classified as a PFIC for United States federal income tax purposes if either:

· 75% or more of our gross income in a taxable year is passive income, or
· 50% or more of the average quarterly value of our gross assets in a taxable year is attributable to assets that produce passive income or are held for the production of passive income.

The calculation of the value of our assets will be based, in part, on the then market value of our A ordinary shares, which is subject to change. We cannot assure you that we were not a PFIC for the previous taxable years or that we will not be a PFIC for this or any future taxable year. Moreover, the determination of our PFIC status is based on an annual determination that cannot be made until the close of a taxable year and involves extensive factual investigation. This investigation includes ascertaining the fair market value of all of our assets on a quarterly basis and the character of each item of income we earn, which cannot be completed until the close of a taxable year, and, therefore, our U.S. counsel expresses no opinion with respect to our PFIC status.

If we were to be or become classified as a PFIC, a U.S. Holder (as defined in "Part I — Item 10. Additional Information — E. Taxation") may be subject to burdensome reporting requirements and may incur significantly increased United States income tax on gain recognized on the sale or other disposition of the shares and on the receipt of distributions on the shares to the extent such gain or distribution is treated as an "excess distribution" under the United States federal income tax rules. Further, if we were a PFIC for any year during which a U.S. Holder held our shares, we would continue to be treated as a PFIC for all succeeding years during which such U.S. Holder held our shares. Each U.S. Holder is urged to consult its tax advisors concerning the United States federal income tax consequences of acquiring, holding and disposing of shares if we are or become classified as a PFIC. See "Part I — Item 10. Additional Information — E. Taxation" for a more detailed description of the PFIC rules.

***If the fair market value of our ordinary shares fluctuates unpredictably and significantly on a quarterly basis, the social costs we accrue for share-based compensation may fluctuate unpredictably and significantly, which could result in our failing to meet our expectations or investor expectations for quarterly financial performance. This could negatively impact investor sentiment for the Company, and as a result, adversely impact the price of our ordinary shares.***

Social costs are payroll taxes associated with employee salaries and benefits, including share-based compensation that we are subject to in various countries in which we operate.

When the fair market value of our ordinary shares increases on a quarter to quarter basis, the accrued expense for social costs will increase, and when the fair market value of ordinary shares falls, the accrued expense will become a reduction in social costs expense, all other things being equal, including the number of vested stock options and exercise price remains constant. The trading price of our A ordinary share price can be highly volatile. See "—Risks Related to our A Ordinary Shares—Our A ordinary share price may be highly volatile and, as a result, shareholders could lose a significant portion or all of their investment or we could become subject to securities class action litigation." As a result, the accrued expense for social costs may fluctuate unpredictably and significantly, from quarter to quarter, which could result in our failing to meet our expectations or investor expectations for quarterly financial performance. This could negatively impact investor sentiment for the company, and as a result, the price for our ordinary shares**.**

27

**ITEM 4. INFORMATION ON THE COMPANY**

**A. History and Development of our Company**

Eros International Plc was incorporated in the Isle of Man as of March 31, 2006 under the Companies Act 1931 commonly known as the 1931 Act — see "Part II — Item 4. Information on the Company — Government Regulations," as a public company limited by shares. Effective as of September 29, 2011, the Company was de-registered under the 1931 Act and re-registered as a company limited by shares under the Isle of Man, Companies Act 2006 (as amended) commonly referred to as the 2006 Act. We maintain our registered office at First Names House, Victoria Road, Douglas, Isle of Man IM2 4DF, British Isles, our principal executive office in the U.S.A is at 550 County Avenue, Secaucus, New Jersey 07094; and our telephone number is +1(201) 558-9001. We maintain a website at *www.erosplc.com.* Information contained in our website is not a part of, and is not incorporated by reference into, this annual report.

Our capital expenditures in fiscal 2018, 2017, and 2016 were $186.8 million, $173.5 million, and $211.3 million respectively. Our principal capital expenditures were incurred for the purposes of purchasing intangible film rights and related content. We expect our capital expenditure needs in fiscal 2019 to be approximately $200-$250 million, a significant amount of which we expect to be used for the acquisition of further intangible film rights and related content.

**B. Business Overview**

Eros International Plc is a leading global company in the Indian film entertainment industry, which co-produces, acquires and distributes Indian language films in multiple formats worldwide. The Company was founded in 1977 and is one of the oldest companies in the Indian film industry to focus on international market. We believe we are pioneers in our business. Our success is built on the relationships we have cultivated over the past 40 years with leading talent, production companies, exhibitors and other key participants in our industry. By leveraging these relationships, we have aggregated rights to over 3,000 films in our library, including recent and classic titles that span different genres, budgets and languages. Eros Now, our digital OTT entertainment service, has rights to over 11,000 films, out of which approximately 5,000 films are owned in perpetuity, across Hindi and regional languages from Eros's internal library as well as third party aggregated content, which we believe makes it one of the largest Indian movie offering platforms around the world.

We have a multi-platform business model and derive revenues from the following three distribution channels:

- **Theatrical:** The theatrical channel largely includes revenues from multiplex chains, single screen theaters, distributors and content aggregators in case of dubbed and/or subtitled versions. We are a leading player in a growing and under-penetrated cinema market with two and seven out of top 15 box office hits in calendar year 2016 and 2015 respectively. We released a total of 24 films in fiscal year 2018, including 1 high budget film and 4 medium budget films. Based on gross collections reported by comScore, our market share (as an average over the preceding seven calendar years to 2017) is 27% of all theatrically released Indian language films in the United Kingdom and the U.S.

- **Television Syndication:** We de-risk our theatrical revenues while enhancing revenue predictability through pre-sales and television syndication which includes satellite television broadcasting, cable television and terrestrial television which are facilitated by our long-standing Eros brand, reputation and industry relationships. We license Indian film content (usually a combination of new releases and existing films in our library) over a stated period of time in exchange for a license fee, where payments terms may extend up to 18-24 months in some cases.

- **Digital and ancillary:** In addition to our theatrical and television distribution networks, we have a global network for the digital distribution of our content, which consists of full length films, music, music videos, clips and other video content. Through our digital distribution channel, we mainly monetize music assets and distribute movies and other content primarily in Internet Protocol television (IPTV), Video on Demand (VOD) (including Subscription Video on Demand (SVOD) and Direct-to-Home (DTH)) and online internet channels. This enables us to prolong the lifecycle of our films and film library. To date Eros Now has successfully premiered over 180 films and over 280 episodes of original short form programming. We are present in a high-growth digital market with India projected to have over 829 million internet users by 2021, according to the FICCI Report 2018.

**Content development and acquisition**

The success of our film distribution business lies in our ability to acquire and develop content. We have been building and adding to our film library for the past 40 years and each year, through acquisition and co-production arrangements, we seek to acquire rights to 40 to 50 additional films. We currently own or have license rights over approximately 3,000 films, including recent and classic titles that span different genres, budgets and languages. Each year, we focus on co-production, acquisition and distribution of a diverse portfolio of Indian language and themed films that we believe will have a wide audience appeal. For fiscal 2018, we released a total of 24 films in India and overseas. These comprised 14 Hindi films, 1 Tamil language film and 9 regional films. The Company's strong portfolio of films drove theatrical, television and digital/ancillary revenues worldwide with key titles such as *Munna Michael (Hindi), Shubh Mangal Saavdhan (Hindi), Sarkar 3 (Hindi), Oru Kidayin Karunai Manu (Tamil), Newton (Hindi), Sniff (Hindi), Posto (Bengali)* contributing a significant share to our revenue for fiscal 2018.

For fiscal year 2018, our aggregate revenues were $261.3 million which were derived from theatrical, television syndication and digital and ancillary distribution channels. Our typical annual slate of new releases consists of both Hindi language films and regional language films, primarily Tamil, Telugu and other regional Indian languages. Our most expensive films are generally the high and medium budget films (mainly Hindi and a few Tamil and Telugu films) which we release globally. Of the total 24 movies released in the fiscal 2018, one was a high budget film. We released 4 medium budget films in fiscal 2018 which mainly comprise Hindi and Tamil language films. This annual release slate is built around the high and medium budget films to create a slate that will attract varying segments of the audience. The low budget film slate consists of Hindi, Tamil, Telugu and other regional language films.

We are focusing on content driven films with appropriate budgets in order to generate attractive rate of return. We seek to mitigate the risks associated with high budget films through the use of our extensive pre-sale strategies. We have increased our focus on Tamil and Telugu films for similar reasons. In addition, we can release a Tamil and Hindi film on the same date as they cater to different audiences, which allow us to effectively schedule releases for our film portfolio and to take a greater combined share of the box office on those release dates.

With a focus on creating intellectual property in-house along with delivering wholesome entertainment to audiences, we have entered into key co-production partnerships with producers and directors. Colour Yellow Production, a subsidiary of Eros India with Aanand L Rai has announced film releases across budgets, genres and languages. This co-production model gives us better visibility on actual cost of production ensuring capped budgets and exclusive distribution rights, typically for at least 20 years.

In February 2018, Reliance Industries Ltd ("Reliance") agreed, subject to customary regulatory and other approvals, to purchase 5% of our A Ordinary shares at a price of $15 per share, which represents a premium of 18% over the last closing price before the date of announcement. At the same time, Eros India and Reliance announced an agreement to partner in India and formed Reliance Eros Productions LLP to jointly produce and consolidate content from across India. The new partnership will equally invest up to $150 million to produce and acquire Indian films and digital originals across all languages. This investment will dramatically scale Eros' capabilities in content production, marketing, and distribution, and make new strides on the digital and content forefronts, benefitting from the platform synergies across technology, content and digital platforms.

**Award winning content / franchise**

We are strategically positioned as a leader in our industry and are able to monetize our films through multiple channels globally. Our Hindi release "*Newton*" was selected as India's official entry for the Best Foreign Film language category at the 2018 Academy Awards. It also received accolades at the Berlin Film Festival. We have won over 207 awards in the last four Fiscal Years including Best Studio of the Year and Excellence in International Distribution. Some of our films from fiscal year 2018 that won awards include – *Newton, Shubh Mangal Savdhaan and Munna Michael. Newton* won 11 awards including Best International Film. *Shubh Mangal Savdhaan* won 3 awards including Marketing Campaign of the Year. *Munna Michael* won 2 awards including Best Social Media Marketing Campaign. Our films over the years have won various awards in multiple categories such as Best Film, Best Director, Best Story, Best Actor, Best Music, Best Special Effects awards, and Innovative Marketing Campaign and Best Child Actor awards, to name a few .. *Bajrangi Bhaijaan* won 37 awards including National Award for Popular Film. *Bajirao Mastani* won over 79 award titles including National Award for Best Director. *Tanu Weds Manu Returns* won 18 awards including National Award for Best Female Actor in a leading role, *Hero* won 7 awards and *Badlapur* won 7 awards. Our Malayalam film *Pathemari* had also won a national award for Best Malayalam Film. Eros India has featured as 'India's Top 500 Companies' as per Dun & Bradstreet Report 2018.

29

We believe we can capitalize on the demand for regional films and replicate our success with Tamil and Telugu films for other distinct regional language films, including Marathi, Malayalam and Punjabi. In addition, the key Indian release dates for films, during school and other holidays, vary by region and therefore the ability to release films on different holidays in various regions, in addition to being able to release films in different regional languages simultaneously, expands the likely periods in which films can be successfully released. We intend to build up our portfolio of films targeting other regional language markets gradually.

**Selected Major Releases in fiscal 2019(a)**

| Film | Cast/(Director) |
| --- | --- |
| Meri Nimmo[b] | Anjali Patil, Karan Dave (Rahul Sanklya / Colour Yellow Productions) |
| Bhavesh Joshi | Harshvardhan Kapoor (Vikram Motwane / Phantom Films) |
| Manmarziyaan | Abhishek Bachchan, Vicky Kaushal, Tapsee Pannu (Anurag Kashyap / Colour Yellow Productions) |
| Happy Pill (Bengali) | Ritwick Chakraborty, Sohini Sarkar (Mainak Bhowmick) |
| Happy Phir Bhaag Jayegi | Sonakshi Sinha, Abhay Deol, Jimmy Shergill (Mudassar Aziz / Colour Yellow Productions) |
| Haathi Mere Saathi (Hindi / Tamil / Telugu) | Rana Dugabatti, Pulkit Samrat, Zoya Hussain, Kalki Koechlin (Prabhu Soloman) |
| Kaptan | Saif Ali Khan, R Madhavan, Sonakshi Sinha (Navdeep Singh / Colour Yellow Productions) |
| Saakshyam (Telugu) | Bellamkonda Sreenivas and Pooja Hegde (Sriwass / Abhishek Pictures ) |
| Mumbai Pune Mumbai 3 (Marathi) | Swapnil Joshi, Mukta Barve |

_____

(a) The list of films set forth in the table above is for illustrative purposes only, is not complete and only includes released and anticipated future releases. Due to the uncertainties involved in the development and production of films, the date of their completion can be significantly delayed, planned talent can change and, in certain circumstances, films can be cancelled or not approved by the Indian Central Board of Film Certification. See "Part I — Item 3. Key Information — D. Risk Factors — Risks Relating to Our Business — Our films are required to be certified in India by the Central Board of Film Certification."

(b) Direct-to-Digital Release

**Seasonality**

Theater attendance in India has traditionally been highest during school holidays, national holidays and during festivals, and we typically aim to release high budget films at these times. This timing of releases also takes account of competitor film releases, Indian Premier League cricket matches and the timing dictated by the film production process and as a result, our quarterly results can vary from one year to the next.

*Content Development and Sourcing*

We currently acquire films using two principal methods — by acquiring rights for films produced by others, generally through a license agreement, and by co-producing films with a production house, typically referred to as a banner, that is usually owned by a top Indian actor, director or writer, on a project by project basis. We regularly co-produce and acquire film content from some of the leading banners in India. We continue to be focused on ramping up our own productions and co-productions through key partnerships. These partnerships include the ones we have with - talented producer-director, Aanand L Rai (Colour Yellow Production) and our recently announced partnership with Reliance Industries Ltd, India's largest private sector company, to jointly produce and consolidate content from across India. The new partnership will equally invest up to $150 million to produce and acquire Indian films and digital originals across all languages. We have also partnered with Phars Film, one of the UAE's largest film distribution and exhibition network. We also intend to also partner with Pana Film, one of the largest Turkish film studios for Indo-Turkish co-productions. These strategic partnerships not only help us augment our in-house content production model but also expands our geographical canvas for content monetization.

Regardless of the acquisition method, over the past five years, we have typically obtained exclusive global distribution rights in all media for a minimum period of ten to twenty years from the Indian initial theatrical release date, although the term can vary for certain films for which we may only obtain international or only Indian distribution rights, and occasionally soundtrack or other rights are excluded from the rights acquired. For co-produced films, we typically have exclusive distribution rights for at least twenty years, co-own the copyright in such film in perpetuity and, after the exclusive distribution right period, share control over the further exploitation of the film.

We believe producers bring proposed films to us not only because of established relationships, but also because they want to leverage our proven distribution and marketing capabilities. Our in-house creative team also directly develops film ideas and contracts with writers and directors for development purposes. When we originate a film concept internally, we then approach appropriate banners for co-production. Our in-house creative team also participates in the selection of our slate with other members of our management in our analysis focused on the likelihood of the financial success of each project. Our management is extensively involved in the selection of our high budget films in particular.

Regardless of whether a film will be acquired or co-produced, we determine the likely value to us of the rights to be acquired for each film based on a variety of factors, including the stars cast, director, composer, script, estimated budget, genre, track record of the production house, our relationship with the talent and historical results from comparable films. Our primary focus is on sourcing a diversified portfolio of films expected to generate commercial success. We generally co-produce our high budget films and acquire rights to more medium and low budget films. Our model of primarily acquiring or co-producing films rather than investing in significant in-house production capability allows us to work on more than one production with key talent simultaneously, since the producer or co-producer takes the lead on the time intensive process of production, allowing us to scale our film slate more effectively. The following table summarizes typical terms included in our acquisition and co-production contracts.

| | Acquisition | Co-production |
|---|---|---|
| Film Cost | Negotiated "market value" | Actual cost of production or capped budget and 10-15% production fee |
| Rights | 10 years-20 years | Exclusive distribution rights for at least 20 years after which Eros shares control over the further exploitation of the film, and co-owned copyright in perpetuity, subject to applicable copyright laws |
| Payment Terms | 10-30% upon signature<br>Balance upon delivery or in installments between signing and delivery | In accordance with film budget and production schedule |
| Recoupment Waterfall | "Gross" revenues<br>Less 10-20% Eros distribution fee (% of cost or gross revenues)<br>Less print, advertising costs (actuals)<br>Less cost of the film<br>Net revenues generally shared equally | Generally same as Acquisition except sometimes Eros also charges interest and/or a production or financing fee for the cost of capital and overhead recharges |

Where we acquire film rights, we pay a negotiated fee based on our assessment of the expected value to us of the completed film. Although the timing of our payment of the negotiated fee for an acquired film to its producer varies, typically we pay the producer between 10% and 30% of a film's negotiated acquisition cost upon signing the acquisition agreement, and the remainder upon delivery of the completed film or in installments paid between signing and delivery. In addition to the negotiated fee, the producer usually receives a share of the film's revenue stream after we recoup a distribution fee on all revenues, the entire negotiated fee and distribution costs, including prints and ads. After we sign an acquisition agreement, we do not exercise any control over the production process, although we do retain complete control over the distribution rights we acquire.

For films that we co-produce, in exchange for our commitment to finance typically 100% of the agreed-upon production budget for the film and agreed budget adjustments, we typically share ownership of the intellectual property rights in perpetuity and secure exclusive global distribution rights for all media for at least twenty years. After we recoup our expenses, we and the co-producers share in the proceeds of the exploitation of the intellectual property rights. Pending determination of the actual production cost of the film, we also agree to a pre-determined production fee to compensate the co-producer for his services, which typically ranges from 10%-15% of the total budget. We typically also provide a share of net revenues to our co-producers. Net revenues generally means gross revenues less our distribution fee, distribution cost and the entire amount we have paid as committed financing for production of the film. Our distribution fee varies for each of the co-produced films, but is generally either a continuing 10% to 20% fee on all revenues, or a capped amount that is calculated as a percentage of the committed financing amount for production of the film. In some cases, net revenues also deduct an overhead charge and an amount representing an interest charge on some or all of the committed financing amount. Typically, once we agree with the co-producer on the script, cast and main crew including the director, the budget and expected cash flow through a detailed shooting schedule, the co-producer takes the lead in production and execution. We normally have our executive producer on the film to oversee the project.

We reduce financing risk for both acquired and co-produced films by capping our obligation to pay or advance funds at an agreed-upon amount or budgeted amount. We also frequently reduce financial risk on a film to which we have committed funds by pre-selling rights in that film.

Pre-sales give us advance information about likely cash flows from that particular film product, and accelerate cash flow realizable from that product. Our most common pre-sale transactions are the following:
· pre-selling theatrical rights for certain geographic areas, such as theaters outside the main theater circuits in India or certain non-Indian territories, for which we generally get nonrefundable minimum guarantees plus a share of revenues above a specified threshold;
· pre-selling television rights in India, generally by bundling releases in a package that is licensed to satellite television operators for a specified run; and
· pre-selling certain music rights, including for movie soundtracks and ringtones.

From time to time we also acquire specific rights to films that have already been released theatrically. We typically do not acquire global all-media rights to such films, but instead license limited rights to distribution channels, like digital, television, audio and home entertainment only, or rights within a certain geographic area. As additional rights to these films become available, we frequently seek to license them as well, and our package of distribution rights in a particular film may therefore vary over time. We work with producers not only to acquire or co-produce new films, but also to license from them other rights they hold that would supplement rights we hold or have previously held related to older films in our library. In certain cases, we may not hold full sequel or re-make rights or may share these rights with our co-producers.

***Our Film Library***

We currently own or license rights to over 3,000 films, including recent and classic titles that span different genres, budgets and languages. Eros Now has rights to over 11,000 films, out of which around 5,000 films are owned in perpetuity, across Hindi and regional languages from Eros's internal library as well as third party aggregated content, which we believe makes it one of the largest Indian movie offering platforms around the world. Our film library has been built up over more than 40 years and includes hits from across that time period, including, among others, *Newton, Munna Michael, Subh Mangal Saavadhan, Ki & Ka, Housefull 3, Dishoom, Baar Baar Dekho, Bajrangi Bhaijaan, Bajirao Mastani, Tanu Weds Manu Returns, NH10, Badlapur, Devdas , Hum Dil De Chuke Sanam, Lage Raho Munna Bhai, Vicky Donor, English Vinglish*, and *Goliyon Ki Raasleela: Ram-Leela*. We have acquired most of our film content through fixed term contracts with third parties, which may be subject to expiration or early termination. We own the rights to the rest of our film content as co-producers or sole producer of those films. Through such acquisition and co-production arrangements, we seek to acquire rights to 40 to 50 additional films each year. While we typically hold rights to exploit our content through various distribution channels, including theatrical, television and new media formats, we may not acquire rights to all distribution channels for our films. In particular, we do not own or license the music rights to a majority of the films in our library. We expect to maintain more than half of the rights we presently own through at least December 31, 2025.

40

In an effort to reach a wide range of audiences, we maintain rights to a diverse portfolio of films spanning various genres, generations and languages. More than 55% of the films in our Hindi library are films produced in the last 15 years. We own or license rights to films produced in several regional languages, including Tamil, Telugu, Kannada, Marathi, Bengali, Malayalam and Punjabi.

We treat our new releases as part of our film library one year from the date of their initial theatrical release. We believe our extensive film library provides us with unique opportunities for content exploitation, such as our dedicated Eros content channel carried by various cable companies outside India. Our extensive film library provides us with a reliable source of recurring cash flow after the theatrical release period for a film has ended. In addition, because our film library is large and diversified, we believe that we can more effectively leverage our library in many circumstances by licensing not just single films but multiple films.

A summary of certain key features of our film library rights as of March 31, 2018 follows below.

| | Hindi Films | Regional Language Films (excluding Kannada films) | Kannada Films |
|---|---|---|---|
| Approximate percentage of total library | 17% | 67% | 16% |
| Approximate percentage of co-production films | 1% | Less than 1% | Not applicable |
| Minimum remaining term of exclusive distribution rights for total films (approximate percentage of rights expiring at the earliest in the periods indicated) | 2020 or earlier:22% 2021-2025: 39% 2026-2030: 25% 2031-2045: 2% Perpetual rights, subject to applicable copyright law limitations: 12% | 2020 or earlier: 20% 2021-2025: 16% 2026-2030: 6% 2031-2045: 1% Perpetual rights, subject to applicable copyright law limitations: 57% | Perpetual rights, subject to applicable copyright law limitations: 100% |
| Remaining term of exclusive distribution rights for co-production (approximate percentage of rights expiring earliest in the periods indicated) | 2020 or earlier: 0% 2021-2025: 0% 2026-2030: 0% 2031-2045: 0% Perpetual rights, subject to applicable copyright law limitations: 100% | Perpetual rights, subject to applicable copyright law limitations: 100% | Not applicable |
| Date of first release (by Eros or prior rights owner) | 1933-2018 | 1935-2018 | * |
| Rights in major distribution channels | Theatrical: 21% Television syndication: 21% Digital: 92% | Theatrical: 10% Television syndication: 13% Digital: 94% | Digital: 100% |
| Music Rights (approximate percentage of films) | 10% | 13% | 0% |
| Production Years (approximate percentage of films produced in the periods indicated) | 1933-1965: 13% 1966-1990: 19% 1991-2000: 7% 2001-2018: 61% | 1933-1965: 3% 1966-1990: 26% 1991-2000: 22% 2001-2018: 49% | * |

* Our Kannada digital rights library was acquired in September 2010, subsequent to the production and date of first release for these films, and consequently this information is not in our records.

41

Currently, the remainder of our revenue is derived from digital distribution and ancillary products and services. With a significant portion of the Indian and international population moving toward adoption of digital technology, we are increasing our focus on providing on-demand services. We have expanded our digital presence with the launch of our on-demand entertainment portal Eros Now, which leverages our film and music libraries by providing ad- supported and subscription-based streaming of film and music content via internet-enabled devices. Eros Now has been increasingly focused on delivering product features, being truly platform agnostic and monetizing it's growing registered user base. We also have an ad-supported YouTube portal site on Google that hosts an extensive collection of clips of our content. Accordingly, we anticipate that our revenue and costs associated with digital distribution are likely to increase over time. Ancillary revenues also include all other revenues that are not theatrical or television, including licensing to airlines and cable operators.

We anticipate that our costs associated with the co-production and acquisition of film content are likely to increase over time as we continue to focus on content driven films with appropriate budgets in order to generate attractive rate of return. In addition, increased competition in the Indian film entertainment industry, including from international film entertainment providers such as Disney, Twentieth Century Fox and Viacom, is likely to cause the cost of film production and acquisition to increase. In fiscal year 2018, we invested $186.8 million in film content, and in fiscal year 2019, we expect to invest approximately $200 to $250 million in film content.

We anticipate our administrative costs will increase as we expand our management team, especially to support the expansion of our digital businesses. In addition, our administrative costs will increase due to the costs associated with being a U.S.-listed public company. Although aggregate spending will increase, we do not anticipate that this will result in a material change in aggregate administrative costs as a percentage of revenue.

## Critical accounting policies

Our consolidated financial statements are prepared in accordance with IFRS as issued by the IASB, which requires management to make estimates, judgments and assumptions that affect the amounts reported in the Consolidated Financial Statements and accompanying notes. Management considers the following accounting policies to be critical because they are important to our financial condition and results of operations and require significant judgment and estimates on the part of management in their application. The development and selection of these critical accounting policies have been determined by our management and the related disclosures have been reviewed with the Audit Committee of our board of directors. For a summary of all our accounting policies, see Note 3 to our audited Consolidated Financial Statements appearing elsewhere in this annual report.

### Use of estimates

Estimates and judgments are evaluated on a regular basis and are based on historical experience and other factors, such as expectations of future events that are believed to be reasonable under the present circumstances.

The Group makes estimates and assumptions concerning the future. These estimates, by definition, will rarely equal the related actual results. The estimates and assumptions that have a significant risk of causing a material adjustment to the carrying amounts of assets and liabilities within the financial year are highlighted below:

### Revenue

Revenue is recognized, net of sales related taxes, when persuasive evidence of an arrangement exists, the fees are fixed or determinable, the product is delivered or services have been rendered and collectability is reasonably assured. The Group considers the terms of each arrangement to determine the appropriate accounting treatment.

The following additional criteria apply in respect of various revenue streams within filmed entertainment:

· In arrangements for theatrical distribution, contracted minimum guarantees are recognized on the theatrical release date. The Group's share of box office receipts in excess of the minimum guarantee is recognized at the point they are notified to the Group.

· In arrangements for television syndication, license fees received in advance which do not meet all the above criteria, including commencement of the availability for broadcast under the terms of the related licensing agreement, are included in deferred income until the above criteria is met.

- In arrangements for catalogue sales, the Company recognizes revenue if revenue recognition criteria's such as a valid sales contract exists, all films are delivered, the Company is reasonably certain on collectability, and the Company's contractual obligations are complete, are met. Considering the arrangement with catalogue customers provide for a contractual deferred payment terms up to a year and in many cases the payments often fall behind contractual terms, revenues from catalogue sales are recognized net of credit impairment loss calculated at imputed market rate of interest on the gross receivables. The re-measurement of such credit impairment loss at each balance sheet date and related gains or losses is recognized within administrative costs in the Statement of Income. The unwinding of the credit impairment loss reserve is recognized using effective interest rate within net finance cost in the Statement of Income.

- Digital and ancillary media revenues are recognized at the earlier of when the content is accessed or declared. Fees received for access to the specified and unspecified future content through digital and ancillary media, including usage of over-the-top platform developed by the Group, is recognized on straight line basis over the period of the service contract. Billing in excess of the revenue recognized is shown as deferred revenue.

- DVD, CD and video distribution revenue is recognized on the date the product is delivered or if licensed in line with the above criteria. Visual effects, production and other fees for services rendered by the Group and overhead recharges are recognized in the period in which they are earned and in certain cases, the stage of production is used to determine the proportion recognized in the period.

**Goodwill and trade name**

The Group tests annually whether goodwill and trade name have suffered impairment, in accordance with its accounting policy. The recoverable amount of cash-generating unit has been determined based on value in use calculations. We use market related information and estimates (generally risk adjusted discounted cash flows) to determine value in use. Cash flow projections take into account past experience and represent management's best estimate about future developments. Key assumptions on which management has based its determination of fair value less costs to sell and value in use includes estimated growth rates, weighted average cost of capital and tax rates. As of March 31, 2018, for assessing impairment of goodwill, value in use is determined using discounted cash flow method. The estimated cash flows for a period of four years were developed using internal forecasts, extrapolated for the fifth year, and a pre-tax discount rate of 15% and terminal growth rate of 4%. As of March 31, 2018, for assessing the impairment of the trade name, value in use is determined using the relief from royalty method based on a Royalty rate of 4% on the estimated total revenue for a period of four years, extrapolated for the fifth year, and, a pre-tax discount rate of 20% and terminal growth rate of 4%. These estimates, includes the methodology used, can have a material impact on the respective values and ultimately the amount of any goodwill and tradename impairment.

**Basis of consolidation**

The Group evaluates arrangements with special purpose vehicles in accordance with of IFRS 10 – Consolidated Financial Statements to establish how transactions with such entities should be accounted for. This requires a judgment over control such that it is exposed, or has rights, to variable returns and can influence the returns attached to the arrangements.

**Intangible assets**

The Group is required to identify and assess the useful life of intangible assets and determine their income generating life. Judgment is required in determining this and then providing an amortization rate to match this life as well as considering the recoverability or conversion of advances made in respect of securing film content or the services of talent associated with film production.

Accounting for the film content requires Management's judgment as it relates to total revenues to be received and costs to be incurred throughout the life of each film or its license period, whichever is the shorter. These judgments are used to determine the amortization of capitalized film content costs. The Group uses a stepped method of amortization on first release film content writing off more in year one which recognizes initial income flows and then the balance over a period of up to nine years. In the case of film content that is acquired by the Group after its initial exploitation, commonly referred to as Library, amortization is spread evenly over the lesser of 10 years or the license period. Management's policy is based upon factors such as historical performance of similar films, the star power of the lead actors and actresses and others. Management regularly reviews, and revises when necessary, its estimates, which may result in a change in the rate of amortization and/or a write down of the asset to the recoverable amount.

The Group tests annually whether intangible assets have suffered any impairment, in accordance with the accounting policy. These calculations require judgments and estimates to be made, and, as with Goodwill, in the event of an unforeseen event these judgments and assumptions would need to be revised and the value of the intangible assets could be affected. There may be instances where the useful life of an asset is shortened to reflect the uncertainty of its estimated income generating life. This is particularly the case when acquiring assets in markets that the Group has not previously exploited.

**Allowances for doubtful accounts**

The Group extends credit to customers and other parties in the normal course of business and maintains an allowance for doubtful accounts for estimated losses resulting from the inability or unwillingness of customers to make required payments. The Group bases such estimates on historical experience, existing economic conditions, and any specific customer collection issues the Group has identified. Uncollectible accounts receivables are written off when a settlement is reached for an amount less than the outstanding balance or when the Group determines that the balance will not be collected. The allowance for doubtful accounts/bad debt for the year ended March 31, 2018 and March 31, 2017, was $4,740 and $2,430 respectively.

**Credit impairment losses**

In case of catalogue sales, the Group provides contractual deferred payment terms up to a year to the trading partners. Further, in several instances the catalogue customers fall behind contractual payment terms. The Group estimates credit impairment losses based on historical experience of collection from catalogue customers multiplied by the incremental borrowing rate applicable to the group of similar class of customer. The credit impairment losses, net of unwinding thereof, recognized in the Statement of Income for the year ended March 31, 2018 and March 31, 2017 was $10,193 and Nil, respectively.

**Valuation of available-for-sale financial assets**

The Group follows the guidance of IAS 39 – Financial Instruments: Recognition and Measurement to determine, where possible, the fair value of its available-for-sale financial assets. This determination, including identification of objective evidence of impairment, requires significant judgment. In making this judgment, the Group evaluates, among other factors, the duration and extent to which the fair value of an investment is less or more than its cost; the financial health of and near-term business outlook for the investee, including factors such as industry and sector performance, changes in technology and operational and financing cash flow.

**Income taxes and deferred taxation**

The Group is subject to income taxes in various jurisdictions. Judgment is required in determining the worldwide provision for income taxes. We are subject to tax assessment in certain jurisdictions. Significant judgment is involved in determining the provision for income taxes including judgment on whether the tax positions are probable of being sustained in tax assessments.

Judgment is also required when determining whether the Group should recognize a deferred tax asset, based on whether Management considers there is sufficient certainty in future earnings to justify the carry forward of assets created by tax losses and tax credits. Judgment is also required when determining whether the Group should recognize a deferred tax liability on undistributed earnings of subsidiaries. Where the ultimate outcome is different than that which was initially recorded there will be an impact on the income tax and deferred tax provisions.

**Share-based payments**

The Group is required to evaluate the terms to determine whether share based payment is equity settled or cash settled. Judgment is required to do this evaluation. Further, the Group is required to measure the fair value of equity settled transactions with employees at the grant date of the equity instruments. The fair value is determined principally by using the Black Scholes model and/or Monte Carlo Simulation Models which require assumptions regarding risk free interest rates, share price volatility, the expected term and other variables. The basis and assumptions used in these calculations are disclosed within Note 28. The aforementioned inputs entered in to the option valuation model that we use to determine the fair value of our share awards are subjective estimates and changes to these estimates will cause the fair value of our share-based awards and related share- based compensations expense we record to vary.

**Business combinations and deconsolidation**

Business combinations are accounted for using the acquisition method under the provisions of IFRS 3 (Revised), "Business Combinations". The cost of an acquisition is measured at the fair value of the assets transferred, equity instruments issued and liabilities incurred at the date of acquisition. The cost of the acquisition also includes the fair value of any contingent consideration. Identifiable tangible and intangible assets acquired and liabilities and contingent liabilities assumed in a business combination are measured initially at their fair value on the date of acquisition. Significant estimates are required to be made in determining the value of contingent consideration and intangible assets.

During fiscal 2018, the Group divested its 51 percent equity interest in Ayngaran Group to the non-controlling investee. The Group recorded the financial asset retained in the former subsidiary on deconsolidation at its fair value and recorded a loss of $0.5 million. The discounting of the financial asset was determined using associated credit risk for similar instrument.

**Financial liabilities at fair value through profit and loss**

The Group has classified the convertible note as a financial liability at fair value through profit or loss and used the valuation models i.e. Black and Scholes and Monte-Carlo simulations to obtain the fair value of share warrant and convertible notes. Key assumptions on which external valuation experts has based their determination of fair value includes risk free rate, weighted average cost of capital, future volatility, proportion of debt to be converted into equity shares. These estimates, includes the methodology used, can have a material impact on the respective values and ultimately the amount of financial liability.

**ITEM 7. MAJOR SHAREHOLDERS AND RELATED PARTY TRANSACTIONS**

**A. Major Shareholders**

The following table and accompanying footnotes provide information regarding the beneficial ownership of our ordinary shares as of July 30, 2018 with respect to each person or group who beneficially owned 5% or more of our issued ordinary shares.

Beneficial ownership, which is determined in accordance with the rules and regulations of the SEC, means the sole or shared power to vote or direct the voting or dispose or direct the disposition of our ordinary shares. The number of our ordinary shares beneficially owned by a person includes ordinary shares issuable with respect to options or similar convertible securities held by that person that are exercisable or convertible within 60 days of July 30, 2018.

The number of shares and percentage beneficial ownership of ordinary shares below is based on 59,111,456 issued A ordinary shares and 9,712,715 issued B ordinary shares as of July 30, 2018.

Except as otherwise indicated in the footnotes to the table, shares are owned directly or indirectly with sole voting and investment power, subject to applicable marital property laws.

| | Number of A Ordinary Shares Beneficially Owned | | Number of B Ordinary Shares Beneficially Owned | |
|---|---|---|---|---|
| | Number of Shares of A | Percent of Class | Number of Shares of B | Percent of Class |
| Kishore Lulla(1) | 11,567,399 | 19.6% | 9,712,715 | 100.0% |
| Beech Investments(2) | 1,756,660 | 3.0% | 9,546,048 | 98.3% |
| Eros Ventures Limited(3) | 8,625,323 | 14.6% | — | — |
| Capital Research Global Investors | 6,846,094 | 11.6% | — | — |
| Vijay Ahuja | 5,266,667 | 8.9% | — | — |
| Paradice Investment Management LLC | 5,130,552 | 8.7% | — | — |
| Gilder Gagnon Howe & Co LLC | 3,615,139 | 6.1% | — | — |

(1) Kishore Lulla's interest in certain of his shares is by virtue of his holding ownership interest in and being a potential beneficiary of discretionary trusts that hold our shares and serving as trustee of the Lulla Foundation, a U.K. registered charity that holds our shares.

(2) Beech Investments Limited, c/o SG Hambros Trust Company (Channel Islands) Limited, 18 Esplanade, St Helier, Jersey, JE4 8RT. Beech Investments, a company incorporated in the Isle of Man, is owned by discretionary trusts that include Eros director Kishore Lulla as a beneficiary. The shares currently held by Beech Investments Limited are being held as B ordinary shares, but will convert into A ordinary shares (pursuant to Section 22.1 of the Articles of Association) upon being transferred to a person who is not a Permitted Holder (as defined in Section 22.1 of the Articles of Association).

(3) Eros Ventures Limited, c/o SG Kleinwort Hambros Trust Company Limited, Hambro House, St. Julians Avenue, St. Peter Port, Guernsey, GY1 3ED. Eros Ventures Limited, a company incorporated in the British Virgin Islands, is owned by discretionary trusts that include Mr. Kishore Lulla as beneficiary.

The following summarizes the significant changes in the percentage ownership held by our major shareholders during the past three years:

· Prior to our listing on the NYSE on November 18, 2013 the interests of all our major shareholders were in ordinary GBP 0.10 shares.

· Kishore Lulla's interest in certain of his shares is by virtue of his holding ownership interest in and being a potential beneficiary of discretionary trusts that hold our shares and serving as trustee of the Lulla Foundation, a U.K. registered charity that holds our shares. Since June 30, 2017, Mr. Lulla's aggregate ownership of our A ordinary shares, through both direct and indirect ownership, has increased by 1,883,945 shares. The increase in Mr. Lulla's ownership was driven by a combination of shares received through executive compensation schemes, increase in holdings of Beech Investments and Eros Ventures limited, and conversion of certain amounts of B ordinary shares into A ordinary shares.

- Capital Research Global Investors reported its percentage ownership of our ordinary shares to be 11.6% (based on the current number of our ordinary shares reported as of this filing) in a Schedule 13F filed with the Commission as of March 31, 2018.

- Paradice Investment Management LLC reported its percentage ownership of our ordinary shares to be 8.7% (based on the current number of our ordinary shares reported as of this filing) in a Schedule 13F filed with the Commission as of March 31, 2018.

- Gilder Gagnon Howe & Co LLC reported its percentage ownership of our ordinary shares to be 6.1% (based on the current number of our ordinary shares reported as outstanding as of this filing) in a Schedule 13F filed with the Commission as of March 31, 2018.

Kishore Lulla and Beech Investments Limited, by virtue of their holdings of B class shares have different voting rights to the other major shareholders. Each A ordinary share is entitled to one vote on all matters upon which the ordinary shares are entitled to vote, and each B ordinary share is entitled to ten votes. In order to vote at any meeting of shareholders, a holder of B ordinary shares will first be required to certify that it is a permitted holder as defined in our articles.

As of March 31, 2018, approximately 52,887,388 of our A ordinary shares, representing 94.9% of our outstanding A ordinary shares as of March 31, 2018, were held by a total of 3 record holders with addresses in the United States. Computershare, N.A., the depositary, has advised us that, as of March 31, 2018, approximately 94.2% of our total outstanding ordinary shares in the form of 52,482,888 A ordinary shares, were held of record by DTC, the Depository Trust Company, under the nominee name of Cede & Co., on behalf of DTC participants. The number of beneficial owners of our A ordinary shares in the United States is likely to be much larger than the number of record holders of our A ordinary shares in the United States.

**B. Related Party Transactions**

The following is a description of transactions since April 1, 2014 to which we have been a party, in which the amount involved in the transaction exceeded or will exceed $120,000, and in which any of our directors, executive officers or beneficial holders of more than 5% of our issued share capital had or will have a direct or indirect material interest.

**Family Relationships**

Mr. Kishore Lulla, our director and Chairman, is the brother of Mr. Sunil Lulla, and father of Mrs. Rishika Lulla Singh, each of whom are directors, and a cousin of Mr. Vijay Ahuja, our director and Vice Chairman, and of Mr. Surender Sadhwani, our President of Middle East Operations. Mr. Sunil Lulla is the brother of Mr. Kishore Lulla, uncle to Mrs. Lulla Singh, and a cousin of Mr. Ahuja and Mr. Sadhwani. Mr. Ahuja is a cousin of Mr. Kishore Lulla and Mr. Sunil Lulla. Mrs. Lulla Singh is the daughter of Mr. Kishore Lulla and niece of Mr. Sunil Lulla. Mr. Sadhwani is a cousin of Mr. Kishore Lulla and Mr. Sunil Lulla. Mr. Arjan Lulla, our founder, is the father of Mr. Kishore Lulla and Mr. Sunil Lulla, grandfather of Mrs. Lulla Singh, uncle of Mr. Ahuja and Mr. Sadhwani and an employee of Redbridge Group Ltd., is the Honorary President of Eros and a director of our subsidiary Eros Worldwide. Mrs. Manjula Lulla, the wife of Mr. Kishore Lulla, is an employee of our subsidiary. Ms Ridhima Lulla, is the daughter of Mr. Kishore Lulla and an employee of our subsidiary. Mrs. Krishika Lulla is the wife of Mr Sunil Lulla and an employee of Eros India.

**Leases**

Pursuant to a lease agreement that expired on March 31, 2018, the lease requires Eros International Media Limited to pay $5,000 each month under this lease. Eros International Media Limited leases apartments for studio use at Kailash Plaza, 3rd Floor, Opp. Laxmi Industrial Estate, Andheri (W), Mumbai, from Manjula K. Lulla, the wife of Kishore Lulla. The lease was renewed on April 1, 2018 for a further period of one year on the same terms.

Pursuant to a lease agreement that expired on September 30, 2015, the lease requires Eros International Media Limited to pay $5,000 each month under this lease. Eros International Media Limited leases for use as executive accommodations the property Aumkar Bungalow, Gandhi Gram Road, Juhu, Mumbai, from Sunil Lulla. The lease was renewed on October 1, 2015 for a further period of three years on the same terms.

Pursuant to a lease agreement that expires on January 4, 2020, Eros International Media Limited leases office premise for studio use at Supreme Chambers, 5th Floor, Andheri (W), Mumbai from Kishore and Sunil Lulla. Beginning January 2015, the lease requires Eros International Media Limited to pay $61,000 each month under this lease.

Pursuant to a lease agreement that expires on April 1, 2020, the real estate property at 550 County Avenue, Secaucus, New Jersey, from 550 County Avenue Property Corp, a Delaware corporation owned by Beech Investments. The lease commenced on April 1,2015, and required the Group to pay $11,000 each month. The lease was renewed on April 1, 2015 for a further period of five years on the same terms. This is a non-cancellable lease

Pursuant to a lease agreement that expired in March 2018, including renewal periods, the Group leases for U.K. corporate offices, the real property at 13 Manchester Square, London from Linecross Limited, a U.K. company owned indirectly by a discretionary trust of which Kishore Lulla is a potential beneficiary. The lease commenced on November 19, 2009 and requires the Group to pay $109,000 each quarter. The lease was not renewed after it expired in March 2018.

**Honorary Appointment of Mr. Arjan Lulla**

Pursuant to an agreement the Group entered into with Red Bridge Group Limited on June 27, 2006, the Group agreed to pay an annual fee set each year of $270,000, $260,000 and $300,000 in the respective years ended March 31, 2018, 2017 and 2016, for the services of Arjan Lulla, the father of Kishore Lulla and Sunil Lulla, grandfather of Mrs. Rishika Lulla Singh, uncle of Vijay Ahuja and Surender Sadhwani and an employee of Redbridge Group Limited. The agreement makes Arjan Lulla honorary life president and provides for services including attendance at Board meetings, entrepreneurial leadership and assistance in setting the Group's strategy. Red Bridge Group Limited. is an entity owned indirectly by a discretionary trust of which Kishore Lulla is a potential beneficiary.

**Lulla Family Transactions**

The Lulla family refers to Mr. Arjan Lulla, Mr. Kishore Lulla, Mr. Sunil Lulla, Mrs. Manjula Lulla, Mrs. Krishika Lulla, Mrs. Rishika Lulla Singh, and Ms. Riddhima Lulla.

The Group has engaged in transactions with NextGen Films Private Limited, an entity owned by the husband of Puja Rajani, sister of Kishore Lulla and Sunil Lulla, each of which involved the purchase and sale of film rights. In the year ended March 31, 2018, NextGen Films Private Limited sold film rights $7,760,000 (2017: $616,000, 2016: $2,728,000) to the Group, and purchased film rights, including production services, of Nil (2017: Nil and 2016: $Nil).The Group advanced $19,025,000 (2017: $22,881,000, 2016: $5,400,000) to NextGen Films Private Limited for film co-production and received refund of $6,114,000 (2017: $5,075,000, 2016: $6,945,000) on abandonment of certain film projects.

The Group also engaged in transactions with Everest Entertainment LLP entity owned by the brother of Manjula K. Lulla, wife of Kishore Lulla, which is involved in the purchase and sale of film rights. In the year ended March 31, 2018, Everest Entertainment LLP sold film rights of 166,000 (2017: Nil, 2016: Nil) to the Group.

Mrs. Manjula Lulla, the wife of Kishore Lulla, is an employee of Eros International Plc. and is entitled to a salary of $139,000 per annum (2017: $130,000 and 2016: $154,000). Mrs. Krishika Lulla, the wife of Sunil Lulla, is an employee of Eros International Media Limited (EIML) and is entitled to a salary of $133,000 per annum (2017: $133,000, 2016: $138,000). Ms. Riddhima Lulla, the daughter of Kishore Lulla, was an employee of Eros Digital FZ LLC and is entitled to a salary of Nil per annum (2017: $51,000, 2016: $38,000 and is an employee of Eros World Wide FZ LLC is entitled to a salary of $90,000 per annum.

All of the amounts outstanding are unsecured and will be settled in cash.

As at March 31, 2018, the Group has provided performance guarantee to a bank amounting to $8,000,000 (2017: $19,500,000) in connection with funding commitments. under film co-production agreements with NextGen Films Private Limited and having varying maturity dates up to the next 12 months. The Group did not earn any fee to provide such guarantees. It does not anticipate any liability on these guarantees as it expects that most of these will expire unused.

In fiscal year 2017, the Group obtained unsecured short-term borrowings of $6,417,000 from Eros Television India Private Limited at 12% per anum.

**Relationship Agreement**

Both we and our subsidiaries, including Eros India, acquire rights in movies. The 2009 Relationship Agreement was renewed with the execution of the 2016 Relationship Agreement between Eros India, Eros Worldwide and us ("Relationship Agreement"). The Relationship Agreement, exclusively assigns to Eros Worldwide, certain intellectual property rights and all distribution rights (including global digital distribution rights) for films (other than Tamil films), held by Eros India or any of its subsidiary or the "Eros India" group, in all territories other than India, Nepal, and Bhutan. In return, Eros Worldwide provides a lump sum minimum guaranteed fee to the Eros India Group in a fixed payment equal to 40% of the production cost of such film (including all costs incurred in connection with the acquisition, pre-production, production or post-production of such film), plus an amount equal to 20% thereon as markup. We refer to these payments collectively as the Minimum Guaranteed Fee. Eros Worldwide is also required to reimburse the Eros India Group pre-approved distribution expenses in connection with such film, plus an amount equal to 20% thereon as markup ("distribution expenses"). In addition, 15% of the gross proceeds received by the Eros International Group from monetization of such films, after certain amounts are retained by the Eros International Group, are payable over to the Eros India Group.

No share of gross proceeds from a film is payable by the Eros International Group to the Eros India Group until the Eros International Group has received and retained an amount equal to the Minimum Guaranteed Fee, a 20% fee on all gross proceeds and 100% of the distribution expenses incurred by the Eros International Group and the distribution expenses for which Eros Worldwide has provided reimbursement to the Eros India Group.

The initial term of the 2016 Relationship Agreement expires in April 2021. Upon expiration, the agreement provides that it will be automatically renewed for successive two year terms unless terminated by any party by 180 days written notice on or before commencement of any renewal term.

**Lulla Foundation**

Prior to our listing on the NYSE in November 2013, we issued the equivalent of 282,949 A ordinary shares to the Lulla Foundation (formerly the Eros Foundation), a U.K. registered charity, for no consideration. Such shares were granted by our Remuneration Committee to Mr. Kishore Lulla as compensation, each of whom directed the issuance of such shares to the Lulla Foundation. Mr. Kishore Lulla and his wife, Mrs. Manjula K. Lulla, are trustees, but not beneficiaries, of the foundation. The Lulla Foundation sold 76,000 A ordinary shares between May 20, 2014 and June 8, 2018 and now currently has 221,949 A ordinary shares as of June 30, 2018.

**C. Interests of Experts and Counsel**

Not applicable.

**ITEM 8. FINANCIAL INFORMATION**

**A. Consolidated Statements and Other Financial Information**

Please see "Part III — Item 18. Financial Statements" for a list of the financial statements filed as part of this Annual Report on Form 20-F.

**ITEM 9. THE OFFER AND LISTING**

**A. Offer and Listing Details**

The high and low last reported sale prices for our shares for the periods indicated are as shown below. We note that the periods are split between when Eros International was listed on the Alternative Investment Market ("AIM") and when it was listed on the New York Stock Exchange ("NYSE") on November 13, 2013. With respect to the trading prices on AIM, the prices are adjusted to reflect the one-for-three reverse stock split, which occurred on November 18, 2013, and a translation from British Pound Sterling to U.S. dollars based on the prevailing exchange rate between the British Pound Sterling and the U.S. dollar at the time of the applicable trade. Amounts on the NYSE share price table below are for the period November 18, 2013 to May 31, 2018; and on the AIM share price table, for the period 1 April 2010 to November 18, 2013, only.

| | Price per share on NYSE | |
| --- | --- | --- |
| | High | Low |
| **Fiscal year:** | | |
| 2014 | $ 16.07 | $ 8.94 |
| 2015 | $ 22.44 | $ 13.65 |
| 2016 | $ 37.60 | $ 6.81 |
| 2017 | $ 19.23 | $ 9.65 |
| 2018 | $ 16.10 | $ 6.85 |
| **Fiscal Quarter:** | | |
| First quarter 2018 | $ 11.85 | $ 8.80 |
| Second quarter 2018 | $ 16.10 | $ 6.85 |
| Third quarter 2018 | $ 15.25 | $ 9.20 |
| Fourth quarter 2018 | $ 13.45 | $ 9.60 |
| **Month:** | | |
| April 2017 | $ 10.15 | $ 8.90 |
| May 2017 | $ 11.85 | $ 9.55 |
| June 2017 | $ 11.70 | $ 8.80 |
| July 2017 | $ 13.90 | $ 10.00 |
| August 2017 | $ 10.10 | $ 6.85 |
| September 2017 | $ 16.10 | $ 11.45 |
| October 2017 | $ 15.25 | $ 11.55 |
| November 2017 | $ 13.45 | $ 12.25 |
| December 2017 | $ 12.75 | $ 9.20 |
| January 2018 | $ 11.40 | $ 9.60 |
| February 2018 | $ 13.45 | $ 11.15 |
| March 2018 | $ 13.40 | $ 10.90 |
| April 2018 | $ 11.95 | $ 10.00 |
| May 2018 | $ 13.50 | $ 10.95 |

| | Price per share on AIM | |
| --- | --- | --- |
| | High | Low |
| **Fiscal year:** | | |
| 2011 | $ 13.37 | $ 7.51 |
| 2012 | $ 13.11 | $ 9.54 |
| 2013 | $ 15.02 | $ 8.05 |
| **Fiscal Quarter:** | | |
| First quarter 2013 | $ 15.02 | $ 8.50 |
| Second quarter  2013 | $ 11.53 | $ 8.05 |
| Third quarter  2013 | $ 11.81 | $ 8.90 |
| Fourth quarter  2013 | $ 12.16 | $ 10.44 |
| First quarter 2014 | $ 11.36 | $ 8.79 |
| Second quarter 2014 | $ 13.45 | $ 9.06 |
| **Month:** | | |
| October 2013 | $ 11.05 | $ 10.27 |
| November 2013 | $ 11.05 | $ 10.27 |

Our closing price on AIM on November 13, 2013 was $11.18.

100

*Equity Risk*

We are exposed to market risk relating to changes in the market value of our investments, which we hold for purposes other than trading. We invest in equity instruments of private companies for operational and strategic business reasons. These securities may be subject to significant fluctuations in fair market value due to volatility in the industries in which they operate. As at March 31, 2018, the aggregate value of all such equity investments was $27.3 million. For further discussion of our investments see Note 17 to our audited Consolidated Financial Statements appearing elsewhere in this Annual Report.

**ITEM 12. DESCRIPTION OF SECURITIES OTHER THAN EQUITY SECURITIES**

**A. Debt Securities**

Not applicable.

**B. Warrants and Rights**

Not applicable.

**C. Other Securities**

Not applicable.

**D. American Depository Shares**

Not applicable.

113

**PART II**

**ITEM 13. DEFAULTS, DIVIDEND ARREARAGES AND DELINQUENCIES**

None.

**ITEM 14. MATERIAL MODIFICATIONS TO THE RIGHTS OF SECURITY HOLDERS AND USE OF PROCEEDS**

Not applicable.

**ITEM 15. CONTROLS AND PROCEDURES**

As required by Rules 13a-15(e) and 15d-15(e) under the Exchange Act, management has evaluated, with the participation of our Group Chief Executive Officer and Group Chief Financial Officer, the effectiveness of our disclosure controls and procedures as of the end of the period covered by this annual report. Disclosure controls and procedures refer to controls and other procedures designed to ensure that information required to be disclosed in the reports we file or submit under the Exchange Act is recorded, processed, summarized and reported, within the time periods specified in the rules and forms of the Commission. Disclosure controls and procedures include, without limitation, controls and procedures designed to ensure that information required to be disclosed by us in our reports that we file or submit under the Exchange Act is accumulated and communicated to management, including our Chief Executive Officer and Chief Financial Officer, as appropriate to allow timely decisions regarding our required disclosure.

Based on the foregoing, our Chief Executive Officer and Chief Financial Officer have concluded that, as at March 31, 2018, our disclosure controls and procedures were effective and provide a reasonable level of assurance.

**Management's Report on Internal Control over Financial Reporting**

Management is responsible for establishing and maintaining adequate internal control over financial reporting as defined in Rules 13a-15(f) and 15d-15(f) under the Exchange Act.

Internal control over financial reporting refers to a process designed by, or under the supervision of, our Group Chief Executive Officer and Group Chief Financial Officer and effected by our Board of Directors, management and other personnel, to provide reasonable assurance to our management and Board of Directors regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles and includes those policies and procedures that:

- · pertain to the maintenance of records that in reasonable detail accurately and fairly reflect the transactions and dispositions of our assets;
- · provide reasonable assurance that transactions are recorded as necessary to permit preparation of financial statements in accordance with generally accepted accounting principles, and that our receipts and expenditures are being made only in accordance with authorizations of our management and members of our Board of Directors; and
- · provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use, or disposition of our assets that could have a material effect on our financial statements.

Because of its inherent limitations, internal control over financial reporting may not prevent or detect all misstatements. Also, projections of any evaluation of effectiveness to future periods are subject to the risk that controls may become inadequate due to changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

Management assessed the effectiveness of internal control over financial reporting as at March 31, 2018, based on the criteria established in 2013 *Internal Control — Integrated Framework* issued by the Committee of Sponsoring Organizations of the Treadway Commission. Based on the above criteria, and as a result of this assessment, management concluded that, as at March 31, 2018, our internal control over financial reporting was effective in providing reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles.

This annual report does not include an attestation report of our independent registered public accounting firm regarding internal controls over financial reporting because the Jumpstart Our Business Startups Act provides an exemption from such requirement as we qualify as an emerging growth company.

**Changes in Internal Control over Financial Reporting**

During the period covered by this report, no changes in our internal control over financial reporting (as such term is defined in Rules 13a-15(f) and 15d-15(f) promulgated under the Exchange Act), have occurred that have materially affected, or are reasonably likely to materially affect, our internal control over financial reporting.

**ITEM 16A. AUDIT COMMITTEE FINANCIAL EXPERT**

Our Audit Committee members are Mr. Dilip Thakkar (Chairman) and Mr. Shailendra Swarup. Both Mr. Thakkar and Swarup are an independent director pursuant to the applicable rules of the Commission and the NYSE. See "Part I — Item 6. Directors, Senior Management and Employees — A. Directors and Executive Officers" for the experience and qualifications of the members of the Audit Committee. Our Board of Directors has determined that Mr. Thakkar qualifies as an "audit committee financial expert" as defined in Item 16A of Form 20-F.

**ITEM 16B. CODE OF ETHICS**

We have adopted a written Code of Business Ethics and Conduct that is applicable to all of our directors, senior management and employees. We have posted the code on our website at *www.erosplc.com*. Information contained on our website does not constitute a part of this annual report. We will also make available a copy of the Code of Business Ethics and Conduct to any person, without charge, if a written request is made to Investor Relations at our offices at Unit 23, Sovereign Park, Coronation Road, Park Royal, London, NW10 7QP.

**ITEM 16C. PRINCIPAL ACCOUNTANT FEES AND SERVICES**

**Principal Accountant Fees and Services**

Grant Thornton India LLP has served as our independent public accountant for the fiscal years ended March 31, 2018, 2017, and 2016. The following table shows the fees we paid or accrued for the audit and other services provided by Grant Thornton India LLP and associated entities for the years ended March 31, 2018, 2017, and 2016.

|  | Fiscal | | |
|---|---|---|---|
|  | 2018 | 2017 | 2016 |
| Audit fees | $ 816,000 | $ 933,000 | $ 1,203,000 |
| Tax fees | 27,000 | 45,000 | 45,000 |

**Notes:**

*Audit fees.* This category consists of fees billed for the audit of financial statements, quarterly review of financial statements and other audit services, which are normally provided by the independent auditors in connection with statutory and accounting matters that arose during, or as a result of, the audit or the review of interim financial statements and include the group audit; comfort letters and consents; attest services; and assistance with and review of documents filed with the Commission.

*Tax fees.* This category includes fees billed for tax audits.

**Audit Committee Pre-approval Process**

Our Audit Committee reviews and pre-approves the scope and the cost of all audit and permissible non-audit services performed by our independent auditor. All of the services provided by Grant Thornton India LLP and associated entities during the last fiscal year have been pre-approved by our Audit Committee.

**ITEM 16D. EXEMPTIONS FROM THE LISTING STANDARDS FOR AUDIT COMMITTEES**

As permitted by the rules of the U.S. Securities and Exchange Commission, our audit committee is currently comprised of two non-executives. We believe that our reliance on this exemption from the listing standards for audit committees does not materially adversely affect the ability of our audit committee to act independently.

**ITEM 16E. PURCHASES OF EQUITY SECURITIES BY THE ISSUER AND AFFILIATED PURCHASERS**

Neither we, nor any affiliated purchaser, made any purchase of our equity securities in fiscal year 2018.

**ITEM 16F. CHANGE IN REGISTRANT'S CERTIFYING ACCOUNTANT**

Not applicable.

115

**EROS INTERNATIONAL PLC**
**INDEX TO CONSOLIDATED FINANCIAL STATEMENTS**

| | |
|---|---|
| Report of Independent Registered Public Accounting Firm Grant Thornton India LLP | F-2 |
| Consolidated Statements of Financial Position as of March 31, 2018 and 2017 | F-3 |
| Consolidated Statements of Income for the years ended March 31, 2018, 2017 and 2016 | F-4 |
| Consolidated Statements of Comprehensive Income for the years ended March 31, 2018, 2017 and 2016 | F-5 |
| Consolidated Statements of Cash Flows for the years ended March 31, 2018, 2017 and 2016 | F-6 |
| Consolidated Statements of Changes in Equity for the years ended March 31, 2018, 2017 and 2016 | F-8 |
| Notes to the Consolidated Financial Statements | F-11 |

F-1

**REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM**

Board of Directors and Shareholders
Eros International PLC

Opinion on Financial Statements

We have audited the accompanying consolidated statements of financial position of Eros International PLC and its subsidiaries (the "Company") as of March 31, 2018 and 2017, and the related consolidated statements of income, comprehensive income, changes in equity, and cash flows for each of the three years in the period ended March 31, 2018, and the related notes (collectively referred to as the "financial statements"). In our opinion, the consolidated financial statements present fairly, in all material respects, the financial position of the Company as of March 31, 2018 and 2017, and the results of their operations and their cash flows for each of the three years in the period ended March 31, 2018, in conformity with International Financial Reporting Standards, as issued by the International Accounting Standards Board.

Basis for Opinion

These consolidated financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these consolidated financial statements based on our audits. We are a public accounting firm registered with Public Company Accounting Oversight Board (United States) ("PCAOB") and are required to be independent with respect to the Company in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

We conducted our audits in accordance with the standards of the PCAOB. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement, whether due to error or fraud. The Company is not required to have, nor were we engaged to perform an audit of its internal control over financial reporting. As a part of our audits we are required to obtain an understanding of internal control over financial reporting but not for the purpose of expressing an opinion on the effectiveness of the Company's internal control over financial reporting. Accordingly, we express no such opinion.

Our audits included performing procedures to assess the risks of material misstatement of the financial statements, whether due to error or fraud, and performing procedures that respond to those risks. Such procedures included examining, on a test basis, evidence regarding the amounts and disclosures in the financial statements. Our audits also included evaluating the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

/s/ Grant Thornton India LLP

We have served as the Company's auditor since 2013.

Mumbai, India
July 31, 2018

F-2

**EROS INTERNATIONAL PLC**
**CONSOLIDATED STATEMENTS OF FINANCIAL POSITION**
**AS AT MARCH 31, 2018 AND 2017**

| | Note | | As at March 31 2018 | | 2017 |
|---|---|---|---|---|---|
| | | | (in thousands) | | |
| **ASSETS** | | | | | |
| **Non-current assets** | | | | | |
| Property and equipment | 13 | $ | 10,013 | $ | 10,354 |
| Goodwill | 14 | | 3,800 | | 4,992 |
| Intangible assets — trade name | 14 | | 14,000 | | 14,000 |
| Intangible assets — content | 15 | | 998,543 | | 904,628 |
| Intangible assets — others | 16 | | 5,280 | | 4,360 |
| Available-for-sale financial assets | 17 | | 27,257 | | 29,613 |
| Trade and other receivables | 19 | | 9,144 | | 11,443 |
| Income tax receivable | | | 1,269 | | 1,051 |
| Restricted deposits | | | 1,100 | | 335 |
| Deferred income tax assets | 11 | | 351 | | 112 |
| **Total non-current assets** | | $ | 1,070,757 | $ | 980,888 |
| | | | | | |
| **Current assets** | | | | | |
| Inventories | 18 | $ | 353 | $ | 214 |
| Trade and other receivables | 19 | | 245,079 | | 242,762 |
| Current income tax receivable | | | — | | 253 |
| Cash and cash equivalents | 21 | | 87,762 | | 112,267 |
| Restricted deposits | | | 6,368 | | 6,981 |
| **Total current assets** | | | 339,562 | | 362,477 |
| | | | | | |
| **Total assets** | | $ | 1,410,319 | $ | 1,343,365 |
| | | | | | |
| **LIABILITIES** | | | | | |
| **Current liabilities** | | | | | |
| Trade and other payables | 20 | $ | 72,142 | $ | 120,082 |
| Acceptances | 24 | | 8,898 | | 8,935 |
| Short-term borrowings | 23 | | 151,963 | | 180,029 |
| Current income tax payable | | | 6,324 | | 7,055 |
| **Total current liabilities** | | $ | 239,327 | $ | 316,101 |
| | | | | | |
| **Non-current liabilities** | | | | | |
| Long-term borrowings | 23 | $ | 124,983 | $ | 89,841 |
| Other long - term liabilities | 25 | | 3,073 | | 5,349 |
| Derivative financial instruments | 26 | | — | | 12,553 |
| Deferred income tax liabilities | 11 | | 39,519 | | 35,973 |
| **Total non-current liabilities** | | $ | 167,575 | $ | 143,716 |
| | | | | | |
| **Total liabilities** | | $ | 406,902 | $ | 459,817 |
| | | | | | |
| **EQUITY** | | | | | |
| Share capital | 27 | $ | 35,334 | $ | 31,877 |
| Share premium | | | 453,997 | | 399,686 |
| Reserves | | | 422,992 | | 436,997 |
| Other components of equity | 30 | | (48,649) | | (48,118) |
| JSOP reserve | 29 | | (15,985) | | (15,985) |
| Share application money pending allotment | | | 18,000 | | — |
| **Equity attributable to equity holders of Eros International Plc** | | $ | 865,689 | $ | 804,457 |
| | | | | | |
| Non-controlling interest | 37 | | 137,728 | | 79,091 |
| **Total equity** | | $ | 1,003,417 | $ | 883,548 |
| **Total liabilities and shareholder's equity** | | $ | 1,410,319 | $ | 1,343,365 |

The accompanying notes form an integral part of these consolidated financial statements.

F-3

**EROS INTERNATIONAL PLC**
**CONSOLIDATED STATEMENTS OF INCOME**
**FOR THE YEARS ENDED MARCH 31, 2018, 2017 AND 2016**

| | Note | Year ended March 31 | | |
| --- | --- | --- | --- | --- |
| | | 2018 | 2017 | 2016 |
| | | (in thousands, except per share amounts) | | |
| **Revenue** | 5 | $ 261,253 | $ 252,994 | $ 274,428 |
| Cost of sales | 6 | (134,708) | (164,240) | (172,764) |
| **Gross profit** | | 126,545 | 88,754 | 101,664 |
| Administrative costs | 6 | (68,029) | (63,309) | (64,019) |
| **Operating profit** | | 58,516 | 25,445 | 37,645 |
| Finance costs | 8 | (19,668) | (19,521) | (13,719) |
| Finance income | 8 | 1,855 | 2,365 | 5,709 |
| Net finance costs | 8 | (17,813) | (17,156) | (8,010) |
| Other gains/(losses), net | 9 | (41,321) | 14,205 | (3,636) |
| **(Loss)/Profit before tax** | | (618) | 22,494 | 25,999 |
| Income tax expense | 10 | (9,127) | (11,039) | (12,711) |
| **(Loss)/Profit for the year** | | $ (9,745) | $ 11,455 | $ 13,288 |
| **Attributable to:** | | | | |
| Equity holders of Eros International Plc | | $ (22,575) | $ 3,805 | $ 3,797 |
| Non-controlling interest | | 12,830 | 7,650 | 9,491 |
| | | $ (9,745) | $ 11,455 | $ 13,288 |
| **(Loss)/Earnings per share (cents)** | | | | |
| Basic (loss)/earnings per share | 12 | (36.3) | 6.4 | 6.6 |
| Diluted (loss)/earnings per share | 12 | (36.3) | 5.1 | 5.2 |

The accompanying notes form an integral part of these consolidated financial statements.

F-4

**EROS INTERNATIONAL PLC**
**CONSOLIDATED STATEMENTS OF COMPREHENSIVE INCOME**
**FOR THE YEARS ENDED MARCH 31, 2018, 2017 AND 2016**

| | Year ended March 31 | | |
|---|---|---|---|
| | **2018** | **2017** | **2016** |
| | (in thousands, except per share amounts) | | |
| (Loss)/profit for the year | $ (9,745) | $ 11,455 | $ 13,288 |
| **Other comprehensive income:** | | | |
| **Items that will not be subsequently reclassified to profit or loss** | | | |
| Revaluation of property and equipment (net of tax) | — | — | 328 |
| | | | |
| **Items that will be subsequently reclassified to profit or loss** | | | |
| Exchange differences on translating foreign operations | (1,153) | 6,618 | (12,922) |
| Exchange differences on revaluation of property and equipment | 6 | (27) | — |
| Reclassification of cash flow hedge to consolidated statements of income | 375 | 804 | 804 |
| Impairment loss on available-for-sale financial assets | — | (384) | — |
| **Total other comprehensive income/(loss) for the year** | $ (772) | $ 7,011 | $ (11,790) |
| **Total comprehensive income for the year, net of tax** | $ (10,517) | $ 18,466 | $ 1,498 |
| | | | |
| **Attributable to** | | | |
| Equity holders of Eros International Plc | (23,106) | 8,997 | (5,632) |
| Non-controlling interest | 12,589 | 9,469 | 7,130 |

The accompanying notes form an integral part of these consolidated financial statements.

F-5

**EROS INTERNATIONAL PLC**
**CONSOLIDATED STATEMENTS OF CASH FLOWS**
**FOR THE YEARS ENDED MARCH 31, 2018, 2017 AND 2016**

| | Note | Year ended March 31 | | |
| --- | --- | --- | --- | --- |
| | | 2018 | 2017 | 2016 |
| | | (in thousands) | | |
| **Cash flow from operating activities** | | | | |
| (Loss)/profit before tax | | $ (618) | $ 22,494 | $ 25,999 |
| Adjustments for: | | | | |
| Depreciation | 13 | 1,265 | 1,082 | 1,154 |
| Share based payments | 28 | 17,918 | 23,471 | 30,992 |
| Amortization of intangible film and content rights | 15 | 115,285 | 135,316 | 128,303 |
| Amortization of other intangible assets | 16 | 1,726 | 1,816 | 1,131 |
| Other non-cash items | 31 | 51,051 | (10,616) | 4,562 |
| Net finance costs | 8 | 17,813 | 17,156 | 8,010 |
| Gain on sale of available-for-sale financial assets | | — | (58) | — |
| Movement in trade and other receivables | | (91,317) | (72,247) | 19,690 |
| Movement in inventories | | (219) | (412) | 189 |
| Movement in trade and other payables | | (1,215) | 4,172 | 31,433 |
| Loss/(gain) on sale of property and equipment | | (2) | 22 | 21 |
| Cash generated from operations | | 111,687 | 122,196 | 251,484 |
| Interest paid | | (20,761) | (18,390) | (12,536) |
| Income taxes paid | | (7,683) | (4,813) | (4,349) |
| **Net cash generated from operating activities** | | $ 83,243 | $ 98,993 | $ 234,599 |
| | | | | |
| **Cash flows from investing activities** | | | | |
| Purchase of available-for-sale investment | | $ — | $ — | $ (230) |
| Proceeds from sale of available-for-sale investment | | — | 288 | — |
| Purchase of property and equipment | | (913) | (678) | (1,702) |
| Proceeds from disposal of property and equipment | | 70 | 2 | 56 |
| Proceeds from/(investment in) restricted deposits held with banks | | (27) | (4,018) | 76 |
| Deconsolidation/acquisition of cash and cash equivalent in subsidiary | | (9) | — | 263 |
| Purchase of intangible film rights and content rights | | (186,757) | (173,481) | (211,253) |
| Purchase of other intangible assets | | (321) | — | (1,500) |
| Interest received | | 2,537 | 2,696 | 2,935 |
| **Net cash (used in) investing activities** | | $ (185,420) | $ (175,191) | $ (211,355) |
| | | | | |
| **Cash flows from financing activities** | | | | |
| Proceeds from issue of share capital, net of transaction costs | | $ 16,645 | $ 30,466 | $ 5,414 |
| Proceeds from sale of shares of a subsidiary | | 40,221 | — | — |
| Proceeds from issue of shares by subsidiary | | 556 | 40 | 137 |
| Share application money received pending allotment | | 18,000 | — | — |
| Proceeds from issue out of treasury shares | | — | 938 | 6,294 |
| (Repayment of)/ proceeds from/ short term debt with maturity less than three months (net) | | 211 | (39,493) | 1,918 |
| Proceeds from short term debt | | 48,249 | 76,310 | 79,695 |
| Repayment of short term debt | | (43,785) | (66,404) | (72,746) |
| Proceeds from long term debt, net of transaction costs of Nil (2017: $384, 2016: $139) | | 111,278 | 16,522 | 13,847 |
| Repayment of long term debt | | (113,960) | (12,450) | (26,962) |
| **Net cash generated from financing activities** | | $ 77,415 | $ 5,929 | $ 7,597 |
| | | | | |
| Net (decrease)/increase in cash and cash equivalents | | (24,762) | (70,269) | 30,841 |
| | | | | |
| Effects of exchange rate changes on cash and cash equivalents | | 257 | (238) | (1,731) |
| Cash and cash equivalents at beginning of year | | 112,267 | 182,774 | 153,664 |
| **Cash and cash equivalents at the end of year** | | $ 87,762 | $ 112,267 | $ 182,774 |

The cash outflow towards intangible film rights and content right includes, interest paid and capitalized $11,722 (2017: $7,176 and 2016: $9,204).

The accompanying notes form an integral part of these consolidated financial statements.

F-6

**Reconciliation of Liabilities arising from Financing activities:**

| | Long term debt(*) | Short term debt | Total |
|---|---|---|---|
| As at March 31, 2017 | $ 198,792 | $ 83,631 | $ 282,423 |
| Considered in cash flow (net) | (2,682) | 4,675 | 1,993 |
| Net finance cost | 3,575 | — | 3,575 |
| Shares issued in lieu of convertible notes | (32,168) | — | (32,168) |
| Convertible notes measured at fair value through profit and loss | 13,840 | — | 13,840 |
| Amortization of debt issuance cost | 664 | (253) | 411 |
| Exchange adjustment | 6,888 | (298) | 6,590 |
| As at March 31, 2018 | $ 188,909 | $ 87,755 | $ 276,664 |

(*) including current portion and derivative financial instruments

The accompanying notes form an integral part of these consolidated financial statements.

F-7

**EROS INTERNATIONAL PLC**
**CONSOLIDATED STATEMENTS OF CHANGES IN EQUITY FOR THE YEAR ENDED MARCH 31, 2018**

| | Share capital | Share premium account | Currency translation reserve | Available for sale fair value reserves | Revaluation reserve | Hedging reserve | Reverse acquisition reserve | Merger reserve | Retained earnings | JSOP reserve | Share Application Reserve | Equity Attributable to Shareholders of EROS International PLC | Non-controlling interest | Total equity |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | **Other components of equity** | | | | **Reserves** | | (in thousands) | | | | | |
| **Balance as at April 1, 2017** | $ 31,877 | $ 399,686 | $ (55,810) | $ 6,238 | $ 1,829 | $ (375) | $ (22,752) | $ 70,275 | $ 389,474 | $ (15,985) | — $ | 804,457 | $ 79,091 | $ 883,548 |
| (Loss)/Profit for the year | — | — | — | — | — | — | — | — | (22,575) | — | — | (22,575) | 12,830 | (9,745) |
| Other comprehensive income/(loss) for the year | — | — | (912) | — | 6 | 375 | — | — | — | — | — | (531) | (241) | (772) |
| **Total comprehensive income/(loss) for the year** | **—** | **—** | **(912)** | **—** | **6** | **375** | **—** | **—** | **(22,575)** | **—** | **—** | **(23,106)** | **12,589** | **(10,517)** |
| Share based compensation (Refer Note 28) | — | — | — | — | — | — | — | — | 17,316 | — | — | 17,316 | 602 | 17,918 |
| Shares issued on exercise of employee stock options and awards (Refer Note 27) | 277 | 8,894 | — | — | — | — | — | — | (8,955) | — | — | 216 | — | 216 |
| Changes in ownership interests in subsidiaries that do not result in a loss of control (Refer Note 4) | — | — | — | — | — | — | — | 209 | — | — | — | 209 | 40,568 | 40,777 |
| Issue of shares, net of transaction costs of Nil (Refer Note 27) | 555 | 15,874 | — | — | — | — | — | — | — | — | — | 16,429 | — | 16,429 |
| Loss of control in a subsidiary (Refer Note 4) | — | — | — | — | — | — | — | — | — | — | — | — | 4,878 | 4,878 |
| Shares pending for allotment (Refer Note 27) | — | — | — | — | — | — | — | — | — | — | 18,000 | 18,000 | — | 18,000 |
| Shares issued in lieu of convertible notes (Refer Note 27) | 2,625 | 29,543 | — | — | — | — | — | — | — | — | — | 32,168 | — | 32,168 |
| **Balance as at March 31, 2018** | $ 35,334 | $ 453,997 | $ (56,722) | $ 6,238 | $ 1,835 | $ — | $ (22,752) | $ 70,484 | $ 375,260 | $ (15,985) | $ 18,000 | $ 865,689 | $ 137,728 | $1,003,417 |

The accompanying notes form an integral part of these consolidated financial statements.

**EROS INTERNATIONAL PLC**
**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS**

**13    PROPERTY AND EQUIPMENT**

| | As At March 31, 2018 | | | | |
| | Land and Building | Furniture, fittings and equipment | Vehicles | Machinery | Total |
|---|---|---|---|---|---|
| | | | (in thousands) | | |
| Opening net carrying amount | $ 8,791 | $ 432 | $ 504 | $ 606 | $ 10,333 |
| Exchange difference | (20) | — | (4) | (2) | (26) |
| Additions | 393 | 31 | 422 | 181 | 1,027 |
| Disposals | — | (91) | (468) | (227) | (786) |
| Adjustment of depreciation on disposal | — | 79 | 420 | 221 | 720 |
| Depreciation charge | (683) | (103) | (176) | (303) | (1,265) |
| **Balance as at March 31, 2018** | $ 8,481 | $ 348 | $ 698 | $ 476 | $ 10,003 |
| Capital work-in-progress | | | | | $ 10 |
| **Net carrying value as at March 31, 2018** | | | | | $ 10,013 |

| | As At March 31, 2018 | | | | |
| | Land and Building | Furniture, fittings and equipment | Vehicles | Machinery | Total |
|---|---|---|---|---|---|
| | | | (in thousands) | | |
| Cost or valuation | $ 12,647 | $ 1,872 | $ 1,314 | $ 4,001 | $ 19,834 |
| Accumulated depreciation | (4,166) | (1,524) | (616) | (3,525) | (9,831) |
| **Net carrying amount** | $ 8,481 | $ 348 | $ 698 | $ 476 | $ 10,003 |
| Capital work-in-progress | | | | | $ 10 |
| **Net carrying value as at March 31, 2018** | | | | | $ 10,013 |

| | As At March 31, 2017 | | | | |
| | Land and Building | Furniture, fittings and equipment | Vehicles | Machinery | Total |
|---|---|---|---|---|---|
| | | | (in thousands) | | |
| Opening net carrying amount | $ 8,768 | $ 407 | $ 399 | $ 492 | $ 10,066 |
| Exchange difference | 100 | 6 | 11 | 14 | 131 |
| Revaluation | — | — | — | — | — |
| Additions | 385 | 187 | 260 | 463 | 1,295 |
| Others | — | (27) | — | (26) | (53) |
| Disposals | — | (24) | (5) | (5) | (34) |
| Adjustment of depreciation on disposal | — | — | 5 | 5 | 10 |
| Depreciation charge | (462) | (117) | (166) | (337) | (1,082) |
| **Balance as at March 31, 2017** | $ 8,791 | $ 432 | $ 504 | $ 606 | $ 10,333 |
| Capital work-in-progress | | | | | $ 21 |
| **Net carrying value as at March 31, 2017** | | | | | $ 10,354 |

| | As At March 31, 2017 | | | | |
| | Land and Building | Furniture, fittings and equipment | Vehicles | Machinery | Total |
|---|---|---|---|---|---|
| | | | (in thousands) | | |
| Cost or valuation | $ 12,274 | $ 1,932 | $ 1,364 | $ 4,049 | $ 19,619 |
| Accumulated depreciation | (3,483) | (1,500) | (860) | (3,443) | (9,286) |
| **Net carrying amount** | $ 8791 | $ 432 | $ 504 | $ 606 | $ 10,333 |
| Capital work-in-progress | | | | | $ 21 |
| **Net carrying value as at March 31, 2017** | | | | | $ 10,354 |

Property and equipment with a net carrying amount of $7,452 (2017: $7,849) have been pledged to secure borrowings (Refer Note 23).

Land and buildings were revalued as at March 31, 2016 by independent valuers on the basis of market value. Fair values were estimated based on recent market transactions, which were then adjusted for specific conditions relating to the land and buildings. As at March 31, 2018, had land and buildings of the Group been carried at historical cost less accumulated depreciation, their carrying amount would have been $5,549 (2017: $5,909).

Capital work-in-progress of $10 (2017: $21) primarily related to leasehold improvement cost in Company's leased premises.

**EROS INTERNATIONAL PLC**
**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS**

**14      GOODWILL AND TRADE NAME**

| | Goodwill | Trade Name |
|---|---|---|
| | (in thousands) | |
| **Balance As At March 31, 2018** | $ 3,800 | $ 14,000 |
| **Balance As At March 31, 2017** | $ 4,992 | $ 14,000 |

| **Goodwill** | Amount in US$ |
|---|---|
| Balance as at March 31, 2016 | $ 5,097 |
| Foreign currency translation | (105) |
| Balance as at March 31, 2017 | 4,992 |
| Foreign currency translation | 13 |
| Impairment (Refer note 6) | (1,205) |
| Balance as at March 31, 2018 | $ 3,800 |

Goodwill has been assessed for impairment at the Group level as the Group is considered as one single cash generating unit and represents the lowest level at which the goodwill is monitored for internal management purposes.

The recoverable amount of the cash generating unit has been determined based on value in use. Value in use has been determined based on future cash flows after considering current economic conditions and trends, estimated future operating results, growth rates and anticipated future economic conditions.

As of March 31, 2018, for assessing impairment of goodwill, value in use is determined using discounted cash flow method. The estimated cash flows for a period of four years were developed using internal forecasts, extrapolated for the fifth year, and a pre-tax discount rate of 15% and terminal growth rate of 4%.

As of March 31, 2018, for assessing the impairment of the trade name, value in use is determined using the relief from royalty method based on a Royalty rate of 4% on the estimated total revenue for a period of four years, extrapolated for the fifth year, and, a pre-tax discount rate of 20% and terminal growth rate of 4%.

Management believes that any reasonably possible change in the key assumptions would not cause the carrying amount (net of an impairment loss of $1,205) to exceed the recoverable amount of the cash generating unit.

**15      INTANGIBLE CONTENT ASSETS**

| | Gross Content Assets | Accumulated Amortization | Content Assets |
|---|---|---|---|
| | (in thousands) | | |
| **As at March 31, 2018** | | | |
| Film and content rights | $ 1,493,099 | $ (854,991) | $ 638,108 |
| Content advances | 349,568 | — | 349,568 |
| Film productions | 10,867 | — | 10,867 |
| **Non-current content assets** | $ 1,853,534 | $ (854,991) | $ 998,543 |
| | | | |
| **As at March 31, 2017** | | | |
| Film and content rights | $ 1,430,523 | $ (796,058) | $ 634,465 |
| Content advances | 266,232 | — | 266,232 |
| Film productions | 3,931 | — | 3,931 |
| **Non-current content assets** | $ 1,700,686 | $ (796,058) | $ 904,628 |

F-28

**EROS INTERNATIONAL PLC**
**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS**

Changes in the intangible - content assets are as follows:

| | | As At ended March 31 | | |
| --- | --- | --- | --- | --- |
| | | 2018 | | 2017 |
| | | (in thousands) | | |
| **Film productions** | | | | |
| **Opening balance** | $ | 3,931 | $ | 4,236 |
| Additions | | 10,521 | | 5,498 |
| Exchange difference | | (17) | | 86 |
| Transfer to film and content rights | | (3,568) | | (5,889) |
| **Closing balance** | $ | 10,867 | $ | 3,931 |
| | | | | |
| **Content advances** | | | | |
| **Opening balance** | $ | 266,232 | $ | 284,817 |
| Additions (*) | | 221,251 | | 236,536 |
| Exchange difference | | (1,100) | | 2,279 |
| Impairment (**) | | (353) | | (1,625) |
| Transfer to film and content rights | | (136,462) | | (255,775) |
| **Closing balance** | $ | 349,568 | $ | 266,232 |
| | | | | |
| **Film and content rights** | | | | |
| **Opening balance** | $ | 634,465 | $ | 506,086 |
| Amortization | | (115,285) | | (135,316) |
| Exchange difference | | (414) | | 2,031 |
| Deconsolidation (Refer Note 4) | | (20,688) | | — |
| Transfer from film productions and content advances | | 140,030 | | 261,664 |
| **Closing balance** | $ | 638,108 | $ | 634,465 |

Film and content rights with a carrying amount of $321,474 (2017: $321,872) have been pledged against secured borrowings (Refer Note 23).

(*) represents exchange of film rights for non-cash consideration, i.e. de-recognition of financial asset amounting $14,795.

(**) impairment loss on content advances relate to amounts advanced, to the extent not considered recoverable, for prospective film productions that are not being developed further or not considered viable.

**16    INTANGIBLE ASSETS- OTHER**

Other intangibles comprise of software and other intangibles used within the Group's digital and home entertainment activities and internal accounting activities.

The changes in other intangible assets are as follows:

| | As At March 31, 2018 | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | (in thousands) | | | | | |
| | Information technology assets | | Other intangibles | | Total | |
| Opening net carrying amount as on March 31, 2017 | $ | 2,160 | $ | 2,200 | $ | 4,360 |
| Exchange difference | | — | | (7) | | (7) |
| Additions | | 205 | | 2,450 | | 2,655 |
| Disposals | | — | | (2) | | (2) |
| Amortization charge | | (916) | | (810) | | (1,726) |
| **Closing net carrying amount as on March 31, 2018** | $ | 1,449 | $ | 3,831 | $ | 5,280 |

**EROS INTERNATIONAL PLC**
**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS**

| | As At March 31, 2018 | | |
|---|---|---|---|
| | (in thousands) | | |
| Cost or valuation as on March 31, 2018 | $ 5,055 | $ 6,938 | $ 11,993 |
| Accumulated amortization | (3,606) | (3,107) | (6,713) |
| **Net carrying amount as on March 31, 2018** | $ **1,449** | $ **3,831** | $ **5,280** |

| | As At March 31, 2017 ( | | |
|---|---|---|---|
| | (in thousands) | | |
| | Information technology assets | Other intangibles | Total |
| Opening net carrying amount as on March 31, 2016 | $ 3,303 | $ 2,824 | $ 6,127 |
| Exchange difference | 15 | 36 | 51 |
| Disposals | — | (2) | (2) |
| Amortization charge | (1,158) | (658) | (1,816) |
| **Closing net carrying amount as on March 31, 2017** | $ **2,160** | $ **2,200** | $ **4,360** |

| | As At March 31, 2017 | | |
|---|---|---|---|
| | (in thousands) | | |
| Cost or valuation as on March 31, 2017 | $ 4,850 | $ 4,497 | $ 9,347 |
| Accumulated amortization | (2,690) | (2,297) | (4,987) |
| **Net carrying amount as on March 31, 2017** | $ **2,160** | $ **2,200** | $ **4,360** |

Other intangible assets with a carrying amount of $143 (2017: $239) have been pledged against secured borrowings (Refer Note 23).

## 17    AVAILABLE-FOR-SALE FINANCIAL ASSETS

| | As At March 31 | |
|---|---|---|
| | 2018 | 2017 |
| | (in thousands) | |
| Valuable Technologies Limited | $ 11,097 | $ 11,097 |
| LMB Holdings Limited | 16,000 | 16,800 |
| Valuable Innovations Private Limited | — | 1,636 |
| Cloudstream Media Inc | 160 | 80 |
| | $ 27,257 | $ 29,613 |

Eros acquired an interest in Valuable Technologies Limited ("Valuable") in the year ended March 31, 2009. Valuable manages and operates a number of companies within media and entertainment, technology and infrastructure. These companies include UFO Moviez, the leading provider of Digital projection solutions for cinemas in India, Boxtech which is involved with digital movie rentals, and Impact whose business is theatrical ticketing and sales data. As at March 31, 2018, Eros owns 7.21% of Valuable's equity. In the year ended March 31, 2018, due to the range of potential outcomes in valuing Valuable, the Board was unable to give, with reasonable certainty, a fair value in the absence of detailed financial and/or valuation related information. Management has therefore held it at cost which equates to the fair value recognized in the year ended March 31, 2012.

Acacia Investments Holdings Limited ("Acacia") is a dormant holding company and owns 24% of L.M.B Holdings Limited ("LMB") which through its subsidiaries operates satellite television channels, such as B4U Music, B4U Movies and the Movie House Channel. As of March 31, 2018, and prior, the Group had no Board representation, no involvement in policy decision making, did not provide input in respect of technical know-how and had no material contract with LMB or its subsidiaries nor did they have the power to exert significant influence. In the year ended March 31, 2018, due to the range of potential outcomes in valuing LMB, the Board was unable to give, with reasonable certainty, a fair value in the absence of detailed financial and/or valuation related information. The range of potential outcomes for the investment was estimated using level 3 inputs, using guideline public companies method with revenue multiple. Considering recent losses incurred by LMB (based on available historical data), the management believes that an objective evidence of impairment exists as at reporting date. Accordingly, an impairment loss calculated using difference between maximum value in the range of potential outcomes and the carrying value of the investment amounting $800 have been recorded in the Statement of Income, within Other gains/ (losses), net.

F-30