# EXHIBIT 9



**June 6, 2019**

The Secretary,
**BSE Limited**
Pheeroze Jeejeebhoy Towers
Dalal Street, Fort
Mumbai – 400 001
Scrip Code: **533261**

The Secretary,
**National Stock Exchange of India Ltd.**
Exchange Plaza, 5th Floor
Plot No- 'C' Block, G Block
Bandra-Kurla Complex, Bandra (E)
Mumbai-400051
Scrip Code: **EROSMEDIA**

**Sub:** **Clarification on the intimation made by the Company to the Stock Exchanges on June 5, 2019 regarding ratings assigned by Rating Agency to the Company**

Dear Sir,

In reference to the intimation made by the Company to the Stock Exchanges on June 5, 2019 regarding CARE D Ratings assigned to the Company, we would like to clarify that this is on account of a delay in servicing of Bank loans for the month of April 2019 and May 2019 and will be cleared within the next seven working days. Furthermore, the Company would like to clarify that our utilisation is less then Rs.550 Crs as compared to Rs.750 Crs facilities assessed by the Rating Agency as per the bank's sanctioned letters.

Request you to kindly take the above information on your record.

Thanking you,

Yours faithfully,

*for* **Eros International Media Limited**

**Abhishekh Kanoi**
**VP - Company Secretary and Compliance Officer**

**EROS INTERNATIONAL MEDIA LIMITED**

Corporate Office: 9th Floor, Supreme Chambers, Off Veera Desai Road, Andheri (W), Mumbai - 400 053.
Tel.: +91-22-6602 1500    Fax: +91-22-6602 1540    E-mail: eros@erosintl.com  •  www.erosplc.com
Regd. Office: 201, 2nd Floor, Kailash Plaza, Plot No. A-12, Off New Link Road, Andheri (W), Mumbai - 400053.
CIN No. L99999MH1994PLC080502