# EXHIBIT 12

**Macquarie Research** |

MACQUARIE

This publication was downloaded for exclusive use by: mark.carbeck@erosintl.com

**Flashnote**  6 June 2019                                United States

## EQUITIES

| EROS US | Outperform |
|---|---|
| Price (at 16:13, 06 Jun 2019 GMT) | US$3.22 |

| | | |
|---|---|---|
| Valuation <br> - DCF (WACC 17.1%, beta 1.5, ERP 10.0%, RFR 3.0%, TGR 1.0%) | US$ | 20.55 |
| 12-month target | US$ | 20.00 |
| 12-month TSR | % | +521.1 |
| GICS sector | | Media & Entertainment |
| Market cap | US$m | 237 |
| 30-day avg turnover | US$m | 1.9 |
| Number shares on issue | m | 73.61 |

### Investment fundamentals

| Year end 31 Mar | | 2018A | 2019E | 2020E | 2021E |
|---|---|---|---|---|---|
| Revenue | m | 261.3 | 286.5 | 365.6 | 474.8 |
| EBITDA | m | 78.5 | 104.5 | 137.2 | 183.3 |
| Adjusted profit | m | 20.7 | 39.5 | 55.1 | 79.5 |
| EPS adj | US$ | 0.26 | 0.46 | 0.63 | 0.91 |
| EPS adj growth | % | 418.6 | 80.2 | 36.0 | 44.2 |
| PER adj | x | 12.5 | 6.9 | 5.1 | 3.5 |
| Total DPS | US$ | 0.00 | 0.00 | 0.00 | 0.00 |
| Total div yield | % | 0.0 | 0.0 | 0.0 | 0.0 |
| EV/EBITDA | x | 5.1 | 4.1 | 3.1 | 2.4 |

### EROS US rel S&P 500 performance, & rec history



Note: Recommendation timeline - if not a continuous line, then there was no Macquarie coverage at the time or there was an embargo period.
Source: FactSet, Macquarie Research, June 2019
(all figures in USD unless noted)

### Analysts
Macquarie Capital (USA) Inc.

 **Tim Nollen**   +1 212 231 0635
tim.nollen@macquarie.com

**Jordan Boretz**   +1 212 231 0905
jordan.boretz@macquarie.com

# Eros International (EROS US)
## Hard to explain

### Event

- EROS US is trading down 55% vs S&P 500 +0.25% on news that CARE, India's second-largest credit rating agency, has downgraded Eros's India subsidiary Eros International Media Ltd (EIML) from 'BBB-' to 'D' (default). EIML has responded with an acknowledgement that it missed 2 bank loan payments in April and May but that it will make these payments within the next week, and that its total outstanding amount of debt is Rs. 550 crore (~US$80m), not Rs. 750 crore as stated by CARE.

### Impact

- As a reminder, EIML is the largest subsidiary of Eros plc, with a Mumbai stock exchange listing.  It essentially is the core Bollywood film production and distribution business, though the Eros Now OTT service and some international distribution is housed within other divisions of Eros plc.

- Our understanding is that these missed payments from EIML are due to clerical error, not to lack of cash, and are for small amounts. This is inexcusable if true, but the balance sheet and cash flow statements of EIML (as of March 2019) and Eros plc (as of December 2018) indicate a stable financial position:

  ⇒ EIML reported March 2019 year-end net debt by our calculation of Rs. lakh 39,881 vs trailing 12-month EBITDA (which we calculate as PBT + D&A) of Rs. lakh 29,763, for a net debt/EBITDA ratio of 1.3x. We don't cover EIML stock, so we don't know if there are any other items in here that might affect these numbers.  But cash was stable as of March 2019 YoY and total debt was actually down a little.

  ⇒ Eros plc reported December 31, 2018 net debt/adj. EBITDA of 2.1x by our calculation.  And we calculate DSOs at 303 as of Dec. 31, one of the lowest levels in the past 3 years and down from 342 at previous FY'17 year end.

- Eros was on the road looking to raise debt earlier this year but evidently was unsuccessful in doing so. Most of its debt is in short-term borrowings; its next bond maturity is £50m due October 2021.

### Action and recommendation

- We rate Eros Outperform with an intrinsic value target price of $20, based on our optimism on Eros Now growth potential.  We aren't defending what the company says has happened, but we believe, based on public filings and management's explanation of the reason for the missed payments, that Eros plc does not face balance sheet or cash flow constraints.  Eros plc will report FY4Q earnings on July 15, at which point it expects to have attained Sarbanes-Oxley compliance.

**Please refer to page 2 for important disclosures and analyst certification, or on our website www.macquarie.com/research/disclosures.**

**Important disclosures:**

### Recommendation definitions

**Macquarie – Asia, USA, Europe and Mazi Macquarie (SA):**
Outperform – expected return >10%
Neutral – expected return from -10% to +10%
Underperform – expected return <-10%

**Macquarie - Australia/New Zealand**
Outperform – expected return >10%
Neutral – expected return from 0% to 10%
Underperform – expected return <0%

Note: expected return is reflective of a Medium Volatility stock and should be assumed to adjust proportionately with volatility risk

### Volatility index definition*

This is calculated from the volatility of historical price movements.

**Very high–highest risk** – Stock should be expected to move up or down 60–100% in a year – investors should be aware this stock is highly speculative.

**High** – stock should be expected to move up or down at least 40–60% in a year – investors should be aware this stock could be speculative.

**Medium** – stock should be expected to move up or down at least 30–40% in a year.

**Low–medium** – stock should be expected to move up or down at least 25–30% in a year.

**Low** – stock should be expected to move up or down at least 15–25% in a year.
* Applicable to select stocks in Asia/Australia/NZ

**Recommendations** – 12 months
**Note:** Quant recommendations may differ from Fundamental Analyst recommendations

### Financial definitions

All "Adjusted" data items have had the following adjustments made:
Added back: goodwill amortisation, provision for catastrophe reserves, IFRS derivatives & hedging, IFRS impairments & IFRS interest expense
Excluded: non recurring items, asset revals, property revals, appraisal value uplift, preference dividends & minority interests

**EPS** = adjusted net profit / efpowa*
**ROA** = adjusted ebit / average total assets
**ROA Banks/Insurance** = adjusted net profit /average total assets
**ROE** = adjusted net profit / average shareholders funds
**Gross cashflow** = adjusted net profit + depreciation
*equivalent fully paid ordinary weighted average number of shares

All Reported numbers for Australian/NZ listed stocks are modelled under IFRS (International Financial Reporting Standards).

### Recommendation proportions – For quarter ending 31 March 2019

|  | AU/NZ | Asia | RSA | USA | CA | EUR |  |
|---|---|---|---|---|---|---|---|
| Outperform | 48.45% | 56.50% | 47.06% | 51.94% | 68.53% | 51.76% | (for global coverage by Macquarie, 3.69% of stocks followed are investment banking clients) |
| Neutral | 35.27% | 30.15% | 32.94% | 42.78% | 24.48% | 38.19% | (for global coverage by Macquarie, 2.76% of stocks followed are investment banking clients) |
| Underperform | 16.28% | 13.35% | 20.00% | 5.28% | 6.99% | 10.05% | (for global coverage by Macquarie, 0.89% of stocks followed are investment banking clients) |

Note: This table does not reflect the announced cessation of research services effective April 29, 2019, through our affiliate Macquarie Capital Markets Canada Ltd.

### EROS US vs S&P 500, & rec history



(all figures in USD currency unless noted)

Note: Recommendation timeline – if not a continuous line, then there was no Macquarie coverage at the time or there was an embargo period.
Source: FactSet, Macquarie Research, June 2019

### 12-month target price methodology

EROS US: US$20.00 based on a DCF methodology

**Company-specific disclosures**:

Important disclosure information regarding the subject companies covered in this report is available at www.macquarie.com/research/disclosures.

| Date | Stock Code (BBG code) | Recommendation | Target Price |
|---|---|---|---|
| 28-Jun-2018 | EROS US | Outperform | US$20.00 |
| 09-Oct-2017 | EROS US | Outperform | US$18.00 |
| 31-Jul-2017 | EROS US | Outperform | US$15.00 |
| 22-Feb-2017 | EROS US | Outperform | US$18.00 |
| 04-Feb-2017 | EROS US | Outperform | US$20.00 |
| 11-Jul-2016 | EROS US | Outperform | US$23.00 |

**Target price risk disclosures**:
**EROS US:** Risks include box office success/failure; costs associated with launch of TV network and Eros Now; subscriber take-up of these offerings; Indian macro conditions and rupee FX (50% of revenues and costs are in India); lack of trading liquidity, free float and voting rights.

**Analyst certification**:
We hereby certify that all of the views expressed in this report accurately reflect our personal views about the subject company or companies and its or their securities. We also certify that no part of our compensation was, is or will be, directly or indirectly, related to the specific recommendations or views expressed in this report. The Analysts responsible for preparing this report receive compensation from Macquarie that is based upon various factors including Macquarie Group Ltd total revenues, a portion of which are generated by Macquarie Group's Investment Banking activities.

**General disclaimers:**
Macquarie Securities (Australia) Ltd; Macquarie Capital (Europe) Ltd; Macquarie Capital (Ireland) DAC; Macquarie Capital Markets North America Ltd; Macquarie Capital (USA) Inc; Macquarie Capital Limited, Taiwan Securities Branch; Macquarie Capital Securities (Singapore) Pte Ltd; Macquarie Securities

(NZ) Ltd; Mazi Macquarie Securities (RF) (Pty) Ltd; Macquarie Capital Securities (India) Pvt Ltd; Macquarie Capital Securities (Malaysia) Sdn Bhd; Macquarie Securities Korea Limited and Macquarie Securities (Thailand) Ltd are not authorized deposit-taking institutions for the purposes of the Banking Act 1959 (Commonwealth of Australia), and their obligations do not represent deposits or other liabilities of Macquarie Bank Limited ABN 46 008 583 542 (MBL) or MGL. MBL does not guarantee or otherwise provide assurance in respect of the obligations of any of the above mentioned entities. MGL provides a guarantee to the Monetary Authority of Singapore in respect of the obligations and liabilities of Macquarie Capital Securities (Singapore) Pte Ltd for up to SGD 35 million. This research has been prepared for the general use of the wholesale clients of the Macquarie Group and must not be copied, either in whole or in part, or distributed to any other person. If you are not the intended recipient you must not use or disclose the information in this research in any way. If you received it in error, please tell us immediately by return e-mail and delete the document. We do not guarantee the integrity of any e-mails or attached files and are not responsible for any changes made to them by any other person. MGL has established and implemented a conflicts policy at group level (which may be revised and updated from time to time) (the "Conflicts Policy") pursuant to regulatory requirements (including the FCA Rules) which sets out how we must seek to identify and manage all material conflicts of interest. Nothing in this research shall be construed as a solicitation to buy or sell any security or product, or to engage in or refrain from engaging in any transaction. In preparing this research, we did not take into account your investment objectives, financial situation or particular needs. Macquarie salespeople, traders and other professionals may provide oral or written market commentary or trading strategies to our clients that reflect opinions which are contrary to the opinions expressed in this research. Macquarie Research produces a variety of research products including, but not limited to, fundamental analysis, macro-economic analysis, quantitative analysis, and trade ideas. Recommendations contained in one type of research product may differ from recommendations contained in other types of research, whether as a result of differing time horizons, methodologies, or otherwise. Before making an investment decision on the basis of this research, you need to consider, with or without the assistance of an adviser, whether the advice is appropriate in light of your particular investment needs, objectives and financial circumstances. There are risks involved in securities trading. The price of securities can and does fluctuate, and an individual security may even become valueless. International investors are reminded of the additional risks inherent in international investments, such as currency fluctuations and international stock market or economic conditions, which may adversely affect the value of the investment. This research is based on information obtained from sources believed to be reliable but we do not make any representation or warranty that it is accurate, complete or up to date. We accept no obligation to correct or update the information or opinions in it. Opinions expressed are subject to change without notice. No member of the Macquarie Group accepts any liability whatsoever for any direct, indirect, consequential or other loss arising from any use of this research and/or further communication in relation to this research. Clients should contact analysts at, and execute transactions through, a Macquarie Group entity in their home jurisdiction unless governing law permits otherwise. The date and timestamp for above share price and market cap is the closed price of the price date. #CLOSE is the final price at which the security is traded in the relevant exchange on the date indicated. Members of the Macro Strategy team are Sales & Trading personnel who provide desk commentary that is not a product of the Macquarie Research department or subject to FINRA Rule 2241 or any other regulation regarding independence in the provision of equity research.

**Country-specific disclaimers:**

**Australia**: In Australia, research is issued and distributed by Macquarie Securities (Australia) Ltd (AFSL No. 238947), a participating organization of the Australian Securities Exchange. Macquarie Securities (Australia) Limited staff involved with the preparation of research have regular interaction with companies they cover. Additionally, Macquarie Group Limited does and seeks to do business with companies covered by Macquarie Research. There are robust information barriers in place to protect the independence of Macquarie Research's product. However, recipients of Macquarie Research should be aware of this potential conflict of interest. **New Zealand**: In New Zealand, research is issued and distributed by Macquarie Securities (NZ) Ltd, a NZX Firm. **United Kingdom**: In the United Kingdom, research is issued and distributed by Macquarie Capital (Europe) Ltd, which is authorised and regulated by the Financial Conduct Authority (No. 193905). **Germany**: In Germany, this research is issued and/or distributed by Macquarie Capital (Ireland) DAC, which is authorised and regulated by the Central Bank of Ireland (No. C186531). **France**: In France, research is issued and distributed by Macquarie Capital (Ireland) DAC, which is authorised and regulated by the Central Bank of Ireland (No. C186531). **Hong Kong & Mainland China**: In Hong Kong, research is issued and distributed by Macquarie Capital Limited, which is licensed and regulated by the Securities and Futures Commission. In Mainland China, Macquarie Securities (Australia) Limited Shanghai Representative Office only engages in non-business operational activities excluding issuing and distributing research. Only non-A share research is distributed into Mainland China by Macquarie Capital Limited. **Japan**: In Japan, research is Issued and distributed by Macquarie Capital Securities (Japan) Limited, a member of the Tokyo Stock Exchange, Inc. and Osaka Exchange, Inc. (Financial Instruments Firm, Kanto Financial Bureau (kin-sho) No. 231, a member of Japan Securities Dealers Association). **India:** In India, research is issued and distributed by Macquarie Capital Securities (India) Pvt. Ltd. (CIN: U65920MH1995PTC090696), 92, Level 9, 2 North Avenue, Maker Maxity, Bandra Kurla Complex, Bandra (East), Mumbai – 400 051, India, which is a SEBI registered Research Analyst having registration no. INH000000545. **Malaysia**: In Malaysia, research is issued and distributed by Macquarie Capital Securities (Malaysia) Sdn. Bhd. (Company registration number: 463469-W) which is a Participating Organisation of Bursa Malaysia Berhad and a holder of Capital Markets Services License issued by the Securities Commission. **Taiwan**: In Taiwan, research is issued and distributed by Macquarie Capital Limited, Taiwan Securities Branch, which is licensed and regulated by the Financial Supervisory Commission. No portion of the report may be reproduced or quoted by the press or any other person without authorisation from Macquarie. Nothing in this research shall be construed as a solicitation to buy or sell any security or product. The recipient of this report shall not engage in any activities which may give rise to potential conflicts of interest to the report. Research Associate(s) in this report who are registered as Clerks only assist in the preparation of research and are not engaged in writing the research. Macquarie may be in past one year or now being an Issuer of Structured Warrants on securities mentioned in this report. **Thailand**: In Thailand, research is produced, issued and distributed by Macquarie Securities (Thailand) Ltd. Macquarie Securities (Thailand) Ltd. is a licensed securities company that is authorized by the Ministry of Finance, regulated by the Securities and Exchange Commission of Thailand and is an exchange member of the Stock Exchange of Thailand. The Thai Institute of Directors Association has disclosed the Corporate Governance Report of Thai Listed Companies made pursuant to the policy of the Securities and Exchange Commission of Thailand. Macquarie Securities (Thailand) Ltd does not endorse the result of the Corporate Governance Report of Thai Listed Companies but this Report can be accessed at: http://www.thai-iod.com/en/publications.asp?type=4. **South Korea**: In South Korea, unless otherwise stated, research is prepared, issued and distributed by Macquarie Securities Korea Limited, which is regulated by the Financial Supervisory Services. Information on analysts in MSKL is disclosed at http://dis.kofia.or.kr/websquare/index.jsp?w2xPath=/wq/fundMgr/DISFundMgrAnalystStut.xml&divisionId= MDIS03002001000000&serviceId=SDIS03002001000. **South Africa**: In South Africa, research is issued and distributed by Mazi Macquarie Securities (RF) (Pty) Ltd, a member of the JSE Limited. **Singapore**: In Singapore, research is issued and distributed by Macquarie Capital Securities (Singapore) Pte Ltd (Company Registration Number: 198702912C), a Capital Markets Services license holder under the Securities and Futures Act to deal in securities and provide custodial services in Singapore. Pursuant to the Financial Advisers (Amendment) Regulations 2005, Macquarie Capital Securities (Singapore) Pte Ltd is exempt from complying with sections 25, 27 and 36 of the Financial Advisers Act. All Singapore-based recipients of research produced by Macquarie Capital (Europe) Limited, Mazi Macquarie Securities (RF) (Pty) Ltd and Macquarie Capital (USA) Inc. represent and warrant that they are institutional investors as defined in the Securities and Futures Act. **United States**: In the United States, research is issued and distributed by Macquarie Capital (USA) Inc., which is a registered broker-dealer and member of FINRA. Macquarie Capital (USA) Inc, accepts responsibility for the content of each research report prepared by one of its non-US affiliates when the research report is distributed in the United States by Macquarie Capital (USA) Inc. Macquarie Capital (USA) Inc.'s affiliate's analysts are not registered as research analysts with FINRA, may not be associated persons of Macquarie Capital (USA) Inc., and therefore may not be subject to FINRA rule restrictions on communications with a subject company, public appearances, and trading securities held by a research analyst account. Information regarding futures is provided for reference purposes only and is not a solicitation for purchases or sales of futures. Any persons receiving this report directly from Macquarie Capital (USA) Inc. and wishing to effect a transaction in any security described herein should do so with Macquarie Capital (USA) Inc. Important disclosure information regarding the subject companies covered in this report is available at www.macquarie.com/research/disclosures, or contact your registered representative at 1-888-MAC-STOCK, or write to the Supervisory Analysts, Research Department, Macquarie Securities, 125 W.55th Street, New York, NY 10019.

© Macquarie Group

Macquarie Research |

MACQUARIE

**Equities**

# Research

### Head of US Equity Research

| | |
|---|---|
| Christine Farkas (US) | (1 212) 231 6668 |

### Consumer

### Gaming & Leisure
| | |
|---|---|
| Chad Beynon (Head of US Consumer) | (1 212) 231 2634 |

### Beverages & HPC
| | |
|---|---|
| Caroline Levy (New York) | (1 212) 231 1818 |

### Consumer Discretionary
| | |
|---|---|
| Laurent Vasilescu (New York) | (1 212) 231 8046 |

### Leisure & Online Travel
| | |
|---|---|
| Paul Golding (New York) | (1 212) 231 8003 |

### Energy

### Oil & Gas
| | |
|---|---|
| Vikas Dwivedi (Head of Oil & Gas, Global Energy Strategist) | (1 713) 275 6352 |

### US Exploration & Production
| | |
|---|---|
| Paul Grigel (Denver) | (1 303) 952 2754 |

### US Refining
| | |
|---|---|
| Jay Tobin (Houston) | (1 713) 275 6123 |

### Oilfield Services
| | |
|---|---|
| Walt Chancellor (Houston) | (1 713) 275 6230 |

### Financials

### Banks/Trust Banks
| | |
|---|---|
| David Konrad (New York) | (1 212) 231 0525 |
| Jack Walsh (New York) | (1 212) 231 1840 |

### Industrials

### Chemicals
| | |
|---|---|
| Cooley May (Head of US Basics & Industrials) | (1 212) 231 2586 |

### Airlines/Aircraft Leasing
| | |
|---|---|
| Susan Donofrio (New York) | (1 212) 231 6535 |

### Building Products
| | |
|---|---|
| Adam Baumgarten (New York) | (1 212) 231 0633 |

### Business Services
| | |
|---|---|
| Hamzah Mazari (New York) | (1 212) 231 2442 |
| Mario Cortellacci (New York) | (1 212) 231 0465 |

### Construction & Engineering/Machinery
| | |
|---|---|
| Sameer Rathod (San Francisco) | (1 415) 762 5034 |

### Materials

### Global Metals & Mining
| | |
|---|---|
| David Lipschitz (New York) | (1 212) 231 1232 |
| Xiao Feng (New York) | (1 212) 231 1245 |

### TMET

### Media & Entertainment
| | |
|---|---|
| Tim Nollen (Head of TMET) | (1 212) 231 0635 |

### Automotive & Disruptive Technology
| | |
|---|---|
| Maynard Um (New York) | (1 212) 231 8098 |

### Cable, Satellite & Entertainment
| | |
|---|---|
| Amy Yong (New York) | (1 212) 231 2624 |

### Internet
| | |
|---|---|
| Ben Schachter (New York) | (1 212) 231 0644 |

### Semiconductors
| | |
|---|---|
| Srini Pajjuri (San Francisco) | (1 415) 762 5018 |

### Software
| | |
|---|---|
| Sarah Hindlian (New York) | (1 212) 231 1371 |

### Telecommunications
| | |
|---|---|
| Amy Yong (New York) | (1 212) 231 2624 |

### Utilities & Alternative Energy
| | |
|---|---|
| Angie Storozynski (New York) | (1 212) 231 2569 |

### Find our research at
| | |
|---|---|
| Macquarie: | www.macquarieresearch.com/ideas/ |
| Thomson: | www.thomson.com/financial |
| Reuters: | www.knowledge.reuters.com |
| Bloomberg: | MAC GO |
| Factset: | http://www.factset.com/home.aspx |
| CapitalIQ | www.capitaliq.com |

Contact macresearch@macquarie.com for access requests.

### Email addresses
FirstName.Surname@macquarie.com

# Equities

### Head of US Equities

| | |
|---|---|
| Dan Ritchie (New York) | (1 212) 231 1621 |

# Sales

### Head of US Sales

| | |
|---|---|
| Khristina McLaughlin (New York) | (1 212) 231 8012 |

### US Sales

| | |
|---|---|
| Rob Moderelli (New York) | (1 212) 231 2495 |

# Trading

### US Sales Trading

| | |
|---|---|
| Mike Gray (New York) | (1 212) 231 0928 |

This publication was disseminated on 06 June 2019 at 16:34 UTC.