# EXHIBIT 13

PRESS RELEASES

News

FINANCIALS

EVENTS

SHARE INFORMATION

BONDS

# Press Release

View printer-friendly version                                  << Back

## Eros International PLC Provides Business Update

ISLE OF MAN--(BUSINESS WIRE)--Jul. 2, 2019-- Today Eros International Plc (NYSE: EROS) ("Eros" or the "Company"), a Global Indian Entertainment Company, offered the following update:

The Company reports that outstanding interest payments of the Company's Indian operating subsidiary (EIML) that caused a recent ratings downgrade by CARE have been paid by EIML. The Company is working with CARE in an attempt to restore its previous investment grade rating, with the full support of its existing banking consortium. In addition, the Company reiterates that the recent withdrawal of its Moody's rating was at the Company's request given that it does not have any outstanding public institutional bonds.

On June 7, 2019, "Hindenburg Research," published by Nathan Anderson of Clarity Spring, issued a report repeating several false allegations designed to discredit Eros's business that have previously been rejected in the US courts, most recently through the dismissal of a securities class action in 2016. This most recent report is another improper attempt by an admitted short seller to harm the Company so that this investor can take advantage of a short position in the Company's stock. The Company previously disclosed in March 2016 that the Company's Audit Committee, with the assistance of Skadden Arps Slate Meagher & Flom LLP, completed an internal review of the Company's financial reporting for the following areas: (i) UAE sales and revenue recognition, (ii) amortization policy of intangibles, including film and content costs, (iii) related party transactions, (iv) Eros Now registered users count, and (vi) Eros' film library. Following that review, the Audit Committee was— and remains—satisfied with the Company's financial reporting and disclosures in its financial statements as filed.



The Company's legal counsel, Gibson, Dunn & Crutcher LLP, will defend the Company against these baseless attacks.

As announced on June 19, 2019, the Board is currently assessing strategic alternatives for the Company, and that process is ongoing. The Company further reports that outside director Jyoti Deshpande of Reliance Industries has left the Board of Directors of Eros International Plc, as of June 28, 2019, for other commitments.

The Company will release full-year financial results on July 15, 2019, as previously stated.

**<u>About Eros International Plc</u>**

Eros International Plc (NYSE: EROS) a Global Indian Entertainment company that acquires, co-produces and distributes Indian films across all available formats such as cinema, television and digital new media. Eros International Plc became the first Indian media company to list on the New York Stock Exchange. Eros International has experience of over three decades in establishing a global platform for Indian cinema. The Company has an extensive and growing movie library comprising of over 3,000 films, which include Hindi, Tamil, and other regional language films for home entertainment distribution. The Company also owns the rapidly growing OTT platform Eros Now.

For further information, please visit: www.erosplc.com.

View source version on businesswire.com: https://www.businesswire.com/news/home/20190702005333/en/

Source: Eros International Plc

Mark Carbeck
Chief Corporate and Strategy Officer
Eros International Plc
+44 207 258 9909
mark.carbeck@erosintl.com

Media:
Erica Bartsch
Sloane & Company
+1 212 446 1875
ebartsch@sloanepr.com

 Receive E-mail Alerts      ⟩⟩ View printer-friendly version      @ RSS Feeds



Case 2:19-cv-14125-ES-JSA    Document 37-15    Filed 08/28/20    Page 4 of 4 PageID: 927

© 2020 Eros International.

careers | contact us