# EXHIBIT 14

PRESS RELEASES

News

FINANCIALS

EVENTS

SHARE INFORMATION

BONDS

# Press Release

🖶 View printer-friendly version                                                           << Back

## Eros International Plc Reports Fourth Quarter and Fiscal Year End 2019 Results

*Reports Revenue of $270.1 million and Adjusted EBITDA[1] of $103.1 million*

*Digital and Ancillary Revenue Growth of 45% Year-Over-Year*

*Eros Now Paying Subscribers Reach 18.8 million*

ISLE OF MAN--(BUSINESS WIRE)--Jul. 15, 2019-- Eros International PLC (NYSE:EROS) ("Eros" or the "Company"), a global Indian entertainment company, today announced unaudited financial results for the quarter and fiscal year ended March 31, 2019.

| (USD in millions) | FY '19 | FY '18 | Q4 FY19 | Q3FY19 | Q2 FY19 | Q1 FY19 |
|---|---|---|---|---|---|---|
| Gross Revenue (1) | $304.6 | $268.1 | $79.0 | $86.7 | $72.3 | $66.6 |
| Reported Revenue | 270.1 | 261.3 | 69.7 | 76.8 | 63.4 | 60.2 |
| Y/Y % Growth | 3.4% | 3.3% | -3.1% | 17.8% | 0.2% | -1.0% |

launched a partnership with Veriown, which targets consumers in rural India by powering villages with solar power panels. These panels will also power homes with entertainment, as television screens will be installed along with the solar panels. People who previously had no access to electricity or power will now become Eros Now viewers, which makes Eros Now the primary brand that rural consumers interact with when they enter the digital ecosystem. Through the Veriown partnership, Eros Now as a service is up and running across five villages in Uttar Pradesh and will be launching 10,000 screens in Rajasthan in the upcoming quarter.

Eros Now also announced several international distribution deals over the past few months, which the Company believes will help grow the overseas user base as well as increase its Average revenue per user (ARPU) levels going forward. In March 2019, Eros Now was announced as the only international partner to be included in Apple's new entertainment app to be launched later this year. In addition, Eros Now announced distribution partnerships with Virgin Media in the UK, Vodafone Qatar and British Airways, among others. By the end of FY2019, Eros had over 50 global distribution partners around the world. Eros Now is preparing for the next phase of its international strategy with an aim to further consolidate from a niche play to a more main stream OTT system in certain key international territories. To this end, early work on technology, content, local marketing and partnerships have been initiated by the business heads.

**Eros International Plc Financial Highlights :**

| (dollars in millions) | Three Months Ended March 31 | | | Fiscal Ended March 31 | | |
|---|---|---|---|---|---|---|
| | 2019 | 2018 | % change | 2019 | 2018 | % change |
| **Revenue** | $ 69.7 | $ 71.9 | (3.1)% | $ 270.1 | $ 261.3 | 3.4% |
| **Gross profit** | 33.5 | 37.9 | (11.6)% | 114.7 | 126.5 | (9.3)% |
| **Operating profit** | (4.4) | 20.3 | (121.7)% | 27.6 | 58.5 | (52.8)% |
| **Gross Revenue** [1] | 79.0 | 74.3 | 6.3% | 304.6 | 268.1 | 13.6% |
| **Adjusted EBITDA**[1] | $ 13.1 | $ 24.1 | (45.6)% | $ 103.8 | $ 83.0 | 25.1% |

(1) A reconciliation of the non-GAAP financial measures discussed within this release to the Company's IFRS revenue and net income is included at the end of this release. See also "Non-GAAP Financial Measures".

**Financial Results for the Three and Twelve Months Ended March 31, 2019**

*Revenue*

In the three months ended March 31, 2019, the Eros film slate was comprised of 16 films of which 16 were low budget films, as compared to 8 films in the three months ended March 31, 2018, of which one was medium budget and seven low budget films. In addition, Eros Now released seven original series titled Operation Cobra, Meri Khoj Mere Haath, Flip, Ennaya, Metro Park, Tum Se Na Ho Paayega and The Investigation during the three months ended March 31, 2019.

In the three months ended March 31, 2019, the Company's slate of 16 films comprised of one Hindi film, 13 regional films and two Tamil/Telugu as compared to the same period last year where its slate of eight films comprised six Hindi films and two regional films.

In FY 2019, the Eros film slate was comprised of 72 films of which seven were medium budget and 65 were low budget films as compared to 24 films in fiscal 2018, of which one film was high budget, four were medium budget and 19 were low budget. In addition, Eros Now released 11 original series titled Side hero, Smoke, Date Gone Wrong, Paisa Fek Tamasha Dekh, Operation Cobra, Meri Khoj Mere Haath, Flip, Ennaya, Metro Park, Tum Se Na Ho Paayega and The Investigation during fiscal 2019.

In the fiscal 2019, the Company's slate of 72 films comprised of 15 Hindi films, seven Tamil/Telugu film and 50 regional films as compared to the same period last year where its slate of 24 films comprised of 14 Hindi films, one Tamil/Telugu films and nine regional films.

| Three months ended | High | Medium | Low | Total |
|---|---|---|---|---|
| March 31, 2019 | - | - | 16 | 16 |
| March 31, 2018 | - | 1 | 7 | 8 |

| Twelve months ended | High | Medium | Low | Total |
|---|---|---|---|---|
| March 31, 2019 | - | 7 | 65 | 72 |
| March 31, 2018 | 1 | 4 | 19 | 24 |

The Company's reported revenue for three and twelve months ended March 31, 2019 are $69.7 million and $270.1 million, respectively, compared to $71.9 million and $261.3 million for the three and twelve months ended March 31, 2018, respectively. Adjustments to reported revenues upon adoption of new accounting pronouncements for the three and twelve months ended March 31, 2019 are as set forth as below.

| | Three months ended March 31, | | Twelve months ended March 31, | |
|---|---|---|---|---|
| | 2019 | 2018 | 2019 | 2018 |

| | | | | | | | (in millions) | |
|---|---|---|---|---|---|---|---|---|
| Revenue (GAAP) | $ | 69.7 | $ | 71.9 | $ | 270.1 | $ | 261.3 |
| Adjustment towards significant financing component under IFRS 15 | | 9.3 | | 2.4 | | 34.5 | | 6.8 |
| Gross Revenue (Non-GAAP) | $ | 79.0 | $ | 74.3 | $ | 304.6 | $ | 268.1 |

Gross revenue for three and twelve months ended March 31, 2019, respectively are $79.0 million and $304.6 million compared to $74.3 million and $268.1 million for the three and twelve months ended March 31, 2018, respectively. Gross revenue for the three and twelve months ended March 31, 2019, respectively, have been adjusted towards significant impact of financing component on account of adoption of new accounting pronouncements IFRS 15 and in addition to those imported under guidance of IAS18

For the three months ended March 31, 2019, aggregate theatrical revenues decreased by 39.2% to $14.1 million from $23.2 million for the three months ended March 31, 2018 and in the twelve months ended March 31, 2019, revenue decreased by 12.1% to $69.5 million, compared to $79.1 million for the twelve months ended March 31, 2018. The variation in theatrical revenue is primarily due to the of films and release of more low budget films.

For the three months ended March 31, 2019, aggregate revenues from television syndication decreased by 19.1% to $22.0 million from $27.2 million for the three months ended March 31, 2018 and in the twelve months ended March 31, 2019, revenue from digital and ancillary decreased by 20.3% to $77.5 million, compared to $97.2 million for the twelve months ended March 31, 2018. The decrease is mainly due to due to mix of films and lower catalogue revenue during the period.

For the three months ended March 31, 2019, the aggregate revenues from digital and ancillary increased by 56.0% to $33.7 million from $21.6 million for the three months ended March 31, 2018 and in the twelve months ended March 31, 2019, revenue from digital and ancillary increased by 44.8% to $123.1 million, compared to $85.0 million for the twelve months ended March 31, 2018. The increase in revenue is primarily on account of contribution from catalogue revenues and digital business and an increase in revenue from OTT platform on account of an increase in subscribers by 138% when compared to the previous year.

Revenue from India decreased by 1.6% to $24.6 million in the three months ended March 31, 2019, compared to $25 million in the three months ended March 31, 2018 and in the twelve months ended March 31, 2019, revenue from India increased by 2.3% to $100.4 million, compared to $98.1 million for the twelve months ended March 31, 2018. The variation is due to the mix of films, partially offset by an increase in revenue from digital and ancillary business.

Revenue from Europe increased by 175.3% to $20.1 million in the three months ended March 31, 2019, compared to $7.3 million in the three months ended March 31, 2018 and in the twelve months ended March 31, 2019, revenue from Europe increased by 134.1% to $63.2 million, compared to $27.0 million for the twelve months ended March 31, 2018. This was due to higher contribution from the monetization of catalogue films, including digital and ancillary business.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Impairment charge on available -for- sale financial assets | | — | | (2,436) | | — | | (2,436) |
| Net (loss) on derecognition of financial assets measured at amortized cost, net[*] | | (1,654) | | (854) | | (5,988) | | (3,562) |
| (Loss) on settlement of derivative financial instruments | | — | | — | | — | | (586) |
| (Loss) on deconsolidation of a subsidiary | | — | | (1,355) | | — | | (14,649) |
| Others | | — | | 1 | | — | | — |
| (Loss)/Gain on financial liability (convertible notes) measured at fair value through profit and loss | | (2,918) | | (20,816) | | (21,398) | | (13,840) |
| Credit from Government of India | | — | | — | | 2,328 | | — |
| | $ | 1,085 | $ | (28,071) | $ | 288 | $ | (41,321) |

[*] arising on assignment and novation of trade receivables and trade payables with no-recourse. Derecognition of aforesaid financial assets/liabilities measured at amortized cost is to mitigate both credit risk and liquidity risk

**10 NON-CASH EXPENSE/(INCOME)**

Significant non-cash expenses except loss on sale of assets, share based compensation, depreciation, derivative interest and amortization were as follows:

| | | Year ended March 31, | |
|---|---|---|---|
| | | **2019** | **2018** |
| Unrealized foreign exchange loss / (gain) | $ | (3,329) $ | 5,466 |
| Credit impairment Loss, net | | 26,283 | 4,308 |
| Impairment charge on available-for-sale financial assets | | — | 2,436 |
| Net losses on de-recognition of financial assets measured at amortized cost, net | | 5,988 | 3,562 |

| | | |
|---|---|---|
| Loss on settlement of derivative financial instruments | — | 586 |
| Loss on financial liability (convertible notes) measures at fair value through profit and loss | 21,398 | 13,840 |
| Loss on deconsolidation of a subsidiary | — | 14,649 |
| Provisions for trade and other receivables | — | 4,740 |
| Provision no longer required, written-back | (120) | (124) |
| Impairment loss on content advances and loans and advances | 7,284 | 353 |
| Impairment charge on goodwill | — | 1,205 |
| Impairment loss | 423,335 | — |
| Others | (5) | 30 |
| | $ 480,834 | $ 51,051 |

## 11.IMPAIRMENT OF NON- CURRENT ASSETS

Impairment reviews in respect of goodwill and indefinite-lived intangible assets are performed annually. More regular reviews, and impairment reviews in respect of other non-current assets, are performed if events indicate that an impairment review is necessary. Examples of such triggering events would include a significant planned restructuring, a major change in market conditions or technology, reduction in market capitalization, expectations of future operating losses, or negative cash flows. The asset or Cash Generating Unit (CGU) is impaired if its carrying amount exceeds its recoverable amount. The recoverable amount is defined as the higher of the 'fair value less costs of disposal' ("FVLCD") and the 'value in use' ("VIU").

The Group identified one reporting segment and CGU, i.e. film content. The group performed impairment assessment as of March 31, 2019. The recoverable amount of the cash generating unit was determined based on value in use, which was higher than the FVLCD.

Value in use was determined based on future cash flows after considering current economic conditions and trends, estimated future operating results, growth rates and anticipated future economic conditions. The approach and key (unobservable) assumptions used to determine the cash generating unit's value in use were as follows:

| Assumptions | As at March 31, 2019 | As at March 31, 2018 |
|---|---|---|
| Growth rate applied beyond approved forecast period | 4.00% | 4.00% |
| Pre-tax discount rate | 20.9% | 18.9% |

The Company considered it appropriate to undertake an impairment assessment with reference to the estimated cash flows for the period of four years developed using internal forecast and extrapolated for the fifth year. The growth rates used in the value in use calculation reflect those inherent within the Company's internal forecast, which is primarily a function of the future assumptions, past performance and management's expectation of future developments through fiscal 2024.

Accordingly, the Group recorded an impairment loss, totaling to $ 423,335 thousand, as an exceptional item, within the Statement of Income for the year ended March 31, 2019 mainly due to high discount rate as explained in the table above and changes in the market conditions. The aforesaid impairment loss was firstly, allocated from the carrying amount of goodwill and Intangible assets - trademark totaling $ 17,800 thousand and the residual amount totaling $ 405,535 thousand was allocated to Intangible assets - content.

## 12. NEW STANDARDS ADOPTED AS AT APRIL 1, 2018

### *Adoption of IFRS 15, "Revenue from Contracts with Customers"*

On April 1, 2018, the Group adopted IFRS 15, "Revenue from Contracts with Customers" ('IFRS 15'), using the modified retrospective method applied to all contracts as of April 1, 2018. Results for reporting periods beginning after April 1, 2018 are presented under IFRS 15, while prior period amounts are not adjusted and continue to be reported in accordance with our historic accounting under IAS 18, Revenue ('IAS 18').

Revenue arises mainly from production and distribution of media content, television syndication or satellite rights and digital and ancillary rights.

The Group determines revenue recognition through the following steps:

1. Identification of the contract, or contracts, with a customer

2. Identification of the performance obligations in the contract

3. Determination of the transaction price

4. Allocation of the transaction price to the performance obligations in the contract

5. Recognition of revenue when, or as, a performance obligation/s are satisfied.

In all cases, the total transaction price for a contract is allocated amongst the various performance obligations based on their relative stand-alone selling prices. The transaction price for a contract excludes any amounts collected on behalf of third parties.

Revenue is recognised either at a point in time or over time, when (or as) the Group satisfies performance obligations by transferring the promised goods or services to its customers in an amount that reflects the consideration that it expects to receive in exchange for those services.

At contract inception, the Group assesses the services promised in the contracts with customers and identifies a performance obligation for each promise to transfer to the customer a service (or bundle of services) that is distinct. To identify the performance obligations, the Group considers all of the services promised in the contract regardless of whether they are explicitly stated or are implied by customary business practices.