# EXHIBIT 20

Seeking Alpha$^\alpha$

**Short Ideas** | **Services**

# Eros International Turns To Toxic Financing

Sep. 27, 2019 10:33 AM ET120 comments  | 3 Likes
by: Henrik Alex

## Summary

- Discussing Thursday's $27.5 million convertible notes offering.

- Toxic financing transaction incentivizing noteholders to short the company's common stock prior to conversions.

- Surprise offering provides further evidence for perceived liquidity issues.

- Speculative investors should put the stock on their short watchlist going into 2020.

Shares of controversial producer and distributor of Indian language films, Eros International (EROS) or "Eros", have been under severe pressure ever since India's second largest bond rating company, CARE Ratings, slashed bonds of the company's majority-owned subsidiary Eros International Media Limited ("EIML") by 10 notches from BBB- to D in early June, citing weaker accounts receivable collections as reason behind the company having failed to timely service its debt.



After the downgrade, the company admitted to EIML indeed having missed two interest payments of "*less than 2 million*" in aggregate for April and May 2019. In early July, Eros updated investors that the outstanding interest payments have been paid and that "*the*

Explore Premium Features

Case 2:19-cv-14125-ES-JSA　Document 37-22　Filed 08/28/20　Page 3 of 25 PageID: 1036

company is working with CARE in an attempt to restore its previous investment grade rating".

The company also announced a $20 million share repurchase program and review of strategic alternatives.

In FY2019 (ended March 31), the company generated $65.5 million in cash from operations but used almost $100 million to purchase additional film and content rights. Moreover, the company was required to restrict almost $50 million in cash as "*security for overdraft facilities*".

With credit facilities fully utilized, available cash was stated at $89.1 million at the end of FY2019.

As free cash flow continues to be negative, the company needs to raise capital in a more or less regular fashion. So far, Eros has relied on a mixture of short-term credit facilities provided by domestic banks and bond financing with a total outstanding debt of $281.5 million on March 31.

Last week, Eros' beaten down shares rallied close to 40% after announcing "*a collaboration with Microsoft to build a next generation online video platform on Microsoft Azure targeted at its consumers across the globe*".

On Thursday, the company took advantage of the material share price increase and sold $27.5 million in convertible notes in a registered, direct offering for estimated net proceeds of $24.5 million.

On the surface, the offering terms look reasonable for a company in Eros' financial position with the interest rate calculating to 10% and the $3.59 conversion price approximately 26.5% above Wednesday's closing price of $2.84, but after a deep dive into the respective SEC filing, a toxic financing transaction comes to light (emphasis added by author):

> *At any time on or after the date that is four months after the closing date of this offering, a holder may, at the holder's option, convert all, or any part of, its Notes into A ordinary shares at a price which shall be the lowest of (i) the applicable Conversion Price as in effect on the Conversion Date, and (ii)* **90% of the lowest VWAP** *(as defined below) of our A ordinary shares on any trading day during the 5 trading day period ending and including the trading day immediately preceding the delivery or deemed delivery of the notice by holder of a notice of conversion.*

**In layman's terms**

Beginning in early February, holders will be able to convert their notes at an at least 10% discount to the then prevailing share price, thus incentivizing noteholders to short the common stock prior to conversion.

**As an example:**

- Assumed amount of convertible notes owned by holder: $10 million
- Assumed share price prior to shorting: $2.00
- Assumed average shortselling price: $1.90
- Resulting short position: 5.3 million shares ($10 million/$1.90)
- Assumed lowest VWAP prior to conversion: $1.80
- 90% of assumed lowest VWAP: $1.62
- Shares obtained through conversion: 6.2 million ($10 million/$1.62)
- Surplus shares after covering short position: 0.9 million (6.2 million/5.3 million)
- Assumed average selling price for surplus shares: $1.70
- Transaction gain: $1.5 million (0.9 million x $1.70)

Add the calculated interest rate of 10% and the noteholder in the above example would have realized an aggregate return of 25% on its investment.

Moreover, the convertible notes will already mature after 12 months, but given the above discussed toxic conversion feature, I fully expect redemption ahead of time.

## Bottom Line

Obviously, liquidity issues continue to persist at India's perceived answer to Netflix (NFLX) as otherwise the company would have abstained from entering into this ugly, toxic financing transaction. Using the assumptions from the example above, conversion would result in outstanding shares to increase by almost 20%.

Keep in mind that the lower the share price, the higher the resulting dilution. Ailing fuel cell power plant developer FuelCell Energy (FCEL) has been a great recent example of how toxic financing dilution can get entirely out of control under certain circumstances.

Just like in case of FuelCell Energy, Eros' toxic financing is not subject to a floor price, further increasing the risk of outsized dilution should upcoming financial results fall short of expectations.

Given the issues discussed above, speculative investors should place Eros International on their short watchlist going into 2020, given anticipated selling pressure from noteholders ahead of the earliest possible conversion date in February 2020.

**Disclosure:** I/we have no positions in any stocks mentioned, and no plans to initiate any positions within the next 72 hours. I wrote this article myself, and it expresses my own opinions. I am not receiving compensation for it (other than from Seeking Alpha). I have no business relationship with any company whose stock is mentioned in this article.

Case 2:19-cv-14125-ES-JSA   Document 37-22   Filed 08/28/20   Page 5 of 25 PageID: 1038

## Henrik Alex's ratings on EROS

Latest rating:  Bearish

Very Bullish      Bullish      Neutral      Bearish      Very Bearish



**All Ratings by Henrik Alex »**

## Comments (120)

**Little, Einstein**

This toxic product has some chance of salvation

03 Mar 2020, 09:07 AM

**Henrik Alex**

 Contributor   PREMIUM

Author's reply »   The stock indeed took a deep dive going into the toxic note conversion window but they actually entered into another, toxic financing agreement last week.

03 Feb 2020, 10:17 AM

> **Connor Davis**
>
> Did you look into it, Henrik? Do you have thoughts on it?
>
> 03 Feb 2020, 10:32 AM

> **telomerase**
>
> No, Henrik, they authorized a share sale over 3.60 last week. They didn't actually sell any shares.
>
> 03 Feb 2020, 10:46 AM

> **Connor Davis**
>
> Oh they just registered for it? It wasn't even a sale? :|
>
> 03 Feb 2020, 11:40 AM

> **telomerase**
>
> And it's only authorized above a price of $3.60.
>
> 03 Feb 2020, 01:50 PM

Case 2:19-cv-14125-ES-JSA    Document 37-22    Filed 03/28/20    Page 6 of 25 PageID: 1039

**Connor Davis**

:O

03 Feb 2020, 02:39 PM

---

**Henrik Alex**

**Contributor**  **PREMIUM**

Author's reply »  No. Only for shares issued prior to February 29.

"The per share purchase price for sales will be an amount equal to 95% of the lowest daily volume weighted average price, or VWAP, of the A ordinary shares on the New York Stock Exchange for each of the five successive trading days beginning on the first trading day following the date of the Company's notice to the investor. However, if the VWAP on any trading day during this five-day period is lower than any minimum price specified in the notice to the investor, then for each such trading day, the number of A ordinary shares to be sold under such notice will automatically be reduced by an amount equal to 20% and that trading day will not be included in the final determination of the per share purchase price. No sales will be made prior to February 29, 2020 at a per share price less than $3.60."

They might raise up to $50 million under the agreement.

03 Feb 2020, 03:02 PM

---

**telomerase**

True, in theory EROS could sell all those shares for 0.00001 cents on February 29.

Or, they might not sell any shares at all.

03 Feb 2020, 03:08 PM

---

**Henrik Alex**

**Contributor**  **PREMIUM**

Author's reply »  Come on, they will, of course, make use of the subscription agreement.

And no, there's a formula for the sales price:

"an amount equal to 95% of the lowest daily volume weighted average price, or VWAP, of the A ordinary shares on the New York Stock Exchange for each of the five successive trading days beginning on the first trading day following the date of the Company's notice to the investor."

Moreover, the company will notify the investor about a minimum price under which a sale will not be made.

03 Feb 2020, 03:15 PM

---

**telomerase**

As Prem said at the last CC, they would prefer to do bond issues. They probably need CARE reinstatement at a minimum for that, and they have no way of predicting when that might happen.

03 Feb 2020, 03:44 PM

---

**Connor Davis**

A little surprised CARE upgrade hasn't happened yet. Guess I was foolish to fully believe them when they said "soon"..

03 Feb 2020, 08:10 PM

---

**telomerase**

Even if EROS had its books fully in order (which would be unusual), CARE isn't that fast or efficient either... they have their own problems.

04 Feb 2020, 08:27 AM

---

**telomerase**

Bond market doesn't think there's anything toxic here:

londonstockexchange.com/...

10 Jan 2020, 03:00 PM

---

**Connor Davis**

good heads up, thx @telomerase . Can this thing keep running?..

10 Jan 2020, 03:38 PM

---

**telomerase**

Don't follow my example, I bought it at $7 and averaged down to 1.65 ;)

Obviously I think it SHOULD be acquired by Ambani somewhere over $7, but then the people that bought it over $35 in 2015 probably thought that EROS management had a plan too ;)

10 Jan 2020, 04:11 PM

---

**Connor Davis**

Hahaha, oh man. It's funny and sad at the same time. I do think the EROS Now is a (very) legit plan moving forward..

11 Jan 2020, 10:45 PM

---

**telomerase**

Stock just blew through your "toxic ceiling" of 3.59 without even noticing it.

Any new thoughts on your bear thesis? TIA.

03 Jan 2020, 10:08 AM

---

**Henrik Alex**
 **Contributor**   **PREMIUM**

Author's reply »   What ceiling? $3.59 is simply the conversion price of the toxic bonds. The article simply describes the terms of the toxic convert and the resulting incentive for convertholders to short the stock ahead of the earliest possible conversion date in February:

"Beginning in early February, holders will be able to convert their notes at an at least 10% discount to the then prevailing share price, thus incentivizing noteholders to short the common stock prior to conversion."

03 Jan 2020, 10:25 AM

---

**Connor Davis**

Yo brotha @telomerase, it's alright dude. It's possible Henrik was right and that this financing has indeed weighed on the stock until now.. who knows. But even if he's wrong it's alright. We've all had our misses.

Still long EROS here. I'm curious to see just how "ambitious" mgmt is being with their forecasts..

03 Jan 2020, 10:29 AM

**telomerase**

Being wrong is normal. That's why index funds beat 99% of pro managers over 30-year periods, let alone idiots such as ourselves ;)

My present wild guess is that in spite of EROS' mismanagement and generally, uh, "Bollywood style accounting", someone (Ambani) wants it anyway just because of its potential media power inside India.

03 Jan 2020, 10:51 AM

---

**Connor Davis**

Haha!

And you may be right. Its presence / market potential is extremely valuable.

04 Jan 2020, 12:35 PM

---

**telomerase**

So far, the "toxic financing" seems to have only poisoned bears. Any thoughts, Henrik? Any advice for those who took your advice?

29 Oct 2019, 10:31 AM

---

**Henrik Alex**

  **Contributor    PREMIUM**

Author's reply »   Not sure what you mean. Here's the article's bottom line again for you:

"Given the issues discussed above, speculative investors should place Eros International on their short watchlist going into 2020, given anticipated selling pressure from noteholders ahead of the earliest possible conversion date in February 2020."

That said, the stock was down to be below $1.30 in the days after the article.

Haven't followed the company recently, any news behind the recovery rally?

29 Oct 2019, 11:34 AM

---

**telomerase**

EROS is $2.30, not 1.30, and going up fast.

Look at the growth rate in paid subscriptions, and their profits from Chinese theatres. They appear to be putting out earnings reports on time now, as well... there doesn't seem to be a bear case here.

29 Oct 2019, 12:01 PM

---

**Henrik Alex**

  **Contributor    PREMIUM**

Author's reply »   The article is pretty clear in its bottom line, so not sure what you did not understand?

29 Oct 2019, 12:32 PM

---

**telomerase**

You said to short the stock when it was around 1.50, and it promptly headed up to its present 2.20-30s... it doesn't seem like the market thinks there was anything "toxic" about financing that values the stock at $3.59.

You need to re-evaluate your thesis and figure out where it deviated from reality.

Case 2:19-cv-14125-ES-JSA    Document 37-22    Filed 03/28/20    Page 9 of 25 PageID: 1042

29 Oct 2019, 12:56 PM

**Henrik Alex**
  **Contributor**   **PREMIUM**
Author's reply »  Obviously you didn't even read the article. Again, here's the bottom line for you:

"Given the issues discussed above, speculative investors should place Eros International on their short watchlist going into 2020, given anticipated selling pressure from noteholders ahead of the earliest possible conversion date in February 2020."

29 Oct 2019, 12:57 PM

**dmitry alph**
  **PREMIUM**
You put a good article @Henrik Alex but @telomerase is right. You need to re-evaluate your thesis because is obviously not playing right. I suggest instead of defending for the sake of defending, that you come up with additional evidence to defend it. Just saying that the financing was toxic, thats your opinion, the market doesn't seem to agree with your view. I'm neutral on the stock btw, just watching, but would love to see more bear and bull evidence here.

21 Dec 2019, 12:56 PM

**telomerase**
EROS is now claiming that they'll have "50 million paid subs in a few months". Given their connections to Jio, they probably will. Their Pati Patni Aur Woh remake just grossed $15 million on the usual Bollywood production cost of roughly nothing, too... there really is a pony here buried in their $#@! accounting.

23 Dec 2019, 09:18 AM

**Connor Davis**
Is the 50 million a new number, @telomerase ?
And well summarized, the pony really has been buried..

23 Dec 2019, 09:47 AM

**telomerase**
The 50 million is from the last CC IIRC.

The present number of paid subs is only ~ 28 million IIRC.

23 Dec 2019, 12:01 PM

**Trillium1**
  **PREMIUM**
Hoping you might explain this for me. Why do the 2019 notes say Prospectus supplement to the October 2nd 2017 Prospectus at the top?

03 Oct 2019, 02:58 AM

**deepthiway2017**
www.sec.gov/...

This clause should mean something !!

Upon delivery of a written notice to the Company, the Holder may from time to time increase (with such increase not effective until the sixty-first (61st) day after delivery of such notice) or decrease the Maximum Percentage to any other percentage not in excess of 9.99% or less than 4.99%, in each case, as specified in such notice; provided that (i) any such increase in the Maximum Percentage will not be effective until the sixty-first (61st) day after such notice is delivered to the Company and (ii) any such increase or decrease will apply only to the Holder and the other Attribution Parties and not to any other holder of Notes that is not an Attribution Party of the Holder.

03 Oct 2019, 08:57 PM

---

**Henrik Alex**
 **Contributor   PREMIUM**
Author's reply »  No. Standard language in toxic financing agreements.

04 Oct 2019, 02:06 AM

---

**deepthiway2017**

In addition to my comments earlier , here is Eros Trajectory as I see it as a rational individual investor, understanding the company strategy with its actions in last 2 years on investments and connecting the dots . Feel free to comment !!

Eros Trajectory :

1. 2017: a movie production company
2. 2019 (in 20 months): a SVOD (Netflix like), TVOD (cash cow partnerships) and movie production company.

. On the debt offering – this my summary observation and reading.

1. They acknowledge it's a refinancing of the $100m notes from 2017 with the same buyer or buyers. A) "Ownership of 2017 Note. The 2017 Holder hereby represents and warrants that it is the sole owner of the outstanding 2017 Note." B) The buyer of the notes specifically made it so they can only be paid back in shares and not in cash.

2. Cash Repayment Consent Right. Notwithstanding anything in the 2017 Note to the contrary, the Company (I) shall not make any redemption or other repayment of the 2017 Note in cash, (ii) waives its right to elect to pay any given Installment Amount (as defined in the 2017 Note) in cash, in each case, without the prior written consent of the 2017 Holder..." It could be a hedge fund but that seems doubtful since it's the same buyer from two years ago, who is likely interested in the company welfare than a doom and gloom scenario.

3. One of the clauses from the December 2017 notes hint that the buyer most likely knew future company potential for JV or partnerships several weeks before anyone else Restrictions (Page 27) "(E) one or more Subsequent Placements of Ordinary Shares, which (x) are neither announced nor consummated prior to the 31st calendar day after the Closing Date, (y) have at a per share price of no less than $8.00 per share (as adjusted for share splits, share dividends, share combinations, recapitalizations and similar events) and (y) with gross proceeds, in the aggregate, for all such Subsequent Placements of no greater than $50 million."

4. The 2019 note actually forbid repayment in cash and it would convert into about 6 - 7% of the company ($3.59/share). It appears to sound like a refinancing of the remaining year of the $100m December 2017 notes.

5. The latest notes have a new provision not found in the 2017 notes. "Ordinary Shares, Options and/or Convertible Securities issued pursuant to strategic alliances, strategic mergers and acquisitions, strategic partnerships, strategic license agreements and other similar transactions, provided that (x) the primary purpose of such issuance is not to raise capital, and (y) the purchaser or acquirer of such Ordinary Shares, Options and/or Convertible Securities in such issuance solely consists of the actual participants in such strategic transaction or the shareholders, partners, members or Affiliates of the such participants" Hint : buy the other 50% of Color Yellow (the related party transaction) or a larger joint venture with Reliance.?? Just a guess and speculation from my part!!

6. Mystery Buyer – No one knows who it is and sure is a speculation. but when you connect the dots. you get some hints from both 2017 and 2019 filings!!!

Eros International Turns to Toxic Financing (NYSE:EROS) | Seeking Alpha

7. If this deal was bad… BONDS should have crashed – Its stable driving home the message someone knows something that none of us know or can be judgmental how bad this debt financing is.

The debt incurred leading to dilution is common for any growth company planning a new business model. In layman's terms, you pay for college education to incur debt, refinance new (looks better reading between lines) loan terms with the same buyer and earn more in future. I honestly felt seekingalpha.com/... had balanced view with which an investor can know the risks/rewards.

The positive investment outcomes towards FCF from the debt offering in Dec 2017, in just 18 months

1. SVOD 20 m paid subs in 2 years and target 50m in next 3 years (see Netflix # in 2011 8 years into it – they had 20 m paid subs)

2. JVs and TVOD bundled partnerships. JIO, WASU, Apple + etc. cash cow and low COGs model. 3-4 B population and 135 countries.

2 a. A sample example with JIO fiber only for future FCF – just my own assumptions
• Total expected JIO Fiber registration in 3 -5 years: 300 m (based on JIO mobile # patterns in last 3 year)
• Total Eros users due to bundling in 3-5 years: 300m
• Eros bundle price at 95% discount: 84 cents per year approx. for premium content
• Eros projected revenue in year 3-5: approx. 250m
• Eros projected revenue in year 1: approx. 30m (as reliance is projecting 35 m users for year 1)
• COGs for this model is likely to be minimal as the partner will be taking care of majority of SG&A, leading to cash cow kind of model, good FCF and EBITA

3. Movie revenues

4. New content (with very good foundation on content library)

With the probable restructuring efforts, we also need to see how the India tax benefits are roll in to positively impact cash flow starting immediately. With the present India revenues, looks like 10- 12.5 cr Indian Rs per year + Tax benefits from buybacks if any is already flowing back to the cashflow. If India partnerships work as planned – how the taxes if accounted in India will positively impact the cash flow is not known at this time.

The key is to understand macros around ecosystem in India and Asia as such, which will positively impact this sector / industry. This is the growth segment that EROS is capturing fast and that's reflected in its partnerships which Netflix, Amazon or Apple have challenges with few pockets of strength and is known now. ( home.kpmg/...

Future
1. JIO First day first show: Reliance target is to have new movie weekly from mid-2020. Eros is likely getting into a good chunk into this. Probable reason they are planning to buy Yellow Color productions as per the board meeting notes.

2. This has two potential revenue streams – 1) Using MSFT – get into "Create Once and Deploy in multi-language" on Day 1 2) Potential AVOD opt to generate advertisement revenues like the way we see in theatres today.


This EROS model appears unique and has potential high future valuation or BO written all over it. I see it as ala-carte of Disney, Apple, Netflix and amazon prime in the growth markets. Experts like Citi need to a good job to take this from here to reposition the company and make all this investment turn into $$. As I see it and connect the dots from 2017 to 2019 – its sounds like a sure value play. I hope management doesn't mess this up with bad actions like payment miss as in June and get CARE upgrades, which is one big risk I see for now if upgrades turn south than going up.
--
Time to view it beyond being a Movie production company!!!

02 Oct 2019, 12:33 PM

**Trillium1**

 **PREMIUM**

Hi Stork1, you have done some awesome DD! I've been trying to locate info to back up your assertion that the recent financing was done to refinance the 2017 notes. Could you please confirm your source?

02 Oct 2019, 11:13 PM

---

**Trillium1**

 **PREMIUM**

Sorry deepthiway2017 I got your name mixed up...

02 Oct 2019, 11:14 PM

---

**Henrik Alex**

 **Contributor   PREMIUM**

Author's reply »   No source, the claim is just wrong. The 2017 notes don't need to be refinanced as the company issues shares for redemption.

Moreover, the "refinancing of the remaining year" of the 2017 notes would calculate to $42 million (12 x $3.5 million).

So much for the "awesome DD".

03 Oct 2019, 02:38 AM

---

**deepthiway2017**

Read both the 2017 and 2019 filings , my interpretation and assumptions(including speculative areas) are as per my comments above and I stand by my DD... We will know how this all works out over next few months/years and anything at this point of time is just speculation since no one knows who the bond buyer is ,to even determine whether its toxic or honey !!

Someone has to be correct one day - the EROS CFO or GT or Henrik or a SOX compliant 20 F

GLTU!!

03 Oct 2019, 09:27 AM

---

**Henrik Alex**

 **Contributor   PREMIUM**

Author's reply »   Again:

I have lots of experience with this kind of financings and the terms of the toxic converts read very much like the usual hedge fund deal which provides the buyer with outsized and 100% safe returns from shorting the shares.

Strategic investors would sign very different investment agreements.

Anyway, your refinancing claim is entirely wrong as discussed above already.

03 Oct 2019, 10:33 AM

---

**deepthiway2017**

I respect your experience .. as I said ..Someone has to be correct one day - the EROS CFO or GT or Henrik or a SOX compliant 20 F. Fair game !!!

As a rational investor, I am leaning towards CFO, GT and SOX compliant 20f unless proven wrong !!

This article gives a balanced view seekingalpha.com/... to understand the risks/rewards on what a rational investor needs ,to decide on the pros and cons of an investment.

GLTU!!

03 Oct 2019, 10:54 AM

### SeaOfSand

if EROS performance allows stock to recover above the top conversion price, all is good. 424b said 4 month 'grace period' until the VWAP rule hits (as an insurance to the 'short term lender').

So we don't know who it is. A Sabby/CVI 'evil doer' or a more positive supportive lender.

Curious about the outcome naturally.

BTW, I also wouldn't mind lower prices, I am quite flexible here.

In the longer run into next year I believe they will just do fine.

03 Oct 2019, 11:55 PM

### Henrik Alex
  **Contributor   PREMIUM**

Author's reply »   Supportive lenders don't enter into toxic financings.

04 Oct 2019, 02:07 AM

### trufflehog

Interesting article. I hope to add to the discussion here. Thanks.

seekingalpha.com/...

30 Sep 2019, 05:46 PM

### trufflehog

Again..hope this adds to the discussion

seekingalpha.com/...

16 Nov 2019, 10:59 PM

### Little, Einstein

Take EROS and type SORE

I added 5,000 PAL today, we'll meet in the sky, me and PAL...
Life is so wonderful

30 Sep 2019, 10:10 AM

### Connor Davis

Man I need to be whatever you are on!

What is PAL? Can't find the ticker..

30 Sep 2019, 10:14 AM

### telomerase

Maybe he's talking about PALL the palladium ETF? I'm afraid Julian Simon had the last word on "limits to growth" commodity investing ;)

30 Sep 2019, 10:38 AM

**Little, Einstein**

Pantaflix AG

Lol

30 Sep 2019, 01:04 PM

---

**Stork5**

Hmm, toxic financing, which is almost certainly from Reliance, a company that already owns 5% of EROS (bought at $15 per share). And Reliance was apparently willing to turn over $25M to a company with a D rating (currently, though likely to be upgraded this month) from CARE. Meanwhile, EROS bonds on the London market went down a measly 1% on the news. You are badly misreading this $25M gift horse.

29 Sep 2019, 11:02 AM

> **deepthiway2017**
>
> shows reliance has a 9.99% stake in their 13G filed in 2018 !!
>
> fintel.io/...
>
> 29 Sep 2019, 01:40 PM

> **damonbrooks45**
>
> Completely agree with this, Sooner or later they will release a PR saying it was Reliance, I have homework done on a reply below. Googled the F-6 lawyer details and under their foreign firms worked with it has Reliance on a number of things. Looking forward to the future of EROS. Will be adding Monday.
>
> 29 Sep 2019, 01:55 PM

---

**Inflexion**

As I posted the day of this article the thesis of "toxic" financing would be if it was to a nefarious institution. The dust is clearing and evident from the filing research the buyer of the convertibles was none other than Reliance. This was a replacement of the 2017 notes and looking a lot like a short term bridge loan. Cash rich Reliance would not benefit shooting the stock lower. The shorts and Henrik jumped the gun as it will not be toxic. Many professionals were fooled.

EROS is usually quick to defend any short attacks but sat suspiciously quiet during the 2 day meltdown, Perhaps Reliance took the opportunity of the fire sale to average down from their $15 entry in 2018. EROS may also have initiated their intent of a $20m buyback at rock bottom prices.This might also explain why the wording of the offer was so opaque.

Regardless, a lot of stock changed hands, shorts made money and EROS will certainly be clawing back the manipulated share price. Hold on!

29 Sep 2019, 03:10 AM

---

**Equanimity Investing**

 **Contributor** **PREMIUM**

Henrik,

Excellent work as usual. Thank you.

28 Sep 2019, 10:26 PM

---

**Bsoidonym**

Very interesting article and a good analysis. Thank you.

27 Sep 2019, 09:33 PM

**Little, Einstein**

I agree.

PANTAFLIX, it's a better bet

27 Sep 2019, 05:11 PM

> **SeaOfSand**
>
> interesting idea, thank you
>
> 27 Sep 2019, 05:29 PM

> **Little, Einstein**
>
> von Sphene Capital GmbH
>
> Empfehlung: Sell
>
> seit: 27.09.2019
>
> Kursziel: EUR 0,30 (unverändert)
>
> Kursziel auf Sicht von: 12 Monate
>
> Letzte Ratingänderung: -
>
> Analyst: Peter Hasler
>
> When this guy lowered the target price from 0.90 to 0.30, the price went up.
>
> So this guy is unreliable or doesn't know what gurus know.
>
> 28 Sep 2019, 09:36 AM

**SeaOfSand**

Notes deal already closed I read .. w/ a blocker note .. reading :)

27 Sep 2019, 04:39 PM

> **SeaOfSand**
>
> OK, no news there - sadly we don't know the buyer yet.
>
> 4 month it is then - very doable knowing that at least one new movie comes out in this timeframe.
>
> I got a higher interest in this stock thx to their widening Asia market grab lately, you should have a look at that - worthwhile.
>
> Good weekend all.
>
> I forgot to mention: A quick closed deal is a good sign.
>
> 27 Sep 2019, 04:45 PM

> **damonbrooks45**
>
> You're a good egg. I'd bet my left leg it's Reliance
>
> 27 Sep 2019, 04:55 PM

> **SeaOfSand**
>
> Reliance it is :)
>
> 27 Sep 2019, 05:12 PM

**SeaOfSand**

it is :)

So EROS has a commitment from a long holder -> Nothing toxic to see here.

short thesis poof

27 Sep 2019, 05:30 PM

---

**Connor Davis**

@SeaOfSand where did you find that it is Reliance?

27 Sep 2019, 06:08 PM

---

**derekb1990**

I don't think it can be Reliance due to the conditions of the offering. One of the protection clauses states that the investor common share count cannot exceed 5% or the notes are not redeemable.

27 Sep 2019, 07:13 PM

---

**SeaOfSand**

Indian site, hmm. Waiting for confirmation.

27 Sep 2019, 07:52 PM

---

**SeaOfSand**

I know, but they could wait not convert all.

They could also ask for allowance to hold more or convert and sell at the higher price tag.

Hope I get a confirmation over the weekend.

27 Sep 2019, 07:53 PM

---

**Omgimdiene**

There is a Max though of 10%. RIL owns 5% plus if this is really them, 5%+5%=10%.

27 Sep 2019, 08:50 PM

---

**Henrik Alex**
  **Contributor**   **PREMIUM**
Author's reply »   The new notes have been purchased by the holders of the 2017 converts.

28 Sep 2019, 09:36 AM

---

**damonbrooks45**

From 6K: If to a Buyer, to its address, e-mail address and facsimile number set forth on Exhibit A, with copies to such Buyer's representatives

as set forth on Exhibit A,

with a copy (for informational purposes only) to:

Kelley Drye & Warren LLP

101 Park Avenue

New York, NY 10178

Telephone: (212) 808-7540

Facsimile: (212) 808-7897

Google Searched this law firm and go down to foreign-firm. What you see? Reliance www.legal500.com/...

28 Sep 2019, 10:00 AM

---

**damonbrooks45**

https://ibb.co/k9QsT7v Here is the details screengrab

28 Sep 2019, 10:01 AM

---

**SeaOfSand**

So Reliance it is, taking you word @Henrik Alex.

So far I only have received one personal email from a friend, but officially it should be disclosed within the week.

Impact factor is pretty high as he is a long investor.

28 Sep 2019, 05:38 PM

---

**SeaOfSand**

Yes this is one strong indicator indeed.

Public will be notified very soon.

28 Sep 2019, 05:40 PM

---

**deepthiway2017**

Do you know who are the holders of the 2017 debt offering ? Couldn't find that information anywhere ..

29 Sep 2019, 10:41 AM

---

**damonbrooks45**

Comes up blank so undisclosed

29 Sep 2019, 01:56 PM

---

**deepthiway2017**

Could be the trust that has JIO fiber .. Remember RIL is demerging their JIO fiber business for the IPO in mid 2020

29 Sep 2019, 02:01 PM

---

**Henrik Alex**
 **Contributor   PREMIUM**

Author's reply »   So Reliance was also the buyer of the 2017 converts?

29 Sep 2019, 03:31 PM

---

**damonbrooks45**

It does look that way, This new offer would be a way to average down and invest in the company. Also if we see buy back you can be nearly sure we'll see a BO or M&A over to under the Reliance umbrella. The dead giveaway is the law firm who did the bonds, Reliance is their client

29 Sep 2019, 03:57 PM

---

**Henrik Alex**
 **Contributor   PREMIUM**

Case 2:19-cv-14125-ES-JSA   Document 37-22   Filed 08/28/20   Page 18 of 25 PageID: 1051

Author's reply »   SeaofSand was right, the 2017 notes also carry the same toxic conversion feature, even allowing for the company to make the monthly $3.5 million installment payments in shares.

Really doesn't look like Reliance is involved in this kind of financing. This is the typical hedge fund transaction.

29 Sep 2019, 04:11 PM

---

### SeaOfSand

@Henrik Alex unsure about Reliance.

But .. as seen on the 2017 notes being paid back up to $28M left, the current notes cover the very same final amount.

Whoever it is/was in 2017 and now, they like to have shares for the final redemption so to speak. But we think $3.56 (sic) at the top end

We also know the 424b5 contains the VWAP equation after 4 month, as it was Ludwig reporting this first on YMB, we really doubt that EROS, Reliance (~9%) and the other owners would allow company to dilute their position for just $25M - sounds ridiculous.
$25M is petty cash for most owners here.
We look at the new notes as a simple debt refi and 'nice gesture'.

Unsure why they set up this language, which of course could just be perfectly OK legal terms to insure the lender - but looks ugly especially on this beaten down stock with recent history.
So they knew the effect ...

We probably stick to the strength thesis from here on
and do expect some sort of disclosure coming up.

Bare minimum is the CARE uprating and of course the new movie disclosure Oct28.

BTW, we also love the cooperation with Xiaomi (one of the biggest affordable new phone manufacturer in China/Asia) and other Asia growth moves lately.

Whatever we guess, we will see.
Again: Hardly doubt they would allow lender to exchange for $1 or less DRYS style ;-)

29 Sep 2019, 07:02 PM

---

### Henrik Alex
 **Contributor   PREMIUM**

Author's reply »   Under the 2017 notes, $68.3 million remained outstanding at March 31. Assuming another $21 million (6x $3.5 million) having been redeemed over the past six months, there would still be $47.3 be outstanding under the old converts. Doesn't work this way.

There would have been zero need to refinance the converts anyway as the company can make the payments in shares.

29 Sep 2019, 08:11 PM

---

### SeaOfSand

also a valid point here Henrik.
Well, I hope the next financials will tell us a bit more then.
Looking forward to the CARE resolution and their new movie.

30 Sep 2019, 08:36 AM

---

### deepthiway2017

Case 2:19-cv-14125-ES-JSA Document 37-22 Filed 08/28/20 Page 19 of 25 PageID: 1052

actually no one knows who is the 2017 buyer !!! neither the bears nor bulls nor the realists.. but evidence and hints point out a strong bondage between Reliance and Eros !!!

If you see the latest cover of fortune India ( which happens to be anniversary edition as well) - which has Miss Deshpande ( Ex EROS CEO) and read the JIO Fiber strategy + read the KPMG research … Connecting the dots between Reliance and Eros makes it logical. Tying up sequence of events from Dec 2017 , Feb 2018 , Aug 2018 - makes sense

A deeper understanding of how India businesses operate (esp Reliance) and loyalty factor is far different from western businesses. Also when India is on a digital growth trajectory with increased FII investments and tax rebates now , with JIO having established its operations in big way in the last 3 years including US offices in Frisco Texas and Palo Alto supporting 15-20 M&A so far, and Its Ambani's vision to take over the digital sector in India like the way he took over the petrochemical sector.

While what you have written is work as a standalone view- what's not factored is the ecosystem impact and how Indian businesses have worked in a growth sector, esp when reliance is engaged with a JIO fiber IPO soon!! Maybe this debt offering was for increased JV as well.. We shall see how this all plays out !!!

30 Sep 2019, 05:15 PM

---

**Henrik Alex**
 **Contributor**   **PREMIUM**

Author's reply »  So, let's try to think about this again. IF Reliance would have been the 2017 toxic debt investor and Eros repaid the convert with shares, Reliance would have already disclosed a higher stake in the company.

Investing in EROS converts just to be repaid with cash makes zero sense for Reliance.

I am holding every bet that the converts have been purchased by a hedge fund.

30 Sep 2019, 05:28 PM

---

**deepthiway2017**

Just to add - how the additional tax benefits from India tax laws will help the cash flows , esp in a growth market with these big partnerships around apple and JIO / Big blockbuster movies - that is one of the eg. I have for ecosystem

30 Sep 2019, 05:42 PM

---

**deepthiway2017**

The assumption you taking is its RIL . Could Reliance Jio Infocom or could be Reliance Capital or could be Citi themselves maybe as trustee- Its all speculation anyway . As I mentioned - no one knows IMO but everyone knows is there is strong bondage between Reliance and Eros exists in a every way . Even if your assumption is correct that it is hedge fund from the past - you have not considered the future ( both near term and long term), with ecosystem growth view that could drive positive cashflow impacts ,which is going to come in from India. Its not gloom and doom as you are predicting with a standalone view and the analysis still requires a more balanced view on factoring in cashflows from growth( for eg JIO partnership in India, which alone has the potential to double revenues in 3 years for EROS, with around 35M partnership users expected this year ), Increased Subs and partnership revenues and India tax benefits(which is huge and impacts positively immediately) ..
Its time that analysts stop viewing this as a movie production company but view it as more as streaming or a digital company that has 1) Subs 2) Partnership revenues 3) Movie revenues. The business mode has changed and needs to be factored in to provide a balanced view.

I will have feedback later tonight after completing my review of both the debt offerings. Thanks for your work !!

30 Sep 2019, 06:22 PM

Case 2:19-cv-14125-ES-JSA   Document 37-22   Filed 08/28/20   Page 20 of 25 PageID: 1053

**Connor Davis**

Thank you too, @deepthiway2017 .

30 Sep 2019, 07:34 PM

---

**Derek Gwinn**

If they get care rating back along with reliance as the bond buyer, this blows past the 4 level

27 Sep 2019, 02:53 PM

---

**Inflexion**

I think a lot will depend on the individual firm that took the paper.

They have a close relationship will well funded Reliance who is already an investor at $15 per share. They may not be a nefarious / toxic as a hedge fund.

27 Sep 2019, 02:35 PM

> **abledogma**
>
> Is it possible Reliance is the buyer in an effort to average down?
>
> 27 Sep 2019, 03:48 PM

> **Connor Davis**
>
> Well of course it's possible. But don't pin hopes and money on that alone.
>
> 27 Sep 2019, 03:52 PM

---

**Norman Bates at Disneyland**

HA,

I seem to be following you today - looked at 3 very diverse shares, and you had written recent articles on all the three. And all 3 companies are in a total mess.

As I said elsewhere, Eros management love shooting themselves in the foot ("missed interest payment....") and obfuscating or entirely omitting the mention of very obvious negative issues (the huge write off not mentioned at the last earning call until pointed out by an analyst). And in the same earnings call, management emphasized that they had "$135m in cash on the balance sheet" - now they have so little cash they have to issue this bond. Likewise, the huge receivables was 'not an issue' per management, yet this bond merely reinforces the fact that management has no control whatsoever over their collection.

In general, Indian businesses tend to march to a tune not always understood in the West (I worked there for a few years across a wide range of companies, and saw this first hand) but Eros really pushes this difference to the limit.

On the plus side, the West also has no idea how utterly enormous the Indian film/media market is. Or how wily and adaptable Indian companies can be.in the most difficult of circumstances.

27 Sep 2019, 12:37 PM

> **Henrik Alex**
>   Contributor   PREMIUM
> Author's reply »  Their unrestricted cash balance was below $90 million in March and credit facilities had been maxed out. This was six months ago...
>
> 27 Sep 2019, 12:42 PM

---

Eros International Turns to Toxic Financing (NYSE:ESGC) | Seeking Alpha

**MMRS07**

Henrik- What is your take on the 4-6mo. conversion limitation, disallowing conversions in excess of 4.5M if the bid price is between 2.33 and 4.85? Certainly there will be a push to keep the price above 2.33 by the time the 4mo. mark hits to ward off excess conversions. Not sure if the company could maintain a price above 2.33, though, without decent earnings or upgrades.

27 Sep 2019, 12:20 PM

> **Henrik Alex**
> **Contributor   PREMIUM**
> Author's reply »  It' simply another conversion limitation that will terminate six months after the offering date.
>
> 27 Sep 2019, 12:24 PM

**Opportunistic Fox**

Terminal zero. Negative cash flow, related party transactions, constant promotion. Subsidiary is on the brink of BK.

27 Sep 2019, 12:09 PM

**Ron Myers**
 **Contributor   PREMIUM**
I know nothing about this company at all. But I do follow a lot of distressed companies. Only truly desperate companies agree to terms this bad, and there usually won't be any money after if this was the best they could do this time. From that point of view I don't think this is an investible stock even if it's an otherwise great company.

27 Sep 2019, 11:31 AM

**Connor Davis**

Thanks for the heads up on the toxic provision, @Henrik Alex . Good spot.

I like your thesis, though there are some things that would make this toxic conversion difficult for the holders:

1) Holders cannot convert if their conversion would give them more than 4.99% of shares outstanding (unless they deliver a notice to Eros 60 days in advance informing them they are raising this to a max of 9.99%).

2) Perfecting the bounce down then bounce up to earn 15%, and being left with nothing but equity in Eros seems risky - but I guess people will do anything to make $$!

27 Sep 2019, 11:26 AM

> **Henrik Alex**
> **Contributor   PREMIUM**
> Author's reply »  The 4.99% blocker is a non-issue as toxic convertholders will short first and cover with the conversion shares. Only the surplus shares (see example in article) will result in a small position until sold into the market.
>
> 27 Sep 2019, 11:40 AM

**David Orr**
 **Contributor**
I shorted the MSFT hype on a friend's suggestion. I stayed short.

You're quite good at spots like this one. In your experience, what's the ballpark drop from this type of toxic financing? Or is there too much variance to really say?

Basically, what level would you strongly consider quitting? I had low-mid $1s in mind but that was mostly for margin reasons.

27 Sep 2019, 10:56 AM

Case 2:19-cv-14125-ES-JSA    Document 37-22    Filed 08/28/20    Page 22 of 25 PageID: 1055

### Henrik Alex
**Contributor**   **PREMIUM**

Author's reply »   David,

the company will likely report financials between now and February but given the surprise capital raise, I have no doubt about cash flows being poor.

27 Sep 2019, 11:15 AM

---

### SeaOfSand

this loan probably is simply to help covering redeeming the old notes as planned for Dec 2019 @Henrik Alex

cash flow and growth must not be related here at all

27 Sep 2019, 11:27 AM

---

### SeaOfSand

if you calculate the loan less monthly installments over 2 years, you will end up at $28M

27 Sep 2019, 11:27 AM

---

### Henrik Alex
**Contributor**   **PREMIUM**

Author's reply »   From my understanding, the old converts will be redeemed at maturity without any remaining payment at the end of 2020.

27 Sep 2019, 11:38 AM

---

### Henrik Alex
**Contributor**   **PREMIUM**

Author's reply »   You don't enter a toxic financing transaction without urgent cash needs.

27 Sep 2019, 11:39 AM

---

### SeaOfSand

4 month standstill to perform Henrik, then we see.
This is not your typical toxic short deal like VISL/XGTI, DRYS etc.
Details will come up.

27 Sep 2019, 04:30 PM

---

### Trillium1
  **PREMIUM**

Hi Henrik,

What do you think Mukesh Ambani and the other institutions that own 65% of this company would think of Lulla giving away cheap shares in the form of toxic financing and pushing down the equity in their investment?

02 Oct 2019, 04:02 PM

---

### Henrik Alex
**Contributor**   **PREMIUM**

Author's reply »   Pretty obviously: Nothing. It is not the first time the company turns to toxic financing by the way.

02 Oct 2019, 04:09 PM

---

Eros International Turns to Toxic Financing (NYSE:ERS) | Seeking Alpha

**Trillium1**
 PREMIUM

Seems unlikely Lulla wouldn't have went to Ambani or other current investors to look for financing first. Seems unlikely they'd turn him away and force him to do as you suggest.

02 Oct 2019, 04:36 PM

---

**SeaOfSand**

You must be following us Henrik ;-)

Ludwig, a friend, came to same conclusion yesterday initially.

But he was corrected: 20-F p 101 or so, check the old notes - same story.

Yes yes, they could do what you refer to, but also maybe not ;-)

Love it. Much better health than NFLX, cash flow positive and last but not least: No BK.

Perspective:
EV $507M (110M OS @ $2, $287M Total-Liabilities - Cash),
$270M Revs
EV/R 1.877 for a growing tech company is cheap having positive cash flow
and becoming profitable.
Roughly P/S 1 @ $1.97/sh

And we are still surprised about AMRS, not willing to fall w/o financial filings and their cash burn.
Keeping an eye on the potential MDR bankruptcy (or not).

EROS? May just recover. Maybe the lender covered already (used this for his position)
or is going long using the $3.57 conversion for a change.
Interesting world.

27 Sep 2019, 10:49 AM

---

**SeaOfSand**

Let's say EROS is still suffering from the huge short attack regarding not paid debt on time and all that.
Glad they refuted all this by paying the debt and doing a proper SOX 20-F, also writing off the intangibles.
From here on it is station zero, IMHO.
Usually this should be traded at around $5 - $6.

The MSFT, sure - wasn't necessary.
Using Azure may gives speech feature and what not, but OK.
Only if MSFT would join the streaming biz having EROS in collaboration,
that would be huge.

Enough of DD'ing here. Stock got his nice 'correction' and in four month we will see if they performed well enough to make this loan a positive :)

27 Sep 2019, 11:02 AM

---

**Henrik Alex**
 Contributor  PREMIUM

Author's reply »  @SeaOfSand

The 20-F does not discuss a toxic conversion feature for the old converts. They will be redeemed by monthly payments of $3.5 million.

27 Sep 2019, 11:19 AM

**SeaOfSand**

Will check that later. They should have had a similar component.

Across quarters they converted (higher OS) and paid back debt (cash flow financing).

Regardless, Asia biz is big and they _can_ grow if they can handle it.

So in 4 month is the next big benchmark: Toxic or accreditive (sic?).

It was hard for them to get proper financing w/ short attack ongoing.

20-F got SOX OK'ed.

Lender now uses the old VWAP uglyness to secure their loan, understandable. Can go either way and they are doing OK with cash flow so far and show growth.

Good jumping on the recent events @Henrik Alex , hope it helps.

We always love your articles.

27 Sep 2019, 11:26 AM

---

**telomerase**

The hope for the MSFT software is that it will be able to autodub their whole library into every target language. If that works, it's a pretty big deal.

27 Sep 2019, 12:32 PM

---

**SeaOfSand**

We didn't thought about such feature - thank you. You won the internets.

MSFT was to us like: Who cares? AWS or Azure, but OK.

Short like: Kill 'em kill 'em lol, can't have little EROS recover :)

We like, IF MSFT would join the streamer club w/ EROS, great - now that would be something.

Now you: Big technical feature widening the audience and hence market size. Good stuff.

At this point here at previous resistance, now should be support in front of next weeks revelation .. if doesn't matter.

Oh, the write off in 20-F were intangibles only.

Mark to market for SOX, so to speak.

I would say, we have the most clean picture of this company now.

NFLX w/ negative cash flow and confined growth

EROS w/ positive cash flow and Asia

Management surely needs to become more professional, that is clear.

27 Sep 2019, 04:34 PM

---

**Connor Davis**

Thank you

27 Sep 2019, 10:32 PM

---

**deepthiway2017**

MSFT shouldn't be seen just as a technology upgrade … Reliance signed up on Aug 15 th with 10 yr partnership with JIO Fiber. Eros followed in Sept. I read that as a service contract termination with AWS and align with Reliance long term strategy with MSFT.

Case 2:19-cv-14125-ES-JSA   Document 37-22   Filed 08/28/20   Page 25 of 25 PageID: 1058

29 Sep 2019, 01:54 PM

**SeaOfSand**

the company interrelationship of big Reliance with little Eros surely didn't get unnoticed.

JIO IPO'ing having Eros on board or better having swallowed them surely wouldn't hurt JIO at all.

Reliance's latest annual financial statement well states Eros as one of the core content provider and of course their investment in Eros and the JV.

www.ril.com/...

29 Sep 2019, 07:12 PM

**Trillium1**
 **PREMIUM**
Primary value add from MSFT deal will be AI dubbing Eros Now's 10 languages into 15 for domestic and global consumption. If done properly it could rapidly increase the subscribership.

02 Oct 2019, 03:54 PM