**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| IN RE EROS INTERNATIONAL PLC SECURITIES LITIGATION | Civil Action No. 19-cv-14125 (JMV)(JAD)<br><br>ECF Case<br><br>**ORAL ARGUMENT REQUESTED**<br><br>Motion Return Date:  December 7, 2020 |

**CERTIFICATE OF SERVICE**

I, Christos G. Papapetrou, hereby certify that on August 28, 2020, a copy of Defendants Eros International Plc, Kishore Lulla, and Prem Parameswaran's Motion to Dismiss the Consolidated Complaint, consisting of a Notice of Motion, a Memorandum of Law in Support, and a Declaration in Support with accompanying exhibits, was served via ECF on the following persons:

Donald A. Ecklund
CARELLA, BYRNE, CECCHI, OLSTEIN,
BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ 07068
Tel: (973) 994-1700
Fax: (973) 994-1744
Email: decklund@carellabyrne.com

Kara M. Wolke
Leanne H. Solish
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Tel: (310) 201-9150
Fax: (310) 201-9160
Email: kwolke@glancylaw.com
          lsolish@glancylaw.com

Dated:  August 28, 2020

/s/ Christos G. Papapetrou
Christos G. Papapetrou