James E. Cecchi
Lindsey H. Taylor
Donald A. Ecklund
**CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700

Kara M. Wolke
Leanne H. Solish
Raymond D. Sulentic
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150

*Liaison Counsel for Plaintiffs*

*Lead Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE EROS INTERNATIONAL PLC SECURITIES LITIGATION | Case No. 19-cv-14125(JMV)(JAD) |

# DECLARATION OF DONALD A. ECKLUND IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED COMPLAINT

634899.2

Donald A. Ecklund declares as follows:

1.     I am an attorney licensed to practice law in the State of New Jersey, and am a partner at the law firm of Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C. ("Carella Byrne"), Liaison Counsel for Plaintiffs in this case.  I submit this declaration in support of Plaintiffs' Memorandum in Opposition to Defendants' Motion to Dismiss the Consolidated Complaint.

2.     Attached as Exhibit A is a true and correct copy of a CARE Ratings press release titled "Eros International Media Limited" and dated September 25, 2020, available from CARE Ratings on its website at https://www.careratings.com/upload/CompanyFiles/PR/Eros%20International%20Media%20Limited-09-25-2020.pdf.

3.     Attached as Exhibit B is a chart of the intraday trading prices for Eros (EROS) stock for June 5, 2019 and June 6, 2019, obtained from Bloomberg.

4.     Attached as Exhibit C is a true and correct copies of newswires published on June 6, 2019 by Dow Jones & Company, Inc. titled "Eros International PLC A(EROS) halted due to volatility" and "Eros International PLC A (EROS) Resumed Trading."

5.     Attached as Exhibit D is a true and correct copy of the transcript for Eros's Q4 2019 earnings call held on July 15, 2019.

6.     Attached as Exhibit E is a true and correct copy of excerpts of

1

Moody's Annual Certification Application as a Nationally Recognized Statistical Rating Organization filed on Form NRSRO with the U.S. Securities and Exchange Commission on March 29, 2019, available from the SEC on its website at https://www.sec.gov/Archives/edgar/data/1698547/000119312519091962/0001193 125-19-091962-index.htm.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 14, 2020, at Roseland, New Jersey.

_s/ Donald A. Ecklund_
Donald A. Ecklund