# EXHIBIT B

Eros International Plc (NYSE: EROS) Intraday Trading for June 6, 2019

| Date/Time(ET) | Opening Price | Volume |
|---|---|---|
| 6/5/2019 15:55 | $7.32 | 2,192 |
| 6/5/2019 15:56 | $7.32 | 5,302 |
| 6/5/2019 15:57 | $7.30 | 3,925 |
| 6/5/2019 15:58 | $7.29 | 3,954 |
| 6/5/2019 15:59 | $7.30 | 7,490 |
| 6/6/2019 9:30 | $3.60 | 2,150 |
| 6/6/2019 9:31 | $3.71 | 1,800 |
| 6/6/2019 9:32 | $3.84 | 8,298 |
| 6/6/2019 9:33 | $4.17 | 2,802 |
| 6/6/2019 9:34 | $4.28 | 7,601 |
| 6/6/2019 9:35 | $4.61 | 78,937 |
| 6/6/2019 9:36 | $5.34 | 81,259 |
| 6/6/2019 9:37 | $4.78 | 21,971 |
| 6/6/2019 9:38 | $4.81 | 51,620 |
| 6/6/2019 9:39 | $5.12 | 35,600 |
| 6/6/2019 9:40 | $5.01 | 22,047 |
| 6/6/2019 9:41 | $5.24 | 27,905 |
| 6/6/2019 9:42 | $5.44 | 7,403 |
| 6/6/2019 9:43 | $5.46 | 35,964 |
| 6/6/2019 9:44 | $5.27 | 7,327 |
| 6/6/2019 9:45 | $5.35 | 8,945 |
| 6/6/2019 9:46 | $5.10 | 8,789 |
| 6/6/2019 9:47 | $5.12 | 2,800 |
| 6/6/2019 9:48 | $5.10 | 7,700 |
| 6/6/2019 9:49 | $5.04 | 13,001 |
| 6/6/2019 9:50 | $4.88 | 7,597 |
| 6/6/2019 9:51 | $4.90 | 17,719 |
| 6/6/2019 9:52 | $4.94 | 3,028 |
| 6/6/2019 9:53 | $4.91 | 11,438 |
| 6/6/2019 9:54 | $4.90 | 23,777 |
| 6/6/2019 9:55 | $4.90 | 6,855 |
| 6/6/2019 9:56 | $4.88 | 21,456 |
| 6/6/2019 9:57 | $4.84 | 11,158 |
| 6/6/2019 9:58 | $4.85 | 3,422 |
| 6/6/2019 9:59 | $4.89 | 23,660 |
| 6/6/2019 10:00 | $4.84 | 45,494 |
| 6/6/2019 10:01 | $4.75 | 16,025 |
| 6/6/2019 10:02 | $4.72 | 8,002 |
| 6/6/2019 10:03 | $4.76 | 16,662 |
| 6/6/2019 10:04 | $4.70 | 8,979 |
| 6/6/2019 10:05 | $4.76 | 1,697 |
| 6/6/2019 10:06 | $4.73 | 1,800 |
| 6/6/2019 10:07 | $4.73 | 14,133 |
| 6/6/2019 10:08 | $4.74 | 8,465 |
| 6/6/2019 10:09 | $4.65 | 17,661 |
| 6/6/2019 10:10 | $4.64 | 2,250 |
| 6/6/2019 10:11 | $4.67 | 5,566 |
| 6/6/2019 10:12 | $4.65 | 26,647 |
| 6/6/2019 10:13 | $4.54 | 2,660 |
| 6/6/2019 10:14 | $4.54 | 28,930 |
| 6/6/2019 10:15 | $4.41 | 9,900 |

Eros International Plc (NYSE: EROS) Intraday Trading for June 6, 2019

| Date/Time(ET) | Opening Price | Volume |
|---|---|---|
| 6/6/2019 10:16 | $4.40 | 7,676 |
| 6/6/2019 10:17 | $4.37 | 6,700 |
| 6/6/2019 10:18 | $4.37 | 11,086 |
| 6/6/2019 10:19 | $4.28 | 73,079 |
| 6/6/2019 10:20 | $4.32 | 9,474 |
| 6/6/2019 10:21 | $4.32 | 2,220 |
| 6/6/2019 10:22 | $4.33 | 25,768 |
| 6/6/2019 10:23 | $4.28 | 11,001 |
| 6/6/2019 10:24 | $4.23 | 14,313 |
| 6/6/2019 10:25 | $4.22 | 15,537 |
| 6/6/2019 10:26 | $4.26 | 15,402 |
| 6/6/2019 10:27 | $4.33 | 6,180 |
| 6/6/2019 10:28 | $4.35 | 17,041 |
| 6/6/2019 10:29 | $4.34 | 4,469 |
| 6/6/2019 10:30 | $4.37 | 713 |
| 6/6/2019 10:31 | $4.36 | 10,029 |
| 6/6/2019 10:32 | $4.32 | 1,920 |
| 6/6/2019 10:33 | $4.31 | 27,930 |
| 6/6/2019 10:34 | $4.28 | 40,766 |
| 6/6/2019 10:35 | $4.18 | 35,506 |
| 6/6/2019 10:36 | $4.07 | 15,491 |
| 6/6/2019 10:37 | $4.01 | 13,693 |
| 6/6/2019 10:38 | $4.09 | 2,870 |
| 6/6/2019 10:39 | $4.06 | 1,998 |
| 6/6/2019 10:40 | $4.06 | 8,250 |
| 6/6/2019 10:41 | $4.06 | 32,636 |
| 6/6/2019 10:42 | $3.79 | 41,069 |
| 6/6/2019 10:43 | $3.63 | 44,959 |
| 6/6/2019 10:44 | $3.48 | 17,105 |
| 6/6/2019 10:49 | $3.04 | 5,277 |
| 6/6/2019 10:50 | $3.01 | 68,292 |
| 6/6/2019 10:51 | $3.07 | 45,757 |
| 6/6/2019 10:52 | $3.13 | 32,812 |
| 6/6/2019 10:53 | $3.17 | 17,200 |
| 6/6/2019 10:54 | $3.23 | 28,819 |
| 6/6/2019 10:55 | $3.16 | 49,460 |
| 6/6/2019 10:56 | $3.01 | 130,149 |
| 6/6/2019 10:57 | $2.82 | 71,221 |
| 6/6/2019 10:58 | $2.96 | 49,187 |
| 6/6/2019 10:59 | $3.06 | 40,669 |
| 6/6/2019 11:00 | $3.11 | 27,056 |
| 6/6/2019 11:01 | $3.11 | 27,102 |
| 6/6/2019 11:02 | $3.11 | 25,110 |
| 6/6/2019 11:03 | $3.11 | 56,379 |
| 6/6/2019 11:04 | $3.10 | 35,454 |
| 6/6/2019 11:05 | $3.05 | 48,361 |
| 6/6/2019 11:06 | $3.07 | 10,357 |
| 6/6/2019 11:07 | $3.09 | 36,150 |
| 6/6/2019 11:08 | $3.15 | 27,906 |
| 6/6/2019 11:09 | $3.21 | 38,063 |
| 6/6/2019 11:10 | $3.20 | 15,404 |

Eros International Plc (NYSE: EROS) Intraday Trading for June 6, 2019

| Date/Time(ET) | Opening Price | Volume |
|---|---|---|
| 6/6/2019 11:11 | $3.19 | 42,036 |
| 6/6/2019 11:12 | $3.19 | 33,095 |
| 6/6/2019 11:13 | $3.21 | 12,824 |
| 6/6/2019 11:14 | $3.22 | 25,932 |
| 6/6/2019 11:15 | $3.14 | 14,930 |
| 6/6/2019 11:16 | $3.13 | 9,372 |
| 6/6/2019 11:17 | $3.15 | 38,121 |
| 6/6/2019 11:18 | $3.15 | 6,550 |
| 6/6/2019 11:19 | $3.16 | 6,520 |
| 6/6/2019 11:20 | $3.20 | 13,615 |
| 6/6/2019 11:21 | $3.17 | 5,101 |
| 6/6/2019 11:22 | $3.18 | 10,099 |
| 6/6/2019 11:23 | $3.19 | 14,152 |
| 6/6/2019 11:24 | $3.19 | 1,139 |
| 6/6/2019 11:25 | $3.17 | 10,637 |
| 6/6/2019 11:26 | $3.18 | 46,625 |
| 6/6/2019 11:27 | $3.19 | 21,000 |
| 6/6/2019 11:28 | $3.18 | 9,820 |
| 6/6/2019 11:29 | $3.15 | 16,537 |
| 6/6/2019 11:30 | $3.16 | 20,043 |
| 6/6/2019 11:31 | $3.17 | 31,110 |
| 6/6/2019 11:32 | $3.18 | 45,760 |
| 6/6/2019 11:33 | $3.18 | 7,139 |
| 6/6/2019 11:34 | $3.18 | 12,235 |
| 6/6/2019 11:35 | $3.20 | 16,004 |
| 6/6/2019 11:36 | $3.17 | 13,906 |
| 6/6/2019 11:37 | $3.15 | 8,300 |
| 6/6/2019 11:38 | $3.16 | 12,977 |
| 6/6/2019 11:39 | $3.16 | 22,777 |
| 6/6/2019 11:40 | $3.17 | 18,209 |
| 6/6/2019 11:41 | $3.17 | 4,652 |
| 6/6/2019 11:42 | $3.17 | 9,600 |
| 6/6/2019 11:43 | $3.16 | 3,600 |
| 6/6/2019 11:44 | $3.20 | 2,958 |
| 6/6/2019 11:45 | $3.20 | 1,300 |
| 6/6/2019 11:46 | $3.20 | 11,146 |
| 6/6/2019 11:47 | $3.23 | 6,373 |
| 6/6/2019 11:48 | $3.24 | 61,389 |
| 6/6/2019 11:49 | $3.26 | 24,928 |
| 6/6/2019 11:50 | $3.30 | 45,344 |
| 6/6/2019 11:51 | $3.31 | 15,283 |
| 6/6/2019 11:52 | $3.33 | 48,107 |
| 6/6/2019 11:53 | $3.33 | 6,300 |
| 6/6/2019 11:54 | $3.31 | 14,060 |
| 6/6/2019 11:55 | $3.26 | 6,981 |
| 6/6/2019 11:56 | $3.22 | 4,569 |
| 6/6/2019 11:57 | $3.22 | 4,200 |
| 6/6/2019 11:58 | $3.22 | 6,700 |
| 6/6/2019 11:59 | $3.24 | 1,400 |
| 6/6/2019 12:00 | $3.23 | 23,037 |
| 6/6/2019 12:01 | $3.25 | 4,121 |

Eros International Plc (NYSE: EROS) Intraday Trading for June 6, 2019

| Date/Time(ET) | Opening Price | Volume |
|---|---|---|
| 6/6/2019 12:02 | $3.24 | 2,400 |
| 6/6/2019 12:03 | $3.22 | 2,660 |
| 6/6/2019 12:04 | $3.22 | 400 |
| 6/6/2019 12:05 | $3.22 | 20,332 |
| 6/6/2019 12:06 | $3.19 | 26,879 |
| 6/6/2019 12:07 | $3.19 | 1,200 |
| 6/6/2019 12:08 | $3.18 | 16,323 |
| 6/6/2019 12:09 | $3.20 | 21,729 |
| 6/6/2019 12:10 | $3.24 | 50,623 |
| 6/6/2019 12:11 | $3.24 | 12,750 |
| 6/6/2019 12:12 | $3.24 | 7,530 |
| 6/6/2019 12:13 | $3.24 | 27,126 |
| 6/6/2019 12:14 | $3.20 | 16,210 |
| 6/6/2019 12:15 | $3.21 | 4,402 |
| 6/6/2019 12:16 | $3.24 | 6,861 |
| 6/6/2019 12:17 | $3.25 | 7,700 |
| 6/6/2019 12:18 | $3.24 | 820 |
| 6/6/2019 12:19 | $3.25 | 10,378 |
| 6/6/2019 12:20 | $3.25 | 3,150 |
| 6/6/2019 12:21 | $3.24 | 2,380 |
| 6/6/2019 12:22 | $3.22 | 3,489 |
| 6/6/2019 12:23 | $3.24 | 3,200 |
| 6/6/2019 12:24 | $3.24 | 2,480 |
| 6/6/2019 12:25 | $3.26 | 1,520 |
| 6/6/2019 12:26 | $3.26 | 1,000 |
| 6/6/2019 12:27 | $3.26 | 1,000 |
| 6/6/2019 12:28 | $3.26 | 500 |
| 6/6/2019 12:30 | $3.25 | 4,440 |
| 6/6/2019 12:31 | $3.24 | 18,444 |
| 6/6/2019 12:32 | $3.27 | 6,425 |
| 6/6/2019 12:33 | $3.25 | 205 |
| 6/6/2019 12:34 | $3.25 | 9,370 |
| 6/6/2019 12:35 | $3.28 | 46,909 |
| 6/6/2019 12:36 | $3.28 | 5,568 |
| 6/6/2019 12:37 | $3.30 | 6,585 |
| 6/6/2019 12:38 | $3.32 | 2,368 |
| 6/6/2019 12:39 | $3.32 | 21,746 |
| 6/6/2019 12:40 | $3.35 | 25,321 |
| 6/6/2019 12:41 | $3.30 | 10,396 |
| 6/6/2019 12:42 | $3.31 | 12,698 |
| 6/6/2019 12:43 | $3.30 | 1,830 |
| 6/6/2019 12:44 | $3.31 | 24,163 |
| 6/6/2019 12:45 | $3.32 | 2,100 |
| 6/6/2019 12:46 | $3.33 | 11,424 |
| 6/6/2019 12:47 | $3.34 | 15,020 |
| 6/6/2019 12:48 | $3.35 | 31,082 |
| 6/6/2019 12:49 | $3.34 | 36,500 |
| 6/6/2019 12:50 | $3.34 | 34,956 |
| 6/6/2019 12:51 | $3.31 | 1,600 |
| 6/6/2019 12:52 | $3.31 | 100 |
| 6/6/2019 12:53 | $3.31 | 21,749 |

Eros International Plc (NYSE: EROS) Intraday Trading for June 6, 2019

| Date/Time(ET) | Opening Price | Volume |
|---|---|---|
| 6/6/2019 12:54 | $3.32 | 1,100 |
| 6/6/2019 12:55 | $3.33 | 4,100 |
| 6/6/2019 12:56 | $3.33 | 1,000 |
| 6/6/2019 12:57 | $3.33 | 5,574 |
| 6/6/2019 12:58 | $3.34 | 11,234 |
| 6/6/2019 12:59 | $3.35 | 4,337 |
| 6/6/2019 13:00 | $3.35 | 23,776 |
| 6/6/2019 13:01 | $3.39 | 73,656 |
| 6/6/2019 13:02 | $3.42 | 36,147 |
| 6/6/2019 13:03 | $3.44 | 20,400 |
| 6/6/2019 13:04 | $3.42 | 11,450 |
| 6/6/2019 13:05 | $3.43 | 5,437 |
| 6/6/2019 13:06 | $3.43 | 19,428 |
| 6/6/2019 13:07 | $3.42 | 100 |
| 6/6/2019 13:08 | $3.41 | 5,469 |
| 6/6/2019 13:09 | $3.42 | 13,139 |
| 6/6/2019 13:10 | $3.43 | 1,700 |
| 6/6/2019 13:11 | $3.43 | 53,229 |
| 6/6/2019 13:12 | $3.55 | 23,774 |
| 6/6/2019 13:13 | $3.50 | 59,032 |
| 6/6/2019 13:14 | $3.64 | 33,338 |
| 6/6/2019 13:15 | $3.65 | 36,963 |
| 6/6/2019 13:16 | $3.66 | 11,050 |
| 6/6/2019 13:17 | $3.68 | 27,681 |
| 6/6/2019 13:18 | $3.63 | 33,670 |
| 6/6/2019 13:19 | $3.54 | 13,957 |
| 6/6/2019 13:20 | $3.48 | 8,552 |
| 6/6/2019 13:21 | $3.44 | 6,356 |
| 6/6/2019 13:22 | $3.46 | 30,217 |
| 6/6/2019 13:23 | $3.49 | 10,757 |
| 6/6/2019 13:24 | $3.53 | 10,836 |
| 6/6/2019 13:25 | $3.49 | 26,266 |
| 6/6/2019 13:26 | $3.46 | 11,706 |
| 6/6/2019 13:27 | $3.43 | 24,385 |
| 6/6/2019 13:28 | $3.33 | 31,461 |
| 6/6/2019 13:29 | $3.31 | 68,345 |
| 6/6/2019 13:30 | $3.24 | 24,956 |
| 6/6/2019 13:31 | $3.36 | 16,449 |
| 6/6/2019 13:32 | $3.38 | 19,977 |
| 6/6/2019 13:33 | $3.36 | 6,885 |
| 6/6/2019 13:34 | $3.33 | 4,705 |
| 6/6/2019 13:35 | $3.34 | 10,715 |
| 6/6/2019 13:36 | $3.34 | 9,409 |
| 6/6/2019 13:37 | $3.31 | 24,213 |
| 6/6/2019 13:38 | $3.32 | 9,545 |
| 6/6/2019 13:39 | $3.34 | 13,927 |
| 6/6/2019 13:40 | $3.35 | 1,700 |
| 6/6/2019 13:41 | $3.36 | 9,000 |
| 6/6/2019 13:42 | $3.36 | 4,747 |
| 6/6/2019 13:43 | $3.37 | 2,600 |
| 6/6/2019 13:44 | $3.36 | 4,800 |

Eros International Plc (NYSE: EROS) Intraday Trading for June 6, 2019

| Date/Time(ET) | Opening Price | Volume |
|---|---|---|
| 6/6/2019 13:45 | $3.36 | 9,143 |
| 6/6/2019 13:46 | $3.44 | 21,934 |
| 6/6/2019 13:47 | $3.51 | 15,724 |
| 6/6/2019 13:48 | $3.65 | 53,211 |
| 6/6/2019 13:49 | $3.58 | 21,463 |
| 6/6/2019 13:50 | $3.57 | 21,482 |
| 6/6/2019 13:51 | $3.64 | 10,055 |
| 6/6/2019 13:52 | $3.65 | 14,616 |
| 6/6/2019 13:53 | $3.65 | 8,346 |
| 6/6/2019 13:54 | $3.71 | 9,601 |
| 6/6/2019 13:55 | $3.70 | 27,257 |
| 6/6/2019 13:56 | $3.70 | 7,200 |
| 6/6/2019 13:57 | $3.68 | 17,791 |
| 6/6/2019 13:58 | $3.67 | 9,686 |
| 6/6/2019 13:59 | $3.65 | 15,379 |
| 6/6/2019 14:00 | $3.62 | 3,550 |
| 6/6/2019 14:01 | $3.58 | 2,300 |
| 6/6/2019 14:02 | $3.56 | 19,791 |
| 6/6/2019 14:03 | $3.51 | 5,160 |
| 6/6/2019 14:04 | $3.51 | 3,000 |
| 6/6/2019 14:05 | $3.50 | 10,129 |
| 6/6/2019 14:06 | $3.53 | 9,800 |
| 6/6/2019 14:07 | $3.52 | 133 |
| 6/6/2019 14:08 | $3.52 | 1,500 |
| 6/6/2019 14:09 | $3.52 | 21,694 |
| 6/6/2019 14:10 | $3.46 | 13,996 |
| 6/6/2019 14:11 | $3.40 | 13,700 |
| 6/6/2019 14:12 | $3.39 | 7,433 |
| 6/6/2019 14:13 | $3.37 | 21,965 |
| 6/6/2019 14:14 | $3.45 | 1,250 |
| 6/6/2019 14:15 | $3.45 | 3,316 |
| 6/6/2019 14:16 | $3.44 | 569 |
| 6/6/2019 14:18 | $3.43 | 600 |
| 6/6/2019 14:19 | $3.44 | 2,795 |
| 6/6/2019 14:20 | $3.40 | 2,536 |
| 6/6/2019 14:21 | $3.41 | 5,000 |
| 6/6/2019 14:22 | $3.40 | 4,870 |
| 6/6/2019 14:23 | $3.38 | 300 |
| 6/6/2019 14:24 | $3.37 | 1,996 |
| 6/6/2019 14:25 | $3.38 | 3,230 |
| 6/6/2019 14:26 | $3.34 | 6,287 |
| 6/6/2019 14:27 | $3.37 | 6,000 |
| 6/6/2019 14:28 | $3.35 | 3,800 |
| 6/6/2019 14:29 | $3.36 | 1,387 |
| 6/6/2019 14:30 | $3.36 | 513 |
| 6/6/2019 14:31 | $3.36 | 3,080 |
| 6/6/2019 14:33 | $3.36 | 4,700 |
| 6/6/2019 15:29 | $3.59 | 162,419 |
| 6/6/2019 15:30 | $3.62 | 86,384 |
| 6/6/2019 15:31 | $3.71 | 57,000 |
| 6/6/2019 15:32 | $3.64 | 23,340 |

Eros International Plc (NYSE: EROS) Intraday Trading for June 6, 2019

| Date/Time(ET) | Opening Price | Volume |
|---|---|---|
| 6/6/2019 15:33 | $3.65 | 59,607 |
| 6/6/2019 15:34 | $3.67 | 36,190 |
| 6/6/2019 15:35 | $3.70 | 19,978 |
| 6/6/2019 15:36 | $3.68 | 10,206 |
| 6/6/2019 15:37 | $3.69 | 10,900 |
| 6/6/2019 15:38 | $3.70 | 67,148 |
| 6/6/2019 15:39 | $3.70 | 41,120 |
| 6/6/2019 15:40 | $3.69 | 12,603 |
| 6/6/2019 15:41 | $3.70 | 69,123 |
| 6/6/2019 15:42 | $3.56 | 87,687 |
| 6/6/2019 15:43 | $3.53 | 52,867 |
| 6/6/2019 15:44 | $3.52 | 22,003 |
| 6/6/2019 15:45 | $3.52 | 40,994 |
| 6/6/2019 15:46 | $3.53 | 28,876 |
| 6/6/2019 15:47 | $3.54 | 10,585 |
| 6/6/2019 15:48 | $3.57 | 4,930 |
| 6/6/2019 15:49 | $3.57 | 10,099 |
| 6/6/2019 15:50 | $3.58 | 15,451 |
| 6/6/2019 15:51 | $3.59 | 18,791 |
| 6/6/2019 15:52 | $3.60 | 19,152 |
| 6/6/2019 15:53 | $3.58 | 6,630 |
| 6/6/2019 15:54 | $3.58 | 148,838 |
| 6/6/2019 15:55 | $3.67 | 28,447 |
| 6/6/2019 15:56 | $3.66 | 31,060 |
| 6/6/2019 15:57 | $3.66 | 38,872 |
| 6/6/2019 15:58 | $3.67 | 47,100 |
| 6/6/2019 15:59 | $3.69 | 85,523 |