# EXHIBIT C

## *Eros International PLC A (EROS) Halted due to volatility*

Dow Jones Institutional News

June 6, 2019 Thursday 2:44 PM GMT

Copyright 2019 Factiva ®, from Dow Jones
All Rights Reserved



Copyright © 2019, Dow Jones & Company, Inc.

DOW JONES NEWSWIRES

**Length:** 9 words

## Body

(END) Dow Jones Newswires

June 06, 2019 10:44 ET (14:44 GMT)

## Notes

PUBLISHER: Dow Jones & Company, Inc.

**Load-Date:** June 7, 2019

End of Document

## *Eros International PLC A (EROS) Resumed Trading*

Dow Jones Institutional News

June 6, 2019 Thursday 2:49 PM GMT

Copyright 2019 Factiva ®, from Dow Jones
All Rights Reserved



Copyright © 2019, Dow Jones & Company, Inc.

DOW JONES NEWSWIRES

**Length:** 9 words

## Body

(END) Dow Jones Newswires

June 06, 2019 10:49 ET (14:49 GMT)

## Notes

PUBLISHER: Dow Jones & Company, Inc.

**Load-Date:** June 7, 2019

End of Document