# EXHIBIT E

**FORM NRSRO**

| OMB APPROVAL |
| --- |
| OMB Number: 3235-0625 |
| Expires: February 28, 2021 |
| Estimated average burden hours per response: 36 |

# APPLICATION FOR REGISTRATION AS A NATIONALLY RECOGNIZED STATISTICAL RATING ORGANIZATION (NRSRO)

SEC 1541 (1-15)

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.**

E01

**APPLICATION FOR REGISTRATION AS A
NATIONALLY RECOGNIZED
STATISTICAL RATING ORGANIZATION (NRSRO)**

☐ INITIAL APPLICATION                        ☑ ANNUAL CERTIFICATION

☐ APPLICATION TO ADD CLASS              ☐ UPDATE OF REGISTRATION
   OF CREDIT RATINGS                              Items and/or Exhibits Amended:

☐ APPLICATION SUPPLEMENT
   Items and/or Exhibits Supplemented:     _____

_____                   ☐ WITHDRAWAL FROM REGISTRATION

**Important:  Refer to Form NRSRO Instructions for General Instructions, Item-by-Item Instructions, an Explanation of Terms, and the Disclosure Reporting Page (NRSRO).  "You" and "your" mean the person filing or furnishing, as applicable, this Form NRSRO.  "Applicant" and "NRSRO" mean the person filing or furnishing, as applicable, this Form NRSRO and any credit rating affiliate identified in Item 3.**

**1.   A.**  Your full name:

Moody's Investors Service, Inc.

**B. (i)** Name under which your credit rating business is primarily conducted, if different from Item 1A:

N/A

**(ii)** Any other name under which your credit rating business is conducted and where it is used (other than the name of a credit rating affiliate identified in Item 3):

N/A

**C.**  Address of your principal office (do not use a P.O. Box):

| 250 Greenwich Street | New York | NY | 10007 |
|---|---|---|---|
| (Number and Street) | (City) | (State/Country) | (Zip/Postal Code) |

**D.**  Mailing address, if different:

| N/A | | | |
|---|---|---|---|
| (Number and Street) | (City) | (State/Country) | (Zip/Postal Code) |

**E.**  Contact person (See Instructions):

| James Bodovitz | | MD-DCO Americas / Global Coordination | |
|---|---|---|---|
| (Name and Title) | | | |
| 250 Greenwich Street | New York | NY | 10007 |
| (Number and Street) | (City) | (State/Country) | (Zip/Postal Code) |

**CERTIFICATION:**

The undersigned has executed this Form NRSRO on behalf of, and on the authority of, the Applicant/NRSRO.  The undersigned, on behalf of the Applicant/NRSRO, represents that the information and statements contained in this Form, including Exhibits and attachments, all of which are part of this Form, are accurate in all significant respects.  If

E02

this is an ANNUAL CERTIFICATION, the undersigned, on behalf of the NRSRO, represents that the NRSRO's application on Form NRSRO, as amended, is accurate in all significant respects.

3/28/2019 _____        Moody's Investors Service, Inc. _____
          (Date)                         (Name of the Applicant/NRSRO)

By: ___ /S/ Robert Fauber _____        Robert Fauber, President-Moody's Investors Service, Inc. _____
            (Signature)                         (Print Name and Title)

**2.** **A**. Your legal status:

☑ Corporation   ☐ Limited Liability Company   ☐ Partnership   ☐ Other (specify) _____

**B**. Month and day of your fiscal year end: 12/31 _____

**C**. Place and date of your formation (i.e., state or country where you were incorporated, where your partnership agreement was filed, or where you otherwise were formed):

State/Country of formation: Delaware, USA _____        Date of formation: 5/10/68 _____

**3.** Your credit rating affiliates (See Instructions):

Item 3 is attached and made   a part of this Form NRSRO _____
(Name)                         (Address)

_____        _____
(Name)                         (Address)

_____        _____
(Name)                         (Address)

_____        _____
(Name)                         (Address)

_____        _____
(Name)                         (Address)

**4.** The designated compliance officer of the Applicant/NRSRO (See Instructions):

James Bodovitz _____        MD-DCO Americas/Global Coordinatic
(Name and Title)

250 Greenwich Street   New York        NY        10007 _____
(Number and Street)        (City)        (State/Country)        (Postal Code)

**5.** Describe in detail how this Form NRSRO and Exhibits 1 through 9 to this Form NRSRO will be made publicly and freely available on an easily accessible portion of the corporate Internet website of the Applicant/NRSRO (See Instructions):

Form NRSRO and its exhibits will be publicly available, free of charge, on the Regulatory

Affairs page of our website, www.moodys.com. _____

_____

**6.** **COMPLETE ITEM 6 ONLY IF THIS IS AN INITIAL APPLICATION, APPLICATION SUPPLEMENT, OR APPLICATION TO ADD A CLASS OF CREDIT RATINGS.**

**A**. Indicate below the classes of credit ratings for which the Applicant/NRSRO is applying to be registered. For each class, indicate the approximate number of obligors, securities, and money market instruments in that class as of the date of this application for which the Applicant/NRSRO has an outstanding credit rating and the approximate date the Applicant/NRSRO began issuing credit ratings as a "credit rating agency" in that class on a continuous basis through the present (See Instructions):

E03

Moody's Investors Service ("MIS")

## Exhibit 2

# Procedures and Methodologies Used to Determine Credit Ratings

### 1. Credit Rating Process

MIS operates under the *MIS Code of Professional Conduct* ("**MIS Code**"). The principles in the MIS Code that seek to secure the quality, integrity, independence, transparency and timeliness of the rating process, as well as avoidance of conflicts of interest and treatment of confidential information, are deeply ingrained in our operational practices. The principles established by the MIS Code are elaborated upon in MIS's policies and procedures. These documents establish a consistent approach throughout MIS and govern the conduct of employees during the credit rating process.

> » MIS Code of Professional Conduct, February 2019

Below we describe the various steps in our credit rating process. These descriptions reflect the general process for all of MIS's published credit ratings, and some aspects of our detailed processes may vary in different rating groups or jurisdictions. In these descriptions, we use the term "Issuer" to mean any entity - regardless of whether it is a structured product, a corporation, a sovereign country or a municipality - that issues debt, a credit commitment or debt-like securities, or which has other obligations to make payments.

### a. Initiation of a Rating Relationship with MIS

A credit rating relationship generally is initiated when the Issuer requests a credit rating from MIS. Generally, MIS enters into a rating agreement with the Issuer, whereby the Issuer undertakes to provide MIS with pertinent financial reports and other information. The Issuer also undertakes to pay to MIS the relevant fees.

In addition, as a publisher of opinions about credit, MIS reserves the right to assign credit ratings on an unsolicited basis. (See discussion of unsolicited credit ratings below.)

### b. Information Used in the Credit Rating Process

Provision 1.4 of the MIS Code provides the basis for the quality of our ratings. It states, among other things, that in producing a credit rating, MIS will consider all information known and believed to be relevant by the applicable analyst and rating committee about an Issuer, including information received from a source other than the Issuer or underwriter, that the applicable analyst and rating committee find credible and potentially significant to a rating decision in a manner generally consistent with MIS's published methodologies.

The analyst or analysts assigned to a particular Issuer or obligation ("Lead Analyst") begins the credit analysis by assembling relevant information on the Issuer or obligation. This information may come from public sources or from

1

E04

positioned, those credit ratings will be referred for further review, which may ultimately result in a rating committee review. Commencing in 2019, following the completion of the portfolio review, MIS will publish a succinct rating rationale and an announcement that a periodic review has been completed. The rationale will be publicly available and distributed using MIS's typical mode of written communication with investors. This publication is not a Credit Rating Action.

In structured finance, monitoring is performed either by Lead Analysts of the applicable primary rating group or by dedicated monitoring analysts. MIS has dedicated analytical staff for monitoring the performance of existing transactions in certain asset types, such as commercial mortgage and collateralized debt obligation transactions. Monitoring includes qualitative approaches as well as quantitative approaches, such as filtering tools that allow the monitoring staff to compare actual deal performance (assets and/or liabilities) against the performance expected at the time of review. MIS has published a number of methodology reports describing our monitoring approaches for specific structured finance asset classes.

The U.S. public finance group conducts systematic monitoring of credit ratings, using techniques that include threshold filtering, portfolio reviews and analytical screens. A number of indicative variables covering local economic conditions, demographics, and fiscal balances are tracked. Various automated and quantitative methods are used to assist analysts in identifying Issuers whose credit profiles may no longer be consistent with their current credit ratings and outlooks. These surveillance techniques help identify credit ratings that merit a more intensive review, which may take the form of a rating committee and could lead to a credit rating or outlook change.  Other raitngs are monitored via processes where the Lead Analsyt performs that assessment directly.

   h.   <u>Withdrawal of Credit Ratings / Decision Not to Rate</u>

If MIS believes we have inadequate information to continue to provide an informed opinion to the market regarding a security or obligation on which we have an outstanding credit rating, we will exercise our discretion and withdraw such outstanding credit rating. In addition, MIS may withdraw a credit rating under other limited circumstances, including: if the Issuer defaults, enters bankruptcy, is liquidated or restructures its debt; if the Issuer becomes the subject of a corporate reorganization; when the credit rating methodology used to assign the credit rating is no longer applicable due to a reduction in the size of the collateral pool; when the rated obligation is no longer outstanding or, in certain cases, its principal balance is fully written down to zero because of credit loss recognitions; where there is a regulatory mandate to withdraw; where certain conflict of interest conditions arise; where a public point-in-time rating has been assigned; where predicate conditions for a provisional rating have not been met; clerical error; or for MIS's own business reasons unrelated to these situations.

If MIS determines that the quality of information available for assigning a credit is unsatisfactory, insufficient, or raises questions as to whether MIS can provide an appropriately informed credit rating, then MIS will refuse to issue a credit rating.  Such refusal may occur, for example, in instances where the complexity of the structure of a new type of financial instrument raises serious questions as to whether MIS has the analytical expertise to provide an appropriately informed credit rating.

For additional detail, see:

   »   Policy for Withdrawal of Credit Ratings, June 29, 2018

E05

» Credit Rating Refusal Policy, February 1, 2016

» MJKK/MSFJ Credit Rating Refusal Policy, June 6, 2016

i.  Unsolicited Credit Ratings

The criteria by which Credit Ratings are designated as unsolicited, as well as the manner in which the unsolicited nature of such ratings are disclosedare set forth in the Policy for Designating and Assigning Unsolicited Ratings.

MIS's publication of an Unsolicited Credit Rating will be conditioned, among other factors, on its determination that sufficient information is available to allow MIS to assign and maintain the Credit Rating.  In jurisdictions where unsolicited ratings are permitted, MIS will designate as unsolicited Credit Ratings not requested by or not maintained at the request of a Rated Entity or its Agents.  MIS will also designate as unsolicited those Credit Ratings it initiates and which are not requested by a Rated Entity.  MIS would consider issuing such an Unsolicited Credit Rating when, among other things:

» The Unsolicited Credit Rating would provide an informational benefit to market participants; or

» The amount of the total debt or debt-like obligations issued is significant; or

» The type of security or the issuer is new to the market; or

» The Credit Rating is analytically relevant for other analysis that MIS provides to the market.

For additional detail, see:

» Policy for Designating and Assigning Unsolicited Credit Ratings , November 12, 2018

» Policy for Designating Non-Participating Rated Entities, August 20, 2018

» Policy for Designating and Assigning Unsolicited Credit Ratings in Japan, August 20, 2018

2.  **Credit Rating Methodologies and Models**

Provision 1.3 of the MIS Code provides that in assessing an Issuer's or obligation's creditworthiness, analysts will use MIS's published methodologies, where appropriate, and will apply a given methodology in a consistent manner, as determined by MIS. MIS has established several groups responsible for credit rating methodologies, credit rating models and credit rating scorecards: the Methodology Development Group (MDG); the Analytic and Technology Solutions Group (ATS); and the Methodology Review Group (MRG).  MDG is responsible for methodology development and delivery across MIS. ATS is responsible for the quantitative models and analytical tools used in the credit rating process. MRG's responsibilities are to approve new and revised credit rating methodologies, review specifications of MIS credit rating models for consistency with published methodologies, review the appropriateness of existing methodologies on an annual basis, and review credit rating actions, on a sampled basis, to evaluate the application of published methodologies.  In addition to MRG, credit rating methodologies for which a consultation with market participants through a "request for comments" process occurred must also be approved by the MIS Board of Directors prior to publication.

E06



## Policy for Withdrawal of Credit Ratings

| | |
|---|---|
| Issued by: | MIS Compliance Department |
| Applicable to: | All MIS Employees and relevant Moody's Shared Services Employees supporting the ratings process |
| Scope: | Global excluding Japan |
| Effective Date: | June 29, 2018 |

### POLICY

### I. What is a Withdrawn Credit Rating?

MIS withdraws its Credit Rating when it no longer rates an entity, debt or financial obligation, debt issuance program, preferred share or other financial instrument for which it previously assigned a rating. If appropriate and feasible, Credit Ratings will be adjusted before the withdrawal to reflect MIS's current rating opinions.

NOTE: This policy and accompanying procedure do not apply when a Credit Rating committee assigns a Credit Rating to an issuance whose sale is canceled by the Rated Entity without the Credit Rating ever having been published. Because the obligation does not exist and the Credit Rating was never published, the Credit Rating does not need to be withdrawn.

### II. Reasons why MIS might withdraw a Credit Rating

MIS may withdraw a Credit Rating for any of the following reasons:

1) Incorrect, insufficient or otherwise inadequate information: MIS shall withdraw any Credit Rating if, in MIS's opinion: (i) the information available to support the Credit Rating – whether in terms of factual accuracy, quantity and/or quality – is insufficient to effectively assess the creditworthiness of the Rated Entity or the obligation; and (ii) such information is unlikely to be available to MIS in the near future.

2) Bankruptcy/Liquidation/Debt Restructuring/Write-down of a Structured Finance Security: if a Rated Entity defaults, enters bankruptcy, is liquidated, or restructures its debt, or if a structured finance security experiences a full or partial write-down that results in a zero current balance, it may no longer be useful or necessary for MIS to maintain a Credit Rating on that Rated Entity or that Rated Entity's obligations.

3) Reorganization: if a Rated Entity becomes the subject of a corporate reorganization or regulator-imposed restructuring, including a merger or acquisition, or enters into any other form of governmental administration, it may no longer be useful or necessary for MIS to maintain a Credit Rating on that Rated Entity or that Rated Entity's obligations.

4) Small Pool Factor: for Structured Finance transactions only: if the applicable Credit Rating Methodology states that a Credit Rating must be withdrawn when the size of the asset pool supporting the transaction falls below a level specified in the methodology ("small pool factor"), MIS shall withdraw the Credit Rating.

E07

5) Maturity of Obligation or Termination of Program: the Credit Rating on an obligation will be withdrawn when the obligation is not outstanding or the program has been terminated. This includes when a debt matures, when a debt is called, when a debt is repaid before the maturity date, when a Credit Rating on a debt or program is issued and published but the debt is ultimately not issued or the program is not closed, and/or when a debt is otherwise redeemed by the Rated Entity. Because Moody's may not receive timely notification in the event where a debt is called, redeemed, repaid or otherwise terminated before its stated maturity date, Moody's will generally withdraw such ratings once it learns of the event of termination, using the current date as the date of the withdrawal.  A rating withdrawal may also be appropriate as a result of amendments to the transaction terms of an obligation.

6) Business Reasons: under certain circumstances, MIS will withdraw a Credit Rating for a Rated Entity or an obligation for reasons unrelated to the situations identified above. When MIS indicates that a Credit Rating was withdrawn for "business reasons," this refers to MIS's business reasons, not the business reasons of the Rated Entity or obligor. MIS's business reasons generally do not reflect any concerns about the Rated Entity's creditworthiness or the quality of its management. MIS's decision to withdraw a rating under these circumstances will attempt to balance the informational benefit to market participants from maintaining a Credit Rating against the resources required to maintain and monitor that Credit Rating or other business considerations.

7) Shareholding: MIS shall immediately assess whether there are grounds for withdrawing EU Credit Ratings[1] when they relate to a 10% Shareholder or an Impacted Rated Entity.

8) Conflicts of Interest: in any of the following cases, MIS may determine that it is necessary to withdraw a Credit Rating, if:

a) an MIS Employee who participates in the determination, approval or monitoring of a Credit Rating, or that employee's Family Member had or has direct Ownership in the Rated Entity or in any Related Third Party at the time the Credit Rating was determined;

b) an MIS Employee who either participated in the determination of the rating, the approval of the Credit Rating, or the monitoring of the Credit Rating, acted in violation of the MIS Fee Discussions Guidelines;

c) an MIS Employee who either participated in the determination of the rating, the approval of the Credit Rating, or the monitoring of the Credit Rating, has had a relationship with the Rated Entity or a Related Third Party that constitutes a prohibited conflict of interest;

d) an MIS Employee who either participated in the determination of the rating, the approval of the Credit Rating, or the monitoring of the Credit Rating, or his or her Family Member, received gifts, including entertainment, in violation of the MIS Gifts and Entertainment Policy; or

e) either MIS or an entity associated with MIS made recommendations to the obligor or the Rated Entity, underwriter or sponsor of the security about the corporate or legal structure, assets, liabilities or activities of the obligor or Rated Entity of the security in violation of MIS policies or procedures.

9) Public Point-In-Time Credit Ratings: to meet market needs in certain sectors, MIS occasionally assigns a public Credit Rating on a "point-in-time" basis that is subsequently withdrawn as soon as practicable, before which it is subject to monitoring.

---

[1] All references to a Credit Rating in this document shall include the Credit Rating and to the extent applicable, any related rating Outlook or rating Review.

POLICY FOR WITHDRAWAL OF CREDIT RATINGS

E08

10) Provisional Rating[2]: MIS from time to time may assign a provisional rating when the rating committee has been able to assess the relevant risks of a transaction that has not yet issued into the market based on draft documentation. It is highly likely that the rating will become final after all documents are received, or an obligation is issued into the market. To the extent it is anticipated that the transaction does not close in the near future, or that certain tranches of the transaction are not issued, the applicable provisional ratings will be withdrawn.

11) Clerical Error: MIS will withdraw a Credit Rating if it was assigned as the result of an internal clerical error.

12) Full Write-Down of Principal Balance: For Structured Finance transactions only: if the principal balance of a structured finance security is fully written down to zero because of credit loss recognitions, then MIS will withdraw the credit rating.

## III. Credit Rating Announcements Regarding Withdrawal of Credit Ratings

When a Credit Rating is withdrawn, MIS will issue an indication on www.moodys.com that the Credit Rating has been withdrawn and, depending on the reason for the withdrawal, may also issue a Credit Rating Announcement.

## DEFINED TERMS

### 10% Shareholder

A 10% Shareholder is a Shareholder: (i) holding 10% or more of either the capital or the voting rights of Moody's Corporation, excluding holdings in diversified collective investment schemes and managed funds such as pension funds or life insurance; or (ii) being otherwise in a position to exercise Significant Influence on the business activities of Moody's Corporation.

### Credit Rating

A Credit Rating is an opinion from MIS regarding the creditworthiness of an entity, a debt or financial obligation, debt security, preferred share or other financial instrument, or of an issuer of such a debt or financial obligation, debt security, preferred share or other financial instrument, issued using an established and defined ranking system of rating categories.

### Credit Rating Action

A Credit Rating Action is any one of the items below:

  i.    the assignment of a Credit Rating to a Rated Entity or obligation, including Anticipated/Subsequent Credit Ratings;
  ii.   a change in a Credit Rating (i.e., upgrade or downgrade);
  iii.  placing a Credit Rating on Review, changing the direction of an existing Review or taking a Credit Rating off Review (i.e., Credit Rating Confirmation);
  iv.   the assignment or change in an Outlook associated with a Rated Entity or one or more Credit Ratings;
  v.    an Affirmation of a Credit Rating; and
  vi.   a Withdrawal of a Credit Rating.

### Credit Rating Announcement

A Credit Rating Announcement is a written communication that may be used to announce the publication of a Credit Rating Action related to public Credit Ratings, Unpublished Monitored Loan Ratings or Unpublished Monitored

---

[2] Provisional Ratings may not be assigned by Moody's de Mexico (MDM).

POLICY FOR WITHDRAWAL OF CREDIT RATINGS

E09

Private Placement Ratings. MIS may also publish Credit Rating Action related to public Credit Ratings on www.moodys.com that is not accompanied by Credit Rating Announcement.

## Credit Rating Methodology

Credit Rating Methodology is defined in Moody's Rating Symbols and Definitions which is available on Moodys.com.

## Electronic Platform

An Electronic Platform is the private web based electronic platform designated by MIS for certain communications to appropriate recipients relating to MIS's provision of private and/or unpublished products and services, such as Unpublished Monitored Loan Ratings, and Unpublished Monitored Private Placement Ratings.

## EU Credit Rating

An EU Credit Rating is a Credit Rating assigned by an MIS entity registered as a credit rating agency in the EU and where the Lead Rating Analyst is located in the EU.

## EU Rated Entity

An EU Rated Entity is an entity with an EU Credit Rating.

## Family Members

A Family Member is any of the following:

i.    an Employee's spouse or domestic partner;

ii.   a person with whom an Employee cohabits (such as a shared living arrangement where the relationship is more that casual), whether or not they share financial responsibilities. This would not include typical roommate living arrangement;

iii.  an Employee's minor or dependent children;

iv.   any other relative sharing the same household as the Employee;

v.    any persons who do not live in the same household as the Employee but whose Trades in Securities are directed by or are subject to the Employee's influence or control (either direct or indirect) (such as parents or children living in separate households who consult with the Employee before they Trade); and

vi.   any other natural or legal person, trust, entity or partnership (other than blind trusts, as defined in the Securities Trading Policy):

    i.    whose managerial responsibilities are discharged by,

    ii.   that is set up for the benefit of,

    iii.  that is directly or indirectly controlled by, or

    iv.   whose economic interests are substantially equivalent to, the Employee or any Family Member.

## Impacted Rated Entity

An Impacted Rated Entity is an EU Rated Entity in which a 10% Shareholder: (i) holds 10% or more of either the capital or voting rights or any other ownership interest of the relevant EU Rated Entity, or a Related Third Party, excluding holdings in diversified collective investment schemes and managed funds such as pension funds or life insurance; or (ii) is a member of its or a Related Third Party's administrative or supervisory board.

## Lead Rating Analyst, Lead Analyst or Lead

A Lead Rating Analyst, Lead Analyst, or Lead is the MIS Employee who is currently assigned the primary responsibility for assigning or monitoring a given Rating and, if applicable, the related rating Outlook or rating Review.

## MIS Employee

The term MIS Employee means any full-time or part-time employee of MIS.

## Moody's Investors Service, Inc. (MIS)

MIS refers to Moody's Investors Service, Inc. and its affiliates that issue Ratings under "Moody's Investors Service"

E10

brand name.

## Outlook
An Outlook is an opinion regarding the likely direction of an issuer's Credit Rating over the medium term.  For further information, please consult the Rating Symbols and Definitions document.

## Own, Owning and Ownership
The terms Own, Owning and Ownership refer to all methods by which an Employee or Family Member may possess an interest in a Security or an account with a financial services institution, including direct ownership and beneficial ownership (i.e., sole or shared dispositive or voting power over a security).

## Rated Entity (ies)
A Rated Entity means any entity rated by MIS or any entity that issues securities rated by MIS or any entity that is seeking a Credit Rating from MIS.

## Related Third Party
Any party (including the originator, arranger, sponsor, servicer, or other party) that interacts with Moody's on behalf of a Rated Entity in connection with a Credit Rating Action for such Rated Entity, including any person directly or indirectly linked to that Rated Entity by control.

## Review
A Review is an indication that a Credit Rating is under consideration for a change in the near term. For further information see the Ratings Symbols and Definitions document.

## Shareholder
A Shareholder includes a direct and indirect owner of Moody's Corporation stock.

## Unpublished Monitored Loan Rating (UMLR)
An Unpublished Monitored Loan Rating (UMLR) is a monitored Credit Rating of a loan or loans (or individual facilities within the same loan or loans) made to the Rated Entity which is distributed via an Electronic Platform.

## Unpublished Monitored Private Placement Rating (UMPPR)
An Unpublished Monitored Private Placement Rating (UMPPR) is a monitored Credit Rating of a private placement of a Rated Entity which is distributed via an Electronic Platform to the recipients designated by the Rated Entity

E11

© 2018 Moody's Corporation, Moody's Investors Service, Inc., Moody's Analytics, Inc. and/or their licensors and affiliates (collectively, "MOODY'S"). All rights reserved.

CREDIT RATINGS ISSUED BY MOODY'S INVESTORS SERVICE, INC. AND ITS RATINGS AFFILIATES ("MIS") ARE MOODY'S CURRENT OPINIONS OF THE RELATIVE FUTURE CREDIT RISK OF ENTITIES, CREDIT COMMITMENTS, OR DEBT OR DEBT-LIKE SECURITIES, AND MOODY'S PUBLICATIONS MAY INCLUDE MOODY'S CURRENT OPINIONS OF THE RELATIVE FUTURE CREDIT RISK OF ENTITIES, CREDIT COMMITMENTS, OR DEBT OR DEBT-LIKE SECURITIES. MOODY'S DEFINES CREDIT RISK AS THE RISK THAT AN ENTITY MAY NOT MEET ITS CONTRACTUAL, FINANCIAL OBLIGATIONS AS THEY COME DUE AND ANY ESTIMATED FINANCIAL LOSS IN THE EVENT OF DEFAULT. CREDIT RATINGS DO NOT ADDRESS ANY OTHER RISK, INCLUDING BUT NOT LIMITED TO: LIQUIDITY RISK, MARKET VALUE RISK, OR PRICE VOLATILITY. CREDIT RATINGS AND MOODY'S OPINIONS INCLUDED IN MOODY'S PUBLICATIONS ARE NOT STATEMENTS OF CURRENT OR HISTORICAL FACT. MOODY'S PUBLICATIONS MAY ALSO INCLUDE QUANTITATIVE MODEL-BASED ESTIMATES OF CREDIT RISK AND RELATED OPINIONS OR COMMENTARY PUBLISHED BY MOODY'S ANALYTICS, INC. CREDIT RATINGS AND MOODY'S PUBLICATIONS DO NOT CONSTITUTE OR PROVIDE INVESTMENT OR FINANCIAL ADVICE, AND CREDIT RATINGS AND MOODY'S PUBLICATIONS ARE NOT AND DO NOT PROVIDE RECOMMENDATIONS TO PURCHASE, SELL, OR HOLD PARTICULAR SECURITIES. NEITHER CREDIT RATINGS NOR MOODY'S PUBLICATIONS COMMENT ON THE SUITABILITY OF AN INVESTMENT FOR ANY PARTICULAR INVESTOR. MOODY'S ISSUES ITS CREDIT RATINGS AND PUBLISHES MOODY'S PUBLICATIONS WITH THE EXPECTATION AND UNDERSTANDING THAT EACH INVESTOR WILL, WITH DUE CARE, MAKE ITS OWN STUDY AND EVALUATION OF EACH SECURITY THAT IS UNDER CONSIDERATION FOR PURCHASE, HOLDING, OR SALE.

MOODY'S CREDIT RATINGS AND MOODY'S PUBLICATIONS ARE NOT INTENDED FOR USE BY RETAIL INVESTORS AND IT WOULD BE RECKLESS AND INAPPROPRIATE FOR RETAIL INVESTORS TO USE MOODY'S CREDIT RATINGS OR MOODY'S PUBLICATIONS WHEN MAKING AN INVESTMENT DECISION. IF IN DOUBT YOU SHOULD CONTACT YOUR FINANCIAL OR OTHER PROFESSIONAL ADVISER.

ALL INFORMATION CONTAINED HEREIN IS PROTECTED BY LAW, INCLUDING BUT NOT LIMITED TO, COPYRIGHT LAW, AND NONE OF SUCH INFORMATION MAY BE COPIED OR OTHERWISE REPRODUCED, REPACKAGED, FURTHER TRANSMITTED, TRANSFERRED, DISSEMINATED, REDISTRIBUTED OR RESOLD, OR STORED FOR SUBSEQUENT USE FOR ANY SUCH PURPOSE, IN WHOLE OR IN PART, IN ANY FORM OR MANNER OR BY ANY MEANS WHATSOEVER, BY ANY PERSON WITHOUT MOODY'S PRIOR WRITTEN CONSENT.

All information contained herein is obtained by MOODY'S from sources believed by it to be accurate and reliable. Because of the possibility of human or mechanical error as well as other factors, however, all information contained herein is provided "AS IS" without warranty of any kind. MOODY'S adopts all necessary measures so that the information it uses in assigning a credit rating is of sufficient quality and from sources MOODY'S considers to be reliable including, when appropriate, independent third-party sources. However, MOODY'S is not an auditor and cannot in every instance independently verify or validate information received in the rating process or in preparing the Moody's publications.

To the extent permitted by law, MOODY'S and its directors, officers, employees, agents, representatives, licensors and suppliers disclaim liability to any person or entity for any indirect, special, consequential, or incidental losses or damages whatsoever arising from or in connection with the information contained herein or the use of or inability to use any such information, even if MOODY'S or any of its directors, officers, employees, agents, representatives, licensors or suppliers is advised in advance of the possibility of such losses or damages, including but not limited to: (a) any loss of present or prospective profits or (b) any loss or damage arising where the relevant financial instrument is not the subject of a particular credit rating assigned by MOODY'S.

To the extent permitted by law, MOODY'S and its directors, officers, employees, agents, representatives, licensors and suppliers disclaim liability for any direct or compensatory losses or damages caused to any person or entity, including but not limited to by any negligence (but excluding fraud, willful misconduct or any other type of liability that, for the avoidance of doubt, by law cannot be excluded) on the part of, or any contingency within or beyond the control of, MOODY'S or any of its directors, officers, employees, agents, representatives, licensors or suppliers, arising from or in connection with the information contained herein or the use of or inability to use any such information.

NO WARRANTY, EXPRESS OR IMPLIED, AS TO THE ACCURACY, TIMELINESS, COMPLETENESS, MERCHANTABILITY OR FITNESS FOR ANY PARTICULAR PURPOSE OF ANY SUCH RATING OR OTHER OPINION OR INFORMATION IS GIVEN OR MADE BY MOODY'S IN ANY FORM OR MANNER WHATSOEVER.

Moody's Investors Service, Inc., a wholly-owned credit rating agency subsidiary of Moody's Corporation ("MCO"), hereby discloses that most issuers of debt securities (including corporate and municipal bonds, debentures, notes and commercial paper) and preferred stock rated by Moody's Investors Service, Inc. have, prior to assignment of any rating, agreed to pay to Moody's Investors Service, Inc. for appraisal and rating services rendered by it fees ranging from $1,500 to approximately $2,500,000. MCO and MIS also maintain policies and procedures to address the independence of MIS's ratings and rating processes. Information regarding certain affiliations that may exist between directors of MCO and rated entities, and between entities who hold ratings from MIS and have also publicly reported to the SEC an ownership interest in MCO of more than 5%, is posted annually at www.moodys.com under the heading "Investor Relations — Corporate Governance — Director and Shareholder Affiliation Policy."

Additional terms for Australia only: Any publication into Australia of this document is pursuant to the Australian Financial Services License of MOODY'S affiliate, Moody's Investors Service Pty Limited ABN 61 003 399 657AFSL 336969 and/or Moody's Analytics Australia Pty Ltd ABN 94 105 136 972 AFSL 383569 (as applicable). This document is intended to be provided only to "wholesale clients" within the meaning of section 761G of the Corporations Act 2001. By continuing to access this document from within Australia, you represent to MOODY'S that you are, or are accessing the document as a representative of, a "wholesale client" and that neither you nor the entity you represent will directly or indirectly disseminate this document or its contents to "retail clients" within the meaning of section 761G of the Corporations Act 2001. MOODY'S credit rating is an opinion as to the creditworthiness of a debt obligation of the issuer, not on the equity securities of the issuer or any form of security that is available to retail investors. It would be reckless and inappropriate for retail investors to use MOODY'S credit ratings or publications when making an investment decision. If in doubt you should contact your financial or other professional adviser.

Additional terms for Japan only: Moody's Japan K.K. ("MJKK") is a wholly-owned credit rating agency subsidiary of Moody's Group Japan G.K., which is wholly-owned by Moody's Overseas Holdings Inc., a wholly-owned subsidiary of MCO. Moody's SF Japan K.K. ("MSFJ") is a wholly-owned credit rating agency subsidiary of MJKK. MSFJ is not a Nationally Recognized Statistical Rating Organization ("NRSRO"). Therefore, credit ratings assigned by MSFJ are Non-NRSRO Credit Ratings. Non-NRSRO Credit Ratings are assigned by an entity that is not a NRSRO and, consequently, the rated obligation will not qualify for certain types of treatment under U.S. laws. MJKK and MSFJ are credit rating agencies registered with the Japan Financial Services Agency and their registration numbers are FSA Commissioner (Ratings) No. 2 and 3 respectively.

MJKK or MSFJ (as applicable) hereby disclose that most issuers of debt securities (including corporate and municipal bonds, debentures, notes and commercial paper) and preferred stock rated by MJKK or MSFJ (as applicable) have, prior to assignment of any rating, agreed to pay to MJKK or MSFJ (as applicable) for appraisal and rating services rendered by it fees ranging from JPY200,000 to approximately JPY350,000,000.

MJKK and MSFJ also maintain policies and procedures to address Japanese regulatory requirements.



E12

POLICY FOR WITHDRAWAL OF CREDIT RATINGS