**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

IN RE EROS INTERNATIONAL
PLC SECURITIES LITIGATION

Case No.  2:19-cv-14125  (JMV)
(JAD)

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION
TO STRIKE EXTRANEOUS MATERIALS SUBMITTED IN SUPPORT
OF DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED
CLASS ACTION COMPLAINT**

Having considered the motion of Lead Plaintiffs Opus Chartered Issuances S.A., Compartment 127 and AI Undertaking IV ("Plaintiffs") IV ("Plaintiffs") to strike extraneous materials attached to the Declaration of Christos G. Papapetrou in Support of Defendants' Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint ("Papapetrou Declaration," Dkt. No. 37-2), and good cause appearing, the Court ORDERS as follows:

1. The Motion is GRANTED;

2. Exhibits 4, 5, 6 and 17 attached to the Papapetrou Declaration (Dkt. Nos. 37-6, 37-7, 37-8, 37-19) are hereby stricken from the record.

**IT IS ORDERED**.

Dated:_____, 2020          _____
                                   HON. JOHN MICHAEL VAZQUEZ
                                   UNITED STATES DISTRICT JUDGE

1