**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| IN RE EROS INTERNATIONAL PLC SECURITIES LITIGATION | Civil Action No. 19-cv-14125 (JMV)(JAD)<br><br>ECF Case<br><br>**ORAL ARGUMENT REQUESTED**<br><br>Motion Return Date:  December 7, 2020 |

**SUPPLEMENTAL DECLARATION OF CHRISTOS G. PAPAPETROU IN SUPPORT OF DEFENDANTS EROS INTERNATIONAL PLC, KISHORE LULLA, AND PREM PARAMESWARAN'S MOTION TO DISMISS THE CONSOLIDATED COMPLAINT**

CHRISTOS G. PAPAPETROU, pursuant to 28 U.S.C. § 1746, states the following:

1.      I am a partner of the law firm Levine Lee LLP, counsel for Defendants[1] in this action.

2.      I submit this supplemental declaration in support of Defendants' Motion to Dismiss the Consolidated Complaint.

3.      Attached hereto as **Exhibit A** is a true and correct copy of an excerpt of Eros's Form 20-F Annual Report for Fiscal Year 2018, filed July 31, 2018.

4.      Attached hereto as **Exhibit B** is a true and correct copy of a public press release from Eros STX dated September 21, 2020, *available at* https://erosplc.gcs-web.com/news-releases/news-release-details/eros-stx-announces-significant-improvement-credit-rating-indian#.

---

[1]      Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in Defendants' Memorandum of Law in Support of their Motion to Dismiss the Consolidated Complaint.

5.      Attached hereto as **Exhibit C** is a true and correct copy of a public press release from Acuite Ratings & Research dated September 21, 2020, *available at* https://www.acuite.in/documents/ratings/revised/28128-RR-20200921.pdf.

6.      Attached hereto as **Exhibit D** is a true and correct copy of a public press release from CARE Ratings dated October 7, 2020, *available at* https://www.careratings.com/upload/CompanyFiles/PR/Eros%20International%20Media%20Limited-10-07-2020.pdf.

Executed on 13th day of November, 2020

By: /s/ Christos G. Papapetrou
Christos G. Papapetrou