# EXHIBIT A

**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, DC 20549**

# FORM 20-F

☐ **REGISTRATION STATEMENT PURSUANT TO SECTION 12(b) OR 12(g) OF THE SECURITIES EXCHANGE ACT OF 1934**

OR

☑ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**For the fiscal year ended March 31, 2018**

OR

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

OR

☐ **SHELL COMPANY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**Commission file number 001-32945**

## EROS INTERNATIONAL PLC
(Exact name of Registrant as specified in its charter)

**Not Applicable**
(Translation of Registrant's name into English)

**Isle of Man**
(Jurisdiction of incorporation or organization)

**550 County Avenue**
**Secaucus, New Jersey 07094**
**Tel: (201) 558 9001**
(Address of principal executive offices)

**Oliver Webster**
**First Names (Isle of Man) Limited**
**First Names House**
**Victoria Road**
**Douglas, IM2 4DF**
**Isle of Man**
**Tel: (44) 1624 630 630**
**Email: iom@firstnames.com**
(Name, Telephone, E-mail and/or Facsimile number and Address of Company Contact Person)

Securities registered or to be registered pursuant to Section 12(b) of the Act.

| Title of each class | Name of each exchange on which registered |
|---|---|
| **A ordinary share, par value GBP 0.30 per share** | **The New York Stock Exchange** |

Securities registered or to be registered pursuant to Section 12(g) of the Act.

**None**
(Title of Class)

Securities for which there is a reporting obligation pursuant to Section 15(d) of the Act

**None**
(Title of Class)

**EROS INTERNATIONAL PLC**
**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS**

**Deconsolidation**

During fiscal 2018, the Group divested its 51 percent equity interest in Ayngaran Group to the non-controlling investee. The sale of the 51 percent equity interest in the majority-owned subsidiary resulted in a loss of control of the subsidiary, and therefore it was deconsolidated from the Company's financial statements during fiscal 2018.

The Company recognized loss of $14,649 on the deconsolidation, measured as the fair value of the consideration received for the 51 percent equity interest in the former subsidiary and the fair value of the financial asset retained in the former subsidiary on deconsolidation. Of the above, loss of $457 resulted on account of recording the retained financial assets at fair value. The aforesaid loss has been recorded within other gains/(losses), net in Statement of Income.

**5    BUSINESS SEGMENTAL DATA**

The Group acquires, co-produces and distributes Indian films in multiple formats worldwide. Film content is monitored and strategic decisions around the business operations are made based on the film content, whether it is new release or library. Hence, Management identifies only one operating segment in the business, film content. We distribute our film content to the Indian population in India, the South Asian diaspora worldwide and to non-Indian consumers who view Indian films that are subtitled or dubbed in local languages. As a result of these distribution activities, Eros has identified four geographic markets: India, North America, Europe and the Rest of the world.

Revenues are presented based on the region of domicile and by customer location:

|  | | Year ended March 31 | | | | |
|---|---|---|---|---|---|---|
|  | | 2018 | | 2017 | | 2016 |
|  | | (in thousands) | | | | |
| **Revenue by region of domicile of Group's operation** | | | | | | |
| India | $ | 98,073 | $ | 121,966 | $ | 159,855 |
| Europe | | 27,028 | | 25,686 | | 34,209 |
| North America | | 1,244 | | 2,549 | | 14,622 |
| Rest of the world | | 134,908 | | 102,793 | | 65,742 |
| **Total Revenue** | **$** | **261,253** | **$** | **252,994** | **$** | **274,428** |

Revenue of $103,263 (2017: $74,006 and 2016: $35,869) from the United Arab Emirates is included within Rest of the world and revenue of $27,028 (2017: $25,686 and 2016: $34,209) from the United Kingdom and Isle of Man are included under Europe in the above table.

|  | | Year ended March 31 | | | | |
|---|---|---|---|---|---|---|
|  | | 2018 | | 2017 | | 2016 |
|  | | (in thousands) | | | | |
| **Revenue by region of domicile of customer's location** | | | | | | |
| India | $ | 109,986 | $ | 129,251 | $ | 158,843 |
| Europe | | 7,739 | | 7,695 | | 24,367 |
| North America | | 5,147 | | 10,132 | | 19,865 |
| Rest of the world | | 138,381 | | 105,916 | | 71,353 |
| **Total Revenue** | **$** | **261,253** | **$** | **252,994** | **$** | **274,428** |

Revenue of $67,993 (2017: $62,966 and 2016: $61,546) from the United Arab Emirates is included within Rest of the world and revenue of $5,200 (2017: $5,791 and 2016: $22,755) from United Kingdom is included under Europe in the above table. In each year no revenue arose in the Isle of Man.

For the year ended March 31, 2018, March 31, 2017 and March 31, 2016, no customers accounted for more than 10% of the Group's total revenues.

F-21

**EROS INTERNATIONAL PLC**
**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS**

Segment assets by region of domicile of Group's operation:

| | Total | India | North America (in thousands) | Europe | Rest of the World |
|---|---|---|---|---|---|
| **Non-current assets(*)** | | | | | |
| As of March 31, 2018 | $ 1,032,736 | $ 354,843 | $ 7 | $ 18,678 | $ 659,208 |
| As of March 31, 2017 | $ 938,669 | $ 386,921 | $ 13 | $ 24,620 | $ 527,115 |

Segment assets of $570,016 (2017: $514,089) in the United Arab Emirates is included under Rest of the world and segment assets of $18,678 (2017: $24,620) in the United Kingdom is included under Europe in the above table. In each year, there were no segment assets in the Isle of Man.

(*) Non-current assets include property and equipment, intangibles assets (tradename, content and others) goodwill and restricted deposit by geographic area.

## 6    NATURE OF EXPENSES

(Loss)/Profit for the year is arrived at after the following are charged to the consolidate statements of income:

| | Year ended March 31 | | |
|---|---|---|---|
| | 2018 | 2017 | 2016 |
| | (in thousands) | | |
| Publicity and advertisement costs | $ 12,684 | $ 17,152 | $ 22,333 |
| Film distribution costs | 6,739 | 11,772 | 22,128 |
| Amortisation expenses | 115,285 | 135,316 | 128,303 |
| Personnel costs | 35,661 | 42,902 | 46,414 |
| Rent expenses | 1,359 | 1,559 | 2,112 |
| Legal and professional expenses | 8,204 | 4,697 | 3,177 |
| Provision for trade and other receivables | 1,968 | 2,430 | 1,315 |
| Bad debt | 2,772 | — | — |
| Credit impairment loss, net | 4,308 | — | — |
| Depreciation and amortization of other intangibles | 2,991 | 2,898 | 2,285 |
| Impairment charge on goodwill (Refer note 14) | 1,205 | — | — |
| Impairment loss on content advances and loans and advances | 353 | 1,887 | 2,545 |
| Other – expenses | 9,208 | 6,936 | 6,171 |
| | $ 202,737 | $ 227,549 | $ 236,783 |

## 7    PERSONNEL COSTS

| | Year ended March 31 | | |
|---|---|---|---|
| | 2018 | 2017 | 2016 |
| | (in thousands) | | |
| Salaries | $ 16,790 | $ 18,590 | $ 14,616 |
| Social security and other employment charges | 916 | 792 | 771 |
| **Salaries and other charges** | 17,706 | 19,382 | 15,387 |
| Share based compensation (Refer Note 28) | 17,918 | 23,471 | 30,992 |
| Pension charges | 37 | 49 | 35 |
| | $ 35,661 | $ 42,902 | $ 46,414 |

| | Year ended March 31 | | |
|---|---|---|---|
| **Key management compensation** | 2018 | 2017 | 2016 |
| | (in thousands) | | |
| Salaries | $ 4,919 | $ 5,062 | $ 5,250 |
| Share based compensation | 11,519 | 15,946 | 20,916 |
| Pension charges | 16 | 38 | 35 |
| | $ 16,454 | $ 21,046 | $ 26,201 |

F-22

**EROS INTERNATIONAL PLC**
**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS**

## 8    NET FINANCE COSTS

| | | Year ended March 31 | | | | |
|---|---|---|---|---|---|---|
| | | 2018 | | 2017 | | 2016 |
| | | (in thousands) | | | | |
| Interest on borrowings | $ | 32,556 | $ | 25,828 | $ | 22,644 |
| Reclassification of cash flow hedge to consolidated statements of income | | 375 | | 804 | | 804 |
| Total interest expense[*] | | 32,931 | | 26,632 | | 23.448 |
| Capitalized interest on eligible film rights and content advances | | (13,263) | | (7,111) | | (9,729) |
| Total finance costs | | 19,668 | | 19,521 | | 13,719 |
| Less: Interest income | | | | | | |
| Unwinding of interest | | (932) | | | | |
| Bank deposits | | (923) | | (2,365) | | (5,709) |
| Total finance income | | (1,855) | | (2,365) | | (5,709) |
| | | | | | | |
| | $ | 17,813 | $ | 17,156 | $ | 8,010 |

For the year ended March 31, 2018, the capitalization rate of interest was 11.5% (2017: 7.6% and 2016: 6.9%).

[*] Interest expense in respect of financial liabilities classified at fair value through profit or loss $4,338 (2017: Nil and 2016: Nil)

## 9    OTHER GAINS/(LOSSES)

| | | Year ended March 31 | | | | |
|---|---|---|---|---|---|---|
| | | 2018 | | 2017 | | 2016 |
| | | (in thousands) | | | | |
| Foreign exchange (loss)/gain, net | $ | (6,250) | $ | 3,872 | $ | (49) |
| Gain/(loss) on sale of property and equipment | | 2 | | (22) | | (21) |
| Gain on available-for-sale financial assets | | — | | 58 | | — |
| Impairment charge on available -for- sale financial assets (Refer note 17) | | (2,436) | | — | | — |
| (Loss) on de-recognition of financial assets measured at amortized cost net [*] | | (3,562) | | — | | — |
| Mark to market gain on derivative financial instrument measured at fair value through profit and loss account (Refer note 26) | | — | | 10,297 | | (3,566) |
| (Loss) on settlement of derivative financial instruments | | (586) | | — | | — |
| (Loss) on financial liability (convertible notes) measured at fair value through profit and loss account (Refer note 23) | | (13,840) | | — | | — |
| (Loss) on deconsolidation of a subsidiary (Refer note 4) | | (14,649) | | — | | — |
| | $ | (41,321) | $ | 14,205 | $ | (3,636) |

[*] arising on assignment and novation of trade receivables and trade payables with no-recourse. Derecognition of aforesaid financial assets/liabilities measured at amortized cost is to mitigate both credit risk and liquidity risk (Refer Note 32).

## 10    INCOME TAX EXPENSE

| | | Year ended March 31 | | | | |
|---|---|---|---|---|---|---|
| | | 2018 | | 2017 | | 2016 |
| | | (in thousands) | | | | |
| **Current income tax expense** | $ | 5,556 | $ | 7,822 | $ | 8,161 |
| Deferred income tax charge | | 3,571 | | 3,217 | | 4,550 |
| **Income tax expenses** | $ | 9,127 | $ | 11,039 | $ | 12,711 |