# EXHIBIT B



# Eros STX Announces Significant Improvement in Credit Rating of Indian Subsidiary

### *EIML Receives Single 'B' Credit Rating from Acuité*

**Douglas, ISLE OF MAN and Burbank, CALIFORNIA, September 21st, 2020** - Eros STX Global Corporation (NYSE:EROS) ("Eros STX"), a global entertainment company, announced today that Eros International Media Limited ("EIML"), its majority-owned Indian subsidiary, has received a  long-term credit rating of **'B'** from Acuité Ratings & Research Limited (Acuité) on its bank facilities. The outlook is **'Stable'**.

Acuité has assigned its long-term rating of '**ACUITÉ B**' **(read as ACUITÉ B)** on the INR 4.65 billion (approximately USD $62 million) outstanding bank facilities of EIML with a **'Stable'** outlook. All other outstanding credit ratings are in the process of being withdrawn, and the Acuité credit rating will be the primary credit rating for all EIML credit facilities and borrowings. Acuité published their rating report on EIML today, and a copy of the report can be found on their website. In its rating press release, Acuité noted "The company will continue to benefit from its established brand position and large content library. The outlook maybe revised to 'Positive' in  case the liquidity position  of the company is significantly improved".

Acuité Ratings & Research Limited (formerly known as SMERA Ratings Limited) is a full service credit rating agency with registration from SEBI and the accreditation from RBI (as an External Credit Assessment Institution under Basel II or New Capital Adequacy Framework) received in 2011 and 2012, respectively, and is based in Mumbai. Acuité assigned its first bond rating in 2012 and has a long track record in rating the entire range of debt instruments including Corporate Bonds, Commercial Paper and Bank Loan Ratings (BLR). Acuité's principal shareholders are the Small Industries Development Bank of India (SIDBI) and Dun & Bradstreet Information Services India Private Limited (D&B). Acuité has assigned more than 8,000 credit ratings to various securities, bonds, debt instruments and bank facilities of entities throughout India and across a wide cross section of industries.

Commenting on the development, **Pradeep Dwivedi, CEO- India at Eros International Media Limited** said, "We are pleased with Acuité's rating initiation and assessment of our business. We appreciate their recognition of the company's strong market position, improving financial profile and operational resilience despite the impact of the pandemic. We believe this is also a testament to our long-standing lender relationships and reflects the support of our parent company Eros STX Global Corporation. We believe we are well positioned to support the accelerating growth rate of the business including our sustained focus on our streaming business – Eros Now".



**About Eros STX**

Eros STX Global Corporation, ("Eros STX" or "The Company") (NYSE:EROS) is a global entertainment company that acquires, co-produces and distributes films, digital content & music across multiple formats such as theatrical, television and OTT digital media streaming to consumers around the world. Eros International Plc changed its name to Eros STX Global Corporation pursuant to the July 2020 merger with STX Entertainment, which integrated as a wholly owned subsidiary, merging two international media and entertainment groups. The combination of one of the largest Indian OTT players and premiere studio with one of Hollywood's fastest-growing independent media companies has created an entertainment powerhouse with a presence in over 150 countries. Eros STX delivers star-driven premium feature film and episodic content across a multitude of platforms at the intersection of the world's most dynamic and fastest growing global markets, including US, India, Middle East Asia and China. The Company also owns the rapidly growing OTT platform Eros Now which has rights to over 12,000 films across Hindi and regional languages and had 205.8 million registered users and 33.8 million paying subscribers as of June 30th, 2020. For further information, please visit Erosplc.com or STXentertainment.com until the company launches its new ErosSTX.com site and logo in September 2020.

**Contact Information**

Drew Borst
EVP, Investor Relations & Business Development
Eros STX Global Corporation
drew@erosstx.com