# EXHIBIT D

**Press Release**



# Eros International Media Limited
October 07, 2020

**Ratings**

| Facilities | Amount (Rs. crore) | Rating[1] | Rating Action |
|---|---|---|---|
| Long-term Bank Facilities | - | - | **Reaffirmed CARE D;**<br>**ISSUER NOT CO-OPERATING**<br>**(Single D; ISSUER NOT CO-OPERATING)#**<br>**and withdrawn** |
| Short-term Bank Facilities | - | - | **Reaffirmed CARE D;**<br>**ISSUER NOT CO-OPERATING**<br>**(Single D; ISSUER NOT CO-OPERATING)#**<br>**and withdrawn** |
| **Total Facilities** | **-** | | |

*# Issuer did not co-operate; based on best available information*

**Detailed Rationale & Key Rating Drivers**

The rating action is in continuation to our press release of Eros International Media Limited (EIML) dated September 25, 2020, wherein it was mentioned that the company has requested for withdrawal and 'No Objection Certificate (NOC)' from the lead bank who has extended the facilities rated by CARE has been received, while NOCs from other banks that have extended the facilities rated by CARE were awaited. The company has furnished the 'No Objection Certificate' from the remaining banks on October 05 2020. In line with the extant SEBI guidelines, CARE has withdrawn the outstanding rating CARE D; ISSUER NOT CO-OPERATING (Single D; ISSUER NOT CO-OPERATING) with immediate effect.

*For further details refer to EIML's press release dated September 25, 2020*

---

[1]*Complete definition of the ratings assigned are available at www.careratings.com and other CARE publications*

**Press Release**



# Contact us

**Media Contact**
Mradul Mishra
Contact no. –  +91-22-6837 4424
Email ID: mradul.mishra@careratings.com

**Analyst Contact**
Manohar Annappanavar
Contact no. : +91-22-6754 3436
Email ID: manohar.annappanavar@careratings.com

**Business Development Contact**
**Mr. Ankur Sachdeva**
Cell: + 91 98196 98985
E-mail: ankur.sachdeva@careratings.com

**Mr. Saikat Roy**
Cell: + 91 98209 98779
E-mail: saikat.roy@careratings.com

**About CARE Ratings:**
CARE Ratings commenced operations in April 1993 and over two decades, it has established itself as one of the leading credit rating agencies in India. CARE is registered with the Securities and Exchange Board of India (SEBI) and also recognized as an External Credit Assessment Institution (ECAI) by the Reserve Bank of India (RBI). CARE Ratings is proud of its rightful place in the Indian capital market built around investor confidence. CARE Ratings provides the entire spectrum of credit rating that helps the corporates to raise capital for their various requirements and assists the investors to form an informed investment decision based on the credit risk and their own risk-return expectations. Our rating and grading service offerings leverage our domain and analytical expertise backed by the methodologies congruent with the international best practices.

**Disclaimer**
CARE's ratings are opinions on the likelihood of timely payment of the obligations under the rated instrument and are not recommendations to sanction, renew, disburse or recall the concerned bank facilities or to buy, sell or hold any security. CARE's ratings do not convey suitability or price for the investor. CARE's ratings do not constitute an audit on the rated entity. CARE has based its ratings/outlooks on information obtained from sources believed by it to be accurate and reliable. CARE does not, however, guarantee the accuracy, adequacy or completeness of any information and is not responsible for any errors or omissions or for the results obtained from the use of such information. Most entities whose bank facilities/instruments are rated by CARE have paid a credit rating fee, based on the amount and type of bank facilities/instruments. CARE or its subsidiaries/associates may also have other commercial transactions with the entity. In case of partnership/proprietary concerns, the rating /outlook assigned by CARE is, inter-alia, based on the capital deployed by the partners/proprietor and the financial strength of the firm at present. The rating/outlook may undergo change in case of withdrawal of capital or the unsecured loans brought in by the partners/proprietor in addition to the financial performance and other relevant factors. CARE is not responsible for any errors and states that it has no financial liability whatsoever to the users of CARE's rating.
Our ratings do not factor in any rating related trigger clauses as per the terms of the facility/instrument, which may involve acceleration of payments in case of rating downgrades. However, if any such clauses are introduced and if triggered, the ratings may see volatility and sharp downgrades.

**\*\*For detailed Rationale Report and subscription information, please contact us at www.careratings.com**