# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IN RE EROS INTERNATIONAL PLC SECURITIES LITIGATION | Civil Action No. 19-cv-14125 (JMV)(JAD) |
|  | ECF Case |
|  | **ORAL ARGUMENT REQUESTED** |
|  | Motion Return Date:  December 7, 2020 |

## CERTIFICATE OF SERVICE

I, Christos G. Papapetrou, hereby certify that on November 13, 2020, a copy of Defendants Eros International Plc, Kishore Lulla, and Prem Parameswaran's Reply in Support of Defendants' Motion to Dismiss the Consolidated Complaint, consisting of a Memorandum of Law in Support, and a Supplemental Declaration in Support with accompanying exhibits, was served via ECF on the following persons:

Donald A. Ecklund
CARELLA, BYRNE, CECCHI, OLSTEIN,
BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ 07068
Tel: (973) 994-1700
Fax: (973) 994-1744
Email: decklund@carellabyrne.com

Kara M. Wolke
Leanne H. Solish
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Tel: (310) 201-9150
Fax: (310) 201-9160
Email: kwolke@glancylaw.com
         lsolish@glancylaw.com

Dated:  November 13, 2020

/s/ Christos G. Papapetrou
Christos G. Papapetrou