James E. Cecchi, Esq.
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
Fascimile: (973) 994-1744
Email: JCecchi@carellabyrne.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IN RE EROS INTERNATIONAL PLC SECURITIES LITIGATION | Case No. 2:19-cv-014125-JMV-JSA |
|  | Hon. John Michael Vazquez District Judge |
|  | Hon. Jessica S. Allen Magistrate Judge |

## CERTIFICATE OF SERVICE

JAMES E. CECCHI, being of full age, hereby certifies as follows:

1.      I am an attorney-at-law admitted to practice before this Court and member of the firm Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C., counsel for Plaintiffs. in the above-captioned action.

2.      On November 5, 2021, I caused the Third Amended Consolidated Class Action Complaint for Violations of the Federal Securities Laws to be electronically filed with the Court.

3.      Service of each of the foregoing documents was made on this date via ECF upon all counsel of record.

4.      I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.


Dated:  November 5, 2021                         */s/ James E. Cecchi*
                                                            JAMES E. CECCHI