**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE EROS INTERNATIONAL PLC SECURITIES LITIGATION, | 1:19-cv-14125 (JMV) (JAD)<br><br>**ORAL ARGUMENT REQUESTED** |

**NOTICE OF DEFENDANT PREM PARAMESWARAN'S MOTION TO DISMISS**
**THE THIRD AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**

PLEASE TAKE NOTICE that, on May 16, 2022, or as soon thereafter as counsel may be heard, upon the accompanying Memorandum of Law and the accompanying Declaration of Stephen W. Tountas, executed March 4, 2022, and the exhibits annexed thereto, and upon all pleadings and prior proceedings had herein, Defendant Prem Parameswaran will move before the Honorable John Michael Vazquez, United States District Court for the District of New Jersey, Frank R. Lautenberg Post Office & Courthouse, 2 Federal Square, Courtroom PO 03, Newark, New Jersey 07102, pursuant to Federal Rules of Civil Procedure 9(b) and 12(b), for an order dismissing each of the claims asserted against him, with prejudice, and for such other and further relief as the Court may determine to be just and proper.

PLEASE TAKE FURTHER NOTICE that the Parties have agreed to the following briefing schedule; Defendants' moving papers are to be served on or before March 4, 2022; Plaintiffs' opposition papers are to be served on or before April 15, 2022; and Defendants' reply papers are due on or before April 29, 2022.  Defendant Prem Parameswaran respectfully requests oral argument.

Dated: New York, New York
      March 4, 2022

                                      Respectfully submitted,

                                      */s/ Stephen W. Tountas*

Stephen W. Tountas
**KASOWITZ BENSON TORRES LLP**
One Gateway Center, Suite 2600
Newark, NJ 07102
Tel.: (973) 645-9462
Fax: (973) 643-2030
stountas@kasowitz.com

-and-

Andrew L. Schwartz
Claiborne R. Hane
Andrew W. Breland
1633 Broadway
New York, New York 10019
Tel.: (212) 506-1969
Fax: (212) 500-3469
aschwartz@kasowitz.com
chane@kasowitz.com
abreland@kasowitz.com

*Counsel for Defendant Prem Parameswaran*

2