# EXHIBIT 8

# SHOCKING! Eros COO Shikha Kapur resigns along with her entire team due to non-payment of dues

🅑 **bollywoodbubble.com**/bollywood-news/shikha-kapur-resigns-as-coo-from-eros-due-to-non-payment-of-salary/

June 16, 2021



Image Source - Instagram

Shikha Kapur, the chief operating officer (COO) of movie production and distribution studio Eros International, resigned from the company due to non-payment of dues. She was appointed in 2020. Before joining Eros, she was in Fox Star Studios as the Chief Marketing Officer. Prior to Fox Studios, she was leading the marketing and innovation for Disney UTV. At Eros, her responsibilities were looking after the growth of the business, including feature films, web shows, managing marketing and revenues for the film, among others.

A lot of people who dealt with the production house including a number of vendors, agencies as well as their internal teams with eros including their own team were not paid for months. It wasn't easy for these people to survive without money in these crucial time of the pandemic. So strong rumors are that even Shikha and her team put down their papers due to non-payment of dues.

> View this post on Instagram
>
> A post shared by Shikha Kapur (@shikhakapur)

Shikha has a great leadership quality and her past record shows her marketing innovation and her understanding of business. Her resignation from Eros is indeed a huge loss to the company. Earlier after joining Eros, Kapur said in a statement, *"The <u>Entertainment</u> business is going through a radical transformation and I am looking forward to collaborating with the exceptional leadership team at Eros and leading the vision for a new era in storytelling".*

Eros had not released a statement on Shikha Kapur and her team's resignation when we put up the report. But the team's spokesperson have now released a statement that reads:

"The facts, as stated in the story, are uncorroborated and factually incorrect. The pandemic and the resultant business scenario have forced us to reinvent and restructure our business model across verticals. As a consequence, certain employees have been let go of under a corporate restructuring and cost optimization exercise. While efforts were made to cross leverage as much expertise as possible across the organization and ensure that the restructuring process impacts minimal employee count, unfortunately, a few roles had to be dissolved. Such an exercise has been a difficult one for both the company and its employees. This is to ensure the sustainability of the business in the post-pandemic world."

**Also Read:** <u>Eros International backs out from Sanjay Leela Bhansali's 'Padmavati'?</u>