# EXHIBIT 9

# Shikha Kapur quits Eros International; exodus takes place in the company due to alleged non-payment of dues

**bollywoodhungama.com**/news/bollywood/shikha-kapur-quits-eros-international-exodus-takes-place-company-due-non-payment-dues/

Bollywood Hungama News Network                                                            June 17, 2021

One of the biggest production houses in the country, Eros International, is today facing a tough time, as per reports. For a long time, the trade and industry have been aware that the production house has been facing financial difficulties, leading to late payment or even non-payment of dues to its vendors and artists.

 

Shikha Kapur quits Eros International; exodus takes place in the company due to alleged non-payment of dues

Now, **Bollywood Hungama** has found out that Shikha Kapur, Chief Operating Officer (COO) of Eros, has put in her papers. A source has revealed, "Since the last 6 months, a lot of employees haven't been paid. They waited for a few months but when it became clear that the company was not interested in clearing their dues, they preferred to quit. Around 10-15 employees have left in the last 2-3 months."

It is said that even Shikha Kapur has quit, primarily for the same reason. She had joined in the position of COO in June 2020 to grow the Studio Business. Earlier, she had worked in some of the top positions in studios like UTV Motion Pictures, Fox Star Studios and Walt Disney before moving on to Eros International.

The source said, "Eros International had merged with STX in early 2020. This deal had led to a lot of cash flow in the company. Yet, it is shocking that the company is facing these issues, which has resulted in an exodus of employees."

Another source meanwhile told us, "Those earning a higher salary were paid 50% till January 2021. They were promised that their dues will be cleared when the situation gets better. However, since May, they haven't been paid. As for those in junior positions, they are being paid at their own sweet time. Some employees had recently joined but looking at the situation, they left within 2 to 4 months."

When contacted, an Eros International spokesperson said, "The pandemic and the resultant business scenario have forced us to reinvent and restructure our business model across verticals. As a consequence, certain employees have been let go of under a corporate restructuring and cost optimization exercise. While efforts were made to cross leverage as much expertise as possible across the organization and ensure that the restructuring process impacts minimal employee count, unfortunately, a few roles had to be dissolved. Such an exercise has been a difficult one for both the company and its employees. This is to ensure the sustainability of the business in the post-pandemic world."

**Tags :** Chief Operating Officer, COO, Eros, Eros International, Fox Star Studios, News, Shikha Kapur, UTV Motion Pictures, Walt Disney

## BOLLYWOOD NEWS - LIVE UPDATES

Catch us for latest Bollywood News, New Bollywood Movies update, Box office collection, New Movies Release , Bollywood News Hindi, Entertainment News, Bollywood Live News Today & upcoming movies 2022 and stay updated with latest hindi movies only on Bollywood Hungama.