# EXHIBIT 15

# FUTURE OF ENTERTAINMENT

Eros International Plc (NYSE:EROS) Corporate Presentation



**March 2020**

# ENTERTAINMENT IN 1980



# Fast Forward 4 Decades



3



# ENTERTAINMENT IN 2020



> **The changes that transpired in 40 years will now happen in the next 10 years**





# Entertainment in 2030



**AR/VR & Immersive Video**

**IOT wherein each device will be a smart device**

**Digital Humans**

**IOT will leverage Projection Tech**

**Voice Based Interactions**

# Glocal is the only way to go?

## 'The Eros Story'

# INDIA'S NUMERO UNO STUDIO

**1977**
- Early adopter of VHS distribution
- Founded; began acquiring international IP rights for Indian content

**1981**
- Established global distribution network outside India

**1982–1998**
- Launch of first digital Bollywood TV network[1]

**2006**
- First Indian media company to list on London Stock Exchange
- Adoption of vertically integrated mode

**2007–2008**
- SVOD agreement with Comcast
- Launch of Channel Tube

**2010–2014**
- Launched Digital distribution channels: HBO, EROS NOW
- Listed EIML on the BSE, NSE
- Listed Eros PLC on NYSE EURONEXT[2]
- Announced Techzone acquisition

**2015**
- Eros Now official marketing launch (Jul-2015)

**2016**
- Expanded distribution partnerships in India + Overseas

**2017**
- 5mn+ Paid subscribers of Eros Now (Dec-2017)
- 80mm+ registered users on Eros Now (Dec-2017)

**2018**
- 15.9mn+ Eros now paid subscribers (Dec-2018)
- Eros Now registered users over 142mn)
- Investment from Reliance Industries

Reliance Industries Limited

**Pioneer and Innovator in Indian Film with 40+ year track record**



EROS INTERNATIONAL

**In-House Production / Co-Production**

FANA FILM

**Global Distribution**

**100,000+ Audio Tracks**

**3,000+ Film Library**

9

# PREMIUM CONTENT LIBRARY





**Deep and rich content library – underpinned by long-term rights to premium content**

10

# 41% Market Share of Indian Films on an OTT Service











Over the last 10 years Eros has been responsible for 36 of the top 110 highest grossing box office films in India

# EROS' FILMS STRATEGY

13

# PREMIUM

# STORIES

# GLOBAL

High Quality Programming that is able to drive immersive experiences

Content Driven Projects rather than Talent Driven

Push Boundaries to ensure Films travel International

# The STUDIO BUSINESS



DOMESTIC

INTERNTAIONAL

CO-PRODUCTIONS

AIRLINES

TELEVISION

MUSIC

15

# CROSSING BORDERS




















& 50 Other Countries.

# Upcoming Blockbusters











17



**Story driven films dive very well into digital consumption and in 2012 with our experience in the world of cinema the company felt there was an opportunity for a global 'digital' play that was local**

# WITH A CAPABILITY TO SERVE 2B+ AUDIENCES WORLDWIDE



# WAS BORN

7 YEARS LATER



## STATUS NOW

**186.9M**
registered users

**26.2M**
monthly paying subscribers

**150**
countries



35%

65%

■ Male   ■ Female

| Users | **43.13%** | **36.97%** | **12.58%** |
|---|---|---|---|
| Age Group | 18-24 | 25-34 | 35-44 |

21

# LOCALIZED CONTENT STRATEGY

## FILMS

   

## ORIGINALS

   

## QUICKIES

   

## SHORT FILMS

   



## DISTRIBUTION WITH 60 PARTNERS ACROSS THE WORLD
















23



# 35+ MAJOR BRAND PARTNERS WITH RECURRING CONSUMPTION

    

    

    

    

    

    

    



# WE DID IT FIRST!





Exclusive Movie Premieres only
on EROS NOW

Original Series Showcase at MIPCOM
2018

25

**erosnow**

## TECHNOLOGY

- Personalization & Recommendation – optimized curation

- Optimized delivery

- Sub-titles





# 2019 WAS A FABULOUS YEAR FOR EROS NOW







Only Non-US brand to be launched with Apple+

Announced the biggest technology partnership with Microsoft

Joint bundling of Eros Now + YouTube (Google) for INR 99/- 3 months





First Indian brand to present Dolby Atmos and Vision on SVOD

Targeting the Indian Villages in partnership with Veriown

27



# Onwards and Upwards | **Future**



A PRIME PILLAR FOR GROWTH WILL BE

TECHNOLOGY





**FROM A MASS ENTERTAIMENT SERVICE TO BECOME A**

**NETWORK**

31



# EROS NOW TO FURTHER EXPAND SUB BRANDS by 2021

# Conservative Balance Sheet

## Select Balance Sheet Items

| ($mm) | 31-Dec-19 |
| --- | --- |
| Total Cash & Cash Equivalents | $44.9 |
| Gross Debt[2] | $221.2 |
| Net Debt | $176.3 |
| Shareholders' Equity (Book value) | $723.4 |
| Total Capitalization (Book value) | $944.6 |
| LTM Adj. EBITDA | $61.4 |
| Net Debt / LTM Adj. EBITDA | 2.87x |
| Total Debt / Total Capitalization | 23.42% |

## Current Debt Facilities

| | Indebtedness as on Dec 31, 2019 |
| --- | --- |
| Senior Convertible Notes | 40.8 |
| Retail Bond | 66.3 |
| Term Loans | 22.7 |
| Working Capital Loans | 91.9 |
| Unamortized Cost | (0.5) |
| Gross Debt | 221.2 |

## Strong Liquidity Profile – Cash Balance



## Declining Leverage



33

# Growth from Successful Execution of Renewed Strategy



(1) Paying subscribers means any subscriber who has made a valid payment to subscribe to a service that includes the Eros Now service either as part of a bundle or on a standalone basis, either directly or indirectly through a telecom operator or OEM in any given month be it through a daily, weekly or monthly billing pack, as long as the validity of the pack is for at least one monthNote: Fiscal year end March-31. $ in millions.

# Disclaimer

This presentation contains "forward-looking statements." These statements include, among other things, the discussions of our business strategy and expectations concerning our market position, future operations, margins, profitability, liquidity and capital resources, tax assessment orders and future capital expenditures. All of our forward-looking statements are subject to risks and uncertainties that may cause actual results to differ materially from those that we are expecting, including, without limitation, the factors discussed in our most recent Form 20-F filed with the U.S. Securities and Exchange Commission in August 2019 (the "20-F"), including under the sections captioned "Risk Factors."

The forward-looking statements contained in this presentation are based on historical performance and management's current plans, estimates and expectations in light of information currently available to us and are subject to uncertainty and changes in circumstances. There can be no assurance that future developments affecting us will be those that we have anticipated. Actual results may differ materially from these expectations due to changes in global, regional or local political, economic, business, competitive, market, regulatory and other factors, many of which are beyond our control, as well as the other factors described in the 20-F under the sections captioned "Risk Factors." Additional factors or events that could cause our actual results to differ may also emerge from time to time, and it is not possible for us to predict all of them. Should one or more of these risks or uncertainties materialize, or should any of our assumptions prove to be incorrect, our actual results may vary in material respects from what we may have expressed or implied by these forward-looking statements. We caution that you should not place undue reliance on any of our forward-looking statements. Any forward-looking statement made by us in this presentation speaks only as of the date on which we make it. We undertake no obligation to update any forward-looking statement, whether as a result of new information, future developments or otherwise, except as may be required by applicable securities laws.

We use market data and industry forecasts in this presentation. Unless otherwise indicated, statements in this presentation concerning our industries and the markets in which we operate, including our general expectations, competitive position, business opportunity and market size, growth and share, are based on publicly available information, periodic industry publications and surveys and reports by market research firms. We have not independently verified market data and industry forecasts provided by any of these or any other third-party sources referred to in this presentation, although we believe such market data and industry forecasts included in this presentation are reliable. This information cannot always be verified with complete certainty due to the limits on the availability and reliability of raw data, the voluntary nature of the data gathering process and other limitations and uncertainties inherent in surveys of market size. Management estimates are derived from the information and data referred to above, as well as our internal research, calculations and assumptions made by us based on our analysis of such information and data and our knowledge of our industries and markets, which we believe to be reasonable, although they have not been independently verified. While we believe that the market position information included in this presentation is generally reliable, such information is inherently imprecise. Assumptions, expectations and estimates of our future performance and the future performance of the industries and markets in which we operate are necessarily subject to a high degree of uncertainty and risk due to a variety of factors, including those described in the 20-F. These and other factors could cause results to differ materially from those expressed in the estimates made by the independent parties and by us.