**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| IN RE EROS INTERNATIONAL PLC SECURITIES LITIGATION, | 1:19-cv-14125 (JMV) (JAD)<br><br>**[PROPOSED] ORDER** |

**JOHN MICHAEL VAZQUEZ, U.S.D.J.**

For the reasons set forth in the accompanying Opinion, and for good cause shown, IT IS

on this __ day of _____, 2022,

**ORDERED** that Defendant Prem Parameswaran's Motion to Dismiss the Third

Amended Consolidated Class action Complaint is **GRANTED**; and

**IT IS FURTHER ORDERED** that each of the Plaintiffs' claims against Defendant Prem

Parameswaran are dismissed with prejudice.


DATED:

_____

Hon. John Michael Vazquez, U.S.D.J.