**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| IN RE EROS INTERNATIONAL PLC SECURITIES LITIGATION | Civil Action No. 19-cv-14125 (JMV)(JAD)<br><br>**ORAL ARGUMENT REQUESTED**<br><br>Motion Return Date: May 16, 2022 |

**NOTICE OF DEFENDANTS EROS INTERNATIONAL PLC, KISHORE LULLA, AND ANDREW WARREN'S MOTION TO DISMISS THE THIRD AMENDED COMPLAINT**

PLEASE TAKE NOTICE that, on May 16, 2022, or as soon thereafter as counsel may be heard, upon the accompanying Memorandum of Law and the accompanying Declaration of Scott B. Klugman, executed March 4, 2022, and the exhibits annexed thereto, and upon all pleadings and prior proceedings had herein, Defendants Eros International Plc, Kishore Lulla, and Andrew Warren ("Defendants") will move before the Honorable John Michael Vazquez, United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07102, pursuant to Federal Rules of Civil Procedure 9(b) and 12(b), for an order dismissing each of the claims asserted against them, with prejudice, and for such other and further relief as the Court may determine to be just and proper.

PLEASE TAKE FURTHER NOTICE that the Parties have agreed to the following briefing schedule, so ordered by the Court (*see* ECF No. 65): Defendants' moving papers are to be served on or before March 4, 2022; Plaintiffs' opposition papers are to be served on or before April 15,

2022; and Defendants' reply papers are to be served on or before April 29, 2022. Defendants

respectfully request oral argument.

Dated:  March 4, 2022

Respectfully submitted,

LEVINE LEE LLP

By:  /s/ Scott B. Klugman

Scott B. Klugman
Kenneth E. Lee (*pro hac vice*)
Chad P. Albert (*pro hac vice*)
5 Columbus Circle, 11th Floor
New York, New York 10019
(212) 223-4400
sklugman@levinelee.com
klee@levinelee.com
calbert@levinelee.com

*Attorneys for Defendants Eros
International Plc, Kishore Lulla, and
Andrew Warren*