**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| IN RE EROS INTERNATIONAL PLC SECURITIES LITIGATION | Civil Action No. 19-cv-14125 (JMV)(JAD)<br><br>**ORAL ARGUMENT REQUESTED**<br><br>Motion Return Date: May 16, 2022 |

**DECLARATION OF SCOTT B. KLUGMAN IN SUPPORT OF DEFENDANTS EROS INTERNATIONAL PLC, KISHORE LULLA, AND ANDREW WARREN'S MOTION TO DISMISS THE THIRD AMENDED COMPLAINT**

SCOTT B. KLUGMAN, pursuant to 28 U.S.C. § 1746, states the following:

1.      I am a partner of the law firm Levine Lee LLP, counsel for Eros, Kishore Lulla, and Andrew Warren in this action.[1]

2.      I submit this declaration in support of Defendants' Motion to Dismiss the Third Amended Complaint.

3.      Attached hereto as **Exhibit 1** is a true and correct copy of an excerpt of Eros's Form 20-F Annual Report for Fiscal Year 2019, filed August 14, 2019.

4.      Attached hereto as **Exhibit 2** is a true and correct copy of Eros's June 6, 2019 press release titled "Eros International PLC Issues Statement; Announces Fiscal Year End 2019 Earnings Date."

---

[1]      Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in Defendants' Memorandum of Law in Support of their Motion to Dismiss the Third Amended Complaint.

5.    Attached hereto as **Exhibit 3** is a true and correct copy of Eros's June 6, 2019 press release titled "Eros International PLC Issues Clarifying Statement."

6.    Attached hereto as **Exhibit 4** is a true and correct copy of an excerpt of a June 7, 2019 report published by Hindenburg Research, titled "Eros International:  On-the-Ground Research, Employee Interviews, and Private Company Documents Expose Egregious Accounting Irregularities."

7.    Attached hereto as **Exhibit 5** is a true and correct copy of Eros's July 15, 2019 press release titled "Eros International Plc Reports Fourth Quarter and Fiscal Year End 2019 Results."

8.    Attached hereto as **Exhibit 6** is a true and correct copy of an excerpt of Eros's Form 20-F Annual Report for Fiscal Year 2020, filed July 30, 2020.

9.    Attached hereto as **Exhibit 7** is a true and correct copy of Eros's August 3, 2021 press release titled "ErosSTX Files an Extension for its Fiscal 2021 Annual Report; Provides Debt Restructuring Update."

10.    Attached hereto as **Exhibit 8** is a true and correct copy of Eros's August 25, 2021 press release titled "ErosSTX Receives Notification from NYSE Regarding its Annual Report Filing Delay and Common Stock Trading Price."

11.    Attached hereto as **Exhibit 9** is a true and correct copy of Eros's October 8, 2019 press release titled "Eros International Plc Reports First Quarter Fiscal Year 2020 Results."

12.    Attached hereto as **Exhibit 10** is a true and correct copy of Eros's November 15, 2019 press release titled "Eros International Plc Reports Second Quarter Fiscal Year 2020 Results."

13.    Attached hereto as **Exhibit 11** is a true and correct copy of Eros's March 5, 2020 press release titled "Eros International Plc Reports Third Quarter Fiscal Year 2020 Results."

14.    Attached hereto as **Exhibit 12** is a true and correct copy of Eros's July 30, 2020 press release titled "Eros International Plc Reports Fourth Quarter and Fiscal Year End 2020 Results."

15.    Attached hereto as **Exhibit 13** is a true and correct copy of ErosSTX's September 21, 2020 press release titled "Eros STX Announces Significant Improvement in Credit Rating of Indian Subsidiary."

16.    I declare under penalty of perjury that the foregoing is true and correct. Executed on this 4th day of March, 2022.

By: /s/Scott B. Klugman
Scott B. Klugman