# EXHIBIT 1

20-F 1 eps8578.htm

**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, DC 20549**

# FORM 20-F

☐ **REGISTRATION STATEMENT PURSUANT TO SECTION 12(b) OR 12(g) OF THE SECURITIES EXCHANGE ACT OF 1934**

OR

☑ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**For the fiscal year ended March 31, 2019**

OR

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

OR

☐ **SHELL COMPANY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**Commission file number 001-36176**

# EROS INTERNATIONAL PLC

(Exact name of Registrant as specified in its charter)

**Not Applicable**
(Translation of Registrant's name into English)

**Isle of Man**
(Jurisdiction of incorporation or organization)

**550 County Avenue**
**Secaucus, New Jersey 07094**
**Tel: +1(201) 558 9001**
(Address of principal executive offices)

**Oliver Webster**
**IQ EQ (Isle of Man) Limited**
**First Names House**
**Victoria Road**
**Douglas, IM2 4DF**
**Isle of Man**
**Tel: (44) 1624 630 630**
**Email: oliver.webster@iqeq.com**
(Name, Telephone, E-mail and/or Facsimile number and Address of Company Contact Person)

Securities registered or to be registered pursuant to Section 12(b) of the Act.

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| **A ordinary share, par value GBP 0.30 per share** | EROS | **The New York Stock Exchange** |

Securities registered or to be registered pursuant to Section 12(g) of the Act.

**None**
(Title of Class)

Securities for which there is a reporting obligation pursuant to Section 15(d) of the Act

**None**

(Title of Class)

Case 2:19-cv-14125-ES-JSA    Document 67-3    Filed 03/04/22    Page 3 of 45 PageID: 3411

(Title of Class)

Indicate the number of outstanding shares of each of the issuer's classes of capital or common stock as of the close of the period covered by the annual report.

At March 31, 2019, 67,291,738 'A' ordinary shares and 8,212,715 'B' ordinary shares, each at par value GBP 0.30 per share, were issued and outstanding.

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.☐ Yes   ☑ No

If this report is an annual or transition report, indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934.☐ Yes   ☑ No

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.☑ Yes   ☐ No

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).☑ Yes   ☐ No

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or an emerging growth company. See definition of "accelerated filer and large accelerated filer" in Rule 12b-2 of the Exchange Act. (Check one):

Large accelerated filer ☐          Accelerated filer ☑          Non-accelerated filer ☐
Emerging growth company ☐

If an emerging growth company that prepares its financial statements in accordance with U.S. GAAP, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark which basis of accounting the registrant has used to prepare the financial statements included in this filing:

U.S. GAAP ☐          International Financial Reporting Standards as issued          Other ☐
by the International Accounting Standards Board ☑

If "Other" has been checked in response to the previous question, indicate by check mark which financial statement item the registrant has elected to follow: ☐ Item 17   ☐ Item 18

If this report is an annual report, indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).☐ Yes   ☑ No

**TABLE OF CONTENTS**
**EROS INTERNATIONAL PLC**

Page

**PART I**

| | | |
|---|---|---|
| ITEM 1. | IDENTITY OF DIRECTORS, SENIOR MANAGEMENT AND ADVISERS | 1 |
| ITEM 2. | OFFER STATISTICS AND EXPECTED TIMETABLE | 1 |
| ITEM 3. | KEY INFORMATION | 1 |
| ITEM 4. | INFORMATION ON THE COMPANY | 31 |
| ITEM 4A. | UNRESOLVED STAFF COMMENTS | 60 |
| ITEM 5. | OPERATING AND FINANCIAL REVIEW AND PROSPECTS | 60 |
| ITEM 6. | DIRECTORS, SENIOR MANAGEMENT AND EMPLOYEES | 91 |
| ITEM 7. | MAJOR SHAREHOLDERS AND RELATED PARTY TRANSACTIONS | 105 |
| ITEM 8. | FINANCIAL INFORMATION | 106 |
| ITEM 9. | THE OFFER AND LISTING | 106 |
| ITEM 10. | ADDITIONAL INFORMATION | 108 |
| ITEM 11. | QUANTITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK | 118 |
| ITEM 12. | DESCRIPTION OF SECURITIES OTHER THAN EQUITY SECURITIES | 119 |

**PART II**

| | | |
|---|---|---|
| ITEM 13. | DEFAULTS, DIVIDEND ARREARAGES AND DELINQUENCIES | 120 |
| ITEM 14. | MATERIAL MODIFICATIONS TO THE RIGHTS OF SECURITY HOLDERS AND USE OF PROCEEDS | 120 |
| ITEM 15. | CONTROLS AND PROCEDURES | 120 |
| ITEM 16A. | AUDIT COMMITTEE FINANCIAL EXPERT | 121 |
| ITEM 16B. | CODE OF ETHICS | 121 |
| ITEM 16C. | PRINCIPAL ACCOUNTANT FEES AND SERVICES | 122 |
| ITEM 16D. | EXEMPTIONS FROM THE LISTING STANDARDS FOR AUDIT COMMITTEES | 122 |
| ITEM 16E. | PURCHASES OF EQUITY SECURITIES BY THE ISSUER AND AFFILIATED PURCHASERS | 122 |
| ITEM 16F. | CHANGE IN REGISTRANT'S CERTIFYING ACCOUNTANT | 122 |
| ITEM 16G. | CORPORATE GOVERNANCE | 122 |
| ITEM 16H. | MINE SAFETY DISCLOSURE | 123 |

**PART III**

| | | |
|---|---|---|
| ITEM 17. | FINANCIAL STATEMENTS | 124 |
| ITEM 18. | FINANCIAL STATEMENTS | 124 |
| ITEM 19. | EXHIBITS | 124 |
| SIGNATURES | | |
| INDEX TO EROS INTERNATIONAL'S CONSOLIDATED FINANCIAL STATEMENTS | | F-1 |

Unless otherwise indicated or required by the context, as used in this annual report, the terms "Eros," "we," "us,", "the Group", "our" and the "Company" refer to Eros International Plc and all its subsidiaries that are consolidated under International Financial Reporting Standards, or IFRS, as issued by the International Accounting Standards Board (IASB). Our fiscal year ends on March 31 of each year. When we refer to a fiscal year, such as fiscal year 2019, fiscal 2019 or FY 2019, we are referring to the fiscal year ended on March 31 of that year. The "Founders Group" refers to Beech Investments Limited and Kishore Lulla. "$" and "dollar" refer to U.S. dollars.

"High budget" films refer to Hindi films with direct production costs in excess of $8.5 million and regional films with direct production costs in excess of $7.0 million, in each case translated at the historical average exchange rate for the applicable fiscal year. "Low budget" films refer to Hindi and regional films with less than $1.0 million in direct production costs, in each case translated at the historical average exchange rate for the applicable fiscal year. "Medium budget" films refer to Hindi, Tamil, Telugu and other regional language films within the remaining range of direct production costs. With respect to low budget films, references to "film releases" refer to theatrical releases or, for films that we did not theatrically release, to our initial DVD, digital or other non- theatrical exhibition.

## SPECIAL NOTE REGARDING FORWARD-LOOKING STATEMENTS

This annual report contains "forward-looking statements" within the meaning of Section 27A of the Securities Act of 1933, as amended, or the Securities Act, and Section 21E of the Exchange Act, and such statements are subject to the safe harbors created thereby. Generally, these forward-looking statements can be identified by the use of forward-looking terminology such as "approximately," "anticipate," "believe," "estimate," "continue," "could," "expect," "future," "intend," "may," "plan," "potential," "predict," "project," "seek," "should," "will" and similar expressions. Those statements include, among other things, the discussions of our business strategy and expectations concerning our market position, future operations, margins, profitability, liquidity and capital resources, tax assessment orders and future capital expenditures. All of our forward-looking statements are subject to risks and uncertainties that may cause actual results to differ materially from those that we are expecting, including, without limitation:

- our ability to successfully and cost-effectively source film content;

- our ability to achieve the desired growth rate of Eros Now, our digital over-the-top ("**OTT**") entertainment service;

- our ability to maintain or raise sufficient capital;

- delays, cost overruns, cancellation or abandonment of the completion or release of our films;

- our ability to predict the popularity of our films, or changing consumer tastes;

- our ability to maintain existing rights, and to acquire new rights, to film content;

- our ability to successfully defend any future class action law suits we are a party to in the U.S.;

- anonymous letters to regulators or business associates or anonymous allegations on social media regarding our business practices, accounting practices and/or officers and directors;

- our dependence on the Indian box office success of our Hindi and high budget Tamil and Telugu films;

- our ability to recoup the full amount of box office revenues to which we are entitled due to underreporting of box office receipts by theater operators;

- our dependence on our relationships with theater operators and other industry participants to exploit our film content;

- our ability to mitigate risks relating to distribution and collection in international markets;

- fluctuation in the value of the Indian rupee against foreign currencies;

- our ability to compete in the Indian film industry;

- our ability to compete with other forms of entertainment;

- our ability to combat piracy and to protect our intellectual property;

- our ability to maintain an effective system of internal control over financial reporting;

- contingent liabilities that may materialize, including our exposure to liabilities on account of unfavourable judgments/decisions in relation to legal proceedings involving us or our subsidiaries and certain of our directors and officers;

- our ability to successfully respond to technological changes;

- regulatory changes in the Indian film industry and our ability to respond to them;

- our ability to satisfy debt obligations, fund working capital and pay dividends;

- the monetary and fiscal policies of India and other countries around the world, inflation, deflation, unanticipated turbulence in interest rates, foreign exchange rates, equity prices or other rates or prices; and

- our ability to address the risks associated with acquisition opportunities.

These and other factors are more fully discussed in "Part I — Item 3. Key Information — D. Risk Factors," "Part I — Item 5. Operating and Financial Review and Prospects" and elsewhere in this annual report. The forward-looking statements contained in this annual report are based on historical performance and management's current plans, estimates and expectations in light of information currently available to us and are subject to uncertainty and changes in circumstances. There can be no assurance that future developments affecting us will be those that we have anticipated. Actual results may differ materially from these expectations due to changes in global, regional or local political, economic, business, competitive, market, regulatory and other factors, many of which are beyond our control. Should one or more of these risks or uncertainties materialize or should any of our assumptions prove to be incorrect, our actual results may vary in material respects from what we may have expressed or implied by these forward-looking statements. We caution that you should not place undue reliance on any of our forward-looking statements. Any forward-looking statement made by us in this annual report speaks only as of the date on which we make it. Factors or events that could cause our actual results to differ may emerge from time to time, and it is not possible for us to predict all of them. We undertake no obligation to publicly update any forward-looking statement, whether as a result of new information, future developments or otherwise, except as may be required by applicable securities laws.

iii

## PART I

### ITEM 1. IDENTITY OF DIRECTORS, SENIOR MANAGEMENT AND ADVISERS

Not applicable.

### ITEM 2. OFFER STATISTICS AND EXPECTED TIMETABLE

Not applicable.

### ITEM 3. KEY INFORMATION

#### A. Selected Financial Data

The table set forth below presents our selected historical consolidated financial data for the periods and at the dates indicated. The selected historical consolidated statements of income data for each of the three years ended March 31, 2019, 2018, and 2017 and the selected statements of financial position data as of March 31, 2019 and 2018 have been derived from and should be read in conjunction with "Part I — Item 5. Operating and Financial Review and Prospects" and our consolidated financial statements included elsewhere in this Annual Report on Form 20-F. The selected historical consolidated statements of income data for each of the two years ended March 31, 2016 and 2015 and the selected historical statements of financial position data as of March 31, 2017, 2016, and 2015 have been derived from audited consolidated financial statements not included in this Annual Report on Form 20-F.

| | Year ended March 31, | | | | |
|---|---|---|---|---|---|
| | 2019 | 2018 | 2017 | 2016 | 2015 |
| | (in thousands, except (Loss)/Earnings per share) | | | | |
| **Selected Statement of Income Data** | | | | | |
| Revenue | $ 270,126 | $ 261,253 | $ 252,994 | $ 274,428 | $ 284,175 |
| Cost of sales | (155,396) | (134,708) | (164,240) | (172,764) | (155,777) |
| Gross profit | 114,730 | 126,545 | 88,754 | 101,664 | 128,398 |
| Administrative costs | (87,134) | (68,029) | (63,309) | (64,019) | (49,546) |
| Operating profit before exceptional item | 27,596 | 58,516 | 25,445 | 37,645 | 78,852 |
| Impairment loss | (423,335) | — | — | — | — |
| Operating profit/(loss) | (395,739) | 58,516 | 25,445 | 37,645 | 78,852 |
| Net finance costs | (7,674) | (17,813) | (17,156) | (8,010) | (5,861) |
| Other gains/(losses), net | 288 | (41,321) | 14,205 | (3,636) | (10,483) |
| Profit/(loss) before tax | (403,125) | (618) | 22,494 | 25,999 | 62,508 |
| Income tax | (7,328) | (9,127) | (11,039) | (12,711) | (13,178) |
| Profit/(loss) for the year [1] | $ (410,453) | $ (9,745) | $ 11,455 | $ 13,288 | $ 49,330 |
| | | | | | |
| **(Loss)/Earnings per share (cents)** | | | | | |
| Basic (loss)/earnings per share | (599.5) | (36.3) | 6.4 | 6.6 | 74.3 |
| Diluted (loss)/earnings per share | (599.5) | (36.3) | 5.1 | 5.2 | 72.4 |
| | | | | | |
| **Weighted average number of ordinary shares** | | | | | |
| Basic | 70,707 | 62,151 | 59,410 | 57,732 | 54,278 |
| Diluted | 72,170 | 63,482 | 60,943 | 59,036 | 54,969 |
| | | | | | |
| **Other non-GAAP measures** | | | | | |
| Gross Revenue [2] | $ 304,593 | $ 268,069 | $ 252,994 | $ 274,428 | $ 284,175 |
| EBITDA [3] | $ (393,188) | $ 20,186 | $ 42,548 | $ 36,294 | $ 70,066 |
| Adjusted EBITDA [3] | $ 103,845 | $ 82,955 | $ 55,664 | $ 70,852 | $ 101,150 |
| Gross Adjusted EBITDA [3] | $ 234,000 | $ 198,240 | $ 190,980 | $ 199,155 | $ 218,404 |

1

| | Year ended March 31, | | | | |
| | 2019 | 2018 | 2017 | 2016 | 2015 |
|---|---|---|---|---|---|
| | (in thousands) | | | | |
| **Selected Statement of Financial Position Data:** | | | | | |
| Cash and cash equivalents | $ 89,117 | $ 87,762 | $ 112,267 | $ 182,774 | $ 153,664 |
| Goodwill | — | 3,800 | 4,992 | 5,097 | 1,878 |
| Total assets | 1,088,902 | 1,410,319 | 1,343,365 | 1,247,878 | 1,149,533 |
| Debt: | | | | | |
| Current portion | 208,908 | 151,963 | 180,029 | 210,587 | 96,397 |
| Long-term portion | 71,920 | 124,983 | 89,841 | 92,630 | 218,273 |
| Total liabilities | 431,917 | 406,902 | 459,817 | 438,784 | 393,478 |
| | | | | | |
| Equity attributable to Eros International Plc | 521,456 | 865,689 | 804,457 | 740,332 | 697,334 |
| Equity attributable to non-controlling interests | 135,529 | 137,728 | 79,091 | 68,762 | 58,721 |
| Total equity | $ 656,985 | $ 1,003,417 | $ 883,548 | $ 809,094 | $ 756,055 |

_____

(1)    References to "net income" in this document correspond to "profit/(loss) for the period" or "profit/(loss) for the year" line items in our consolidated financial statement appearing elsewhere in this document.

(2)    Gross Revenue is defined as reported revenue adjusted in respect of significant financing component that arises on account of normal credit terms provided to catalogue customers.

(3)    We use EBITDA, Adjusted EBITDA and Gross Adjusted EBITDA as supplemental financial measures. EBITDA is defined by us as net income before interest expense, income tax expense and depreciation and amortization (excluding amortization of capitalized film content and debt issuance costs). Adjusted EBITDA is defined as EBITDA adjusted for (gain)/impairment of available-for-sale financial assets, profit/loss on held for trading liabilities (including profit/loss on derivative financial instruments), transactions costs relating to equity transactions, share based payments, Loss / (Gain) on sale of property and equipment, Loss on de-recognition of financial assets measured at amortized cost, net, Credit impairment loss, net, Loss on financial liability (convertible notes) measured at fair value through profit and loss, Loss on deconsolidation of a subsidiary and exceptional items such as impairment of goodwill, trademark, film & content rights and content advances. Gross Adjusted EBITDA is defined as Adjusted EBITDA adjusted for amortization of intangible films and content rights. EBITDA, Adjusted EBITDA and Gross Adjusted EBITDA as used and defined by us, may not be comparable to similarly-titled measures employed by other companies and is not a measure of performance calculated in accordance with GAAP. EBITDA Adjusted EBITDA and Gross Adjusted EBITDA should not be considered in isolation or as a substitute for operating income, net income, cash flows from operating, investing and financing activities, or other income or cash flow statement data prepared in accordance with GAAP. EBITDA, Adjusted EBITDA and Gross Adjusted EBITDA provide no information regarding a Company's capital structure, borrowings, interest costs, capital expenditures and working capital movement or tax position.

2

The following table sets forth the reconciliation of our net income to EBITDA, Adjusted EBITDA and Gross Adjusted EBITDA:

| | Year ended March 31, | | | | |
| | 2019 | 2018 | 2017 | 2016 | 2015 |
| --- | ---: | ---: | ---: | ---: | ---: |
| | (in thousands) | | | | |
| **(Loss)/Profit for the year** | $ (410,453) | $ (9,745) | $ 11,455 | $ 13,288 | $ 49,330 |
| Income tax expense | 7,328 | 9,127 | 11,039 | 12,711 | 13,178 |
| Net finance costs | 7,674 | 17,813 | 17,156 | 8,010 | 5,861 |
| Depreciation | 1,049 | 1,265 | 1,082 | 1,154 | 1,089 |
| Amortization(a) | 1,214 | 1,726 | 1,816 | 1,131 | 608 |
| **EBITDA (Non-GAAP)** | (393,188) | 20,186 | 42,548 | 36,294 | 70,066 |
| (Gain)/Impairment of available-for-sale financial assets | — | — | (58) | — | 1,307 |
| Transaction costs relating to equity transactions | — | — | — | — | 61 |
| Net (gain)/loss on derivative financial instruments | — | 586 | (10,297) | 3,566 | 7,801 |
| Share based payments(b) | 21,561 | 17,918 | 23,471 | 30,992 | 21,915 |
| Loss/(Gain) on sale of property and equipment | 97 | (2) | — | — | — |
| Loss on de-recognition of financial assets measured at amortized cost, net | 5,988 | 3,562 | — | — | — |
| Credit impairment loss, net | 10,673 | | — | — | — |
| Loss on financial liability (convertible notes) measured at fair value through profit and loss | 21,398 | 13,840 | — | — | — |
| Loss on deconsolidation of a subsidiary | — | 14,649 | — | — | — |
| Impairment of goodwill | — | 1,205 | — | — | — |
| Adjustment arisen from significant discounting, component | 34,467 | 6,816 | — | — | — |
| Reversal credit impairment losses/(gains) | (20,698) | 4,308 | — | — | — |
| Closure of derivative | 249 | | — | — | — |
| Impairment loss | 423,335 | | — | — | — |
| Others | (37) | (113) | — | — | — |
| **Adjusted EBITDA (Non-GAAP)(b)** | $ 103,845 | $ 82,955 | $ 55,664 | $ 70,852 | $ 101,150 |
| Amortization of intangible films and content rights | 130,155 | 115,285 | 135,316 | 128,303 | 117,254 |
| **Gross Adjusted EBITDA (Non-GAAP)(b)** | $ 234,000 | $ 198,240 | $ 190,980 | $ 199,155 | $ 218,404 |

—————————

(a)     Includes only amortization of intangible assets other than capitalized film content.

(b)     Consists of compensation costs, recognised with respect to all outstanding share based compensation plans and all other equity settled instruments.

Gross Revenue is defined as revenue reported under IFRS adjusted in respect of a significant financing component that arises on account of normal credit terms provided to licensees of our content catalogue, thereby excluding the effects of IFRS 15, "Revenue from Contracts with Customers" ("**IFRS 15**"). We adopted IFRS 15 on April 1, 2018, using the modified retrospective method applied to all contracts as of April 1, 2018. Results for reporting periods beginning after April 1, 2018 are presented under IFRS 15, while prior period amounts are not adjusted and continue to be reported in accordance with our historic accounting under IAS 18, Revenue ("**IAS 18**"). For certain content licensing arrangements, our collection period ranges between 2 – 3 years from contract inception date. Under IFRS 15, for arrangements where the implied collection period (or normal credit term) is considered to be more than one year, revenue is recognized after adjusting the promised amount of consideration for a significant financing component, using the discount rate that would be reflected in a separate financing transaction between the entity and its customer at contract inception. Gross Revenue includes such financing component with our revenue under IFRS.

The following table sets forth the reconciliation of our revenue to Gross Revenue:

| | Year ended March 31, | | | | |
| | 2019 | 2018 | 2017 | 2016 | 2015 |
| --- | ---: | ---: | ---: | ---: | ---: |
| | (In thousands) | | | | |
| Revenue | 270,126 | 261,253 | 252,994 | 274,428 | 284,175 |
| Adjustment towards significant financing component | 34,467 | 6,816(*) | — | — | — |
| Gross Revenue | 304,593 | 268,069 | 252,994 | 274,428 | 284,175 |

(*) Significant financing adjustment is considered in accordance with IAS 18.

3

Our management team believes that EBITDA, Adjusted EBITDA and Gross Adjusted EBITDA are useful to an investor in evaluating our results of operations because these measures:

- are widely used by investors to measure a company's operating performance without regard to items excluded from the calculation of such term, which can vary substantially from company to company depending upon accounting methods and book value of assets, capital structure and the method by which assets were acquired, among other factors;
- help investors to evaluate and compare the results of our operations from period to period by removing the effect of our capital structure from our operating structure; and
- are used by our management team for various other purposes in presentations to our Board of Directors as a basis for strategic planning and forecasting.

However, there are significant limitations to using EBITDA, Adjusted EBITDA and Gross Adjusted EBITDA as a measure of performance, including the inability to analyze the effect of certain recurring and non-recurring items that materially affect our net income or loss, the lack of comparability of results of operations of different companies and the different methods of calculating EBITDA. Adjusted EBITDA and Gross Adjusted EBITDA reported by different companies.

**Exchange Rate Information**

Our functional and reporting currency is the U.S. dollar. Transactions in foreign currencies are translated at the exchange rate ruling at the date of the transaction. Monetary assets and liabilities in foreign currencies are translated into U.S. dollars at the exchange rates at ruling on the date of the applicable statement of financial position. For the purposes of consolidation, all income and expenses are translated at the average rate of exchange during the period covered by the applicable statement of income and assets and liabilities are translated at the exchange rate ruling on the date of the applicable statement of financial position.

The following table sets forth, for the periods indicated, information concerning the exchange rates between Indian rupees and U.S. dollars based on the noon buying rate in the City of New York for cable transfers of Indian rupees as certified for customs purposes by the Federal Reserve Bank of New York. These rates are provided solely for your convenience and are not necessarily the exchange rates that were used in this Offering Memorandum or will be used in the preparation of periodic reports or any other information to be provided to you.

| | Period End | Average(1) | High | Low |
|---|---|---|---|---|
| **Fiscal Year** | | | | |
| 2011 | 44.54 | 45.46 | 47.49 | 43.90 |
| 2012 | 50.89 | 48.01 | 53.71 | 44.00 |
| 2013 | 54.52 | 54.36 | 57.13 | 50.64 |
| 2014 | 60.35 | 60.35 | 68.80 | 53.65 |
| 2015 | 62.58 | 61.15 | 63.70 | 58.46 |
| 2016 | 66.25 | 65.39 | 68.84 | 61.99 |
| 2017 | 64.85 | 67.01 | 68.86 | 64.85 |
| 2018 | 65.11 | 64.46 | 65.71 | 63.38 |
| 2019 | 69.16 | 69.91 | 74.33 | 64.92 |
| | | | | |
| **Months** | | | | |
| April 2018 | 66.50 | 65.67 | 66.92 | 64.92 |
| May 2018 | 67.40 | 67.51 | 68.38 | 66.52 |
| June 2018 | 68.46 | 67.79 | 68.81 | 66.87 |
| July 2018 | 68.54 | 68.68 | 69.01 | 68.42 |
| August 2018 | 71.00 | 69.63 | 71.00 | 68.37 |
| September 2018 | 72.54 | 72.24 | 72.98 | 71.58 |
| October 2018 | 73.95 | 73.57 | 74.33 | 72.91 |
| November 2018 | 69.62 | 71.73 | 73.45 | 69.62 |
| December 2018 | 69.58 | 70.76 | 72.44 | 69.58 |
| January 2019 | 70.94 | 70.67 | 71.40 | 69.58 |
| February 2019 | 70.83 | 71.18 | 71.66 | 70.56 |
| March 2019 | 69.16 | 69.49 | 70.91 | 68.60 |
| April 2019 | 69.64 | 69.41 | 70.19 | 68.58 |
| May 2019 | 69.63 | 69.77 | 70.62 | 69.08 |
| June 2019 | 68.92 | 69.39 | 69.83 | 68.92 |

(1)     Represents the average of the U.S. dollar to Indian Rupee exchange rates on the last day of each month during the period for all fiscal years presented, and the average of the noon buying rate for all days during the period for all months presented.

4

**Year Ended March 31, 2019 Compared to Year Ended March 31, 2018**

| | Year ended March 31, | | | As a % of revenue | |
| --- | --- | --- | --- | --- | --- |
| | 2019 | 2018 | Change % | 2019 | 2018 |
| | (in thousands) | | | | |
| Revenue | $ 270,126 | $ 261,253 | 3.4% | 100.0 | 100.0 |
| Cost of sales | (155,396) | (134,708) | 15.4% | 57.5 | 51.6 |
| **Gross profit** | **114,730** | **126,545** | (9.3%) | 42.5 | 48.4 |
| Administrative costs | (87,134) | (68,029) | 28.1% | 32.3 | 26.0 |
| **Operating profit before exceptional item** | **27,596** | **58,516** | (52.8%) | 10.2 | 22.4 |
| Impairment loss | (423,335) | — | (100%) | 156.7 | _ |
| **Operating profit/(loss)** | **(395,739)** | **58,516** | (776.3%) | (146.5) | 22.4 |
| Net finance costs | (7,674) | (17,813) | (56.9%) | 2.8 | 6.8 |
| Other gains/(losses), net | 288 | (41,321) | (100.7%) | (0.1) | 15.8 |
| **Profit/(loss) before tax** | **(403,125)** | **(618)** | (65130.6%) | (149.2) | (0.2) |
| Income tax | (7,328) | (9,127) | (19.7%) | 2.7 | 3.5 |
| **Profit/(loss) for the year** | **$ (410,453)** | **$ (9,745)** | (4111.9%) | (151.9) | (3.7) |

The following table sets forth, for the period indicated, the revenue by region of domicile of Group's operation.

| | Year ended March 31, | | |
| --- | --- | --- | --- |
| | 2019 | 2018 | Change (%) |
| | (in thousands) | | |
| India | $ 100,387 | $ 98,073 | 2.4% |
| Europe | 63,196 | 27,028 | 133.8% |
| North America | 1,759 | 1,244 | 41.4% |
| Rest of the world | 104,784 | 134,908 | (22.3%) |
| **Total revenues** | **$ 270,126** | **$ 261,253** | 3.4% |

*Revenue*

In fiscal 2019, Eros film slate comprised seventy-two films of which seven were medium budget and sixty five were low budget as compared to twenty four films of which one were high budget, four were medium budget and nineteen were low budget in fiscal 2018.

In fiscal 2019, the Company's slate of seventy-two films comprised fifteen Hindi films, seven Tamil/Telugu film and fifty regional films as compared to the same period last year where its slate of twenty four films comprised fourteen Hindi films, one Tamil/Telugu film and nine regional films .

For the twelve months ended March 31, 2019, revenue was adjusted by $34.5 million as significant financing component that arises on account of normal credit terms provided to licensees of our content catalogue (on account of IFRS 15 "Revenue from Contracts with Customers) and the net revenue was to $270.1 million compared to $261.3 million for the twelve months ended March 31, 2018, due to an increase in digital and ancillary revenues.

In the twelve months ended March 31, 2019, the aggregate theatrical revenue decreased by 12.1% to $69.5 million, compared to $79.1 million for the fiscal year 2018. The variation in theatrical revenue is primarily due to the mix of films and release of more low budget films.

In the twelve months ended March 31, 2019, aggregate revenues from television syndication decreased by 20.3% to $77.5 million, compared to $97.2 million for fiscal year 2018. The decrease is mainly due to mix of films and lower catalogue revenue during the year.

In the twelve months ended March 31, 2019, the aggregate revenues from digital and ancillary increased by 44.8% to $123.1 million, compared to $85.0 million for fiscal year 2018. The increase in revenue is primarily on account of contribution from catalogue revenues and digital business and an increase in revenue from OTT platform on account of an increase in subscribers by 138% when compared to the previous year.

In the twelve months ended March 31, 2019, revenue from India increased by 2.4% to $100.4 million, compared to $98.1 million for fiscal year 2018. The variation is due to the mix of films, partially offset by an increase in revenue from digital and ancillary business.

In the twelve months ended March 31, 2019, revenue from Europe increased by 133.8% to $63.2 million, compared to $27.0 million for fiscal year 2018. This was due to higher contribution from the monetization of catalogue films from one of our subsidiary in Europe, including digital and ancillary business.

In the twelve months ended March 31, 2019, revenue from North America increased by 41.4% to $1.7 million, compared to $1.2 million for fiscal year 2018. The increase was due to increase in revenue from digital and ancillary business.

In the twelve months ended March 31, 2019, revenue from the rest of the world decreased by 22.3% to $104.8 million, compared to $134.9 million for fiscal year 2018. This was due to lower catalogue sales during the year, partially offset by increase in revenue from digital and ancillary business.

### Cost of sales

For the twelve months ended March 31, 2019, cost of sales increased by 15.4% to $155.4 million, compared to $134.7 million for fiscal year 2018. The increase was mainly due to higher amortization costs, higher marketing, advertising and distribution costs.

### Gross profit

In fiscal 2019 gross profit decreased by 9.3% to $114.7 million, compared to $126.5 million for fiscal 2018. The decrease was mainly due to an increase in marketing, advertising and distribution costs and adjustment on account of adoption new accounting standard in fiscal year 2019.

### Adjusted EBITDA (Non-GAAP)

In fiscal 2019, adjusted EBITDA increased by 25.1% to $103.8 million, compared to $83.0 million for fiscal year 2018.The increase in Adjusted EBITDA is due to several factors including increased group revenue and increased margin from catalogue revenues and Profit before exceptional item and tax. (Refer note 39 – Adoption of IFRS 15, "Revenue from contracts with Customers")

### Administrative costs

In fiscal 2019, administrative costs increased by 28.1% to $87.1 million compared to $68.0 million for fiscal year 2018, the increase in administrative cost were mainly on account of credit impairment loss amounting to $21.4 million in fiscal year 2019 and impairment of loans and advances of $7.3 million in fiscal 2019.

### Net finance costs

In fiscal 2019, net finance costs decreased by 56.9% to $7.7 million, compared to $17.8 million for fiscal year 2018 mainly due to unwinding of credit impairment loss reserve by $13.2 million and which was partially offset by lower capitalization of interest.

### Other gains/(loss), net

In fiscal year 2019, other gains were increased by 100.7% to $0.3 million, compared to other losses of $41.3 million in fiscal year 2018, the gain was mainly on account of reversal of expected credit loss of $20.7 million, a credit from the Government of India amounting to $2.3 million and a foreign exchange gain of $5.6 million which was partially offset by a loss on financial liability measured at fair value amounting to $21.4 million compared to $13.8 in fiscal year 2018. In addition, there were other losses in fiscal 2018 caused by a one-time loss on deconsolidation of subsidiary amounting to $14.6 million.

### Impairment loss

The Company recorded an impairment loss, totaling to $423.3 million, mainly due to high discount rate and changes in the market conditions, including decrease in projected volume primarily on account of recent credit downgrade and expected investment in film content of $150 - $160 million as more fully explained in note 2(b) to audited financial statements. The impairment loss was firstly allocated to the carrying amount of goodwill and Intangibles - trademark totaling $17.8 million and the residual amount totaling $405.5 million was allocated to Intangibles – content.

*Income tax expense*

In fiscal 2019, income tax expenses decreased by 19.7% to $7.3 million, compared to $9.1 million for fiscal year 2018. Effective income tax rates were 11.6% and 20% for March 31, 2019 and March 31, 2018, respectively, excluding non-deductible share-based payment charges, impairment loss and gain/loss on fair valuation of derivative liabilities. The change in effective rate principally reflects a change in the mix of the profits earned from taxable and non- taxable jurisdictions.

*Net (loss)/profit*

In fiscal year 2019, net loss was $410.5 million compared to $9.7 million for the fiscal year 2018, the increase was mainly on account of impairment loss of $423.3 million in fiscal year 2019.

*Trade receivables*

As of March 31, 2019, Trade Receivables decreased to $196.4 million from $225.0 million as of March 31, 2018 after considering expected credit loss reserve upon adoption of new accounting standards during the year.

*Net debt*

As of March 31, 2019, net debt decreased by 23.4% to $145.0 million from $189.2 million as of March 31, 2018 primarily on account of additional equity infusion during the year amounting $54.7 million. The equity infusion was primarily received from promoters' group $8 million and Reliance Industries $46.7 million at $14.7 and $15 per share, respectively.

*Year Ended March 31, 2018 Compared to Year Ended March 31, 2017*

|  | | Year ended March 31, | | | Change % | As a % of revenue | |
|---|---|---|---|---|---|---|---|
|  | | 2018 | | 2017 | | 2018 | 2017 |
|  | | (in thousands) | | | | | |
| **Revenue** | $ | 261,253 | $ | 252,994 | 3.3% | 100.0 | 100.0 |
| Cost of sales | | (134,708) | | (164,240) | (18.0%) | 51.6 | 64.9 |
| **Gross profit** | | 126,545 | | 88,754 | 42.6% | 48.4 | 35.1 |
| Administrative costs | | (68,029) | | (63,309) | 7.5% | 26.0 | 25.0 |
| **Operating profit** | | 58,516 | | 25,445 | 130.0% | 22.4 | 10.1 |
| Net finance costs | | (17,813) | | (17,156) | 3.8% | 6.8 | 6.8 |
| Other gains/(losses), net | | (41,321) | | 14,205 | (390.9%) | 15.8 | 5.6 |
| **(Loss)/Profit before tax** | | (618) | | 22,494 | (102.7%) | (0.2) | 8.9 |
| Income tax expense | | (9,127) | | (11,039) | (17.3%) | 3.5 | 4.4 |
| **(Loss)/Profit for the year** | $ | (9,745) | $ | 11,455 | (185.1%) | (3.7) | 4.5 |

The following table sets forth, for the period indicated, the revenue by region of domicile of Group's operation.

|  | | Year ended March 31, | | | Change (%) |
|---|---|---|---|---|---|
|  | | 2018 | | 2017 | |
|  | | (in thousands) | | | |
| India | $ | 98,073 | $ | 121,966 | (19.6%) |
| Europe | | 27,028 | | 25,686 | 5.2% |
| North America | | 1,244 | | 2,549 | (51.2%) |
| Rest of the world | | 134,908 | | 102,793 | 31.2% |
| **Total revenues** | $ | 261,253 | $ | 252,994 | 3.3% |

*Revenue*

In fiscal 2018, Eros film slate comprised twenty four films of which one was high budget, four were medium budget and nineteen were low budget as compared to forty five films of which five were high budget, ten were medium budget and thirty were low budget in fiscal 2017.

75

**B. Related Party Transactions**

The following is a description of transactions since April 1, 2015 to which we have been a party, in which the amount involved in the transaction exceeded or will exceed $120,000, and in which any of our directors, executive officers or beneficial holders of more than 5% of our issued share capital had or will have a direct or indirect material interest.

**Family Relationships**

Mr. Kishore Lulla, our director and Chairman, is the brother of Mr. Sunil Lulla, and father of Mrs. Rishika Lulla Singh, each of whom are directors, and a cousin of Mr. Vijay Ahuja, our former director and Vice Chairman (upto December 20th,2018), and of Mr. Surender Sadhwani, our President of Middle East Operations. Mr. Sunil Lulla is the brother of Mr. Kishore Lulla, uncle to Mrs. Rishika Lulla Singh, and a cousin of Mr. Vijay Ahuja and Mr. Surender Sadhwani. Mr. Vijay Ahuja is a cousin of Mr. Kishore Lulla and Mr. Sunil Lulla. Mrs. Rishika Lulla Singh is the daughter of Mr. Kishore Lulla and niece of Mr. Sunil Lulla. Mr. Surender Sadhwani is a cousin of Mr. Kishore Lulla and Mr. Sunil Lulla. Late Mr. Arjan Lulla, our founder, was the father of Mr. Kishore Lulla and Mr. Sunil Lulla, grandfather of Mrs. Rishika Lulla Singh, uncle of Mr. Vijay Ahuja and Mr. Surender Sadhwani and an employee of Redbridge Group Ltd., he was the Honorary President of Eros and a director of our subsidiary Eros Worldwide. Mrs. Manjula Lulla, the wife of Mr. Kishore Lulla, is an employee of our subsidiary. Ms Ridhima Lulla, is the daughter of Mr. Kishore Lulla and an employee of our subsidiary. Mrs. Krishika Lulla is the wife of Mr. Sunil Lulla and an employee of Eros India. Mr. Swaneet Singh is the husband of Mrs. Rishika Lulla Singh and son in law of Mr. Kishore Lulla.

**Leases**

Pursuant to a lease agreement that expired on March 31, 2019, the lease requires Eros International Media Limited to pay $4,000 each month under this lease. Eros International Media Limited leases apartments for studio use at Kailash Plaza, 3rd Floor, Opp. Laxmi Industrial Estate, Andheri (W), Mumbai, from Manjula K. Lulla, the wife of Kishore Lulla. The lease was renewed on April 1, 2019 for a further period of one year on the same terms.

Pursuant to a lease agreement that expired on September 30, 2018, the lease requires Eros International Media Limited to pay $4,000 each month under this lease. Eros International Media Limited leases for use as executive accommodations the property Aumkar Bungalow, Gandhi Gram Road, Juhu, Mumbai, from Sunil Lulla. The lease was renewed on October 1, 2018 for a further period of three years on the same terms.

Pursuant to a lease agreement that expires on January 4, 2020, Eros International Media Limited leases office premise for studio use at Supreme Chambers, 5th Floor, Andheri (W), Mumbai from Kishore and Sunil Lulla. Beginning January 2015, the lease requires Eros International Media Limited to pay $83,000 each month under this lease.

Pursuant to a lease agreement that expires on April 1, 2020, the real estate property at 550 County Avenue, Secaucus, New Jersey, from 550 County Avenue Property Corp, a Delaware corporation owned by Beech Investments. The lease commenced on April 1,2015, and required the Group to pay $11,000 each month. The lease was renewed on April 1, 2015 for a further period of five years on the same terms. The lease has been mutually cancelled from end of November, 2018.

**Honorary Appointment of Mr. Arjan Lulla**

Pursuant to an agreement the Group entered into with Red Bridge Group Limited on June 27, 2006, the Group agreed to pay an annual fee set each year for the services of late Arjan Lulla, the father of Kishore Lulla and Sunil Lulla, grandfather of Mrs. Rishika Lulla Singh, uncle of Vijay Ahuja and Surender Sadhwani and an employee of Redbridge Group Limited. In the fiscal years 2019, 2018 and 2017, the Group paid Arjan Lulla $186,000, $270,000 and $260,000, respectively. The agreement made Arjan Lulla honorary life president and provided for services including attendance at Board meetings, entrepreneurial leadership and assistance in setting the Group's strategy. Arjan Lulla passed away in December, 2018. Red Bridge Group Limited is an entity owned indirectly by a discretionary trust of which Kishore Lulla is a potential beneficiary.

**Lulla Family Transactions**

The Lulla family refers to Mr. Arjan Lulla, Mr. Kishore Lulla, Mr. Sunil Lulla, Mrs. Manjula Lulla, Mrs. Krishika Lulla, Mrs. Rishika Lulla Singh, and Ms. Riddhima Lulla.

102

The Group has engaged in transactions with NextGen Films Private Limited, an entity owned by the husband of Puja Rajani, sister of Kishore Lulla and Sunil Lulla, each of which involved the purchase and sale of film rights. In the year ended March 31, 2019, NextGen Films Private Limited sold film rights $1,109,000 (2018: $7,760,000 2017: $616,000) to the Group, and purchased film rights, including production services, of $Nil (2018: $Nil and 2017: $Nil). The Group advanced $6,192,000 (2018: $19,025,000 2017: $22,881,000) to NextGen Films Private Limited for film co-production and received refund of $Nil (2018: $6,114,000 2017: $5,075,000) on abandonment of certain film projects.

The Group also engaged in transactions with Everest Entertainment LLP entity owned by the brother of Manjula K. Lulla, wife of Kishore Lulla, which is involved in the purchase and sale of film rights. In March 31, 2019, Everest Entertainment LLP sold film rights of $1,260,000 (2018: $166,000 2017: $Nil) to the Group and purchased film rights of $314,000.

Mrs. Manjula Lulla, the wife of Kishore Lulla, is an employee of Eros International Plc. and is entitled to a salary of $144,000 per annum (2018: $139,000 and 2017: $130,000). Mrs. Krishika Lulla, the wife of Sunil Lulla, is an employee of EIML and is entitled to a salary of $123,000 per annum (2018: $133,000 2017: $133,000). Ms. Riddhima Lulla, the daughter of Kishore Lulla, is an employee of Eros Digital FZ LLC and is entitled to a salary of $213,000 per annum (2018: $90,000) which is borne by Eros Worldwide LLC.

All of the amounts outstanding are unsecured and will be settled in cash.

As at March 31, 2019, the Group has provided performance guarantee to a bank amounting to $8,000,000 (2018: $8,000,000) in connection with funding commitments. under film co-production agreements with NextGen Films Private Limited and having varying maturity dates up to the next 12 months. The Group did not earn any fee to provide such guarantees. It does not anticipate any liability on these guarantees as it expects that most of these will expire unused.

The Group has engaged in transactions with Xfinite Global Plc, wherein Eros Investments Limited has significant influence. During the year ended March 31, 2019 the Group received installment of license fee amounting to $8,000,000 (2018: Nil) of which $1,413,000 (2018: Nil) was accounted as revenue during the year and $6,587,000 (2018: Nil) was deferred to next year. Further, advance of $6,500,000 (2018: Nil) was received by the group for incurrence of expenses & costs on behalf of Xfinite Global Plc.

**Relationship Agreement**

Both we and our subsidiaries, including Eros India, acquire rights in movies. The 2009 Relationship Agreement was renewed with the execution of the 2016 Relationship Agreement between Eros India, Eros Worldwide and us ("Relationship Agreement"). The Relationship Agreement, exclusively assigns to Eros Worldwide, certain intellectual property rights and all distribution rights (including global digital distribution rights) for films (other than Tamil films), held by Eros India or any of its subsidiary or the "Eros India" group, in all territories other than India, Nepal, and Bhutan. In return, Eros Worldwide provides a lump sum minimum guaranteed fee to the Eros India Group in a fixed payment equal to 40% of the production cost of such film (including all costs incurred in connection with the acquisition, pre-production, production or post-production of such film), plus an amount equal to 20% thereon as markup. We refer to these payments collectively as the Minimum Guaranteed Fee. Eros Worldwide is also required to reimburse the Eros India Group pre-approved distribution expenses in connection with such film, plus an amount equal to 20% thereon as markup ("distribution expenses"). In addition, 15% of the gross proceeds received by the Eros International Group from monetization of such films, after certain amounts are retained by the Eros International Group, are payable over to the Eros India Group.

No share of gross proceeds from a film is payable by the Eros International Group to the Eros India Group until the Eros International Group has received and retained an amount equal to the Minimum Guaranteed Fee, a 20% fee on all gross proceeds and 100% of the distribution expenses incurred by the Eros International Group and the distribution expenses for which Eros Worldwide has provided reimbursement to the Eros India Group.

The initial term of the 2016 Relationship Agreement expires in April 2021. Upon expiration, the agreement provides that it will be automatically renewed for successive two year terms unless terminated by any party by 180 days written notice on or before commencement of any renewal term.

**Lulla Foundation**

Prior to our listing on the NYSE in November 2013, we issued the equivalent of 282,949 A ordinary shares to the Lulla Foundation (formerly the Eros Foundation), a U.K. registered charity, for no consideration. Such shares were granted by our Remuneration Committee to Mr. Kishore Lulla as compensation, each of whom directed the issuance of such shares to the Lulla Foundation. Mr. Kishore Lulla and his wife, Mrs. Manjula K. Lulla, are trustees, but not beneficiaries, of the foundation. The Lulla Foundation sold

76,000 A ordinary shares between May 20, 2014 and June 8, 2018 and now currently has 221,949 A ordinary shares as of June 30, 2019.

103

**C. Interests of Experts and Counsel**

Not applicable.

**E. Share Ownership**

The following table sets forth information with respect to the beneficial ownership of our ordinary shares as at July 30, 2019 by each of our directors and all our directors and executive officers as a group. As used in this table, beneficial ownership means the sole or shared power to vote or direct the voting or to dispose of or direct the sale of any security. A person is deemed to be the beneficial owner of securities that can be acquired within 60 days upon the exercise of any option, warrant or right. Ordinary shares subject to options, warrants or rights that are currently exercisable or exercisable within 60 days are deemed outstanding for computing the ownership percentage of the person holding the options, warrants or rights, but are not deemed outstanding for computing the ownership percentage of any other person. The amounts and percentages as at July 30, 2019 are based on an aggregate of 99,687,727 ordinary shares outstanding as at that date.

| | Number of A Ordinary Shares Beneficially Owned | | Number of B Ordinary Shares Beneficially Owned | |
|---|---|---|---|---|
| | Number of Shares of A | Percent of Class | Number of Shares of B | Percent of Class |
| **Directors** | | | | |
| Kishore Lulla(1) | 2,358,071 | 2.8% | 15,256,925 | 100.0% |
| Sunil Lulla | * | * | — | — |
| Dilip Thakkar | * | * | — | — |
| David Maisel | * | * | — | — |
| Rishika Lulla Singh | * | * | — | — |
| Prem Paramsewaran | * | * | — | — |
| **Senior Management** | | | | |
| Mark Carbeck | — | — | — | — |
| Pranab Kapadia | — | — | — | — |
| Surender Sadhwani | * | * | — | — |
| **All directors and senior management as a group** | **5,057,820** | **5.99%** | **15,256,925** | **100.0%** |

\*    Represents less than 1%.
(1)   Kishore Lulla's interest in certain of his shares is by virtue of (i) his holding ownership interests in, and being a potential beneficiary of, discretionary trusts that hold our shares and (ii) serving as trustee of the Lulla Foundation, a U.K. registered charity that holds our shares.

Kishore Lulla, by virtue of the B ordinary shares he beneficially owns, has different voting rights from holders of A ordinary shares. Each A ordinary share is entitled to one vote on all matters upon which the ordinary shares are entitled to vote, and each B ordinary share is entitled to ten votes on such matters. In order to vote at any meeting of shareholders, a holder of B ordinary shares will first be required to certify that it is a permitted holder as defined in our articles.

Options to purchase A ordinary from the Company are granted from time to time to directors, officers and employees of the Company on terms and conditions acceptable to the Board of Directors.

The following table provides option details with respect to the directors and officers as at July 31, 2019.

| Name | Number of 'A' ordinary Shares Options | Date of Grant | Exercise Price ($USD) | Expiration Date |
|---|---|---|---|---|
| Prem Parameswaran | 300,000 | Sep-15 | $ 18.30 | Jun-21 |
| David Maisel | 500,000 | Feb-15 | $ 16.00 | Feb-21 |
| Mark Carbeck | 70,000 | Feb-15 | $ 14.97 | Mar-25 |
| Pranab Kapadia | 132,013 | Sep-18 | $ 2.00 | Mar-25 |
| Rishika Lulla | 242,035 | Sep-18 | $ 2.00 | Mar-25 |
| Surender Sadhwani | 130,000 | Sep-18 | $ 2.00 | Mar-25 |
| Surender Sadhwani | 674,045 | Jul-19 | $ 2.00 | Mar-25 |

104

**REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM**

Board of Directors and Shareholders
Eros International Plc

## Opinion on the financial statements

We have audited the accompanying consolidated statements of financial position of Eros International Plc and subsidiaries (the "Company") as of March 31, 2019 and 2018, the related consolidated statements of income, comprehensive income, changes in shareholders' equity, and cash flows for each of the three years in the period ended March 31, 2019, and the related notes (collectively referred to as the "financial statements"). In our opinion, the financial statements present fairly, in all material respects, the financial position of the Company as of March 31, 2019 and 2018, and the results of its operations and its cash flows for each of the three years in the period ended March 31, 2019, in conformity with International Financial Reporting Standards, as issued by International Accounting Standards Board.

We also have audited, in accordance with the standards of the Public Company Accounting Oversight Board (United States) ("PCAOB"), the Company's internal control over financial reporting as of March 31, 2019, based on criteria established in the 2013 *Internal Control—Integrated Framework* issued by the Committee of Sponsoring Organizations of the Treadway Commission ("COSO"), and our report dated August 14, 2019 expressed an adverse opinion.

## Material Uncertainty Related to Going Concern

The accompanying financial statements have been prepared assuming that the Company will continue as a going concern. As discussed in Note 2 to the financial statements, the Company has incurred net loss of $ 410,453 thousand in the current year ended March 31, 2019 primarily arising from the impairment of non-current assets. Further, subsequent to the balance sheet date, the Company has also delayed payment of certain borrowings from banks that led to significant downgrade in credit rating. These conditions and other matters that set forth in Note 2, raise substantial doubt about the Company's ability to continue as a going concern. Management's plans in regard to these matters are described in Note 2. The financial statements do not include any adjustments that might result from the outcome of this uncertainty.

## Change in Accounting Principles

As discussed in Note 39 to the financial statements, the Company changed its method of accounting for revenue from contracts with customers and Financial Instruments during the year ended March 31, 2019 due to adoption of the IFRS 15 and IFRS 9, respectively. The Company adopted the new standards using a modified retrospective approach.

## Basis for opinion

These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on the Company's financial statements based on our audits. We are a public accounting firm registered with the PCAOB and are required to be independent with respect to the Company in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

We conducted our audits in accordance with the standards of the PCAOB. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement, whether due to error or fraud. Our audits included performing procedures to assess the risks of material misstatement of the financial statements, whether due to error or fraud, and performing procedures that respond to those risks. Such procedures included examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. Our audits also included evaluating the accounting principles used

and significant estimates made by management, as well as evaluating the overall presentation of the financial statements. We believe that our audits provide a reasonable basis for our opinion.

/s/ GRANT THORNTON INDIA LLP

We have served as the Company's auditor since 2013.

Mumbai, India
August 14, 2019

F-2

**REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM**

Board of Directors and Shareholders
Eros International Plc

**Opinion on internal control over financial reporting**

We have audited the internal control over financial reporting of Eros International Plc and subsidiaries (the "Company") as of March 31, 2019, based on criteria established in the 2013 *Internal Control—Integrated Framework* issued by the Committee of Sponsoring Organizations of the Treadway Commission ("COSO"). In our opinion, because of the effect of the material weaknesses described in the following paragraphs on the achievement of the objectives of the control criteria, the Company has not maintained effective internal control over financial reporting as of March 31, 2019, based on criteria established in the 2013 *Internal Control—Integrated Framework* issued by COSO.

A material weakness is a deficiency, or a combination of deficiencies, in internal control over financial reporting, such that there is a reasonable possibility that a material misstatement of the company's annual or interim financial statements will not be prevented or detected on a timely basis. The following material weaknesses have been identified and included in management's assessment.

The management has identified material weaknesses related to (a) lack of sufficiency level of precision applied in management review controls, including review of completeness and accuracy of the source data maintained on an excel utility and inadequacy of documentation that provides evidence of review, and (b) the process of performing customer and vendor due diligence assessment prior to execution of the sale and the purchase transactions is not satisfactory.

We also have audited, in accordance with the standards of the Public Company Accounting Oversight Board (United States) ("PCAOB"), the consolidated financial statements of the Company as of and for the year ended March 31, 2019. The material weaknesses identified above were considered in determining the nature, timing, and extent of audit tests applied in our audit of the 2019 consolidated financial statements, and this report does not affect our report dated August 14, 2019, which expressed an unqualified opinion on those financial statements.

**Basis for opinion**

The Company's management is responsible for maintaining effective internal control over financial reporting and for its assessment of the effectiveness of internal control over financial reporting, included in the accompanying Management's report on Internal Control over Financial Reporting. Our responsibility is to express an opinion on the Company's internal control over financial reporting based on our audit. We are a public accounting firm registered with the PCAOB and are required to be independent with respect to the Company in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

We conducted our audit in accordance with the standards of the PCAOB. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether effective internal control over financial reporting was maintained in all material respects. Our audit included obtaining an understanding of internal control over financial reporting, assessing the risk that a material weakness exists, testing and evaluating the design and operating effectiveness of internal control based on the assessed risk, and performing such other procedures as we considered necessary in the circumstances. We believe that our audit provides a reasonable basis for our opinion.

**Definition and limitations of internal control over financial reporting**

A company's internal control over financial reporting is a process designed to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles. A company's internal control over financial reporting includes those policies and procedures that (1) pertain to the maintenance of records that, in reasonable detail,

accurately and fairly reflect the transactions and dispositions of the assets of the company; (2) provide reasonable assurance that transactions are recorded as necessary to permit preparation of financial statements in accordance with generally accepted accounting principles, and that receipts and expenditures of the company are being made only in accordance with authorizations of management and directors of the company; and (3) provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use, or disposition of the company's assets that could have a material effect on the financial statements.

Because of its inherent limitations, internal control over financial reporting may not prevent or detect misstatements. Also, projections of any evaluation of effectiveness to future periods are subject to the risk that controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

/s/ GRANT THORNTON INDIA LLP

Mumbai, India
August 14, 2019

F-3

**EROS INTERNATIONAL PLC**
**CONSOLIDATED STATEMENTS OF FINANCIAL POSITION**
**AS AT MARCH 31, 2019 AND 2018**

| | Note | As at March 31 | |
| --- | --- | --- | --- |
| | | 2019 | 2018 |
| | | (in thousands) | |
| **ASSETS** | | | |
| **Non-current assets** | | | |
| Property and equipment | 13 | $ 10,921 | $ 10,013 |
| Goodwill | 14 | — | 3,800 |
| Intangible assets — trade name | 14 | — | 14,000 |
| Intangible assets — content | 15 | 706,572 | 998,543 |
| Intangible assets — others | 16 | 3,794 | 5,280 |
| Investments | 17 | 2,650 | 27,257 |
| Trade and other receivables — amortised cost | 19 | 10,065 | 9,144 |
| Income tax receivable | | 1,284 | 1,269 |
| Restricted deposits | | 756 | 1,100 |
| Deferred income tax assets | 11 | 1,263 | 351 |
| **Total non-current assets** | | **$ 737,305** | **$ 1,070,757** |
| | | | |
| **Current assets** | | | |
| Inventories | 18 | $ 435 | $ 353 |
| Trade and other receivables — fair value | 19 | 125,229 | — |
| Trade and other receivables — amortised cost | 19 | 79,916 | 245,079 |
| Investments | 17 | 1,042 | — |
| Cash and cash equivalents | 21 | 89,117 | 87,762 |
| Restricted deposits | | 55,858 | 6,368 |
| **Total current assets** | | **351,597** | **339,562** |
| **Total assets** | | **$ 1,088,902** | **$ 1,410,319** |
| | | | |
| **LIABILITIES** | | | |
| **Current liabilities** | | | |
| Trade and other payables | 20 | $ 83,487 | $ 72,142 |
| Acceptances | 24 | 8,366 | 8,898 |
| Short-term borrowings — fair value | 23 | 68,349 | 53,500 |
| Short-term borrowings — amortised cost | 23 | 140,559 | 98,463 |
| Derivative financial instruments | 26 | 620 | — |
| Current income tax payable | | 17,291 | 6,324 |
| **Total current liabilities** | | **$ 318,672** | **$ 239,327** |
| | | | |
| **Non-current liabilities** | | | |
| Long-term borrowings— fair value | 23 | — | 32,510 |
| Long-term borrowings — amortised cost | 23 | 71,920 | 92,473 |
| Other long - term liabilities | 25 | 13,898 | 3,073 |
| Deferred income tax liabilities | 11 | 27,427 | 39,519 |
| **Total non-current liabilities** | | **$ 113,245** | **$ 167,575** |
| | | | |
| **Total liabilities** | | **$ 431,917** | **$ 406,902** |
| | | | |
| **EQUITY** | | | |
| Share capital | 27 | $ 39,326 | $ 35,334 |
| Share premium | | 580,013 | 453,997 |
| Reserves | | (2,202) | 422,992 |
| Other components of equity | 30 | (79,696) | (48,649) |
| JSOP reserve | 29 | (15,985) | (15,985) |
| Share application money pending allotment | | — | 18,000 |
| **Equity attributable to equity holders of Eros International Plc** | | **$ 521,456** | **$ 865,689** |
| Non-controlling interest | 37 | 135,529 | 137,728 |

| | | | |
|---|---|---|---|
| **Total equity** | $ | 656,985 | $ | 1,003,417 |
| **Total liabilities and shareholder's equity** | $ | 1,088,902 | $ | 1,410,319 |

The accompanying notes form an integral part of these consolidated financial statements.

F-4

**EROS INTERNATIONAL PLC**
**CONSOLIDATED STATEMENTS OF INCOME**
**FOR THE YEARS ENDED MARCH 31, 2019, 2018 AND 2017**

| | Note | Year ended March 31 | | |
| --- | --- | --- | --- | --- |
| | | 2019 | 2018 | 2017 |
| | | (in thousands, except per share amounts) | | |
| **Revenue** | 5 | $ 270,126 | $ 261,253 | $ 252,994 |
| Cost of sales | 6 | (155,396) | (134,708) | (164,240) |
| **Gross profit** | | 114,730 | 126,545 | 88,754 |
| Administrative costs | 6 | (87,134) | (68,029) | (63,309) |
| **Operating profit before exceptional item** | | 27,596 | 58,516 | 25,445 |
| Impairment loss | 2(b) | (423,335) | — | — |
| **Operating profit/(loss)** | | (395,739) | 58,516 | 25,445 |
| Finance costs | 8 | (24,093) | (19,668) | (19,521) |
| Finance income | 8 | 16,419 | 1,855 | 2,365 |
| Net finance costs | 8 | (7,674) | (17,813) | (17,156) |
| Other gains/(losses) | 9 | 288 | (41,321) | 14,205 |
| **Profit/(loss) before tax** | | (403,125) | (618) | 22,494 |
| Income tax | 10 | (7,328) | (9,127) | (11,039) |
| **Profit/(loss) for the year** | | $ (410,453) | $ (9,745) | $ 11,455 |
| **Attributable to:** | | | | |
| Equity holders of Eros International Plc | | $ (423,867) | $ (22,575) | $ 3,805 |
| Non-controlling interest | | 13,414 | 12,830 | 7,650 |
| | | $ (410,453) | $ (9,745) | $ 11,455 |
| **(Loss)/Earnings per share (cents)** | | | | |
| Basic earnings/(loss) per share | 12 | (599.5) | (36.3) | 6.4 |
| Diluted earnings/(loss) per share | 12 | (599.5) | (36.3) | 5.1 |

The accompanying notes form an integral part of these consolidated financial statements.

F-5

**EROS INTERNATIONAL PLC**
**CONSOLIDATED STATEMENTS OF COMPREHENSIVE INCOME/(LOSS)**
**FOR THE YEARS ENDED MARCH 31, 2019, 2018 AND 2017**

| | | Year ended March 31 | | | | |
|---|---|---|---|---|---|---|
| | | **2019** | | **2018** | | **2017** |
| | | (in thousands, except per share amounts) | | | | |
| **Profit/(loss) for the year** | $ | (410,453) | $ | (9,745) | $ | 11,455 |
| **Other comprehensive income:** | | | | | | |
| **Items that will not be subsequently reclassified to profit or loss** | | | | | | |
| Changes in fair value of investments | | (24,687) | | | | |
| Revaluation of property and equipment | | 1,745 | | — | | — |
| **Items that will be subsequently reclassified to profit or loss** | | | | | | |
| Exchange differences on translating foreign operations | | (13,934) | | (1,153) | | 6,618 |
| Exchange differences on revaluation of property and equipment | | 78 | | 6 | | (27) |
| Reclassification of cash flow hedge to consolidated statements of income | | — | | 375 | | 804 |
| Fair value loss on trade account receivable (FVTOCI) | | (4,664) | | — | | — |
| Impairment loss on available-for-sale financial assets | | — | | — | | (384) |
| **Total other comprehensive (loss)/income for the year** | $ | (41,462) | $ | (772) | $ | 7,011 |
| **Total comprehensive (loss)/income for the year, net of tax** | $ | (451,915) | $ | (10,517) | $ | 18,466 |
| | | | | | | |
| **Attributable to** | | | | | | |
| Equity holders of Eros International Plc | | (459,321) | | (23,106) | | 8,997 |
| Non-controlling interest | | 7,406 | | 12,589 | | 9,469 |

The accompanying notes form an integral part of these consolidated financial statements.

F-6

**EROS INTERNATIONAL PLC**
**CONSOLIDATED STATEMENTS OF CASH FLOWS**
**FOR THE YEARS ENDED MARCH 31, 2019, 2018 AND 2017**

| | Note | Year ended March 31 | | |
| --- | --- | --- | --- | --- |
| | | 2019 | 2018 | 2017 |
| | | (in thousands) | | |
| **Cash flow from operating activities** | | | | |
| Profit/(loss) before tax | | $ (403,125) | $ (618) | $ 22,494 |
| Adjustments for: | | | | |
| Depreciation | 13 | 1,049 | 1,265 | 1,082 |
| Share based payments | 28 | 21,561 | 17,918 | 23,471 |
| Amortization of intangible film and content rights | 15 | 130,155 | 115,285 | 135,316 |
| Amortization of other intangible assets | 16 | 1,214 | 1,726 | 1,816 |
| Other non-cash items | 31 | 481,773 | 50,119 | (10,616) |
| Net finance costs | 8 | 20,901 | 18,745 | 17,156 |
| Gain on sale of available-for-sale financial assets | | (37) | — | (58) |
| Movement in trade and other receivables | | (179,784) | (91,317) | (72,247) |
| Movement in inventories | | (99) | (219) | (412) |
| Movement in trade and other payables | | 22,166 | (1,215) | 4,172 |
| Loss/(gain) on sale of property and equipment | | 97 | (2) | 22 |
| Cash generated from operations | | 95,871 | 111,687 | 122,196 |
| Interest paid | | (13,347) | (20,761) | (18,390) |
| Income taxes paid | | (7,558) | (7,683) | (4,813) |
| **Net cash generated from operating activities** | | $ 74,966 | $ 83,243 | $ 98,993 |
| | | | | |
| **Cash flows from investing activities** | | | | |
| Investment | | $ (1,005) | $ — | $ — |
| Proceeds from sale of available-for-sale investment | | — | — | 288 |
| Purchase of property and equipment | | (380) | (913) | (678) |
| Proceeds from disposal of property and equipment | | 6 | 70 | 2 |
| Investment in restricted deposits held with banks | | (53,507) | (27) | (4,018) |
| Restricted deposits matured | | 3,952 | — | — |
| Deconsolidation/acquisition of cash and cash equivalent in subsidiary | | — | (9) | — |
| Purchase of intangible film rights and content rights | | (107,722) | (186,757) | (173,481) |
| Purchase of other intangible assets | | (907) | (321) | — |
| Interest received | | 1,830 | 2,537 | 2,696 |
| **Net cash (used in) investing activities** | | $ (157,733) | $ (185,420) | $ (175,191) |
| | | | | |
| **Cash flows from financing activities** | | | | |
| Proceeds from issue of share capital, net of transaction costs | | $ 54,820 | $ 16,645 | $ 30,466 |
| Proceeds from issue of shares by subsidiary | | 77 | 556 | 40 |
| Investment in shares of subsidiary | | (2,892) | 40,221 | — |
| Share application money received pending allotment | | — | 18,000 | — |
| Proceeds from issue out of treasury shares | | — | — | 938 |
| (Repayment of)/ proceeds from/ short term debt with maturity less than three months (net) | | — | 211 | (39,493) |
| Proceeds from short-term debt | | 103,365 | 48,249 | 76,310 |
| Repayment of short-term debt | | (59,014) | (43,785) | (66,404) |
| Proceeds from long-term debt, net of transaction costs of Nil (2018: Nil and 2017: $384) | | — | 111,278 | 16,522 |
| Repayment of long-term debt | | (12,239) | (113,960) | (12,450) |
| **Net cash generated from financing activities** | | $ 84,117 | $ 77,415 | $ 5,929 |
| | | | | |
| Net increase/(decrease) in cash and cash equivalents | | 1,350 | (24,762) | (70,269) |
| | | | | |
| Effects of exchange rate changes on cash and cash equivalent | | 5 | 257 | (238) |
| Cash and cash equivalents at beginning of year | | 87,762 | 112,267 | 182,774 |
| **Cash and cash equivalents at the end of year** | | $ 89,117 | $ 87,762 | $ 112,267 |

The cash outflow towards intangible film rights and content right includes, interest paid and capitalized $9,607 (2018: $11,722 and 2017: $7,176).

The accompanying notes form an integral part of these consolidated financial statements.

F-7

**Reconciliation of Liabilities arising from Financing activities:**

| | Long term debt(*) | Short term debt | Total |
|---|---|---|---|
| As at March 31, 2018 | $ 188,909 | $ 87,755 | $ 276,664 |
| Considered in cash flow (net) | (12,239) | 44,351 | 32,112 |
| Net finance cost in relation to convertible notes | 10,682 | — | 10,682 |
| Shares issued in lieu of convertible note | (49,741) | — | (49,741) |
| Movement in derivative financial instruments | — | 902 | 902 |
| Borrowing for purchase of property and equipment, net | 424 | — | 424 |
| Amortization of debt issuance cost | 415 | — | 415 |
| Transfer of long-term loan to short- term loan | (5,555) | 5,555 | — |
| Changes in fair value of convertible notes measured at fair value through profit and loss | 21,398 | — | 21,398 |
| Exchange adjustment | (7,039) | (4,369) | (11,408) |
| **As at March 31, 2019** | **$ 147,254** | **$ 134,194** | **$ 281,448** |

(*) including current portion and derivative financial instruments

| | Long term debt(*) | Short term debt | Total |
|---|---|---|---|
| As at March 31, 2017 | $ 198,792 | $ 83,631 | $ 282,423 |
| Considered in cash flow (net) | (2,682) | 4,675 | 1,993 |
| Net finance cost in relation to convertible notes | 4,338 | — | 4,338 |
| Swap interest | (763) | — | (763) |
| Shares issued in lieu of convertible notes | (32,168) | — | (32,168) |
| Convertible notes measured at fair value through profit and loss | 13,840 | — | 13,840 |
| Amortization of debt issuance cost | 664 | (253) | 411 |
| Exchange adjustment | 6,888 | (298) | 6,590 |
| **As at March 31, 2018** | **$ 188,909** | **$ 87,755** | **$ 276,664** |

(*) including current portion and derivative financial instruments

The accompanying notes form an integral part of these consolidated financial statements.

F-8

**EROS INTERNATIONAL PLC**
**CONSOLIDATED STATEMENTS OF CHANGES IN EQUITY FOR THE YEAR ENDED MARCH 31, 2019**

| | Share capital | Share premium account | Currency translation reserve | Available for sale fair value reserves | Revaluation reserve | Reserves | JSOP reserve | Share Application Reserve | Equity Attributable to Shareholders of EROS International PLC | Non-controlling interest | Total equity |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | (in thousands) | | | | | |
| **Balance as at March 31, 2018** | $ 35,334 | $ 453,997 | $ (56,722) | $ 6,238 | $ 1,835 | $ 422,992 | $ (15,985) | $ 18,000 | $ 865,689 | $ 137,728 | $ 1,003,417 |
| **Adoption of IFRS 15/9 (Refer Note 39)** | — | — | (34) | — | — | (14,270) | — | — | (14,304) | (3,520) | (17,824) |
| **Balance as at April 1, 2018** | $ 35,334 | $ 453,997 | $ (56,756) | $ 6,238 | $ 1,835 | $ 408,722 | $ (15,985) | $ 18,000 | $ 851,385 | $ 134,208 | $ 985,593 |
| Profit for the period | — | — | — | — | — | (423,867) | — | — | (423,867) | 13,414 | (410,453) |
| Other comprehensive income/(loss) for the period | — | — | (7,423) | (24,687) | 1,097 | (4,441) | — | — | (35,454) | (6,008) | (41,462) |
| **Total comprehensive income/(loss) for the period** | — | — | (7,423) | (24,687) | 1,097 | (428,308) | — | — | (459,321) | 7,406 | (451,915) |
| Issue of shares | 1,948 | 70,718 | — | — | — | — | — | (18,000) | 54,666 | — | 54,666 |
| Shares issued on exercise of employee stock options and awards | 302 | 7,299 | — | — | — | (7,447) | — | — | 154 | — | 154 |
| Share based Compensation | — | — | — | — | — | 21,118 | — | — | 21,118 | 443 | 21,561 |
| Changes in ownership interests in subsidiaries that do not result in a loss of control | — | — | — | — | — | 3,713 | — | — | 3,713 | (6,528) | (2,815) |
| Shares issued in lieu of convertible notes | 1,742 | 47,999 | — | — | — | — | — | — | 49,741 | — | 49,741 |
| **Balance as at March 31, 2019** | $ 39,326 | $ 580,013 | $ (64,179) | $ (18,449) | $ 2,932 | $ (2,202) | $ (15,985) | $ — | $ 521,456 | $ 135,529 | $ 656,985 |

The accompanying notes form an integral part of these consolidated financial statements.

F-9

## EROS INTERNATIONAL PLC
## CONSOLIDATED STATEMENTS OF CHANGES IN EQUITY FOR THE YEAR ENDED MARCH 31, 2018

| | Share capital | Share premium account | Currency translation reserve | Available for sale fair value reserves | Revaluation reserve | Hedging reserve | Reserves | JSOP reserve | Share Application Reserve | Equity Attributable to Shareholders of EROS International PLC | Non-controlling interest | Total equity |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | (in thousands) | | | | | |
| **Balance as at April 1, 2017** | $ 31,877 | $ 399,686 | $ (55,810) | $ 6,238 | $ 1,829 | $ (375) | $ 436,997 | $ (15,985) | $ — | $ 804,457 | $ 79,091 | $ 883,548 |
| (Loss)/Profit for the year | — | — | — | — | — | — | (22,575) | — | — | (22,575) | 12,830 | (9,745) |
| Other comprehensive income/(loss) for the year | — | — | (912) | — | 6 | 375 | — | — | — | (531) | (241) | (772) |
| **Total comprehensive income/(loss) for the year** | — | — | (912) | — | 6 | 375 | (22,575) | — | — | (23,106) | 12,589 | (10,517) |
| Share based compensation (Refer Note 28) | — | — | — | — | — | — | 17,316 | — | — | 17,316 | 602 | 17,918 |
| Shares issued on exercise of employee stock options and awards (Refer Note 27) | 277 | 8,894 | — | — | — | — | (8,955) | — | — | 216 | — | 216 |
| Changes in ownership interests in subsidiaries that do not result in a loss of control (Refer Note 4) | — | — | — | — | — | — | 209 | — | — | 209 | 40,568 | 40,777 |
| Issue of shares, net of transaction costs of Nil (Refer Note 27) | 555 | 15,874 | — | — | — | — | — | — | — | 16,429 | — | 16,429 |
| Loss of control in a subsidiary (Refer Note 4) | — | — | — | — | — | — | — | — | — | — | 4,878 | 4,878 |
| Shares pending for allotment (Refer Note 27) | — | — | — | — | — | — | — | — | 18,000 | 18,000 | — | 18,000 |
| Shares issued in lieu of convertible notes (Refer Note 27) | 2,625 | 29,543 | — | — | — | — | — | — | — | 32,168 | — | 32,168 |
| **Balance as at March 31, 2018** | $ 35,334 | $ 453,997 | $ (56,722) | $ 6,238 | $ 1,835 | $ — | $ 422,992 | $ (15,985) | $ 18,000 | $ 865,689 | $ 137,728 | $ 1,003,417 |

The accompanying notes form an integral part of these consolidated financial statements.

F-10

**EROS INTERNATIONAL PLC**
**CONSOLIDATED STATEMENTS OF CHANGES IN EQUITY FOR THE YEAR ENDED MARCH 31, 2017**

| | Share capital | Share premium account | Currency translation reserve | Available for sale fair value reserves | Revaluation reserve | Hedging reserve | Reserves | JSOP reserve | Equity Attributable to Shareholders of EROS International PLC | Non-controlling interest | Total equity |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | (in thousands) | | | | |
| Balance as at April 1, 2016 | $ 30,793 | $ 356,865 | $ (60,609) | $ 6,622 | $ 1,856 | $ (1,179) | $ 423,151 | $ (17,167) | $ 740,332 | $ 68,762 | $ 809,094 |
| Profit for the year | — | — | — | — | — | — | 3,805 | — | 3,805 | 7.650 | 11,455 |
| Other comprehensive income/(loss) for the year | — | — | 4,799 | (384) | (27) | 804 | — | — | 5,192 | 1,819 | 7011 |
| Total comprehensive income/(loss) for the year | — | — | 4,799 | (384) | (27) | 804 | 3,805 | — | 8,997 | 9,469 | 18,466 |
| Issue of shares, net of transaction costs of Nil (Refer Note 27) | 808 | 29,712 | — | — | — | — | — | — | 30,520 | — | 30,520 |
| Share based compensation (Refer Note 28) | — | — | — | — | — | — | 22,901 | — | 22,901 | 570 | 23,471 |
| Shares issued on exercise of employee stock options and awards (Refer Note 27) | 276 | 13,273 | — | — | — | — | (13,549) | — | — | — | — |
| Issue out of treasury shares (Refer Note 29) | — | (164) | — | — | — | — | — | 1,182 | 1,018 | — | 1,018 |
| Changes in ownership interests in subsidiaries that do not result in a loss of control | — | — | — | — | — | — | 689 | — | 689 | 290 | 979 |
| Balance as at March 31, 2017 | $ 31,877 | $ 399,686 | $ (55,810) | $ 6,238 | $ 1,829 | $ (375) | $ 436,997 | $ (15,985) | $ 804,457 | $ 79,091 | $ 883,548 |

The accompanying notes form an integral part of these consolidated financial statements.

F-11

**EROS INTERNATIONAL PLC**
**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS**

**1    NATURE OF OPERATIONS, GENERAL INFORMATION AND BASIS OF PREPARATION**

Eros International Plc ("Eros" or the "Company") and its subsidiaries' (together with Eros, the "Group") principal activities include the acquisition, co-production and distribution of Indian films and related content. Eros International Plc is the Group's ultimate parent company. It is incorporated and domiciled in the Isle of Man. The address of Eros International Plc's registered office is First Names House, Victoria Road, Douglas, Isle of Man IM2 4DF.

The consolidated financial statements of the Group have been prepared in accordance with International Financial Reporting Standards ("IFRSs"), as issued by the International Accounting Standards Board (IASB). The financial statements have been prepared on accrual basis and under the historical cost convention on a going concern basis, with the exception of:
   A)   revaluation of certain properties and equipments
   B)   certain financial instruments and assets acquired and liabilities assumed in a business combination that have been measured at fair value as required by relevant IFRSs
   C)   Employee stock option plans which have been recognized at fair value
   D)   Certain employee benefit plans, which are measured based on actuarial assumptions

The Group's accounting policies as set out below have been applied consistently throughout the Group to all the periods presented, unless otherwise stated. The financial statements of Eros and each of its subsidiaries are measured using the currency of the primary economic environment in which these entities operate (i.e. the functional currency). The consolidated financial statements are presented in US Dollars (USD) which is the presentation currency of the Company and has been rounded off to the nearest thousands.

The consolidated financial statements for the year ended March 31, 2019 were approved by the Eros Board of Directors and authorized for issue on August 14, 2019.

**2    GOING CONCERN AND IMPAIRMENT OF NON- CURRENT ASSETS**

**2(a)    GOING CONCERN**

The Group meets its day to day working capital requirements and funds its investment in content and film rights primarily through a variety of cash generated from operations, banking arrangements, de-recognition of financial assets and strategic alternatives. Under the terms of such banking arrangements, the Group is able to draw down in the local currencies of its operating businesses.

The borrowings (as set out in Note 23) are subject to individual covenants and a negative pledge that restricts the Group's ability to incur liens, security interests or similar encumbrances or arrangements on its assets.

The Group has incurred loss for the year amounting $410,453 [after considering the impact of an impairment loss amounting $423,335 as described in Note 2 (b)] and $9,745 for the year ended March 31, 2019 and 2018 respectively. Subsequent to the balance sheet date, there has been a reduction in the market capitalization of the Company due to various allegations that the management believes are false in addition to a credit rating downgrade of our Indian listed subsidiary due to delay in repayment of loan interest.. The credit rating downgrade continues as of date. Further, as described in Note 2 (b) - the Company recorded an impairment loss amounting to $423,335 for the year ended March 31, 2019.

However, the net monetary assets and liabilities position as at March 31, 2019 and March 31, 2018 are positive. Further, the Group have generated positive operating cash flow before incurring capital expenditures for the year ended March 31, 2019 and 2018 respectively. In addition, the Company has cash and cash equivalents of $89,117 as of March 31, 2019.

The Group is exposed to uncertainties arising from the global economic climate and in the markets in which it operates. Market conditions could lead to lower than anticipated demand for the Group's products and services and exchange rate volatility could also impact reported performance. The Group has considered the impact of these uncertainty and other uncertainties and factored them into their financial forecasts and assessment of covenant headroom, including renewal of short-term borrowings and/or accessibility of long-term borrowings.

The Group's forecasts and projections, taking account of reasonably possible changes in trading performance (and available mitigating actions), shows that the Group will be able to operate within the expected limits of the facilities available as of March 31, 2019 for the next twelve months and will provide a headroom against the covenants for the foreseeable future on account of cash generated from

operations and/ or strategic alternatives that the Company is current exploring, including binding business arrangement with large Internet Service Providers (ISPs) and Telecom Companies. Further a portion of company's short-term borrowings have been renewed as per previously approved banking terms and the remaining portion of short-term borrowings are under process of renewal with the banking institution/s.

For this reason, Management continues to adopt the going concern basis in preparing the consolidated financial statements in accordance with IFRS as issued by the IASB, which assumes that the Group will be able to meet its liabilities, including mandatory repayment of the banking facilities, as disclosed in Note 23, as they fall due, failing which an impact on the Group's ability to realize assets at their recognized values, in particular content and film rights, and to extinguish liabilities in the normal course of business at the amounts stated in the consolidated financial statements, may occur.

F-12

**EROS INTERNATIONAL PLC**
**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS**

## 2(b)    IMPAIRMENT OF NON- CURRENT ASSETS

Impairment reviews in respect of goodwill and indefinite-lived intangible assets are performed annually. More regular reviews, and impairment reviews in respect of other non-current assets, are performed if events indicate that an impairment review is necessary. Examples of such triggering events would include a significant planned restructuring, a major change in market conditions or technology, reduction in market capitalization, expectations of future operating losses, or negative cash flows. The asset or Cash Generating Unit (CGU) is impaired if its carrying amount exceeds its recoverable amount. The recoverable amount is defined as the higher of the 'fair value less costs of disposal' ("FVLCD") and the 'value in use' ("VIU").

The Group identified one reporting segment and CGU, i.e. film content. The group performed impairment assessment as of March 31, 2019. The recoverable amount of the cash generating unit was determined based on value in use, which was higher than the FVLCD.

Value in use was determined based on future cash flows after considering current economic conditions and trends, estimated future operating results, growth rates (which is lower than those considered in previous years) and anticipated future economic conditions. The approach and key (unobservable) assumptions used to determine the cash generating unit's value in use were as follows:

| Assumptions | As at March 31, 2019 | As at March 31, 2018 |
|---|---|---|
| Growth rate applied beyond approved forecast period | 4% | 4% |
| Pre-tax discount rate | 21% | 19% |

The Company considered it appropriate to undertake an impairment assessment with reference to the estimated cash flows for the period of four years developed using internal forecast and extrapolated for the fifth year. The growth rates used in the value in use calculation reflect those inherent within the Company's internal forecast, which is primarily a function of the future assumptions, past performance and management's expectation of future developments through fiscal 2024.

Accordingly, the Group recorded an impairment loss, totaling to $423,335, as an exceptional item, being significant and non-recurring in nature, within the Statement of Income for the year ended March 31, 2019 mainly due to high discount rate as explained in the table above and changes in the market conditions, including lower projected volume when compared to prior year/s. The aforesaid impairment loss was firstly, allocated from the carrying amount of goodwill and Intangible assets - trademark totaling $17,800 and the residual amount totaling $405,535 was allocated to Intangible assets - content.

**Sensitivity to key assumptions**

The change in the key following assumptions used in the impairment review would, in isolation, lead to an increase in impairment loss recognized by followings amounts as at March 31, 2019 (Although it should be noted that these sensitivities do not take account of potential mitigating actions)

| | (in millions) As at March 31, 2019 |
|---|---|
| Increase in discount rate by 1% | $ 54 |
| Decrease in long term growth rate applied beyond approved forecast period by 1% | $ 30 |
| Decrease in projected volume by 1% | $ 63 |

## 3    SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

### 3.1.    *Overall considerations*

The significant accounting policies that have been used in the preparation of these consolidated financial statements are summarized below. Financial statements are subject to the application of significant accounting estimates and judgments. These are summarized in Note 38.

*Significant new accounting pronouncements*
Two significant new accounting standards IFRS 15 "Revenue from Contracts with Customers" and IFRS 9 "Financial Instruments" were adopted by the Group on April 1, 2018. The impact of adopting these new standards on the financial statements at April 1, 2018 and the key changes to the accounting policies previously applied by the Group are disclosed in note 39.

In the year ended March 31, 2019, the Group has adopted new guidance for the recognition of revenue from contracts with customers. This guidance was applied using a modified retrospective ('cumulative catch-up') approach under which changes having a material effect on the consolidated statement of financial position as at March 31, 2018 are presented together as a single adjustment to the opening balance of retained earnings. Accordingly, the Group is not required to present a third statement of financial position as at that date. The Group's new IFRS 15 accounting policy is disclosed in note 3.4.

F-13

**EROS INTERNATIONAL PLC**
**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS**

Further, the Group has adopted new guidance for accounting for financial instruments. This guidance was applied using the transitional relief allowing the entity not to restate prior periods. Differences arising from the adoption of IFRS 9 in relation to classification, measurement, and impairment are recognized in retained earnings. The Group's new IFRS 9 accounting policy is disclosed in note 3.12.

### 3.2.    *Basis of consolidation*

The financial statements of the Group consolidates results of the Company and entities controlled by the Company and its subsidiary undertakings. Control exists when the Company, directly or indirectly, has existing rights that give the Company the current ability to direct the activities which affect the entity's returns; the Company is exposed to or has rights to a return which may vary depending on the entity's performance; and the Company has the ability to use its powers to affect its own returns from its involvement with the entity.

Unrealized gains on transactions within the Group are eliminated. Unrealized losses are also eliminated unless the transaction provides evidence of an impairment of the asset transferred. Amounts reported in the financial statements of subsidiaries have been adjusted where necessary to ensure consistency with the accounting policies adopted by the Group.

Business combinations are accounted for under the purchase method. The purchase method involves the recognition at fair value of all identifiable assets and liabilities, including contingent liabilities of the subsidiary, at the acquisition date, regardless of whether or not they were recorded in the financial statements of the subsidiary prior to acquisition. On initial recognition, the assets and liabilities of the subsidiary are included in the consolidated statement of financial position at their fair values. Transaction costs that the company incurs in connection with a business combination such as finder's fees, legal fees, due diligence fees, and other professional and consulting fees are expensed as incurred. Goodwill is stated after separating out identifiable intangible assets. Goodwill represents the excess of acquisition cost over the fair value of the Group's share of the identifiable net assets of the acquired subsidiary at the date of acquisition.

Changes in controlling interest in a subsidiary that do not result in gaining or losing control are not business combinations as defined by IFRS 3. The Group adopts the "equity transaction method" which regards the transaction as a realignment of the interests of the different equity holders in the Group. Under the equity transaction method an increase or decrease in the Group's ownership interest is accounted for as follows:

- the non-controlling component of equity is adjusted to reflect the non-controlling interest revised share of the net carrying value of the subsidiaries net assets;

- the difference between the consideration received or paid and the adjustment to non-controlling interests is debited or credited to a different component of equity — merger reserves;

- no adjustment is made to the carrying amount of goodwill or the subsidiaries' net assets as reported in the consolidated financial statements; and

- no gain or loss is reported in the consolidated statements of income.

### *Loss of control policy*

When a change in the Group's ownership interest in a subsidiary results in a loss of control over the subsidiary, the assets and liabilities of the subsidiary including any goodwill are derecognized and a gain or loss arising thereto is accounted within Statement of Income. Amounts previously recognized in other comprehensive income in respect of that entity are also reclassified to Statement of Income.

### 3.3.    *Segment reporting*

IFRS 8 Operating Segments ("IFRS 8") requires operating segments to be identified on the same basis as is used internally for the review of performance and allocation of resources by the Group's chief operating decision maker, which is the Group's CEO and MD. The revenues of films are earned over various formats; all such formats are functional activities of filmed entertainment and these activities take place on an integrated basis. The management team reviews the financial information on an integrated basis for the Group as a whole. The management team also monitors performance separately for individual films for at least 12 months after the theatrical release. Certain resources such as publicity and advertising, and the cost of a film are also reviewed globally.

Eros has identified four geographic areas, consisting of its main geographic areas (India, North America and Europe), together with the rest of the world.

F-14