# EXHIBIT 2

7/8/2020 Eros International PLC Issues Statement; Announces Fiscal Year End 2019 Earnings Date | Eros International Plc.

Case 2:19-cv-14125-ES-JSA Document 67-4 Filed 03/04/22 Page 2 of 3 PageID: 3455

PRESS RELEASES

News

FINANCIALS

EVENTS

SHARE INFORMATION

BONDS

# Press Release

 View printer-friendly version

<< Back

## Eros International PLC Issues Statement; Announces Fiscal Year End 2019 Earnings Date

ISLE OF MAN--(BUSINESS WIRE)--Jun. 6, 2019-- Eros International Plc (NYSE:EROS), a Global Indian Entertainment Company, today provided clarification regarding a credit rating downgrade at its majority owned subsidiary, Eros International Media Limited ("EIML"). The Company offered the following statement:

"Eros International PLC and all of its subsidiaries have met and continue to meet all debt service commitments. The Company retains the full faith and confidence of our lenders. We will be releasing our audited Fiscal year-end 2019 results on July 15th, 2019, at 8:30 am Eastern Time, full details to follow."

**About Eros International Plc**

Eros International Plc (NYSE: EROS) a Global Indian Entertainment company that acquires, co-produces and distributes Indian films across all available formats such as cinema, television and digital new media. Eros International Plc became the first Indian media company to list on the New York Stock Exchange. Eros International has experience of over three decades in establishing a global platform for Indian cinema. The Company has an extensive and growing movie library comprising of over 3,000 films, which include Hindi, Tamil, and other regional language films for home entertainment distribution. The Company also owns the rapidly growing OTT platform Eros Now.

Case 2:19-cv-14125-ES-JSA    Document 67-4    Filed 03/04/22    Page 3 of 3 PageID: 3456

For further information, please visit: www.erosplc.com.

View source version on businesswire.com: https://www.businesswire.com/news/home/20190606005449/en/

Source: Eros International Plc

Mark Carbeck
Chief Corporate and Strategy Officer
Eros International Plc
+44 207 258 9909
mark.carbeck@erosintl.com

Media:
Erica Bartsch
Sloane & Company
+1 212 446 1875
ebartsch@sloanepr.com

Receive E-mail Alerts          View printer-friendly version          @ RSS Feeds

© 2020 Eros International.

careers | contact us