# EXHIBIT 3

Case 2:19-cv-14125-ES-JSA   Document 67-5   Filed 03/04/22   Page 2 of 4 PageID: 3458

PRESS RELEASES

News

FINANCIALS

EVENTS

SHARE INFORMATION

BONDS

# Press Release

🖶 View printer-friendly version          << Back

## Eros International PLC Issues Clarifying Statement

ISLE OF MAN--(BUSINESS WIRE)--Jun. 6, 2019-- Eros International Plc (NYSE:EROS), a Global Indian Entertainment Company, today provided further clarification regarding the credit rating downgrade at its majority owned subsidiary, Eros International Media Limited ("EIML"). The Company offered the following statement:

"As previously communicated through our Indian subsidiary, EIML was late on two loan interest payments for April and May 2019. These interest payments total less than $2 million and are currently in process of remittance.

⌃

We want to reiterate our total consolidated cash on balance sheet at Eros International Plc was $134.9 million as of December 31st, 2018. In addition, EIML has recently announced a strong set of 2019 Fiscal Year end results.

We look forward to discussing Eros International Plc's Fiscal Year end 2019 results with the market on July 15th, 2019."

**About Eros International Plc**

Eros International Plc (NYSE: EROS) a Global Indian Entertainment company that acquires, co-produces and distributes Indian films across all available formats such as cinema, television and digital new media. Eros International Plc became the first Indian media company to list on the New York Stock Exchange. Eros International has experience of over three decades in establishing a global platform for Indian cinema. The Company has an extensive and growing movie library comprising of over 3,000 films, which include Hindi, Tamil, and other regional language films for home entertainment distribution. The Company also owns the rapidly growing OTT platform Eros Now.

For further information, please visit: www.erosplc.com.

View source version on businesswire.com:
https://www.businesswire.com/news/home/20190606005781/en/

Source: Eros International Plc

Mark Carbeck
Chief Corporate and Strategy Officer
Eros International Plc
+44 207 258 9909
mark.carbeck@erosintl.com

Media:
Erica Bartsch
Sloane & Company
+1 212 446 1875
ebartsch@sloanepr.com



🖨Receive E-mail Alerts       📡 View printer-friendly version       @ RSS Feeds

© 2020 Eros International.

careers | contact us