# EXHIBIT 4

Case 2:19-cv-14125-ES-JSA    Document 67-6    Filed 03/04/22    Page 2 of 5 PageID: 3462

# Eros International: On-The-Ground Research, Employee Interviews, and Private Company Documents Expose Egregious Accounting Irregularities

Published on June 7, 2019

## GET OUR LATEST REPORTS DELIVERED TO YOUR INBOX

| email address | SUBSCRIBE |

- Yesterday, Eros's key Indian operating subsidiary had its credit rating lowered 10 notches to "default" by CARE ratings, the second largest Indian ratings agency. The issue, according to CARE was "a slowdown in collection from debtors".
- The default occurred just as we were completing an investigation that sought to explain precisely why Eros has been persistently unable to collect receivables from its debtors.
- After extensive on-the-ground research in India, interviews with multiple former employees, and a detailed review of Indian private company filings, we believe the underlying problem is that a significant portion of Eros's receivables don't actually exist.
- We have uncovered details of highly irregular related-party transactions. For example, Eros has directed $153 million to a supposed production company based in tiny office located in what looks to be a rehabilitated Mumbai slum. The entity is operated by the brother-in-law of Eros's Chairman and CEO.
- We have also documented what we believe to be multiple undisclosed related-party transactions that appear designed to hide receivables.
- It is hard to imagine Eros's equity makes it out of this scenario intact. We expect the price of both the BSE and NYSE stock to end up worthless, barring some sort of bailout from a friend of Eros's leadership.
- In our opinion, this situation has arisen due to a complete failure of Eros's auditor, Grant Thornton, to apply even basic scrutiny to Eros's financials.

*Initial Disclosure:* After extensive research, we have taken a short position in shares of EROS. We stand to benefit financially if the stock price declines. This report represents our opinion, and we encourage every reader to do their own due-diligence. Please see our full disclaimer at the bottom of the report.

# Introduction: The Market Was Caught Off-Guard by the Sudden Credit Default of Eros's Key Operating Subsidiary

The last couple of days has seen a dramatic series of events for Eros, a company that has been dogged by allegations of accounting irregularities for years (including in several articles written by us: 1 (https://hindenburgresearch.com/eros-earnings-review-an-abundance-of-red-flags/), 2 (https://hindenburgresearch.com/eros-international-new-receivables-accounting-red-flags/)).

India's second largest credit ratings agency, CARE ratings (http://www.careratings.com/findratings.aspx?cid=bniHSqlzInX2Sp%2f0M2lulQ%3d%3d), suddenly lowered the rating on Eros's key Indian operating subsidiary by 10 notches (https://www.bloomberg.com/news/articles/2019-06-06/bonds-rally-in-india-after-central-bank-signals-more-rate-cuts) to "Default", catalyzing a wave of intense selling pressure across Eros's entire capital structure.

Eros's Bombay Stock Exchange-listed subsidiary subsequently cratered (https://www.bseindia.com/stock-share-price/eros-international-media-ltd/erosmedia/533261/) limit-down, along with Eros's unsecured bonds (https://www.londonstockexchange.com/exchange/prices-and-markets/retail-bonds/company-summary/XS1112834608ZZGBPUKCP.html) trading -43%, followed by its NYSE-listed stock which finished the day down about 50%.

Eros initially responded to the default news with a morning press release (https://www.businesswire.com/news/home/20190606005449/en/Eros-International-PLC-Issues-Statement-Announces-Fiscal) stating:

> *Eros International PLC and all of its subsidiaries have met and continue to meet all debt service commitments.*

The story already shifted by mid-day however when a follow-up press release (https://www.businesswire.com/news/home/20190606005781/en/Eros-International-PLC-Issues-Clarifying-Statement) acknowledged that its subsidiary was actually late on two loan payments:

> *(the subsidiary) was late on two loan interest payments for April and May 2019. These interest payments total less than $2 million and are currently in process of remittance.*

Case 2:19-cv-14125-ES-JSA    Document 67-6    Filed 03/04/22    Page 4 of 5 PageID: 3464

The release then reiterated the company's strong cash and liquidity position, although this seemed to do little to allay investor concerns (the stock remained roughly flat from the time of announcement until end of day).

The implosion of Eros's capital structure seems to have caught many market participants off-guard. Macquarie analysts covering the stock put out a research note entitled "Hard to Explain (http://view.remail.macquarie.com/? qs=eb2e24c33cff0a43b851ad1f2aab03d9987e487fcaf916adb9a093313104bef86278adc418df1b25756de3 dc5383e36997cce78044adc7e6f2657aa51743f2d10652a0250709dde7c6c7ca5c819b2a55)", with their best guess being that Eros defaulted due to a "clerical error".

## Introduction: It's Not Hard to Explain

For us, this unraveling couldn't have been more expected. We have been tracking Eros's rapidly deteriorating financial condition closely and were in the process of finalizing this investigation which sought to understand these very issues in more depth.

With Eros's high short-term debt balance, its recent failure to raise an onshore bond (http://view.remail.macquarie.com/? qs=eb2e24c33cff0a43b851ad1f2aab03d9987e487fcaf916adb9a093313104bef86278adc418df1b25756de3 dc5383e36997cce78044adc7e6f2657aa51743f2d10652a0250709dde7c6c7ca5c819b2a55), and its failure to collect on its suspiciously high receivables balance, a liquidity event seemed to border on inevitable.

## The Reason Cited for Default: "A Slowdown in Collection from Debtors". Our Explanation: We Think a Significant Portion of Eros's Receivables Don't Actually Exist

The reasoning cited by CARE for the default rating was a "slowdown in collection from debtors" which led to cash flow issues at the company. Per the report synopsis (http://www.careratings.com/upload/CompanyFiles/PR/Eros%20International%20Media%20Limited-06-05-2019.pdf):

**Detailed Rationale & Key Rating Drivers**
The revision in the ratings assigned to the bank facilities of Eros International Media Ltd. (EIML) is on account of ==ongoing delays/default in debt servicing due to slowdown in collection from debtors, leading to cash flow issues in the company.==

**Detailed description of the key rating drivers**
**Key Rating Weakness**
**Ongoing delays/default in debt servicing**
As a part of CARE's due diligence process, CARE had interacted with EIML's bankers and had also obtained 'Default if any' statements from the company which mentioned delays/default in debt servicing (both principal and interest) on the terms loans availed by the company, as also delays of more than 30 days in servicing interest on cash credit and packing credit, and a delay of more than 30 days in payment of bills. As per the management, the delays/ default in debt servicing is on account of slowdown in collection from debtors leading to cash flow issues in the company.

Case 2:19-cv-14125-ES-JSA    Document 67-6    Filed 03/04/22    Page 5 of 5 PageID: 3465

The "slowdown in collection" echoes the criticism of multiple short-sellers over the past several years (including us) who had identified patterns of suspicious related-party entities and large amounts of revenue that the company has had persistent difficulty in collecting.

Quite frankly, our belief is that Eros is having a hard time collecting on its receivables and advances because we think a significant portion of them do not actually exist.

When faced with past questions about revenue and receivables from skeptics Eros chose to sue them all (https://www.businesswire.com/news/home/20171003005903/en/Eros-International-Plc-Commences-Legal-Action-Market), including us, alleging a massive "short and distort" conspiracy. The lawsuit was recently dismissed (https://iapps.courts.state.ny.us/fbem/DocumentDisplayServlet?documentId=e6dTaZ/5upgM8E3xnAbL/Q==&system=prod) against all moving defendants.

## About Our Investigation: On the Ground in India, And Multiple Interviews with Former Employees

Instead of cowering to Eros's bullying tactics, we instead decided to take our research to the next level.

In this report, we will share findings from our on-the-ground investigation to Mumbai, and from interviews conducted with multiple former employees globally.

Our primary goal was to learn more about Eros's mysterious and growing uncollected receivables balance, which appears to be at the core of its current liquidity situation.

As we will show, we think Eros's collapse is an egregious failure of its auditors, Grant Thornton, to apply even basic scrutiny to the company's financial condition. This comes as no surprise: In the wake of another 'mysterious' financial collapse at one of its other clients last year, the CEO of Grant Thornton said (https://www.ft.com/content/f8828dc8-24b0-11e9-8ce6-5db4543da632) (quite infamously):

> *We are not doing what the market thinks. We are not looking for fraud and we are not looking at the future and we are not giving a statement that the accounts are correct...we are not set up to look for fraud.*

You can say that again Grant Thornton.

## Liquidity Basics: Consistently Negative Free Cash Flow, Low $88m Cash and Equivalents Balance And $211m of Short-Term Debt

We will dive into what we believe are accounting irregularities in the reported financials, but a quick analysis of Eros's reported numbers showed a poor liquidity position as-is: