# EXHIBIT 6

20-F 1 eps9133.htm

**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, DC 20549**

# FORM 20-F

☐ **REGISTRATION STATEMENT PURSUANT TO SECTION 12(b) OR 12(g) OF THE SECURITIES EXCHANGE ACT OF 1934**

OR

☑ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**For the fiscal year ended March 31, 2020**

OR

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

OR

☐ **SHELL COMPANY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**Commission file number 001-36176**

# EROS INTERNATIONAL PLC

(Exact name of Registrant as specified in its charter)

**Not Applicable**
(Translation of Registrant's name into English)

**Isle of Man**
(Jurisdiction of incorporation or organization)

**550 County Avenue**
**Secaucus, New Jersey 07094**
**Tel: +1(201) 558 9001**
(Address of principal executive offices)

**Oliver Webster**
**IQ EQ (Isle of Man) Limited**
**First Names House**
**Victoria Road**
**Douglas, IM2 4DF**
**Isle of Man**
**Tel: (44) 1624 630 630**
**Email: oliver.webster@iqeq.com**
(Name, Telephone, E-mail and/or Facsimile number and Address of Company Contact Person)

Securities registered or to be registered pursuant to Section 12(b) of the Act.

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| **A ordinary share, par value GBP 0.30 per share** | EROS | **The New York Stock Exchange** |

Securities registered or to be registered pursuant to Section 12(g) of the Act.

**None**
(Title of Class)

Securities for which there is a reporting obligation pursuant to Section 15(d) of the Act

None

(Title of Class)

Indicate the number of outstanding shares of each of the issuer's classes of capital or common stock as of the close of the period covered by the annual report.

At March 31, 2020, 127,116,702 'A' ordinary shares and 19,899,085 'B' ordinary shares, each at par value GBP 0.30 per share, were issued and outstanding.

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.☐ Yes   ☑ No

If this report is an annual or transition report, indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934.☐ Yes   ☑ No

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.☑ Yes   ☐ No

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).☑ Yes   ☐ No

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or an emerging growth company. See definition of "accelerated filer and large accelerated filer" in Rule 12b-2 of the Exchange Act. (Check one):

Large accelerated filer ☐            Accelerated filer ☑            Non-accelerated filer ☐
Emerging growth company ☐

If an emerging growth company that prepares its financial statements in accordance with U.S. GAAP, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark which basis of accounting the registrant has used to prepare the financial statements included in this filing:

U.S. GAAP ☐            International Financial Reporting Standards as issued            Other ☐
                            by the International Accounting Standards Board ☑

If "Other" has been checked in response to the previous question, indicate by check mark which financial statement item the registrant has elected to follow: ☐ Item 17   ☐ Item 18

If this report is an annual report, indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).☐ Yes   ☑ No

The following table sets forth, for the period indicated, the revenue by region of domicile of Group's operation.

| | Year ended March 31, | | | Change (%) |
|---|---|---|---|---|
| | 2020 | | 2019 | |
| | (in thousands) | | | |
| India | $ 41,119 | $ | 100,387 | (59.0%) |
| Europe | 26,927 | | 63,196 | (57.4%) |
| North America | 1,309 | | 1,759 | (25.6%) |
| Rest of the world | 86,097 | | 104,784 | (17.8%) |
| **Total revenues** | **$ 155,452** | **$** | **270,126** | (42.5%) |

*Revenue*

In fiscal 2020, Eros film slate comprised thirty films of which two were medium budget and twenty-eight were low budget as compared to seventy-two films of which seven were medium budget and sixty-five were low budget in fiscal 2019.

In fiscal 2020, the Company's slate of thirty films comprised eight Hindi films, one Tamil/Telugu film and twenty-one regional films as compared to the same period last year where its slate of seventy-two films comprised fifteen Hindi films, seven Tamil/Telugu film and fifty regional films .

For the twelve months ended March 31, 2020, aggregate revenue decreased by 42.5% to $155.5 million compared to $270.1 million for the twelve months ended March 31, 2019, mainly due to a reduction in theatrical and television syndication revenue which was partially offset by increased revenue from our digital and ancillary business.

In the twelve months ended March 31, 2020, the aggregate theatrical revenue decreased by 84.8% to $10.6 million, compared to $69.5 million for the fiscal year 2019. The variation in theatrical revenue is primarily due to the mix of films and release of fewer number of films compared to fiscal 2019.

In the twelve months ended March 31, 2020, aggregate revenues from television syndication decreased by 90.8% to $7.1 million, compared to $77.5 million for fiscal year 2019. The decrease is mainly due to the Company's shift in business strategy to reduce the licensing of our content to third parties and increase our focus on premium digital content and drive greater value to the ErosNow platform, where the Company retains its position as the largest provider of Indian local and regional language content.

In the twelve months ended March 31, 2020, the aggregate revenues from digital and ancillary increased by 11.9% to $137.8 million, compared to $123.1 million for fiscal year 2019. The increase in revenue is primarily due to contribution from OTT (over-the-top) digital streaming revenues and ancillary business which includes revenue from providing producer support and VFX services to customers.

**Cost of sales**

For the twelve months ended March 31, 2020, cost of sales decreased by 47.4% to $81.7 million, compared to $155.4 million for fiscal year 2019. The decrease was mainly due to lower amortization costs, lower marketing, advertising and distribution costs.

**Gross profit**

In fiscal 2020 gross profit decreased by 35.7% to $73.7 million, compared to $114.7 million for fiscal 2019. The decrease was mainly due to decrease in revenue, which is partially offset by lower amortization cost and lower marketing, advertising and distribution costs.

**Administrative costs**

In fiscal 2020, administrative costs increased by 65.6% to $144.3 million compared to $87.1 million for fiscal year 2019, the increase in administrative cost were mainly on account of credit impairment loss amounting to $97.6 million in fiscal year 2020 compared to $25.7 million for fiscal 2019 due to higher expected credit loss (ECL) provision, which was partially offset by reduction in other admin cost such as reduction in legal and profession expenses, Impairment loss on advances to content vendors and other expenses.

**Net finance costs**

In fiscal 2020, net finance costs increased by 14.4% to $8.8 million, compared to $7.7 million for fiscal year 2019 mainly due to lower interest income on account of unwinding of credit impairment losses, lower bank interest income and higher interest on borrowings cost.

**Other gains/(loss), net**

In fiscal year 2020, other losses stood at $3.3 million, compared to other gains of $0.3 million in fiscal year 2019, the loss was mainly due to reduction in reversal of expected credit loss (ECL) by $10.4 million, which was partially offset by a lower loss on financial liability measured at fair value amounting to $16 million compared to $21.4 in fiscal year 2019.

**Impairment loss**

We recorded an impairment loss of $431.2 million for Fiscal Year 2020. The impairment charge was taken as per IAS 36 under IFRS accounting rules which require companies to re-assess the carrying book value of assets both on a regular annual basis and also in the case of irregular events. Examples of these "irregular events" include: a major change in market conditions or technology, expectations of future operating losses, material change in listed equity value or negative cash flows. As in our prior fiscal year, the significant reduction in the stock price and corresponding decline in market capitalisation was the main driver for the impairment charge. This was also compounded by exogenous factors such as the COVID pandemic and changes in business conditions, including delayed theatrical distribution of some films and disruptions to content production schedules. Accordingly, we recorded a non-cash impairment loss of $431.2 million, net of taxes, as an exceptional item within the statement of income/(loss). Management believes this is a conservative and prudent action, and does not believe this impairment materially impacts the near term or long-term business or operations of the company, as it is driven by compliance with accounting standards. In addition, to the extent that in future periods there is a material positive change in these business conditions, Management will be able to write-up the value of assets according to the same accounting standards.

**Income tax expense**

In fiscal 2020, income tax expenses decreased by 402.7% to $(22.2) million, compared to $7.3 million for fiscal year 2019. Effective income tax rates were 49.9% and 11.6% for March 31, 2020 and March 31, 2019, respectively, excluding non-deductible share-based payment charges, impairment loss and gain/loss on fair valuation of derivative liabilities. The change in effective rate principally reflects a change in the mix of the profits earned from taxable and non- taxable jurisdictions as well as unrecognized deductible temporary difference and carry forward losses in Indian listed subsidiary.

**Net (loss)/profit**

In fiscal year 2020, net loss was $491.7 million compared to $410.5 million for the fiscal year 2019, the increase was mainly on account of decrease in the group revenues and change in impairment loss in fiscal year 2020.

**Adjusted EBITDA (Non-GAAP)**

In fiscal 2020, adjusted EBITDA decreased by 21.0% to $54.8 million, compared to $69.4 million for fiscal year 2019. The decrease in Adjusted EBITDA is primarily due to lower syndication revenue and few theatrical releases and deferment of film releases in last quarter due to COVID-19 pandemic.

**Trade receivables**

As of March 31, 2020, Trade Receivables decreased to $101.7 million from $196.4 million as of March 31, 2019, primarily due to accounting of expected credit losses as per IFRS 9 standards, including the potential impact of COVID-19 on the credit risk of certain debtor's businesses and our ability to recover contractual revenue from them.

**Net debt**

As of March 31, 2020, net debt increased by 21.6% to $176.4 million from $145.0 million as of March 31, 2019 because of reduction in cash and cash equivalents.

85

*Year Ended March 31, 2019 Compared to Year Ended March 31, 2018*

| | Year ended March 31, | | Change % | As a % of revenue | |
| --- | --- | --- | --- | --- | --- |
| | 2019 | 2018 | | 2019 | 2018 |
| | (in thousands) | | | | |
| Revenue | $ 270,126 | $ 261,253 | 3.4% | 100.0 | 100.0 |
| Cost of sales | (155,396) | (134,708) | 15.4% | 57.5 | 51.6 |
| **Gross profit** | **114,730** | **126,545** | (9.3%) | 42.5 | 48.4 |
| Administrative costs | (87,134) | (68,029) | 28.1% | 32.3 | 26.0 |
| **Operating profit before impairment loss** | **27,596** | **58,516** | (52.8%) | 10.2 | 22.4 |
| Impairment loss | (423,335) | — | (100%) | 156.7 | — |
| **Operating (loss)/profit** | **(395,739)** | **58,516** | (776.3%) | (146.5) | 22.4 |
| Net finance costs | (7,674) | (17,813) | (56.9%) | 2.8 | 6.8 |
| Other gains/(losses), net | 288 | (41,321) | (100.7%) | (0.1) | 15.8 |
| **Profit/(loss) before tax** | **(403,125)** | **(618)** | (65130.6%) | (149.2) | (0.2) |
| Income tax | (7,328) | (9,127) | (19.7%) | 2.7 | 3.5 |
| **Profit/(loss) for the year** | **$ (410,453)** | **$ (9,745)** | (4111.9%) | (151.9) | (3.7) |

The following table sets forth, for the period indicated, the revenue by region of domicile of Group's operation.

| | Year ended March 31, | | Change (%) |
| --- | --- | --- | --- |
| | 2019 | 2018 | |
| | (in thousands) | | |
| India | $ 100,387 | $ 98,073 | 2.4% |
| Europe | 63,196 | 27,028 | 133.8% |
| North America | 1,759 | 1,244 | 41.4% |
| Rest of the world | 104,784 | 134,908 | (22.3%) |
| **Total revenues** | **$ 270,126** | **$ 261,253** | 3.4% |

*Revenue*

In fiscal 2019, Eros film slate comprised seventy-two films of which seven were medium budget and sixty five were low budget as compared to twenty four films of which one were high budget, four were medium budget and nineteen were low budget in fiscal 2018.

In fiscal 2019, the Company's slate of seventy-two films comprised fifteen Hindi films, seven Tamil/Telugu film and fifty regional films as compared to the same period last year where its slate of twenty four films comprised fourteen Hindi films, one Tamil/Telugu film and nine regional films .

For the twelve months ended March 31, 2019, revenue was adjusted by $34.5 million as significant financing component that arises on account of normal credit terms provided to licensees of our content catalogue (on account of IFRS 15 "Revenue from Contracts with Customers) and the net revenue was to $270.1 million compared to $261.3 million for the twelve months ended March 31, 2018, due to an increase in digital and ancillary revenues.

In the twelve months ended March 31, 2019, the aggregate theatrical revenue decreased by 12.1% to $69.5 million, compared to $79.1 million for the fiscal year 2018. The variation in theatrical revenue is primarily due to the mix of films and release of more low budget films.

In the twelve months ended March 31, 2019, aggregate revenues from television syndication decreased by 20.3% to $77.5 million, compared to $97.2 million for fiscal year 2018. The decrease is mainly due to mix of films and lower catalogue revenue during the year.

In the twelve months ended March 31, 2019, the aggregate revenues from digital and ancillary increased by 44.8% to $123.1 million, compared to $85.0 million for fiscal year 2018. The increase in revenue is primarily on account of contribution from catalogue revenues and digital business and an increase in revenue from OTT platform on account of an increase in subscribers by 138% when compared to the previous year.

In the twelve months ended March 31, 2019, revenue from India increased by 2.4% to $100.4 million, compared to $98.1 million for fiscal year 2018. The variation is due to the mix of films, partially offset by an increase in revenue from digital and ancillary business.

In the twelve months ended March 31, 2019, revenue from Europe increased by 133.8% to $63.2 million, compared to $27.0 million for fiscal year 2018. This was due to higher contribution from the monetization of catalogue films from one of our subsidiary in Europe, including digital and ancillary business.

In the twelve months ended March 31, 2019, revenue from North America increased by 41.4% to $1.7 million, compared to $1.2 million for fiscal year 2018. The increase was due to increase in revenue from digital and ancillary business.

In the twelve months ended March 31, 2019, revenue from the rest of the world decreased by 22.3% to $104.8 million, compared to $134.9 million for fiscal year 2018. This was due to lower catalogue sales during the year, partially offset by increase in revenue from digital and ancillary business.

### Cost of sales

For the twelve months ended March 31, 2019, cost of sales increased by 15.4% to $155.4 million, compared to $134.7 million for fiscal year 2018. The increase was mainly due to higher amortization costs, higher marketing, advertising and distribution costs.

### Gross profit

In fiscal 2019 gross profit decreased by 9.3% to $114.7 million, compared to $126.5 million for fiscal 2018. The decrease was mainly due to an increase in marketing, advertising and distribution costs and adjustment on account of adoption new accounting standard in fiscal year 2019.

### Administrative costs

In fiscal 2019, administrative costs increased by 28.1% to $87.1 million compared to $68.0 million for fiscal year 2018, the increase in administrative cost were mainly on account of credit impairment loss amounting to $21.4 million in fiscal year 2019 and impairment of loans and advances of $7.3 million in fiscal 2019.

### Net finance costs

In fiscal 2019, net finance costs decreased by 56.9% to $7.7 million, compared to $17.8 million for fiscal year 2018 mainly due to unwinding of credit impairment loss reserve by $13.2 million and which was partially offset by lower capitalization of interest.

### Other gains/(loss), net

In fiscal year 2019, other gains were increased by 100.7% to $0.3 million, compared to other losses of $41.3 million in fiscal year 2018, the gain was mainly on account of reversal of expected credit loss of $20.7 million, a credit from the Government of India amounting to $2.3 million and a foreign exchange gain of $5.6 million which was partially offset by a loss on financial liability measured at fair value amounting to $21.4 million compared to $13.8 in fiscal year 2018. In addition, there were other losses in fiscal 2018 caused by a one-time loss on deconsolidation of subsidiary amounting to $14.6 million.

The Group has engaged in transactions with NextGen Films Private Limited[*], an entity owned by the husband of Puja Rajani, sister of Kishore Lulla and Sunil Lulla, which with effect from September 19, 2019 ceased to be a related party, each of which involved the purchase and sale of film rights. In the period ended September 19, 2019, NextGen Films Private Limited sold film rights $ 393,000 (2019: $1,109,000 2018: $7,760,000) to the Group, and purchased film rights, including production services, of Nil (2019: Nil and 2018: $Nil). The Group the period ended September 19, 2019 advanced $2,113,000 (2019: $6,192,000 2018: $19,025,000) to NextGen Films Private Limited for film co-production and received refund of $Nil (2019: $Nil, 2018: $6,114,000) on abandonment of certain film projects.

The Group also engaged in transactions with Everest Entertainment LLP entity owned by the brother of Manjula K. Lulla, wife of Kishore Lulla, which is involved in the purchase and sale of film rights. In March 31, 2020, Everest Entertainment LLP sold film rights of $18,000 (2019: 1,260,000, 2018: 166,000) to the Group and purchased film rights of $ Nil (2019: $ 314,000).

Mrs. Manjula Lulla, the wife of Kishore Lulla, is an employee of Eros International Plc. and is entitled to a salary of $147,000 per annum (2019: $144,000 and 2018: $139,000). Mrs. Krishika Lulla, the wife of Sunil Lulla, is an employee of EIML and is entitled to a salary of $121,000 per annum (2019: $123,000 2018: $133,000). Ms. Riddhima Lulla, the daughter of Kishore Lulla, is an employee of Eros Digital FZ LLC and is entitled to a salary of $300,000 per annum (2019: $213,000 2018: $90,000) which is borne by Eros Worldwide LLC.

All of the amounts outstanding are unsecured and will be settled in cash.

As at March 31, 2020, the Group has provided performance guarantee to a bank amounting to $Nil (2019: $8,000,000 2018: $8,000,000) in connection with funding commitments. under film co-production agreements with NextGen Films Private Limited and having varying maturity dates up to the next 12 months. The Group did not earn any fee to provide such guarantees.

The Group has engaged in transactions with Xfinite Global Plc, a subsidiary of Eros Investment Limited on which it has significant influence. The Group has accounted $12,776 (2019: $1,413, 2018: $ Nil) as revenue during the year ended March 31, 2020.

[*] With effect from September 19, 2019, NextGen Films Private Limited ceased to be a related party.

**Relationship Agreement**

Both we and our subsidiaries, including Eros India, acquire rights in movies. The 2009 Relationship Agreement was renewed with the execution of the 2016 Relationship Agreement between Eros India, Eros Worldwide and us ("Relationship Agreement"). The Relationship Agreement, exclusively assigns to Eros Worldwide, certain intellectual property rights and all distribution rights (including global digital distribution rights) for films (other than Tamil films), held by Eros India or any of its subsidiary or the "Eros India" group, in all territories other than India, Nepal, and Bhutan. In return, Eros Worldwide provides a lump sum minimum guaranteed fee to the Eros India Group in a fixed payment equal to 40% of the production cost of such film (including all costs incurred in connection with the acquisition, pre-production, production or post-production of such film), plus an amount equal to 20% thereon as markup. We refer to these payments collectively as the Minimum Guaranteed Fee. Eros Worldwide is also required to reimburse the Eros India Group pre-approved distribution expenses in connection with such film, plus an amount equal to 20% thereon as markup ("distribution expenses"). In addition, 15% of the gross proceeds received by the Eros International Group from monetization of such films, after certain amounts are retained by the Eros International Group, are payable over to the Eros India Group.

No share of gross proceeds from a film is payable by the Eros International Group to the Eros India Group until the Eros International Group has received and retained an amount equal to the Minimum Guaranteed Fee, a 20% fee on all gross proceeds and 100% of the distribution expenses incurred by the Eros International Group and the distribution expenses for which Eros Worldwide has provided reimbursement to the Eros India Group.

The initial term of the 2016 Relationship Agreement expires in April 2021. Upon expiration, the agreement provides that it will be automatically renewed for successive two year terms unless terminated by any party by 180 days written notice on or before commencement of any renewal term.

**Lulla Foundation**

Prior to our listing on the NYSE in November 2013, we issued the equivalent of 282,949 A ordinary shares to the Lulla Foundation (formerly the Eros Foundation), a U.K. registered charity, for no consideration. Such shares were granted by our Remuneration Committee to Mr. Kishore Lulla as compensation, each of whom directed the issuance of such shares to the Lulla Foundation. Mr. Kishore Lulla and his wife, Mrs. Manjula K. Lulla, are trustees, but not beneficiaries, of the foundation. The Lulla Foundation sold 76,000 A ordinary shares between May 20, 2014 and June 8, 2018 and now currently has 221,949 A ordinary shares as of June 30, 2020.

**C. Interests of Experts and Counsel**

Not applicable.

**E. Share Ownership**

The following table sets forth information with respect to the beneficial ownership of our ordinary shares as at July 27, 2020 by each of our directors and all our directors and executive officers as a group. As used in this table, beneficial ownership means the sole or shared power to vote or direct the voting or to dispose of or direct the sale of any security. A person is deemed to be the beneficial owner of securities that can be acquired within 60 days upon the exercise of any option, warrant or right. Ordinary shares subject to options, warrants or rights that are currently exercisable or exercisable within 60 days are deemed outstanding for computing the ownership percentage of the person holding the options, warrants or rights, but are not deemed outstanding for computing the ownership percentage of any other person. The amounts and percentages as at July 27, 2020 are based on an aggregate of 177,277,956 ordinary shares issued and outstanding as at that date.

| Directors | Number of A Ordinary Shares Beneficially Owned | | Number of B Ordinary Shares Beneficially Owned | |
|---|---|---|---|---|
| | Number of A Shares | Percent of Class | Number of B Shares | Percent of Class |
| Kishore Lulla [1] | * | * | 17,723,085 | 81.7% |
| Rishika Lulla Singh | * | * | 2,662,666 | 12.2% |
| Sunil Lulla | * | * | * | * |
| Prem Parameswaran | * | * | * | * |
| Shailendra Swarup | * | * | * | * |
| Dhirendra Swarup | * | * | * | * |
| Dilip Thakkar | * | * | * | * |
| **Senior Management** | | | | |
| Kumar Ahuja | * | * | * | * |
| Mark Carbeck | * | * | * | * |
| Pradeep Dwivedi | * | * | * | * |
| Ali Hussein | * | * | * | * |
| Ridhima Lulla | * | * | 1,314,667 | 6.1% |
| All Directors and Senior Management | 5,542,655 | 3.56% | 21,700,418 | 100.0% |

\*    Represents less than 1%.

(1)    Kishore Lulla's interest in certain of his shares is by virtue of (i) his holding ownership interests in, and being a potential beneficiary of, discretionary trusts that hold our shares and (ii) serving as trustee of the Lulla Foundation, a U.K. registered charity that holds our shares.

The Founder Group, including Kishore Lulla and his direct descendants, by virtue of the B ordinary shares they own, have different voting rights from holders of A ordinary shares. Each A ordinary share is entitled to one vote on all matters upon which the ordinary shares are entitled to vote, and each B ordinary share is entitled to ten votes. In order to vote at any meeting of shareholders, a holder of B ordinary shares will first be required to certify that it is a permitted holder as defined in our articles of association. Following the adoption of the new Amended Articles of Association, Mr. Sunil Lulla, the brother of Kishore Lulla and the current Chairman and Managing Director of Eros International Media Limited and a member of the board of directors of Eros, and his descendants, will be within the scope of permitted holders.

Options to purchase A ordinary from the Company are granted from time to time to directors, officers and employees of the Company on terms and conditions acceptable to the Board of Directors.

The following table provides option details with respect to the directors and officers as at June 30, 2020.

| Name | Number of 'A' ordinary Shares Options | Date of Grant | Exercise Price | | Expiration Date |
|---|---|---|---|---|---|
| Prem Parameswaran | 300,000 | Sep-15 | | $18.30 | Jun-21 |
| Mark Carbeck | 70,000 | Feb-15 | | $14.97 | Mar-25 |
| Ridhima Lulla | 250,000 | Sep-18 | GBP | 0.30 | Mar-25 |
| Rishika Lulla | 242,035 | Sep-18 | GBP | 0.30 | Mar-25 |

## ITEM 7. MAJOR SHAREHOLDERS AND RELATED PARTY TRANSACTIONS

### A. Major Shareholders

The following table and accompanying footnotes provide information regarding the beneficial ownership of our ordinary shares as of July 27, 2020 with respect to each person or group who beneficially owned 5% or more of our issued ordinary shares.

Beneficial ownership, which is determined in accordance with the rules and regulations of the SEC, means the sole or shared power to vote or direct the voting or dispose or direct the disposition of our ordinary shares. The number of our ordinary shares beneficially owned by a person includes ordinary shares issuable with respect to options or similar convertible securities held by that person that are exercisable or convertible within 60 days of July 27, 2020.

The number of shares and percentage beneficial ownership of ordinary shares below is based on 155,577,538 issued A ordinary shares and 21,700,418 issued B ordinary shares as of July 27, 2020.

Except as otherwise indicated in the footnotes to the table, shares are owned directly or indirectly with sole voting and investment power, subject to applicable marital property laws.

| Major shareholders | Number of A Ordinary Shares Beneficially Owned | | Number of B Ordinary Shares Beneficially Owned | |
|---|---|---|---|---|
| | Number of A Shares | Percent of Class | Number of B Shares | Percent of Class |
| Kishore Lulla | 1,041,404 | 0.7% | 17,723,085 | 81.7% |
| Beech Investments Limited | 318,818 | 0.2% | 8,046,048 | 37.1% |

(1)    Kishore Lulla's interest in certain of his shares is by virtue of (i) his holding ownership interests in, and being a potential beneficiary of, discretionary trusts that hold our shares and (ii) serving as trustee of the Lulla Foundation, a U.K. registered charity that holds our shares.

(2)    Beech Investments Limited, c/o SG Kleinwort Hambros Trust Company (Channel Islands) Limited, PO Box 197, SG Hambros House, 18 Esplanade, St Helier, Jersey, JE4 8RT. Beech Investments, a company incorporated in the Isle of Man, is owned by discretionary trusts that include Eros director Kishore Lulla as a beneficiary. The shares currently held by Beech Investments Limited are being held as both A ordinary and B ordinary shares. The B ordinary shares would convert into A ordinary shares (pursuant to Section 22.1 of the Articles of Association) upon being transferred to a person who is not a Permitted Holder (as defined in Section 22.1 of the Articles of Association).

114

Case 2:19-cv-14125-ES-JSA    Document 67-8    Filed 03/04/22    Page 13 of 15 PageID: 3521

The following summarizes the significant changes in the percentage ownership held by our major shareholders during the past three years:

- Kishore Lulla's interest in certain of his shares is by virtue of (i) his holding ownership interests in, and being a potential beneficiary of, discretionary trusts that hold our shares and (ii) serving as trustee of the Lulla Foundation, a U.K. registered charity that holds our shares. Since July 30, 2019, Mr. Lulla's aggregate ownership of our A and B ordinary shares, through both direct and indirect ownership, has increased by 1,149,493 shares. The change in Mr. Lulla's ownership was driven by several factors including, but not limited to: share grants received through executive compensation schemes, a decrease in holdings of Eros Ventures limited and the conversion of certain amounts of B ordinary shares into A ordinary shares.

The Founder Group, including Kishore Lulla and his direct descendants, by virtue of the B ordinary shares they own, have different voting rights from holders of A ordinary shares. Each A ordinary share is entitled to one vote on all matters upon which the ordinary shares are entitled to vote, and each B ordinary share is entitled to ten votes. In order to vote at any meeting of shareholders, a holder of B ordinary shares will first be required to certify that it is a permitted holder as defined in our articles of association. Following the adoption of the new Amended Articles of Association, Mr. Sunil Lulla, the brother of Kishore Lulla and the current Chairman and Managing Director of Eros International Media Limited and a member of the board of directors of Eros, and his descendants, will be within the scope of permitted holders.

As of June 30, 2020, approximately 140,631,271 of our A ordinary shares, representing 95.0% of our outstanding A ordinary shares as of June 30, 2020, were held by a total of 2 record holders with addresses in the United States. The number of beneficial owners of our A ordinary shares in the United States is likely to be much larger than the number of record holders of our A ordinary shares in the United States. No B ordinary shares are held by individuals with addresses in the United States.

## ITEM 8. FINANCIAL INFORMATION

### A. Consolidated Statements and Other Financial Information

Please see "Part III — Item 18. Financial Statements" for a list of the financial statements filed as part of this Annual Report on Form 20-F.

## ITEM 9. THE OFFER AND LISTING

### A. Offer and Listing Details

The high and low last reported sale prices for our shares for the periods indicated are as shown below. We note that the periods are split between when Eros International was listed on the Alternative Investment Market ("AIM") and when it was listed on the New York Stock Exchange ("NYSE") on November 13, 2013. With respect to the trading prices on AIM, the prices are adjusted to reflect the one-for-three reverse stock split, which occurred on November 18, 2013, and a translation from British Pound Sterling to U.S. dollars based on the prevailing exchange rate between the British Pound Sterling and the U.S. dollar at the time of the applicable trade. Amounts on the NYSE share price table below are for the period November 18, 2013 to June 30, 2020; and on the AIM share price table, for the period April 1, 2010 to November 18, 2013, only.

115

|  | Price per share on NYSE | |
|  | High | Low |
|---|---|---|
| **Fiscal year:** | | |
| 2014 | $ 16.07 | $ 8.94 |
| 2015 | $ 22.44 | $ 13.65 |
| 2016 | $ 37.60 | $ 6.81 |
| 2017 | $ 19.23 | $ 9.65 |
| 2018 | $ 16.10 | $ 6.85 |
| 2019 | $ 14.50 | $ 7.04 |
| 2020 | $ 8.97 | $ 1.24 |
| | | |
| Fiscal Quarter: | | |
| | | |
| First quarter 2020 | $ 8.97 | $ 1.35 |
| Second quarter 2020 | $ 4.44 | $ |
| Third quarter 2020 | $ 3.39 | $ 1.30 |
| Fourth quarter 2020 | $ 4.44 | $ 1.37 |
| **Month:** | | |
| April 2019 | $ 8.97 | $ 8.00 |
| May 2019 | $ 8.59 | $ 7.44 |
| June 2019 | $ 7.66 | $ 1.35 |
| July 2019 | $ 1.82 | $ 1.48 |
| August 2019 | $ 1.69 | $ 1.24 |
| September 2019 | $ 3.51 | $ 1.72 |
| October 2019 | $ 2.32 | $ 1.30 |
| November 2019 | $ 2.67 | $ 1.91 |
| December 2019 | $ 3.39 | $ 2.45 |
| January 2020 | $ 4.44 | $ 2.41 |
| February 2020 | $ 3.14 | $ 2.29 |
| March 2020 | $ 2.52 | $ 1.37 |
| April 2020 | $ 3.05 | $ 1.43 |
| May 2020 | $ 3.32 | $ 2.45 |
| June 2020 | $ 3.84 | $ 2.90 |

|  | Price per share on AIM | |
|  | High | Low |
|---|---|---|
| **Fiscal year:** | | |
| 2011 | $ 13.37 | $ 7.51 |
| 2012 | $ 13.11 | $ 9.54 |
| 2013 | $ 15.02 | $ 8.05 |
| **Fiscal Quarter:** | | |
| First quarter 2013 | $ 15.02 | $ 8.50 |
| Second quarter 2013 | $ 11.53 | $ 8.05 |
| Third quarter 2013 | $ 11.81 | $ 8.90 |
| Fourth quarter 2013 | $ 12.16 | $ 10.44 |
| First quarter 2014 | $ 11.36 | $ 8.79 |
| Second quarter 2014 | $ 13.45 | $ 9.06 |
| **Month:** | | |
| October 2013 | $ 11.05 | $ 10.27 |
| November 2013 | $ 11.05 | $ 10.27 |

Our closing price on AIM on November 13, 2013 was $11.18.

**B. Plan of Distribution**

Not applicable.

**C. Markets**