**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| IN RE EROS INTERNATIONAL PLC SECURITIES LITIGATION | Civil Action No. 19-cv-14125 (JMV)(JAD)<br><br>**ORAL ARGUMENT REQUESTED**<br><br>Motion Return Date: May 16, 2022 |

**<u>CERTIFICATE OF SERVICE</u>**

I, Scott B. Klugman, hereby certify that on March 4, 2022, a copy of Defendants Eros International Plc, Kishore Lulla, and Andrew Warren's Motion to Dismiss the Third Amended Complaint, consisting of a Notice of Motion, a Memorandum of Law in Support, and a Declaration in Support with accompanying exhibits, was served via ECF on all counsel of record.

Dated: March 4, 2022

By:   /s/ Scott B. Klugman
      Scott B. Klugman