James E. Cecchi
Lindsey H. Taylor
Donald A. Ecklund
Kevin G. Cooper
**CARELLA, BYRNE, CECCHI,**
**OLSTEIN, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700

*Liaison Counsel for Plaintiffs*

Kara M. Wolke
Leanne H. Solish
Raymond D. Sulentic
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150

*Lead Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE EROS INTERNATIONAL PLC SECURITIES LITIGATION | Case No. 19-cv-14125(JMV)(JAD) |

**DECLARATION OF JAMES E. CECCHI IN SUPPORT OF
PLAINTIFFS' OMNIBUS MEMORANDUM IN OPPOSITION TO DEFENDANTS'
MOTIONS TO DISMISS THE THIRD AMENDED CONSOLIDATED COMPLAINT**

James E. Cecchi declares as follows:

1.    I am an attorney licensed to practice law in the State of New Jersey, and am a partner at the law firm of Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C. ("Carella Byrne"), Liaison Counsel for Plaintiffs in this case.  I submit this declaration in support of Plaintiffs' Omnibus Memorandum in Opposition to Defendants' Motions to Dismiss the Consolidated Complaint.

2.    Attached as Exhibit A is a true and correct copy of Exhibits 12-1, 12-2, 13-1, and 13-2 (the Sarbanes Oxley Certifications) to Eros International PLC (Eros)'s Form 20-F filed with the Securities and Exchange Commission ("SEC") on July 30, 2020 for the fiscal year ended March 31, 2020, and is available through the SEC's website at https://www.sec.gov/Archives/edgar/data/0001532981/000117152020000322/0001171520-20-000322-index.htm.

3.    Attached as Exhibit B is a true and correct copy of excerpts from Eros STX Global Corporation's Form 20-F filed with the SEC on October 30, 2020 for the transition period from September 30, 2019 to March 31, 2020, and is available through the SEC's website at https://www.sec.gov/Archives/edgar/data/0001532981/000117152020000426/eps9278.htm.

4.    Attached as Exhibit C is a true and correct copy of Eros's Schedule 13D filed with the SEC on August 16, 2019, and is available through the SEC's website at https://www.sec.gov/Archives/edgar/data/0001532981/000117152019000279/ eps8585.htm.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on April 15, 2022, at Roseland, New Jersey.

_s/ James E. Cecchi_____

James E. Cecchi

1