# EXHIBIT B

Case 2:19-cv-14125-ES-JSA Document 70-3 Filed 04/15/22 Page 2 of 24 PageID: 3718

20-F 1 eps9278.htm

# UNITED STATES

## SECURITIES AND EXCHANGE COMMISSION
### WASHINGTON, DC 20549

# FORM 20-F

☐ **REGISTRATION STATEMENT PURSUANT TO SECTION 12(b) OR 12(g) OF THE SECURITIES EXCHANGE ACT OF 1934**

OR

☐ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

OR

☑ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from September 30, 2019 to March 31, 2020**

OR

☐ **SHELL COMPANY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**Commission file number 001-36176**

## EROS STX GLOBAL CORPORATION
(Exact name of Registrant as specified in its charter)

**Not Applicable**
(Translation of Registrant's name into English)

**Isle of Man**
(Jurisdiction of incorporation or organization)

**3900 West Alameda Avenue, 32nd Floor**
**Burbank, California 91505**
**Tel: (818) 524-7000**
(Address of principal executive offices)

**Noah Fogelson**
**3900 West Alameda Avenue, 32nd Floor**
**Burbank, California 91505**
**Tel: (818) 524-7000**
**Email: noah@erosstx.com**
(Name, Telephone, E-mail and/or Facsimile number and Address of Company Contact Person)

Securities registered or to be registered pursuant to Section 12(b) of the Act.

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| **A ordinary share, par value GBP 0.30 per share** | ESGC | **The New York Stock Exchange** |

Securities registered or to be registered pursuant to Section 12(g) of the Act.

**None**
(Title of Class)

Securities for which there is a reporting obligation pursuant to Section 15(d) of the Act

**None**
(Title of Class)

Indicate the number of outstanding shares of each of the issuer's classes of capital or common stock as of the close of the period covered by the transition report.

At March 31, 2020, 127,116,702 'A' ordinary shares and 19,899,085 'B' ordinary shares, each at par value GBP 0.30 per share, were issued and outstanding.

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. ☐ Yes ☑ No

If this report is an annual or transition report, indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934. ☐ Yes ☑ No

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. ☑ Yes ☐ No

Case 2:19-cv-14125-ES-JSA Document 70-3 Filed 04/15/22 Page 3 of 4 PageID: 3719

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). ☑ Yes ☐ No

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or an emerging growth company. See definition of "accelerated filer and large accelerated filer" in Rule 12b-2 of the Exchange Act. (Check one):

Large accelerated filer ☐          Accelerated filer ☑          Non-accelerated filer ☐
Emerging growth company ☐

If an emerging growth company that prepares its financial statements in accordance with U.S. GAAP, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark which basis of accounting the registrant has used to prepare the financial statements included in this filing:

U.S. GAAP ☑          International Financial Reporting Standards as issued          Other ☐
                     by the International Accounting Standards Board ☐

If "Other" has been checked in response to the previous question, indicate by check mark which financial statement item the registrant has elected to follow: ☐ Item 17 ☐ Item 18

If this report is an annual report, indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). ☐ Yes ☐ No

The following chart illustrates the total contribution of STX revenue from theatrical revenue, international revenue and post-theatrical revenue recognized for the aggregate period for fiscal years 2017, 2018 and 2019 and the six months ended March 31, 2020 and 2019.

| | For the Year Ended September 30, | | | | | | For the Six Months Ended March 31, | | | |
| | 2017 | | 2018 | | 2019 | | 2019 | | 2020 | |
| | $ | % | $ | % | $ | % | $ | % | $ | % |
| | (in thousands, except percentages) | | | | | | | | | |
| | | | | | | | (unaudited) | | | |
| **Revenue** | | | | | | | | | | |
| Film | | | | | | | | | | |
| Theatrical | 20,339 | 10.1 | 136,474 | 30.4 | 109.716 | 25.3 | 58,619 | 26.2 | 49,162 | 26.1 |
| International | 37,836 | 18.8 | 154,915 | 34.5 | 88,633 | 20.4 | 46,876 | 20.9 | 38,198 | 20.3 |
| Home Entertainment | 94,457 | 46.9 | 102,971 | 22.9 | 118,716 | 27.3 | 71,382 | 31.9 | 53,405 | 28.3 |
| TV/streaming | 40,368 | 20.0 | 32,026 | 7.1 | 71,575 | 16.5 | 42,123 | 18.8 | 35,168 | 18.7 |
| Other Post-Theatrical | 2,772 | 1.4 | 1,245 | 0.3 | 4,988 | 1.1 | 1,506 | 0.7 | 2,649 | 1.4 |
| Total Film | 195,772 | 97.2 | 427,631 | 95.2 | 393,628 | 90.6 | 220,506 | 98.5 | 178,582 | 94.8 |
| TV and Other | 5,669 | 2.8 | 21,215 | 4.8 | 40,633 | 9.4 | 3,562 | 1.5 | 9,871 | 5.2 |
| **Total revenue** | **201,441** | **100.0** | **448,846** | **100.0** | **434,261** | **100.0** | **224,068** | **100.0** | **188,453** | **100.0** |

The following chart illustrates the key lifecycle stages of a film from development through distribution and the timing of recognition of revenue:

Revenues from a film are first realized following its theatrical release. These theatrical revenues represent our share of gross box office receipts and STX expects to realize the revenue within three months of release. Following the theatrical windows, the film is made available to consumers through home entertainment channels, which may be either packaged media or digital media. Packaged media and digital media exploitation begins approximately four months after theatrical release and continues through the remainder of the ultimate period. STX expects approximately 75% and 65% of the film's ultimate packaged media and digital home entertainment revenue, respectively, will be collected in the first two quarters following availability.

61