# EXHIBIT C

Case 2:19-cv-14125-ES-JSA   Document 70-4   Filed 04/15/22   Page 2 of 14 PageID: 3722

SC 13D/A 1 eps8585.htm

# UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

## SCHEDULE 13D
### Under the Securities Exchange Act of 1934
### (Amendment No. 2)*

## Eros International PLC
(Name of Issuer)

A Ordinary Shares, par value £0.30 per share
(Title of Class of Securities)

G3788M114
(CUSIP Number)

Joel Smith
SG Kleinwort Hambros Trust Company (CI) Limited
18 Esplanade, St. Helier
Jersey, Channel Islands, JE4 8RT
(Name, Address and Telephone Number of Person Authorized to Receive Notices and Communications)

July 11, 2019
(Date of Event Which Requires Filing of this Statement)

If the filing person has previously filed a statement on Schedule 13G to report the acquisition that is the subject of this Schedule 13D, and is filing this schedule because of §§240.13d-1(e), 240.13d-1(f) or 240.13d-1(g), check the following box. ☐

**Note**: Schedules filed in paper format shall include a signed original and five copies of the schedule, including all exhibits. See §240.13d-7 for other parties to whom copies are to be sent.

* The remainder of this cover page shall be filled out for a reporting person's initial filing on this form with respect to the subject class of securities, and for any subsequent amendment containing information which would alter disclosures provided in a prior cover page.

The information required on the remainder of this cover page shall not be deemed to be "filed" for the purpose of Section 18 of the Securities Exchange Act of 1934 ("Act") or otherwise subject to the liabilities of that section of the Act but shall be subject to all other provisions of the Act (however, see the Notes).

| | |
|---|---|
| 1. Names of Reporting Persons:<br>IRS Identification Nos. of above persons (entities only)<br><br>Kishore Lulla | |
| 2. Check the Appropriate Box If a Member of a Group | a. ☐<br>b. ☑ |
| 3. SEC Use Only | |
| 4. Source of Funds:<br>OO | |
| 5. Check If Disclosure of Legal Proceedings Is Required Pursuant to Items 2(d) or 2(e) | ☐ |
| 6. Citizenship or Place of Organization:<br><br>United Kingdom | |

Number of Shares Beneficially Owned by Each Reporting Person With

| | |
|---|---|
| 7. Sole Voting Power<br>7,750,130 A ordinary shares and B ordinary shares, collectively (representing (i) 221,949 A ordinary shares held by The Lulla Foundation, a U.K. registered charity of which Kishore Lulla serves as a trustee, through discretionary trusts which Kishore Lulla holds an ownership interest in and, with Kishore Lulla's immediate family members, is a potential beneficiary of; (ii) 7,210,877 B ordinary shares[1] held by Kishore Lulla as an individual, which are immediately convertible into an equal number of A ordinary shares; and (iii) 317,304 A ordinary shares held by Kishore Lulla as an individual). | |
| 8. Shared Voting Power<br>10,364,866 A ordinary shares and B ordinary shares, collectively (representing (i) 8,546,048 B ordinary shares[1] held by Beech Investments Limited, which are beneficially owned by Kishore Lulla through direct ownership and discretionary trusts that include Kishore Lulla and Kishore Lulla's immediate family members as beneficiaries, which are immediately convertible into an equal number of A ordinary shares, (ii) 593,495 A ordinary shares held by Beech Investments Limited, which are beneficially owned by Kishore Lulla through direct ownership and discretionary trusts that include Kishore Lulla and Kishore Lulla's immediate family members as beneficiaries; and (iii) 1,225,323 A ordinary shares held by Eros Ventures Limited through discretionary trusts that include Kishore Lulla and Kishore Lulla's immediately family members as beneficiaries). | |
| 9. Sole Dispositive Power<br>7,750,130 A ordinary shares and B ordinary shares, collectively (representing (i) 221,949 A ordinary shares held by The Lulla Foundation, a U.K. registered charity of which Kishore Lulla serves as a trustee, through discretionary trusts which Kishore Lulla holds an ownership interest in and, with Kishore Lulla's immediate family members, is a potential beneficiary of; (ii) 7,210,877 B ordinary shares[1] held by Kishore Lulla as an individual, which are immediately convertible into an equal number of A ordinary shares; and (iii) 317,304 A ordinary shares held by Kishore Lulla as an individual). | |

Case 2:19-cv-14125-ES-JSA Document 70-4 Filed 04/15/22 Page 4 of 14 PageID: 3724

_____

[1]     Includes 500,000 B ordinary shares that as of July 30, 2019 were directly owned by Kishore Lulla and beneficially owned by Beech Investments Limited.

1

10. Shared Dispositive Power

10,364,866 A ordinary shares and B ordinary shares, collectively (representing (i) 8,546,048 B ordinary shares[1] held by Beech Investments Limited, which are beneficially owned by Kishore Lulla through direct ownership and discretionary trusts that include Kishore Lulla and Kishore Lulla's immediate family members as beneficiaries, which are immediately convertible into an equal number of A ordinary shares, (ii) 593,495 A ordinary shares held by Beech Investments Limited, which are beneficially owned by Kishore Lulla through direct ownership and discretionary trusts that include Kishore Lulla and Kishore Lulla's immediate family members as beneficiaries; and (iii) 1,225,323 A ordinary shares held by Eros Ventures Limited through discretionary trusts that include Kishore Lulla and Kishore Lulla's immediately family members as beneficiaries).

11. Aggregate Amount Beneficially Owned by Each Reporting Person

17,614,996 A ordinary shares and B ordinary shares, collectively (representing (i) 15,256,925 B ordinary shares immediately convertible into an equal number of A ordinary shares and (ii) 2,358,071 A ordinary shares).

12. Check if the Aggregate Amount in Row 11 Excludes Certain Shares    ☐

13. Percent of Class Represented by Amount in Row 11

17.67%[2] (representing the percentage of the aggregate combined A ordinary shares and B ordinary shares on an as converted basis).

14. Type of Reporting Person

IN, HC

---

[2]     Calculated on the basis of the conversion of 15,256,925 B ordinary shares outstanding to A ordinary shares on a one-for-one basis, and 84,430,802 A ordinary shares outstanding as of July 30, 2019.

2

Case 2:19-cv-14125-ES-JSA   Document 70-4   Filed 04/15/22   Page 6 of 14 PageID: 3726

| 1. | Names of Reporting Persons:<br>IRS Identification Nos. of above persons (entities only)<br><br>Beech Investments Limited | |
|---|---|---|
| 2. | Check the Appropriate Box If a Member of a Group | a. ☐<br>b. [X] |
| 3. | SEC Use Only | |
| 4. | Source of Funds:<br>OO | |
| 5. | Check If Disclosure of Legal Proceedings Is Required Pursuant to Items 2(d) or 2(e) | ☐ |
| 6. | Citizenship or Place of Organization:<br><br>Isle of Man | |

Number of Shares Beneficially Owned by Each Reporting Person With

| 7. Sole Voting Power<br>-0- |
|---|
| 8. Shared Voting Power<br>9,139,543 A ordinary shares and B ordinary shares, collectively (representing (i) 8,546,048 B ordinary shares[1] held through direct ownership, which are immediately convertible into an equal number of A ordinary shares, and (ii) 593,495 A ordinary shares held through direct ownership). |
| 9. Sole Dispositive Power<br>-0- |
| 10. Shared Dispositive Power<br>9,139,543 A ordinary shares and B ordinary shares, collectively (representing (i) 8,546,048 B ordinary shares[1] held through direct ownership, which are immediately convertible into an equal number of A ordinary shares, and (ii) 593,495 A ordinary shares held through direct ownership). |

| 11. | Aggregate Amount Beneficially Owned by Each Reporting Person<br>9,139,543 A ordinary shares and B ordinary shares, collectively (representing (i) 8,546,048 B ordinary shares[1] immediately convertible into an equal number of A ordinary shares and (ii) 593,495 A ordinary shares). | |
|---|---|---|
| 12. | Check if the Aggregate Amount in Row 11 Excludes Certain Shares | ☐ |
| 13. | Percent of Class Represented by Amount in Row 11<br>9.19%[3] (representing the percentage of the aggregate combined A ordinary shares and B ordinary shares on an as converted basis). | |

14. Type of Reporting Person
CO

_____

[3]      Calculated on the basis of the conversion of 8,546,048 B ordinary shares outstanding to A ordinary shares on a one-for-one basis, and 84,430,802 A ordinary shares outstanding as of July 30, 2019.

3

Case 2:19-cv-14125-ESJSA   Document 70-4   Filed 04/15/22   Page 8 of 14 PageID: 3728

1.  Names of Reporting Persons:
    IRS Identification Nos. of above persons (entities only)

Eros Ventures Limited

| | | |
|---|---|---|
| 2.  Check the Appropriate Box If a Member of a Group | | a. ☐ <br> b. [X] |

3.  SEC Use Only

4.  Source of Funds:
OO

| | |
|---|---|
| 5.  Check If Disclosure of Legal Proceedings Is Required Pursuant to Items 2(d) or 2(e) | ☐ |

6.  Citizenship or Place of Organization:

British Virgin Islands

Number of Shares Beneficially Owned by Each Reporting Person With

7. Sole Voting Power
-0-

8. Shared Voting Power
1,225,323 A ordinary shares (representing 1,225,323 A ordinary shares held through direct ownership).

9. Sole Dispositive Power
-0-

10. Shared Dispositive Power
1,225,323 A ordinary shares (representing 1,225,323 A ordinary shares held through direct ownership)

11.  Aggregate Amount Beneficially Owned by Each Reporting Person
1,225,323 A ordinary shares (representing 1,225,323 A ordinary shares held through direct ownership)

| | |
|---|---|
| 12.  Check if the Aggregate Amount in Row 11 Excludes Certain Shares | ☐ |

13.  Percent of Class Represented by Amount in Row 11

1.45%[4] (representing the percentage of the aggregate combined A ordinary shares and B ordinary shares on an as converted basis).

14. Type of Reporting Person
CO

---

[4]    Calculated on the basis of 84,430,802 A ordinary shares outstanding as of July 30, 2019.

4

---

**Item 1. Security and Issuer**

This Amendment No. 2 to Schedule 13D (this "Amendment No. 2") is being filed to report each of the reporting persons' named herein (each a "Filing Person" and collectively, the "Filing Persons") beneficial ownership of the A ordinary shares, par value GBP 0.30 per share of Eros International Plc, an Isle of Man limited company (the "Issuer"), and amends the Schedule 13D filed on June 10, 2015 (the "Original Schedule 13D" and, together with this Amendment No. 1, the "Schedule 13D"). The principal executive offices of the Issuer are located at 550 County Avenue, Secaucus, New Jersey 07094. The A ordinary shares (both issued and on an as-converted basis from B ordinary shares, par value GBP 0.30 per share) reported herein as beneficially owned by Kishore Lulla consist of (i) the number of A ordinary shares owned by Kishore Lulla as an individual; (ii) the number of B ordinary shares owned by Kishore Lulla as an individual; (iii) the number of A and B ordinary shares owned directly by Beech Investments Limited ("Beech"); (iv) the number of A ordinary shares owned directly by Eros Ventures Limited ("EVL"); and (v) the number of A ordinary shares owned directly by The Lulla Foundation, a U.K. registered charity of which Kishore Lulla serves as trustee (the "Lulla Foundation").

**Item 2. Identity and Background**

<u>Kishore Lulla</u>
The principal business address of Kishore Lulla is 3902 & 3903 Tower A, Business Central Tower, Dubai Internet City, Sheikh Zayed Road, Dubai, United Arab Emirates. Kishore Lulla's principal occupation is as the Executive Chairman and Group CEO and a director of the Issuer. Kishore Lulla is a citizen of the United Kingdom.

<u>Beech Investments Limited</u>
The principal business address for Beech is c/o SG Kleinwort Hambros Trust Company (CI) Limited, 18 Esplanade, St Helier, Jersey, JE4 8RT. The primary business of Beech is as an investment holding company.

Beech Investments Limited is a company incorporated in the Isle of Man.

The directors of Beech are: Joel Smith and Simon Kleis

Beech's directors' principal business addresses are as follows:

- The business address for Joel Smith is 18 Esplanade, St Helier, Jersey, Channel Islands JE4 8RT.
- The business address for Simon Kleis is 18 Esplanade, St Helier, Jersey, Channel Islands JE4 8RT.

The directors' principal occupations are as follows:

- Joel Smith is a Director within Jersey offshore finance centre and employed by SG Kleinwort Hambros Trust Company (CI) Limited
- Simon Kleis is a Director within Jersey offshore finance centre and employed by SG Kleinwort Hambros Trust Company (CI) Limited

Joel Smith and Simon Kleis are British citizens.

<u>Eros Ventures Limited</u>
The principal business address for EVL is 18 Esplanade, St Helier, Jersey, Channel Islands JE4 8RT. The primary business of EVL is as an investment holding company.

EVL is a company incorporated in the British Virgin Islands

The director of EVL is: CDS International Ltd. ("CDS"), its sole corporate director.

The principal business address for CDS is c/o SG Kleinwort Hambros Trust Company (CI) Limited, Hambro House, St Julian's Avenue, St Peter Port, Guernsey, GY1 3ED

CDS does not have a principal occupation as it is a corporate director.

The directors of CDS are: William Annan, David Chalmers-Hunt, Patrick LeGallez and Philip Mcilwraith.

Case 2:19-cv-14125-ES-JSA   Document 70-4   Filed 04/15/22   Page 11 of 14 PageID: 3731

CDS's directors' principal business addresses are as follows:

- The business address for William Annan is Hambro House, St Julian's Avenue, St Peter Port, GY1 3AE, Guernsey.
- The business address for David Chalmers-Hunt is 18 Esplanade, St Helier, Jersey, Channel Islands JE4 8RT.
- The business address for Patrick LeGallez is Hambro House, St Julian's Avenue, St Peter Port, GY1 3AE, Guernsey.
- The business address for Philip Mcilwraith is 18 Esplanade, St Helier, Jersey, Channel Islands JE4 8RT.

The directors' principal occupations are as follows:

- William Annan is a Director within Guernsey offshore finance centre and employed by SG Kleinwort Hambros Trust Company (CI) Limited.
- David Chalmers-Hunt is a Director within Jersey offshore finance centre and employed by SG Kleinwort Hambros Trust Company (CI) Limited.
- Patrick LeGallez is a Director within Guernsey offshore finance centre and employed by SG Kleinwort Hambros Trust Company (CI) Limited.
- Philip Mcilwraith is a Director within Jersey offshore finance centre and employed by SG Kleinwort Hambros Trust Company (CI) Limited.

William Annan, David Chalmers-Hunt, Patrick LeGallez and Philip Mcilwraith are all British citizens.

**Item 3. Source and Amount of Funds or Other Consideration**

Item 3 of the Original Schedule 13D is amended as follows:

The responses to Item 5 of this Amendment No. 1 are incorporated herein by reference.

**Item 4. Purpose of Transaction**

Between June 11, 2019 and July 2, 2019, Falcon Private Bank sold 8,633,998 A ordinary shares that were pledged by Kishore Lulla and Eros Ventures Limited in a share-based borrowing. On July 11, 2019, Mr. Kishore Lulla was issued 7,044,210 B ordinary shares using the market value of the A ordinary shares as of July 11, 2019 as repayment of a loan made to the issuer by Kishore Lulla on February 16, 2019, February 20, 2019 and May 7, 2019 and amounts due as of July 11, 2019.

**Item 5. Interest in Securities of the Issuer**

Paragraphs (a)-(b) and (c) of Item 5 of the Original Schedule 13D are amended as follows:

(a) – (b) Interest of Reporting Persons and Others:

(1) Mr. Kishore Lulla: As of the date of this filing, Kishore Lulla has beneficial ownership of an aggregate of 17,614,996 A ordinary shares and B ordinary shares on an as-converted basis, or 17.67% of the combined A ordinary shares and B ordinary shares on an as-converted basis that Kishore Lulla may acquire within 60 days. Of these 17,614,996 A ordinary shares and B ordinary shares on an as-converted basis, Kishore Lulla has:(a) sole voting and sole dispositive power with respect to 317,304 A ordinary shares and 7,210,877 B ordinary shares and (b) shared voting and shared dispositive power with respect to 1,818,818 A ordinary shares and 8,546,048 B ordinary shares. Of these shares (i) 317,304 A ordinary shares are personally held by Kishore Lulla as an individual, (ii) 7,210,877 B ordinary shares are personally held by Kishore Lulla as an individual, (iii) 8,546,048 B ordinary shares are beneficially owned by Kishore Lulla and are held by Beech, (iv) 1,225,323 A ordinary shares are beneficially owned by Kishore Lulla and are held by EVL, (v) 593,495 A ordinary shares are beneficially owned by Kishore Lulla and are held by Beech and (vi) 221,949 A ordinary shares are held by the Lulla Foundation, through which Kishore Lulla has a voting interest in such A ordinary shares. Kishore Lulla, through direct ownership of Beech and as a trustee and, with Kishore Lulla's immediate family members, a beneficiary of the discretionary trust and the Lulla Foundation, may be deemed to have beneficial ownership of the shares owned directly or indirectly by such discretionary trusts, Beech, EVL, and the Lulla Foundation.

6

(2)  Beech Investments Limited: As of the date of this filing, Beech Investments Limited has beneficial ownership of an aggregate of 9,139,543 ordinary shares on an as-converted basis, or 9.19% of the combined A ordinary shares and B ordinary shares on an as-converted basis that Beech may acquire within 60 days. Of these 9,139,543 shares, Beech Investments Limited has (a) sole voting and sole dispositive power with respect to no shares and (b) shared voting and shared dispositive power with respect to 8,546,048 B ordinary shares and 593,495 A ordinary shares. Of these shares, all are owned directly by Beech Investments Limited.

(3)  Eros Ventures Limited: As of the date of this filing, EVL has beneficial ownership of an aggregate of 1,225,323 A ordinary shares, or 1.45% of the combined A ordinary shares. Of these 1,225,323 shares, EVL has (a) sole voting and sole dispositive power with respect to no shares and (b) shared voting and shared dispositive power with respect to 1,225,323 A ordinary shares. Of these shares, all are owned directly by EVL.

(c)  Please see Item 4 for a description of the transactions that resulted in the current beneficial ownership of the A ordinary shares and B ordinary shares by the Filing Persons.

**Item 6. Contract, Arrangements, Understandings or Relationships with Respect to Securities of the Issuer**

**Item 7.  Materials to Be Filed as Exhibits**

Exhibit 99.1    Joint Filing Agreement, dated May 3, 2019 (incorporated by reference to Exhibit 99.1 to Kishore Lulla's Amendment No. 1 to Schedule 13D, filed with the Securities and Exchange Commission on May 28, 2019).

7

**SIGNATURE**

After reasonable inquiry and to the best of my knowledge and belief, I certify that the information set forth in this statement is true, complete and correct.

August 15, 2019

/s/ Kishore Lulla
_____
Kishore Lulla

Beech Investments Limited

By:     /s/ Joel Smith
        _____
        Name:  Joel Smith
        Title:  Director

By:     /s/ Simon Kleis
        _____
        Name:  Simon Kleis
        Title:  Director

Eros Ventures Limited

By:     /s/ CDS International Limited
        _____
        Name:  CDS International Limited
        Title:  Sole Director

The original statement shall be signed by each person on whose behalf the statement is filed or his authorized representative. If the statement is signed on behalf of a person by his authorized representative (other than an executive officer or general partner of the filing person), evidence of the representative's authority to sign on behalf of such person shall be filed with the statement: provided, however, that a power of attorney for this purpose which is already on file with the Commission may be incorporated by reference. The name and any title of each person who signs the statement shall be typed or printed beneath his signature.

**Attention: Intentional misstatements or omissions of fact constitute Federal criminal violations (See 18 U.S.C, 1001)**

8