**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| IN RE EROS INTERNATIONAL PLC SECURITIES LITIGATION | 1:19-cv-14125 (JMV) (JAD) |

**SUPPLEMENTAL DECLARATION OF STEPHEN W. TOUNTAS**

STEPHEN W. TOUNTAS hereby declares under penalty of perjury as follows:

1.      I am a member of Kasowitz Benson Torres LLP, counsel to Prem Parameswaran in this action.  I am admitted to the practice of law in the United States District Court for the District of New Jersey.  I submit this Declaration in support of Parameswaran's Reply in further support of his Motion to Dismiss the Third Amended Consolidated Class Action Complaint filed by Lead Plaintiffs Opus Chartered Issuances, S.A., Compartment 127 and AI Undertaking IV.

2.      Attached hereto as Exhibit 16 is a true and correct copy of the Form 6-K, with exhibits, filed with the SEC by Eros International Plc on April 20, 2020.

3.      Attached hereto as Exhibit 17 is a true and correct copy of Form 6-K, with exhibits, filed with the SEC by Eros International Plc on September 17, 2020.

4.      Attached hereto as Exhibit 18 is a true and correct copy of an audio recording of the Eros International Plc Q4 2019 Earnings Call, which took place on July 15, 2019.

5.      Attached hereto as Exhibit 19 is a true and correct copy of an audio recording of the Eros International Plc Q1 2020 Earnings Call, which took place on October 8, 2019.

6.      Exhibits 18 and 19 will be submitted to the Court on a USB flash drive along with the courtesy copies of Parameswaran's motion papers and also will be sent to all counsel of record by email.

Dated: New York, New York
     April 29, 2022

                                   Stephen W. Tountas