# EXHIBIT 16

6-K 1 eps8988.htm

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

---

# FORM 6-K

---

**Report of Foreign Private Issuer**
**Pursuant to Section 13(a) -16 or 15(d) – 16**
**Of the Securities Exchange Act of 1934**

**For the month of April 2020**

**000-23697**
**(Commission file number)**

---

# EROS INTERNATIONAL PLC
(Exact name of registrant as specified in its charter)

---

**550 County Avenue**
**Secaucus, New Jersey 07094**
**Tel: (201) 558-9001**
(Address of principal executive office)

---

Indicate by check mark whether the registrant files or will file annual reports under cover of Form 20-F or Form 40-F. Form 20-F ☑ Form 40-F ☐

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(1): ☐

**Note:** Regulation S-T Rule 101(b)(1) only permits the submission in paper of a Form 6-K if submitted solely to provide an attached annual report to security holders.

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(7): ☐

**Note:** Regulation S-T Rule 101(b)(7) only permits the submission in paper of a Form 6-K if submitted to furnish a report or other document that the registrant foreign private issuer must furnish and make public under the laws of the jurisdiction in which the registrant is incorporated, domiciled or legally organized (the registrant's "home country"), or under the rules of the home country exchange on which the registrant's securities are traded, as long as the report or other document is not a press release, is not required to be and has not been distributed to the registrant's security holders, and, if discussing a material event, has already been the subject of a Form 6-K submission or other Commission filing on EDGAR.

**Transaction Overview**

*Merger Agreement*

On April 17, 2020, Eros International Plc, an Isle of Man company limited by shares ("Eros" or the "Company"), entered into an Agreement and Plan of Merger (the "Merger Agreement") with STX Filmworks, Inc., a Delaware corporation ("STX"), England Holdings 2, Inc., a Delaware corporation and indirect wholly owned subsidiary of Eros ("England Holdings 2"), and England Merger Corp., a Delaware corporation and a direct wholly owned subsidiary of England Holdings 2 ("Merger Sub"), which provides for, among other things, the merger of Merger Sub with and into STX (the "Merger"), with STX surviving as the surviving corporation and a direct wholly owned subsidiary of England Holdings 2. Eros, as the combined company following the Merger, is referred to herein as the "combined company."

On the terms and subject to the conditions of the Merger Agreement, each share of STX preferred stock issued and outstanding immediately prior to the effective time of the Merger (the "Effective Time") will be converted into the right to receive a number of contractual contingent value rights ("CVRs"), without interest, based on the liquidation value and if applicable, the exit payment, of the respective share of STX preferred stock (the "Merger Consideration"), and such CVRs will in turn entitle the holder thereof to receive, on the settlement date of the CVRs, a number of A ordinary shares (the "Eros A Ordinary Shares"), of Eros, to be calculated in accordance with certain agreements governing the CVRs. Each share of STX common stock and each STX stock option and restricted stock unit award issued and outstanding as of immediately prior to the Effective Time will be cancelled at the Effective Time without consideration. The aggregate number of Eros A Ordinary Shares to be issued to the former STX stockholders upon settlement of the CVRs (the "Aggregate Merger Consideration CVR Shares") will be equal to, and will in no event exceed, the total number of Eros A Ordinary Shares and B ordinary shares (the "Eros B Ordinary Shares" and, together with the Eros A Ordinary Shares, collectively, the "Eros Ordinary Shares"), of Eros outstanding as of immediately prior to the Effective Time on a fully diluted basis. The calculation of the fully diluted number of outstanding Eros Ordinary Shares for this purpose will include (1) the aggregate number of Eros Ordinary Shares subject to issuance pursuant to then outstanding in-the-money (based on the volume weighted average trading price of Eros A Ordinary Shares for the 20 days prior to the Effective Time) Eros stock options, (2) the aggregate number of Eros Ordinary Shares subject to issuance pursuant to then outstanding Eros restricted stock unit awards and (3) the aggregate number of Eros Ordinary Shares then subject to issuance pursuant to the outstanding balance of Eros' senior convertible notes.

The applicable CVRs issued as Merger Consideration shall be settled in Eros A Ordinary Shares on the date (the "Settlement Date") that is the earlier to occur of (1) the later to occur of (a) the first time that the Eros A Ordinary Shares issuable pursuant to the CVRs have been registered for resale pursuant to an effective registration statement under the Securities Act of 1933, as amended, and (b) the 75th day after the Closing and (2) the date that is six months after the Effective Time. Each CVR will entitle the holder thereof to receive, on the Settlement Date, a number of Eros A Ordinary Shares allocated from the Aggregate Merger Consideration CVR Shares based on the respective classes of STX preferred stock in respect of which the applicable CVRs were issued. However, the total number of Eros A Ordinary Shares issuable pursuant to all CVRs will not exceed, in the aggregate, the Aggregate Merger Consideration CVR Shares.

At the Effective Time, the combined company will also adopt a go-forward management equity compensation plan with an aggregate equity pool of not less than 40 million Eros A Ordinary Shares, which is expected to represent approximately 9% of the combined company on a fully diluted basis based on the closing price of an Eros A Ordinary Share as of April 16, 2020. The management equity compensation plan will be allocated by the board of directors of the combined company (the "Board"). Before giving effect to the new management equity compensation plan and the Equity Financing (as defined below), as of the Effective Time, the former stockholders of STX will own 50% of the outstanding Eros Ordinary Shares and the existing shareholders of Eros will own 50% of the outstanding Eros Ordinary Shares on a fully diluted basis.

The Merger Agreement, among other things, addresses certain post-closing governance matters, including, (1) that Kishore Lulla, currently the Executive Chairman and Chief Executive Officer of Eros, will be appointed as Executive Co-Chairman of the combined company; and (2) Robert B. Simonds, Jr., currently the Chairman and Chief Executive Officer of STX, will be appointed as Co-Chairman and Chief Executive Officer of the combined company. In addition, effective as of the Effective Time, the Board will have nine directors, of whom four (the "Founder Group Directors") will be selected by shareholders of Eros affiliated with Kishore Lulla and his family (the "Eros Founder Group"), four (the "STX Directors") will be selected by STX, and the remaining one director will be jointly selected by the Eros Founder Group and STX (the "Joint Independent Director"). The foregoing directors will be divided into three classes, each of which will serve for staggered three-year terms. One Founder Group Director, one STX Director and the Joint Independent Director will be allocated to the class of directors initially holding office until Eros' 2021 annual general meeting; one Founder Group Director and two STX Directors will be allocated to the class of directors initially holding office until Eros' 2022 annual general meeting; and two Founder Group Directors and one STX Director will be allocated to the class of directors initially holding office until Eros' 2023 annual general meeting. The Joint Independent Director, at least one Founder Group Director and at least one STX Director will each be required to satisfy the independence standards of the New York Stock Exchange with respect to the combined company as of the Effective Time.

Effective as of the Effective Time, the Audit Committee of the Board will consist of four members, two of whom will be Founder Group Directors and two of whom will be STX Directors; the Nomination and Governance Committee of the Board will consist of four members, two of whom will be Founder Group Directors and two of whom will be STX Directors; and the Remuneration Committee of the Board will consist of three members, one of whom will be a Founder Group Director, one of whom will be an STX Director and one of whom will be the Joint Independent Director.

The STX stockholders have adopted the Merger Agreement and approved the transactions contemplated by the Merger Agreement and related documents. The Eros shareholders have approved the issuance of Eros Ordinary Shares pursuant to the Merger Agreement and the Equity Financing. Pursuant to a Voting and Support Agreement entered into concurrently with the Merger Agreement, the Eros Founder Group further agreed, among other things, to vote their respective Eros Ordinary Shares in favor of the transactions contemplated by the Merger Agreement and the Equity Financing, the adoption of the Amended Articles of Association (as defined below) and against any alternative proposals.

The completion of the Merger is subject to customary conditions, including: (1) the expiration or termination of the applicable waiting period (or any extension thereof) under the Hart-Scott-Rodino Antitrust Improvements Act of 1976, as amended; (2) the receipt of any authorization or consent from a governmental authority required to be obtained with respect to the Merger under certain non-U.S. antitrust laws; (3) the absence of any order or law that has the effect of enjoining or otherwise prohibiting the consummation of the Merger; (4) the substantially concurrent consummation of an aggregate of at least $110 million out of a total of $125 million of equity financing for the combined company (the "Equity Financing"), with the remaining balance of the Equity Financing required to be consummated within 90 days after the Effective Time; (5) the approval for listing on the New York Stock Exchange of the Aggregate Merger Consideration CVR Shares; (6) the continued effectiveness of certain consents and waivers by STX's existing senior lenders under STX's existing senior credit facilities and by STX's existing mezzanine lenders under STX's existing mezzanine credit facility with respect to the Merger and related transactions, which was delivered concurrently with the Merger Agreement; (7) the execution and delivery by the parties thereto of the agreements governing the CVRs, the Investors' Rights Agreement (as defined below) and the Registration Rights Agreement (as defined below); (8) subject to certain exceptions, the accuracy of the representations and warranties of Eros and STX, respectively; and (9) performance by Eros and STX in all material respects of their respective obligations under the Merger Agreement. As of the signing of the Merger Agreement, substantially all of the Equity Financing required for the consummation of the Merger had been committed by investors. Based on the closing price of Eros A Ordinary Shares as of April 16, 2020, the total Equity Financing would equate to approximately 15% of the equity ownership of the combined company on a fully diluted basis.

The Merger Agreement includes customary representations and warranties of Eros and STX and each party has agreed to customary covenants, including, among others, covenants relating to (1) the conduct of its business during the interim period between execution of the Merger Agreement and the Effective Time and (2) its non-solicitation obligations in connection with alternative acquisition proposals. In addition, Eros has agreed to call and hold, as soon as practicable after the date of the Merger Agreement, an extraordinary general meeting of shareholders for the purpose of approving the Amended Articles of Association to reflect certain governance arrangements set forth in the Investors' Rights Agreement and certain related matters.

The Merger Agreement provides for certain customary termination rights for both Eros and STX, including in the event the conditions to their respective obligations have not been satisfied by August 17, 2020 (which will be automatically extended to November 13, 2020 if the only remaining unsatisfied conditions relate to obtaining antitrust approval).

***Form of Investors' Rights Agreement***

Pursuant to the Merger Agreement, at the Effective Time, Eros and certain former stockholders of STX who are purchasing Eros A Ordinary Shares in the Equity Financing will enter into an Investors' Rights Agreement (the "Investors' Rights Agreement"), in substantially the form attached to the Merger Agreement.

The Investors' Rights Agreement provides that, until the third anniversary of the Effective Time, (1) the Hony Investor (as defined therein) will have the right, for so long as the Hony Investor beneficially owns at least 50% of the number of Eros A Ordinary Shares beneficially owned by it as of the Effective Time (giving effect, prior to the Settlement Date, to the Eros A Ordinary Shares underlying the CVRs issued to the Hony Investor pursuant to the Merger Agreement), to nominate for election or appointment to the Board each successor to or replacement for an STX Director, and (2) the Eros Founder Group will have the right, for so long as the Eros Founder Group continues to beneficially own at least 50% of the number of Eros Ordinary Shares beneficially owned by the Eros Founder Group as of the Effective Time (excluding for this purpose shares issued in respect of new equity awards granted at or immediately after the Effective Time), to nominate for election or appointment to the Board each successor to or replacement for a Founder Group Director. In addition, for so long as the Eros Founder Group has the foregoing Board nomination right, with respect to all other directorships to be elected in an election of directors to the Board, the Eros Founder Group shall vote its shares proportionately to the vote of all holders of shares who are not members of the England Founder Group; provided that, for purposes of determining any such proportional vote prior to the settlement date of the CVRs, CVRs shall be deemed to be outstanding A Ordinary Shares and to have been voted in such election.

In addition, for so long as the Hony Investor has the foregoing Board nomination right, the hiring or termination of the chief executive officer, chief financial officer or president (including any co-president) of the combined company will require the approval of a majority of the Board, including at least one director nominated by the Hony Investor.

In addition, until the earlier of the third anniversary of the Effective Time or the date that the Eros Founder Group ceases to beneficially own at least 50% of the number of Eros Ordinary Shares beneficially owned by the Eros Founder Group as of the Effective Time (excluding for this purpose shares issued in respect of new equity awards granted at or immediately after the Effective Time), the following actions by Eros or any of its subsidiaries will require the approval of a majority of the Board, including at least one Founder Group Director that is not an independent director (the "Founder Group Protections"): (1) entering into a change of control transaction; (2) initiating a voluntary liquidation, dissolution, bankruptcy or other insolvency proceeding; (3) making a material change in the nature of the business conducted by Eros and its subsidiaries; (4) hiring or terminating the chief executive officer, chief financial officer or president (including any co-president) of Eros; or (5) adopting the annual business plan (including operating budget) of Eros and its subsidiaries.

The Investors' Rights Agreement also provides that, until the third anniversary of the Effective Time, the Eros Founder Group will not, without the prior approval of an independent committee of the Board, acquire beneficial ownership of Eros Ordinary Shares, or convert Eros A Ordinary Shares owned by the Eros Founder Group from time to time into Eros B Ordinary Shares, to the extent doing so would result in the Eros Founder Group beneficially owning more than 50% of the total voting power of the outstanding Eros Ordinary Shares (the "Founder Group 50% Limit"). Following the third anniversary of the Effective Time, the Eros Founder Group may acquire Eros Ordinary Shares, and/or convert between Eros A Ordinary Shares and Eros B Ordinary Shares, without limitation.

The Investors' Rights Agreement provides for the following minority protections (the "Minority Protections"):

- From the Effective Time until the third anniversary of the Effective Time, the prior approval of holders of a majority of the outstanding Eros A Ordinary Shares will be required before the combined company or any of its subsidiaries takes (or agrees or commits to take) any of the following actions: (1) amending, supplementing or otherwise modifying the combined company's Memorandum or Articles of Association in a manner that would affect the relative rights of the holders of Eros B Ordinary Shares vis-à-vis the holders of Eros A Ordinary Shares; (2) effecting any transaction or series of transactions providing for consideration to the holders of Eros B Ordinary Shares that is in a different amount or form per share than the consideration provided to the holders of Eros A Ordinary Shares in such transaction; (3) any action that would have the effect of increasing the relative voting power of the then outstanding Eros B Ordinary Shares vis-à-vis the then outstanding Eros A Ordinary Shares; (4) issuing additional Eros B Ordinary Shares (other than upon conversion of Eros A Ordinary Shares held by the Eros Founder Group subject to the limitations in the immediately preceding paragraph); or (5) entering into non arms' length related party transactions between the combined company and the Eros Founder Group.

- From the Effective Time until the third anniversary of the Effective Time, the prior approval of an independent committee of the Board will also be required before the combined company or any of its subsidiaries takes (or agrees or commits to take) any of the actions described in items (1), (2) and (5) of the immediately preceding bullet.

- From the Effective Time until the Settlement Date, all of the actions described in the preceding two bullets, as well as any election or removal of directors by the holders of Eros Ordinary Shares or any other action generally requiring the approval of holders of Eros Ordinary Shares, will in addition require the consent of the holders of CVRs corresponding to a number of shares that, together with outstanding shares actually voted with respect to the action in question and assuming the conversion of all CVRs into the respective number of Eros A Ordinary Shares issuable thereunder as of such date, would be required to approve such action pursuant to the organizational documents or otherwise pursuant to the Minority Protections described in the two preceding bullets.

Except for certain fundamental reserved matters that will be subject to approval by a majority of the whole Board, all matters relating to the management of the combined company's Indian subsidiary, Eros International Media Limited, will be delegated exclusively to a committee of the Board consisting only of Founder Group Directors.

*Form of Amended Articles of Association*

Pursuant to the Merger Agreement and the Investors' Rights Agreement, at or as soon as practicable after the Effective Time and subject to obtaining the requisite approval of Eros shareholders at an extraordinary general meeting to be held for such purpose, the Articles of Association of Eros will be amended and restated in the form attached to the Merger Agreement (the "Amended Articles of Association") in order to reflect the Founder Group Protections, the Founder Group 50% Limit and the Minority Protections described above under "Investors' Rights Agreement," the descriptions of which are incorporated under this heading by reference.

*Form of Registration Rights Agreement*

Pursuant to the Merger Agreement, at the Effective Time, Eros and the former stockholders of STX who are entitled to receive CVRs in the Merger and/or who are purchasers in the Equity Financing will enter into a Registration Rights Agreement (the "Registration Rights Agreement"), in substantially the form attached to the Merger Agreement.

Pursuant to the Registration Rights Agreement, the combined company is required as soon as reasonably practicable after the Effective Time, but in no event later than the 60th day following the Effective Time, to prepare and file with the SEC a registration statement on Form F-1 or Form F-3 (the "Shelf Registration Statement") providing for the resale from time to time of all Eros A Ordinary Shares issued (1) at the Effective Time to the former STX stockholders who are purchasing Eros A Ordinary Shares in the Equity Financing and (2) on the Settlement Date upon settlement of the CVRs issued to the former STX stockholders pursuant to the Merger Agreement. The combined company must use commercially reasonable efforts to keep the Shelf Registration Statement continuously effective until the earliest of the date as of which all Eros A Ordinary Shares covered by the Shelf Registration Statement have been sold, such shorter period as may be agreed by all of the former STX stockholders holding Eros A Ordinary Shares then covered by the Shelf Registration Statement or the four-year anniversary of the date of effectiveness of the Shelf Registration Statement.

The former STX stockholders will have the right, from time to time, to cause the combined company to undertake underwritten offerings or sales of Eros A Ordinary Shares covered by the Shelf Registration Statement having an aggregate value of at least $20 million (each, a "Shelf Take-Down"), in each case at the expense of the combined company. The combined company will not be obligated in any calendar year to effect more than four block trade Shelf Take-Downs or one Shelf Take-Down that is not a block trade.

In addition to the rights of the STX stockholders under the Registration Rights Agreement, the Eros Founder Group will have the right, from time to time after the three-month anniversary of the Effective Date, to demand registration, at the combined company's expense, of Eros Ordinary Shares having an aggregate value of at least $20 million. The combined company will not be obligated to effect more than five such demand registrations, and such demand registrations are subject to customary "piggyback" registration rights in favor of the former STX stockholders.

**Important Note**

The representations, warranties and covenants contained in the agreements and documents described above were made only for purposes of those agreements and documents and as of the specified dates set forth therein, were solely for the benefit of the parties to those agreements and documents, may be subject to limitations agreed upon by those parties, including being qualified by confidential disclosures made for the purposes of allocating contractual risk between those parties instead of establishing particular matters as facts, and may be subject to standards of materiality applicable to the contracting parties that differ from those applicable to investors. Investors should not rely on these representations, warranties or covenants or any descriptions thereof as characterizations of the actual state of facts or conditions of the parties or any of their respective subsidiaries or affiliates. Moreover, information concerning the subject matter of the representations, warranties and covenants may change after the date of the agreement containing them, which subsequent information may or may not be fully reflected in Eros's and the combined company's public disclosures. Accordingly, the agreements described above are described in this filing only to provide investors with information regarding the terms of such agreements and not to provide investors with any other factual information regarding the parties or their respective businesses.

**Press Release**

On April 17, 2020, Eros and STX issued a joint press release announcing the execution of the Merger Agreement. A copy of the press release is attached as Exhibit 99.1 to this Report of Foreign Private Issuer on Form 6-K and incorporated by reference herein. In connection with the announcement of the execution of the Merger Agreement, Eros also on April 17, 2020 made available on its investor relations website an accompanying presentation. A copy of the presentation is furnished with this Report of Foreign Private Issuer on Form 6-K as Exhibit 99.2 and is incorporated herein by reference.

**Departure of Director**

On March 26, 2020 Mr. David Maisel retired from service as a director of Eros. The term of Mr. Maisel's service agreement with Eros, pursuant to which he served as a non-executive director, previously expired by its terms on February 12, 2020. Mr. Maisel retired from the Eros board of directors to pursue other interests and professional commitments, and not due to any disagreement with Eros on any matter related to Eros' operations, policies or practices. In light of the contemplated reconfiguration of the Board at the Effective Time as described above under "Merger Agreement," the current board of directors of Eros does not intend prior to the Effective Time to fill the vacancy resulting from Mr. Maisel's retirement.

**Cautionary Note Regarding Forward-Looking Statements**

Information provided in this Report of Foreign Private Issuer on Form 6-K includes "forward-looking statements" within the meaning of Section 27A of the Securities Act of 1933, as amended, or the Securities Act, and Section 21E of the Securities Exchange Act of 1934, as amended, and such statements are subject to the safe harbors created thereby. Generally, these forward-looking statements can be identified by the use of forward-looking terminology such as "approximately," "anticipate," "believe," "estimate," "continue," "could," "expect," "future," "intend," "may," "plan," "potential," "predict," "project," "seek," "should," "will" and similar expressions. Those statements include, among other things, the discussions of Eros' business strategy and expectations concerning its and the combined company's market position, future operations, margins, profitability, liquidity and capital resources, tax assessment orders and future capital expenditures. All such forward-looking statements are subject to risks and uncertainties that may cause actual results to differ materially from those that Eros is expecting, including, without limitation: Eros' and the combined company's ability to successfully and cost-effectively source film content; Eros' and the combined company's ability to achieve the desired growth rate of Eros Now, its digital over-the-top ("OTT") entertainment service; Eros' and the combined company's ability to maintain or raise sufficient capital; delays, cost overruns, cancellation or abandonment of the completion or release of Eros' or the combined company's films; Eros' and the combined company's ability to predict the popularity of its films, or changing consumer tastes; Eros' and the combined company's ability to maintain existing rights, and to acquire new rights, to film content; Eros' and the combined company's ability to successfully defend any future class action law suits it is a party to in the U.S.; anonymous letters to regulators or business associates or anonymous allegations on social media regarding Eros' or the combined company's business practices, accounting practices and/or officers and directors; Eros' and the combined company's dependence on the Indian box office success of its Hindi and high budget Tamil and Telugu films; Eros' and the combined company's ability to recoup the full amount of box office revenues to which it is entitled due to underreporting of box office receipts by theater operators; Eros' and the combined company's dependence on its relationships with theater operators and other industry participants to exploit Eros' and the combined company's film content; Eros' and the combined company's ability to mitigate risks relating to distribution and collection in international markets; fluctuation in the value of the Indian rupee against foreign currencies; Eros' and the combined company's ability to compete in the Indian film industry; Eros' and the combined company's ability to compete with other forms of entertainment; Eros' and the combined company's ability to combat piracy and to protect its intellectual property; Eros' and the combined company's ability to maintain an effective system of internal control over financial reporting; contingent liabilities that may materialize, including Eros' or the combined company's exposure to liabilities on account of unfavorable judgments/decisions in relation to legal proceedings involving Eros, the combined company or its subsidiaries and certain of its directors and officers; Eros' and the combined company's ability to successfully respond to technological changes; regulatory changes in the Indian film industry and Eros' and the combined company's ability to respond to them; Eros' and the combined company's ability to satisfy debt obligations, fund working capital and pay dividends; the monetary and fiscal policies of India and other countries around the world, inflation, deflation, unanticipated turbulence in interest rates, foreign exchange rates, equity prices or other rates or prices; Eros' and the combined company's ability to address the risks associated with acquisition opportunities; risks that the ongoing novel coronavirus pandemic and spread of COVID-19, and related public health measures in India and elsewhere, may have material adverse effects on Eros' and the combined company's business, financial position, results of operations and/or cash flows; the occurrence of any event, change or other circumstances that could give rise to the termination of the Merger Agreement or the failure to satisfy the closing conditions; the possibility that the consummation of the transactions contemplated by the Merger Agreement is delayed or does not occur; uncertainty as to whether the parties will be able to complete the transactions contemplated by the Merger Agreement on the terms set forth therein; uncertainty regarding the timing of the receipt of required regulatory approvals for the Merger; the outcome of any legal proceedings that may be instituted against the parties or others following announcement of the transactions contemplated by the Merger Agreement; challenges, disruptions and costs of closing, integrating and achieving anticipated synergies, or that such synergies will take longer to realize than expected; risks that the Merger and other transactions contemplated by the Merger Agreement disrupt current plans and operations that may harm the parties' businesses; the amount of any costs, fees, expenses, impairments and charges related to the Merger; uncertainty as to the effects of the announcement or pendency of the Merger and related transactions on the market price of the Eros A Ordinary Shares and/or Eros' financial performance; and uncertainty as to the long-term value of the combined company's ordinary shares.

The forward-looking statements contained in this communication are based on historical performance and management's current plans, estimates and expectations in light of information currently available and are subject to uncertainty and changes in circumstances. There can be no assurance that future developments affecting Eros and the combined company will be those that it has anticipated. Actual results may differ materially from these expectations due to changes in global, regional or local political, economic, business, competitive, market, regulatory and other factors, many of which are beyond Eros' and the combined company's control. Should one or more of these risks or uncertainties materialize or should any of Eros' assumptions prove to be incorrect, Eros' and the combined company's actual results may vary in material respects from what Eros may have expressed or implied by these forward-looking statements. Eros cautions that you should not place undue reliance on any of its forward-looking statements. Any forward-looking statement made by Eros in this communication speaks only as of the date on which Eros makes it. Factors or events that could cause Eros' actual results to differ may emerge from time to time, and it is not possible for Eros to predict all of them. Eros undertakes no obligation to publicly update any forward-looking statement, whether as a result of new information, future developments or otherwise, except as may be required by applicable securities laws.

| Exhibit No. | Description |
| --- | --- |
| 99.1 | Press Release, dated April 17, 2020 |
| 99.2 | Investor Presentation, dated April 17, 2020 |

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

Date: April 20, 2020                                    Eros International Plc

                                                        By:   /s/ Mark Carbeck
                                                              Name: Mark Carbeck
                                                              Title: Chief Corporate and Strategy Officer

EX-99.1 2 ex99-1.htm PRESS RELEASE

**Exhibit 99.1**



# Eros International and STX Entertainment to Combine, Creating a Global Entertainment Content, Digital Media & OTT Powerhouse

*Combined Company will Remain a Publicly Traded Enterprise, Uniquely Positioned to Benefit from the Accelerating Consumption of Premium Digital Content in the World's Most Important Growth Markets with a Robust Capital Structure and Experienced Management Team*

- Combines leading Indian film studio and OTT platform with one of Hollywood's fastest-growing independent media companies; to be named **Eros STX Global Corporation** and will trade publicly on the NYSE

- Creates a pre-eminent global media company with unique resources and capability to develop, produce and distribute Bollywood and Hollywood premium content at scale and across platforms, leveraging unique strategic and distribution partnerships globally including Apple, Amazon, Microsoft, NBCUniversal and Google/YouTube

- Revamped capital structure includes $125 million of incremental equity from new and existing STX Entertainment equity investors, including TPG, Hony Capital and Liberty Global; superior liquidity and a robust balance sheet including a $350 million JP Morgan-led credit facility

- Increased financial scale with over $600 million in pro forma revenue for calendar 2019 and over $300 million of highly-predictable aggregated future revenue from STX Entertainment films already released through 2019

- 188 million+ Eros Now registered users including 26 million+ paid subscribers

- Approximately $50 million of highly-actionable operating synergies across global operations

- Newly constituted management team led by **Kishore Lulla** as Executive Co-Chairman, **Robert Simonds** as Co-Chairman & Chief Executive Officer, **Andrew Warren** as Chief Financial Officer, **Rishika Lulla Singh** and **Noah Fogelson** as Co-Presidents, and **Prem Parameswaran** as Head of Corporate Strategy

**Douglas, ISLE OF MAN and Burbank, CALIFORNIA – April 17, 2020** – Eros International PLC (NYSE:EROS) ("Eros International"), a global Indian entertainment company and STX Filmworks, Inc. ("STX Entertainment"), a global, next generation media company, today announced they had entered into a definitive stock-for-stock merger agreement to create the first publicly traded, independent content and distribution company with global reach and unique positions in the United States, India and China.

STX Entertainment is a fully-integrated global media company specializing in the production, marketing, and distribution of talent-driven motion picture, television and multimedia content. It is the first major entertainment and media company to be launched at this scale in Hollywood in more than twenty years.

1



Founded in 2014, STX Entertainment is a leading independent Hollywood studio focused on producing, marketing, owning and distributing film and television content for global audiences across traditional and digital media platforms. To date, the company has released 34 films grossing over $1.5bn in global box office receipts, including such leading titles as Hustlers, Bad Moms and The Upside. STX Entertainment has a deep global distribution network spanning 150+ countries with world-class partners. STX Entertainment has a differentiated asset-lite, capital efficient business model, unique strategic relationships and well-established access to the Chinese entertainment market. STX Entertainment generated revenue of over $400 million in calendar year 2019.

The combined company, to be called **Eros STX Global Corporation**, will have a robust pipeline of feature length films and episodic content with powerful, well-established positions in the world's fastest-growth global markets. The combined company, with $125 million of incremental equity, will boast a strong and revamped capital structure and superior liquidity position at close with $264 million of pro forma net debt, $195 million of pro forma cash balance and $120 million of available revolver capacity as of December 31, 2019. The combined company, which following the consummation of the transaction will be publicly traded on NYSE, will possess a strong management team led by highly experienced executives from both entities.

"We are thrilled to join with STX Entertainment as this represents a landmark step in our company's transformation. We are already at an inflection point as we move to a more consistent, stable and high growth revenue profile with our digital over-the-top ("OTT") platform. This merger will not only fuel our growth, but will also diversify our underlying sources of revenue and subscribers with a truly global play, building a powerhouse between East and West. We are well positioned to create long-term value for our shareholders, partners and employees," said **Kishore Lulla** Executive Chairman and Chief Executive Officer of Eros International. "Collectively, we will have a unique capability to present our film and episodic libraries and pipeline of original content to a broad and growing global audience through multiyear output deals, strategic alliances and our market leading Eros Now streaming platform."

**Mr. Lulla** continued, "This company will be financially strong and uniquely positioned to compete immediately thanks to its global footprint, strong revenue and recapitalized balance sheet, including a large new equity commitment. These significant investments and no meaningful debt maturities in the near-term enable the company to pursue strategic investments in key growth areas, including traditional and digital distribution, film acquisition, TV production and development of original episodic content."

**Robert Simonds**, Executive Chairman and Chief Executive Officer of STX Entertainment stated, "The combination of our two companies creates the first truly independent media company that deeply integrates the expertise and creative cultures of Hollywood and Bollywood. Kishore is a legend in the Indian entertainment industry and a pioneer in OTT content development and distribution in India. Together we will have the relationships, management expertise and resources to create new content and grow rapidly in the largest and most attractive global markets. On day one, we will have the ability to tap into our significant combined libraries, and draw upon our deep relationships with A-list actors, directors and producers across the globe to create even more compelling content for millions of consumers."

**Transformational Combination Creates Strategic and Financial Benefits**

- **Robust pipeline of film and episodic content with multi-channel distribution:** The combined company is projected to release approximately 40 feature length films, including seven sequels to prior hits and 100+ originals of episodic content, in 2020. The combined company's global multichannel distribution across pay-TV via Showtime, digital via Netflix, Hulu, Amazon and Eros Now, the #1 Subscription Video on Demand ("SVOD") platform for Indian content based on size of OTT library, reduces reliance on theatrical monetization. Eros Now's strategic and distribution partnerships with Apple, NBCUniversal, Microsoft and YouTube, as well as STX Entertainment's global output and distribution agreements covering 150+ territories, provides unique opportunities for rapid content proliferation.

2



- **Well-established positions in the fastest growing and largest global markets:** In India, the world's fastest growing media market, the combined company will have a leading box office presence and one of the largest libraries of Indian language films. In China, the world's second fastest growing media market, the combined company will have existing production and distribution capabilities plus relationships with the most popular "A-list" talent in this market. In the United States, the combined company will have the leading box office share among independent Hollywood studios, with a successful film library and a substantial film and episodic content pipeline.

- **Strong capital structure and fully funded business plan enables long term stability and drives growth investment:** Recapitalized balance sheet with $125 million of incremental new equity funding and meaningful extension of average debt maturities. The combined company will have a fully-funded business plan, a conservative capital structure, and superior liquidity position with $264 million of pro forma net debt, $195 million of pro forma cash balance and $120 million of revolver capacity as of December 31, 2019. In addition, the new company's risk-mitigated production / distribution model requires limited company equity investment to produce content at scale, features low overhead and utilizes third-party funding to drive attractive margins and returns on investment.

- **Substantial operating synergy opportunities:** The combined company is expected to generate approximately $50 million in run-rate operating synergies within 24 months of closing, stemming from integration and scale benefits, optimization of global content distribution and enhanced monetization of the Eros Now platform.

- **A newly constituted board of directors and senior leadership team:** The initial Board of Directors of the combined company will include nine board members comprised of highly regarded media, private equity and public company executives with four Directors selected by Eros International (with one independent Director), four Directors selected by STX Entertainment (with one independent Director) and one independent Director selected jointly. Drawing talent from both companies, the combined entity will have a team of industry-leading creative, operational and financial experts, with deep knowledge of key global growth markets and U.S. public company governance experience. In addition to Mr. Lulla and Mr. Simonds, Andrew Warren, currently STX Entertainment's Chief Financial Officer, will serve as CFO; Rishika Lulla Singh, currently Chairman of Eros Digital, and Noah Fogelson, currently STX Entertainment's EVP of Corporate Strategy and General Counsel, will each serve as Co-Presidents; and Prem Parameswaran, currently Chief Financial Officer of Eros International, will serve as Head of Corporate Strategy. To ensure sustained market focus, Adam Fogelson will continue to serve as Chairman of STX Motion Pictures Group, while Pradeep Dwivedi will continue to serve as CEO-India.

**Transaction**

In the transaction, STX Entertainment will merge with a newly formed subsidiary of Eros International and will survive as a wholly owned subsidiary of Eros International. The stock-for-stock, merger-of-equals transaction calls for the combined company to utilize Eros International's existing dual-class share structure. Eros B Ordinary Shares which will continue to be owned by the Eros International founder group will retain their 10:1 voting rights while Eros A Ordinary Shares will carry one vote per share. Pursuant to the merger agreement, STX Entertainment shares will be converted into contractual

3



contingent value rights that will be settled for Eros A Ordinary Shares approximately 75 days after the effective time of the merger. STX Entertainment shares will convert such that, prior to giving effect to any incremental equity investment in Eros International or new management equity plan, existing Eros International shareholders will own approximately 50% of the combined company and existing STX Entertainment shareholders will own approximately 50% of the combined company with approximately 338 million diluted shares outstanding, taking into account the effect of existing in-the-money stock options and conversion of outstanding senior convertible notes. In connection with the merger, $125 million of incremental equity will also be contributed to the combined company by new equity investors and existing STX Entertainment equity investors including TPG, Hony Capital and Liberty Global. Furthermore, the combined company will adopt a management equity plan with an aggregate equity pool of 40 million Eros A Ordinary Shares, that will be allocated between Eros International and STX Entertainment management. The $125 million of incremental equity and the management equity plan will represent approximately 15% and 9% of the combined company, respectively, on a fully diluted basis, based on Eros International's closing stock price as of April 16th, 2020. Following the merger, the incremental equity investment and allocation of the management equity plan, and based on this closing price, Eros International's Founders Group will hold approximately 41% of the voting power and 10% of the economics in the combined company on a fully diluted basis through a combination of A and B Ordinary Shares. Please refer to the Eros International Form 6-K for a full summary of the material terms of the transaction.

The combined company will be domiciled in Isle of Man, and headquartered in both Mumbai, Maharashtra, India and Burbank, California, USA.

**Approvals and Timing**

The transaction was approved by the Boards of Directors of both companies, and approved by the requisite vote of the shareholders of both STX Entertainment and Eros International. The transaction is subject to regulatory approvals and closing conditions and is expected to close in the second calendar quarter of 2020. Eros International's Founder Group has signed a voting and support agreement for the transaction.

**Financial Outlook**

Post closing, Eros STX Global Corporation intends on providing financial outlook for the combined company, including projected three-year compound annual growth rates for revenue, free cash flow and EBITDA.

**Advisors**

Citigroup Global Markets Inc. is serving as financial adviser to Eros International and Gibson, Dunn & Crutcher LLP is serving as its legal adviser. PJT Partners is serving as financial adviser to STX Entertainment, and Kirkland & Ellis LLP is serving as its legal adviser. JP Morgan is serving as administrative agent under the senior credit facility.

**About Eros International**

Eros International Plc (NYSE:EROS) a Global Indian Entertainment company that acquires, co-produces and distributes Indian films across all available formats such as cinema, television and digital new media. Eros International Plc was the first Indian media company to list on the New York Stock Exchange. Eros International has experience of over three decades in establishing a global platform for Indian cinema. The Company has an extensive and growing movie library comprised of over 3,000 films, which include Hindi, Tamil, and other regional language films. The Company also owns the rapidly growing OTT platform Eros Now which has rights to over 12,000 films across Hindi and regional languages. **For further information about the company and this transaction, please visit www.erosplc.com.**

4



**About STX Entertainment**

STX Entertainment is a fully-integrated global media company specializing in the production, marketing, and distribution of talent-driven motion picture, television and multimedia content. It is the first major entertainment and media company to be launched at this scale in Hollywood in more than twenty years.

Founded in 2014, STX Entertainment is a leading independent Hollywood studio focused on producing, marketing, owning and distributing film and television content for global audiences across traditional and digital media platforms. To date, the company has released 34 films grossing over $1.5bn in global box office receipts, including such leading titles as Hustlers, Bad Moms and The Upside. STX Entertainment has a deep global distribution network spanning 150+ countries with world-class partners. STX Entertainment has a differentiated asset-lite, capital efficient business model, unique strategic relationships and well-established access to the Chinese entertainment market.

**SPECIAL NOTE REGARDING FORWARD-LOOKING STATEMENTS**
This communication contains "forward-looking statements" within the meaning of Section 27A of the Securities Act of 1933, as amended, or the Securities Act, and Section 21E of the Exchange Act, and such statements are subject to the safe harbors created thereby. Generally, these forward-looking statements can be identified by the use of forward-looking terminology such as "approximately," "anticipate," "believe," "estimate," "continue," "could," "expect," "future," "intend," "may," "plan," "potential," "predict," "project," "seek," "should," "will" and similar expressions. Those statements include, among other things, the discussions of Eros International's business strategy and expectations concerning its and the combined company's market position, future operations, margins, profitability, liquidity and capital resources, tax assessment orders and future capital expenditures. All such forward-looking statements are subject to risks and uncertainties that may cause actual results to differ materially from those that Eros International is expecting, including, without limitation: Eros International's and the combined company's ability to successfully and cost-effectively source film content; Eros International's and the combined company's ability to achieve the desired growth rate of Eros Now, its digital over-the-top ("OTT") entertainment service; Eros International's and the combined company's ability to maintain or raise sufficient capital; delays, cost overruns, cancellation or abandonment of the completion or release of Eros International's or the combined company's films; Eros International's and the combined company's ability to predict the popularity of its films, or changing consumer tastes; Eros International's and the combined company's ability to maintain existing rights, and to acquire new rights, to film content; Eros International's and the combined company's ability to successfully defend any future class action law suits it is a party to in the U.S.; anonymous letters to regulators or business associates or anonymous allegations on social media regarding Eros International's or the combined company's business practices, accounting practices and/or officers and directors; Eros International's and the combined company's dependence on the Indian box office success of its Hindi and high budget Tamil and Telugu films; Eros International's and the combined company's ability to recoup the full amount of box office revenues to which it is entitled due to underreporting of box office receipts by theater operators; Eros International's and the combined company's dependence on its relationships with theater operators and other industry participants to exploit Eros International's and the combined company's film content; Eros International's and the combined company's ability to mitigate risks relating to distribution and collection in international markets; fluctuation in the value of the Indian rupee against foreign currencies; Eros International's and the combined company's ability to compete in the Indian film industry; Eros International's and the combined company's ability to compete with other forms of entertainment; Eros International's and the combined company's ability to combat piracy and to protect its intellectual

5



property; Eros International's and the combined company's ability to maintain an effective system of internal control over financial reporting; contingent liabilities that may materialize, including Eros International's or the combined company's exposure to liabilities on account of unfavorable judgments/decisions in relation to legal proceedings involving Eros International, the combined company or its subsidiaries and certain of its directors and officers; Eros International's and the combined company's ability to successfully respond to technological changes; regulatory changes in the Indian film industry and Eros International's and the combined company's ability to respond to them; Eros International's and the combined company's ability to satisfy debt obligations, fund working capital and pay dividends; the monetary and fiscal policies of India and other countries around the world, inflation, deflation, unanticipated turbulence in interest rates, foreign exchange rates, equity prices or other rates or prices; Eros International's and the combined company's ability to address the risks associated with acquisition opportunities; risks that the ongoing novel coronavirus pandemic and spread of COVID-19, and related public health measures in India and elsewhere, may have material adverse effects on Eros International's and the combined company's business, financial position, results of operations and/or cash flows; the occurrence of any event, change or other circumstances that could give rise to the termination of the merger agreement or the failure to satisfy the closing conditions; the possibility that the consummation of the transactions contemplated by the merger agreement is delayed or does not occur; uncertainty as to whether the parties will be able to complete the transactions contemplated by the merger agreement on the terms set forth therein; uncertainty regarding the timing of the receipt of required regulatory approvals for the merger; the outcome of any legal proceedings that may be instituted against the parties or others following announcement of the transactions contemplated by the merger agreement; challenges, disruptions and costs of closing, integrating and achieving anticipated synergies, or that such synergies will take longer to realize than expected; risks that the merger and other transactions contemplated by the merger agreement disrupt current plans and operations that may harm the parties' businesses; the amount of any costs, fees, expenses, impairments and charges related to the merger; uncertainty as to the effects of the announcement or pendency of the merger and related transactions on the market price of the Eros A Ordinary Shares and/or Eros International's financial performance; and uncertainty as to the long-term value of the combined company's ordinary shares.

The forward-looking statements contained in this communication are based on historical performance and management's current plans, estimates and expectations in light of information currently available and are subject to uncertainty and changes in circumstances. There can be no assurance that future developments affecting Eros International and the combined company will be those that it has anticipated. Actual results may differ materially from these expectations due to changes in global, regional or local political, economic, business, competitive, market, regulatory and other factors, many of which are beyond Eros International's and the combined company's control. Should one or more of these risks or uncertainties materialize or should any of Eros International's assumptions prove to be incorrect, Eros International's and the combined company's actual results may vary in material respects from what Eros International may have expressed or implied by these forward-looking statements. Eros International cautions that you should not place undue reliance on any of its forward-looking statements. Any forward-looking statement made by Eros International in this communication speaks only as of the date on which Eros International makes it. Factors or events that could cause Eros International's actual results to differ may emerge from time to time, and it is not possible for Eros International to predict all of them. Eros International undertakes no obligation to publicly update any forward-looking statement, whether as a result of new information, future developments or otherwise, except as may be required by applicable securities laws.



## Contact Information

**Eros International**
Mark Carbeck
Chief Corporate and Strategy Officer
Eros International Plc
mark.carbeck@erosintl.com
+44 207 258 9909

**STX Entertainment**
Sheila Ennis
Senior Vice President
Abernathy MacGregor
sbe@abmac.com
415-745-3294

7

EX-99.2 3 ex99-2.htm INVESTOR PRESENTATION

**Exhibit 99.2**



# Disclaimer

This communication contains "forward-looking statements" within the meaning of Section 27A of the Securities Act of 1933, as amended, or the Securities Act, and Section 21E of the Exchange Act, and such statements are subject to the safe harbors created thereby. Generally, these forward-looking statements can be identified by the use of forward-looking terminology such as "approximately," "anticipate," "believe," "estimate," "continue," "could," "expect," "future," "intend," "may," "plan," "potential," "predict," "project," "seek," "should," "will" and similar expressions. Those statements include, among other things, the discussions of Eros International's business strategy and expectations concerning its and the combined company's market position, future operations, margins, profitability, liquidity and capital resources, tax assessment orders and future capital expenditures. All such forward-looking statements are subject to risks and uncertainties that may cause actual results to differ materially from those that Eros International is expecting, including, without limitation: Eros International's and the combined company's ability to successfully and cost-effectively source film content; Eros International's and the combined company's ability to achieve the desired growth rate of Eros Now, its digital over-the-top ("OTT") entertainment service; Eros International's and the combined company's ability to maintain or raise sufficient capital; delays, cost overruns, cancellation or abandonment of the completion or release of Eros International's or the combined company's films; Eros International's and the combined company's ability to predict the popularity of its films, or changing consumer tastes; Eros International's and the combined company's ability to maintain existing rights, and to acquire new rights, to film content; Eros International's and the combined company's ability to successfully defend any future class action law suits it is a party to in the U.S.; anonymous letters to regulators or business associates or anonymous allegations on social media regarding Eros International's or the combined company's business practices, accounting practices and/or officers and directors; Eros International's and the combined company's dependence on the Indian box office success of its Hindi and high budget Tamil and Telugu films; Eros International's and the combined company's ability to recoup the full amount of box office revenues to which it is entitled due to underreporting of box office receipts by theater operators; Eros International's and the combined company's dependence on its relationships with theater operators and other industry participants to exploit Eros International's and the combined company's film content; Eros International's and the combined company's ability to mitigate risks relating to distribution and collection in international markets; fluctuation in the value of the Indian rupee against foreign currencies; Eros International's and the combined company's ability to compete in the Indian film industry; Eros International's and the combined company's ability to compete with other forms of entertainment; Eros International's and the combined company's ability to combat piracy and to protect its intellectual property; Eros International's and the combined company's ability to maintain an effective system of internal control over financial reporting; contingent liabilities that may materialize, including Eros International's or the combined company's exposure to liabilities on account of unfavorable judgments/decisions in relation to legal proceedings involving Eros International, the combined company or its subsidiaries and certain of its directors and officers; Eros International's and the combined company's ability to successfully respond to technological changes; regulatory changes in the Indian film industry and Eros International's and the combined company's ability to respond to them; Eros International's and the combined company's ability to satisfy debt obligations, fund working capital and pay dividends; the monetary and fiscal policies of India and other countries around the world, inflation, deflation, unanticipated turbulence in interest rates, foreign exchange rates, equity prices or other rates or prices; Eros International's and the combined company's ability to address the risks associated with acquisition opportunities; risks that the ongoing novel coronavirus pandemic and spread of COVID-19, and related public health measures in India and elsewhere, may have material adverse effects on Eros International's and the combined company's business, financial position, results of operations and/or cash flows; the occurrence of any event, change or other circumstances that could give rise to the termination of the merger agreement or the failure to satisfy the closing conditions; the possibility that the consummation of the transactions contemplated by the merger agreement is delayed or does not occur; uncertainty as to whether the parties will be able to complete the transactions contemplated by the merger agreement on the terms set forth therein; uncertainty regarding the timing of the receipt of required regulatory approvals for the merger; the outcome of any legal proceedings that may be instituted against the parties or others following announcement of the transactions contemplated by the merger agreement; challenges, disruptions and costs of closing, integrating and achieving anticipated synergies, or that such synergies will take longer to realize than expected; risks that the merger and other transactions contemplated by the merger agreement disrupt current plans and operations that may harm the parties' businesses; the amount of any costs, fees, expenses, impairments and charges related to the merger; uncertainty as to the effects of the announcement or pendency of the merger and related transactions on the market price of the Eros A Ordinary Shares and/or Eros International's financial performance; and uncertainty as to the long-term value of the combined company's ordinary shares.

The forward-looking statements contained in this communication are based on historical performance and management's current plans, estimates and expectations in light of information currently available and are subject to uncertainty and changes in circumstances. There can be no assurance that future developments affecting Eros International and the combined company will be those that it has anticipated. Actual results may differ materially from these expectations due to changes in global, regional or local political, economic, business, competitive, market, regulatory and other factors, many of which are beyond Eros International's and the combined company's control. Should one or more of these risks or uncertainties materialize or should any of Eros International's assumptions prove to be incorrect, Eros International's and the combined company's actual results may vary in material respects from what Eros International may have expressed or implied by these forward-looking statements. Eros International cautions that you should not place undue reliance on any of its forward-looking statements. Any forward-looking statement made by Eros International in this communication speaks only as of the date on which Eros International makes it. Factors or events that could cause Eros International's actual results to differ may emerge from time to time, and it is not possible for Eros International to predict all of them. Eros International undertakes no obligation to publicly update any forward-looking statement, whether as a result of new information, future developments or otherwise, except as may be required by applicable securities laws.



# Where Hollywood Meets Bollywood



Global studio with $2+ billion of worldwide Box Office over the past 5 years

Uniquely positioned to meet growing demand for streaming video with preeminent OTT platform





# Highly Compelling Combination of Complementary Assets

 **Eros International**

- ✓ **Leading Indian film studio and OTT platform**
- ✓ **One of the largest libraries of Indian films with multi-format rights to over 3,000+ titles**
- ✓ **Risk mitigated approach to film production with global, multi-channel monetization**
- ✓ **#1 SVOD platform for Indian content[1] with 12,000+ digital rights**
- ✓ **188 million+ registered users including 26 million+ paid subscribers**

 **STX Entertainment**

- ✓ **Leading independent Hollywood studio – fastest to ever surpass $1bn U.S. Box Office**
- ✓ **IP with global appeal featuring stars in signature roles (34 released films to date with $1.5bn+ global box office)**
- ✓ **Global distribution in 150+ countries through world-class strategic partners**
- ✓ **Asset-light, capital efficient model, ~20% ROIC Model Film profile**

 **Premium Hollywood and Bollywood Content with Global Appeal**

 **Unique Global Distribution Network**

 **Global OTT Opportunity**

3    (1)    Based on size of OTT library.

 

# Positioned to Create Long-Term Value for Shareholders

**Scale**

✓ Increased financial scale with over $600 million of pro forma revenue for calendar year 2019

✓ Projected to achieve over $300 million of highly predictable aggregated future revenue from STX films already released through 2019

**Capitalization**

✓ Well-capitalized, robust balance sheet including a $350 million JP Morgan-led credit facility

✓ Superior liquidity position with $120 million of revolver capacity and $195 million of cash as of December 31, 2019

**Shareholder Base**

✓ Long-term and sustained financial commitment of founders group in the business

✓ $125 million of incremental equity from new and existing STX equity investors, including TPG, Hony Capital and Liberty Global

**Leadership and Governance**

✓ Combines first-class Hollywood and Bollywood management teams

✓ New Board consistent with company's commitment to prudent corporate governance practices

 



# ① Generating Original Content to Meet Growing Global Demand

| **Film Releases** | **Episodic Content** |
|---|---|

**STX ENTERTAINMENT**

**Film Releases**
- Leading box office share among independent studios with 34 films released since inception
- Robust production and acquisition pipeline targeting 8 theatrical releases per year

    

**Episodic Content**
- 5 scripted and 6 unscripted shows in production
- Deals in place with Showtime, Netflix, and Hulu, among others

***Partners***

 



**EROS INTERNATIONAL**

- Leading box office share in India
- 3,000+ film library and 12,000+ rights for digital distribution
- 36 of the top 110 Indian box office hits in the past 10 years

- To date, Eros Now has launched over 39 originals, including digital series and films, and over 5,900 short form videos
- In 2019, Eros Now released over 340 Quickie episodes and over 80 "mini-movies"

       

 



# ③ Powered by Growth in Global Entertainment Markets

**Combined Eros and STX will be competitively positioned to take advantage of and win market share in the fastest growing regions and sub-sectors of the global video market.**





8    Source: PwC, MotionPictures.org.

# ③ Uniquely Positioned to Target Fast Growing China Market

*Access to the India – China co-production treaty provides a unique ability to enhance the release of motion pictures in the Chinese market.*

**$10.7 Billion**
*Chinese Movie Market*(1)

**11.6%**
*2016-21E Growth*

**54,165**
*Total Screens in 2018*(2)

**80,000+**
*Screens Count by 2021*

## Eros in China

### High Budget Indian Film Hit in China

 

*Screen release in China (April 2019)*

**$45mm+**
China Box Office Gross (Since Release)

**$47mm+**
China Box Office Gross (In First Four Weeks)

**#5**
Indian Film in China

**#3**
Indian Film in China

### iQiyi Partnership



**1,000+**
Indian language titles licensed to streaming platform iQiyi

**500mm+**
iQiyi Monthly Active Users

## STX in China

### Successful U.S. / China Film Co-Production

**THE FOREIGNER**

*"A prime example of an American / Chinese two-hander that will be a hit on both shores"* - Forbes

**Jackie Chan**
Starred in his "Signature Role"

**$81.2mm**
China Box Office

**A-**
Cinemascore

**8.4 / 10**
Maoyan Score

### Co-Development Strategy

- *True partnership in development*
- *Co-production of Chinese content*
- *Co-finance globally relevant content*

### Partnerships



China Film Group Corporation



**Shanghai Film Group Corporation**


**Fudan University**

### Partnerships



Sparkle Roll Group Limited


H.BROTHERS
華誼騰訊娛樂


Tencent 腾讯


PCCW
電訊盈科


Alibaba.com

 

(1) 2021E Chinese movie market defined by total box office revenues.
(2) China Film Bureau.



# ④ Partnership Model to Scale Distribution Fast and Globally

**STX's global marketing and distribution network covering 150+ territories, provides unique opportunity for rapid content proliferation and allows for a capital efficient, risk-mitigated approach to film-making.**

- Ability to maximize combined content value across the global output and distribution agreements

- International sales from output agreements allow for a capital efficient, risk-mitigated approach to film-making



10   (1)   Multi-territory output deal with Amazon in Europe.

# 4 Opportunity to Create a Global OTT Platform

*Leverage STX's U.S. and global content to supercharge Eros Now, largest global SVOD platform for Indian content(1), and uniquely position it for the global OTT opportunity.*



### Largest Indian OTT Library(1)(2)

- Zee5 18%
- NETFLIX 5%
- amazon prime video 15%
- 41% erosnow
- 20% hotstar

### Diverse Portfolio Across Indian Languages

erosnow

- Hindi
- Bengali
- Malayalam
- Kanada
- Gujarati
- Marathi
- Telugu
- Tamil

12% / 1% / 2% / 12% / 22% / 16% / 19% / 16%

**12,000+** Digital Film Rights

**5,000+** Into Perpetuity

**135** Countries (incl. India)

### Rapidly Growing Paid Subscriber Base

(# in millions; Fiscal year end March 31st)

*Targeting over 50 million paying subscribers by 2022*

| FY '17A | Q1' FY'18A | Q2' FY'18A | Q3' FY'18A | FY '18A | Q1' FY'19A | Q2' FY'19A | Q3' FY'19A | FY '19A | Q1' FY'20A | Q2' FY'20A | Q3' FY'20A |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.1 | 2.9 | 3.7 | 5.0 | 7.9 | 10.1 | 13.0 | 15.9 | 18.8 | 21.1 | 23.5 | 26.2 |

(1) Based on size of OTT library.

(2) Represents % of total number of estimated films in Indian OTT library of ErosNow, Hotstar, Amazon Prime Video, Netflix and Zee5.

EROS INTERNATIONAL    STX ENTERTAINMENT

## ⑤ Well-Capitalized Balance Sheet Provides Strategic Flexibility

**Well Funded, Long-Term Capital Structure**

- Robust balance sheet with $125 million of incremental equity from new and existing STX equity investors, including TPG, Hony Capital and Liberty Global

- Strong credit profile with no meaningful near-term maturities

**Strong Liquidity Position**

- $195 million of pro forma cash balance as of December 31, 2019

- $120 million of available capacity under the credit facility as of December 31, 2019

**Fully Funded Business Plan**

- Self-funded plan supports investments in both Eros and STX

- Incremental equity provides flexibility to pursue new and innovative content offerings to bolster growth



12

## ⑥ Seasoned Management Team with Global Experience



**Kishore Lulla**
Executive Co-Chairman
- Pioneer in global Indian film and entertainment
- 35+ years in media and film industry



**Robert Simonds**
Co-Chairman and Chief Executive Officer
- Founder of STX
- Former film producer responsible for 30+ major studio titles



**Rishika Lulla Singh**
Co-President
- Previously managed all digital initiatives for Eros
- Creator of largest Indian OTT platform – Eros Now



**Noah Fogelson**
Co-President
- 20+ years of experience
- Previously CEO of Crest Animation Productions



**Andy Warren**
Chief Financial Officer
- CFO of STX
- Former CFO of Discovery Communications and NBC Universal Television



**Prem Parameswaran**
Head of Corporate Strategy
- 29+ years of experience in Media, Entertainment & Telecom sector
- Former Global M&T Head at Jefferies; also has worked at Goldman Sachs, Salomon Brothers and Deutsche Bank
- Commissioner, President's Advisory Commission for Asian Americans



**Adam Fogelson**
Head of STX Motion Pictures Group
- Has been leading all aspects of film production and distribution for STX
- Former Chairman of Universal Pictures



**Pradeep Dwivedi**
Chief Executive Officer, Eros India
- 25+ years of experience across Media & Entertainment, Telecom, Banking & Financial services
- Formerly Senior Executive in Tata Group, American Express, Standard Chartered Plc & GE Capital India



**Jada Miranda**
Head of STX Scripted TV
- 20+ years of industry experience
- Previously served as a senior executive at XBOX, NBC and HBO



**Ali Hussein**
Chief Executive Officer, Eros Now
- 18+ years of experience in the media entertainment and media technology space
- Formerly Board advisor to Discovery Networks



# Transaction Summary

**Transaction Structure**

- Eros International Plc ("Eros") and STX Entertainment ("STX") to combine in a stock-for-stock, merger-of-equals transaction
  - Eros and STX shareholders will each own approximately 50% of the combined company on a diluted basis[1], prior to giving effect to any incremental equity investment or new management equity pool
- The combined company to utilize Eros's existing dual-class share structure:
  - Class A shares will carry one vote per share
  - Class B shares to continue to be owned by Eros founder group and will carry 10 votes per share
- $125 million of incremental equity contribution from new and existing STX equity investors
  - Equates to approximately 15%[1][2] of the combined company on a fully diluted basis
- Management equity compensation plan to be adopted by the combined company that will be allocated between Eros founders group and STX management
  - Represents approximately 9%[1][2] of the combined company on a fully diluted basis
- Eros founder group to hold approximately 41%[1][2] of the voting power and 10%[1][2] of the economic ownership in the combined company

**Leadership & Governance**

- Kishore Lulla will serve as Executive Co-Chairman of the combined company; Robert Simonds will serve as Co-Chairman and CEO
- Andy Warren will serve as Chief Financial Officer, Noah Fogelson and Rishika Lulla Singh will serve as Co-Presidents, and Prem Parameswaran will serve as Head of Corporate Strategy
- Board of Directors, immediately following closing, to include:
  - Four selected by Eros (including one independent director)
  - Four selected by STX (including one independent director)
  - One independent director selected jointly by Eros and STX

**Approvals & Timing**

- Transaction was approved unanimously by the Boards of Directors of both companies, and approved by the requisite vote of the shareholders of both STX and Eros
- Transaction expected to close in the second calendar quarter of 2020
- Subject to regulatory approvals and other customary closing conditions

(1) Taking into account the effect of existing restricted stock units, in-the-money stock options, and conversion of outstanding senior convertible notes.

(2) Based on Eros closing stock price as of April 16, 2020.

14





Pro Forma Shareholder Ownership

# Strong Combined Company Capitalization

- Well capitalized balance sheet with incremental $125 million contributed by new and existing STX equity investors
- Superior liquidity profile underpinned by a conservative capital structure

| ($ in mm) | Pro Forma As of 12/31/19 |
|---|---|
| Cash[1] | $195 |
| Retail Bond | $66 |
| Senior Convertible Notes | 41 |
| Other Borrowings[2] | 101 |
| **Total Eros Debt** | **$208** |
| $350mm STX Senior RCF | $230 |
| Second Lien Subordinated Term Loan ("RFBF") | 21 |
| **Total STX Debt** | **$251** |
| **Total Debt** | **$459** |
| **Net Debt** | **$264** |

Note: Excludes transaction fees and expenses.
(1) Includes Eros short-term and long-term restricted deposits.
(2) Reflects $15mm pay down of existing Eros debt. Other Borrowings also includes ~$2mm of acceptances that comprise of short – term credit availed from financial institutions for payment to film producers for film co-production arrangement

 

# Significant Synergy Opportunities

**Content Creation**
- Substantially increase content investment to drive growth
- Develop culturally relevant content for U.S., Indian and global markets
- Establish content partnerships with cross-over U.S. / Indian creative talent

**Distribution**
- Integrate Eros's theatrical releases into STX's distribution agreements
- Optimize the combined global theatrical financing and economic opportunity
- Bundle sale of STX / Eros's programming to networks and streaming platforms
- Establish a direct theatrical distribution partnership

**Corporate**
- Rationalize overhead
- Lower borrowing costs

**Other**
- Enhance capacity to address STX's tax assets
- Broaden Eros Now proposition with Western content, driving global subscriber growth
- Enhance access to the Chinese market

*Generating Approx. $50mm of Revenue & Cost Synergies*

 

## Key Takeaways

**Creates a global preeminent media company**
*Unique capability to develop, produce and distribute Bollywood and Hollywood premium content at scale and across all platforms*

**Robust pipeline of film and episodic content with multi-channel distribution**
*Unique strategic and distribution partnerships globally including with Apple, Amazon, Microsoft, NBCUniversal and Google/YouTube*

**Well-capitalized balance sheet provides strategic flexibility**
*$125 million of incremental equity; superior liquidity underpinned by a conservative capital structure*

**Increased financial scale with significant growth opportunity**
*Over $600 million of pro forma revenue in calendar year 2019; 26+ million Eros Now paying subscribers*

**Substantial synergy opportunities**
*Approximately $50 million of highly actionable operating synergies*

