# EXHIBIT 17

6-K 1 eps9230.htm

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

**Washington, D.C. 20549**

---

# FORM 6-K

---

**Report of Foreign Private Issuer**
**Pursuant to Section 13(a) -16 or 15(d) – 16**
**Of the Securities Exchange Act of 1934**

**For the month of September 2020**

**000-23697**
**(Commission file number)**

---

# EROS INTERNATIONAL PLC

(Exact name of registrant as specified in its charter)

---

**3900 West Alameda Avenue, 32nd Floor**
**Burbank, California 91505**
**Tel: (818) 524-7000**
(Address of principal executive office)

---

Indicate by check mark whether the registrant files or will file annual reports under cover of Form 20-F or Form 40-F. Form 20-F ☑ Form 40-F ☐

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(1): ☐

**Note:** Regulation S-T Rule 101(b)(1) only permits the submission in paper of a Form 6-K if submitted solely to provide an attached annual report to security holders.

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(7): ☐

**Note:** Regulation S-T Rule 101(b)(7) only permits the submission in paper of a Form 6-K if submitted to furnish a report or other document that the registrant foreign private issuer must furnish and make public under the laws of the jurisdiction in which the registrant is incorporated, domiciled or legally organized (the registrant's "home country"), or under the rules of the home country exchange on which the registrant's securities are traded, as long as the report or other document is not a press release, is not required to be and has not been distributed to the registrant's security holders, and, if discussing a material event, has already been the subject of a Form 6-K submission or other Commission filing on EDGAR.

**Change of Company Name and Ticker Symbol**

The registrant, Eros International Plc, an Isle of Man company limited by shares (the "Company"), issued a press release, dated September 11, 2020 (the "Press Release"), announcing its intention to change its name from "Eros International Plc" to "Eros STX Global Corporation" effective on or about September 23, 2020, and in connection therewith, to begin trading under the new ticker symbol "ESGC" on the New York Stock Exchange effective on or about September 23, 2020.

A copy of the Press Release is attached as Exhibit 99.1 to this Report of Foreign Private Issuer on Form 6-K and incorporated by reference herein.

**Cautionary Note Regarding Forward-Looking Statements**

Information provided in this Report of Foreign Private Issuer on Form 6-K includes "forward-looking statements" within the meaning of Section 27A of the Securities Act of 1933, as amended, or the Securities Act, and Section 21E of the Securities Exchange Act of 1934, as amended, and such statements are subject to the safe harbors created thereby. Generally, these forward-looking statements can be identified by the use of forward-looking terminology such as "approximately," "anticipate," "believe," "estimate," "continue," "could," "expect," "future," "intend," "may," "plan," "potential," "predict," "project," "seek," "should," "will" and similar expressions. All such forward-looking statements are subject to risks and uncertainties that may cause actual results to differ materially from those that the Company is expecting.

The forward-looking statements contained in this communication are based on management's current plans, estimates and expectations in light of information currently available and are subject to uncertainty and changes in circumstances. There can be no assurance that future developments affecting the Company will be those that it has anticipated. Actual results may differ materially from these expectations due to changes in global, regional or local political, economic, business, competitive, market, regulatory and other factors, many of which are beyond the Company' control. Should one or more of these risks or uncertainties materialize or should any of the Company' assumptions prove to be incorrect, the Company' actual results may vary in material respects from what the Company may have expressed or implied by these forward-looking statements. The Company cautions that you should not place undue reliance on any of its forward-looking statements. Any forward-looking statement made by the Company in this communication speaks only as of the date on which the Company makes it. Factors or events that could cause the Company' actual results to differ may emerge from time to time, and it is not possible for the Company to predict all of them. The Company undertakes no obligation to publicly update any forward-looking statement, whether as a result of new information, future developments or otherwise, except as may be required by applicable securities laws.

| Exhibit No. | Description |
|---|---|
| 99.1 | Press Release, dated September 11, 2020. |

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

Date:  September 17, 2020                                    Eros International Plc


By:    */s/ Andrew Warren*
          Name:  Andrew Warren
          Title:    Chief Financial Officer

EX-99.1 2 ex99-1.htm EROS INTERNATIONAL PLC ANNOUNCES CORPORATE NAME CHANGE TO EROS STX GLOBAL CORPORATION TICKER SYMBOL WILL CHANGE TO ESGC ON SEPTEMBER 23RD

Exhibit 99.1



# Eros International Plc Announces Corporate Name Change to Eros STX Global Corporation

*Ticker Symbol Will Change to ESGC on September 23rd*

**Douglas, ISLE OF MAN and Burbank, CALIFORNIA – September 11th, 2020** – Eros International Plc (NYSE:EROS), a global entertainment company, today announced that it will change its corporate name to "Eros STX Global Corporation" effective on or about September 23rd, 2020. In addition, the Company expects to begin trading under the new ticker symbol "ESGC" on the NYSE effective on or about September September 23rd, 2020. Along with the new corporate name, the Company is also launching its new corporate website "ErosSTX.com" as of September 23rd, 2020.

The corporate name change follows the completion of the Company's merger-of-equals transaction with STX Entertainment on July 30th, 2020. The corporate name change does not affect the Company's share structure or the rights of the Company's shareholders, and no action is required of the Company's existing shareholders in connection with the corporate name change.

On July 30th, 2020, Eros International Plc filed its Annual Report on Form 20-F for the fiscal year ended March 31st, 2020 with the Securities and Exchange Commission. The Annual Report on Form 20-F can be accessed under the Financials section on the Company's Investor Relations page at www.erosplc.com and also at www.sec.gov, where shareholders can request a copy free of charge.



## About Eros STX Global Corporation

Eros STX Global Corporation, ("Eros STX" or "The Company") (NYSE:EROS) is a global entertainment company that acquires, co-produces and distributes films,  digital content & music across multiple formats such as theatrical, television and OTT digital media streaming to consumers around the world. Eros International Plc changed its name to Eros STX Global Corporation pursuant to the July 2020 merger with STX Entertainment, which integrated as a wholly owned subsidiary, merging two international media and entertainment groups.  The combination of one of the largest Indian OTT players and premiere studio with one of Hollywood's fastest-growing independent media companies has created an entertainment powerhouse with a presence in over 150 countries. Eros STX delivers star-driven premium feature film and episodic content across a multitude of platforms at the intersection of the world's most dynamic and fastest growing global markets, including US, India, Middle East Asia and China. The Company also owns the rapidly growing OTT platform Eros Now which has rights to over 12,000 films across Hindi and regional languages and had 205.8 million registered users and 33.8 million paying subscribers as of June 30th, 2020. For further information, please visit Erosplc.com or STXentertainment.com until the company launches its new ErosSTX.com site.

## Contact Information

Drew Borst
EVP, Investor Relations & Business Development
Eros STX Global Corporation
drew@erosstx.com