# EXHIBIT 18

Audio File Produced to the Court and Counsel