# EXHIBIT 19

# Audio File Produced to the Court and Counsel