**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| IN RE EROS INTERNATIONAL PLC SECURITIES LITIGATION | Civil Action No. 19-cv-14125 (JMV)(JAD)<br><br>**ORAL ARGUMENT REQUESTED**<br><br>Motion Return Date: May 16, 2022 |

**SUPPLEMENTAL DECLARATION OF SCOTT B. KLUGMAN IN SUPPORT OF DEFENDANTS EROS INTERNATIONAL PLC, KISHORE LULLA, AND ANDREW WARREN'S MOTION TO DISMISS THE THIRD AMENDED COMPLAINT**

SCOTT B. KLUGMAN, pursuant to 28 U.S.C. § 1746, states the following:

1.    I am a partner of the law firm Levine Lee LLP, counsel for Eros, Kishore Lulla, and Andrew Warren in this action.

2.    I submit this supplemental declaration in support of Defendants' Motion to Dismiss the Third Amended Complaint.

3.    Attached hereto as **Exhibit 1** is a true and correct copy of an excerpt of Eros's Form 20-F Annual Report for Fiscal Year 2019, filed August 14, 2019.

4.    Attached hereto as **Exhibit 2** is a true and correct copy of an excerpt of Eros's Form 20-F Annual Report for Fiscal Year 2020, filed July 30, 2020.

5.    I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 29th day of April, 2022.

By: /s/ Scott B. Klugman
       Scott B. Klugman