# EXHIBIT 2

20-F 1 eps9133.htm

**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, DC 20549**

# FORM 20-F

☐ **REGISTRATION STATEMENT PURSUANT TO SECTION 12(b) OR 12(g) OF THE SECURITIES EXCHANGE ACT OF 1934**

OR

☑ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**For the fiscal year ended March 31, 2020**

OR

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

OR

☐ **SHELL COMPANY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**Commission file number 001-36176**

## EROS INTERNATIONAL PLC

(Exact name of Registrant as specified in its charter)

**Not Applicable**
(Translation of Registrant's name into English)

**Isle of Man**
(Jurisdiction of incorporation or organization)

**550 County Avenue**
**Secaucus, New Jersey 07094**
**Tel: +1(201) 558 9001**
(Address of principal executive offices)

**Oliver Webster**
**IQ EQ (Isle of Man) Limited**
**First Names House**
**Victoria Road**
**Douglas, IM2 4DF**
**Isle of Man**
**Tel: (44) 1624 630 630**
**Email: oliver.webster@iqeq.com**
(Name, Telephone, E-mail and/or Facsimile number and Address of Company Contact Person)

Securities registered or to be registered pursuant to Section 12(b) of the Act.

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| **A ordinary share, par value GBP 0.30 per share** | EROS | **The New York Stock Exchange** |

Securities registered or to be registered pursuant to Section 12(g) of the Act.

**None**
(Title of Class)

Securities for which there is a reporting obligation pursuant to Section 15(d) of the Act

**None**

(Title of Class)

Indicate the number of outstanding shares of each of the issuer's classes of capital or common stock as of the close of the period covered by the annual report.

At March 31, 2020, 127,116,702 'A' ordinary shares and 19,899,085 'B' ordinary shares, each at par value GBP 0.30 per share, were issued and outstanding.

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.☐ Yes   ☑ No

If this report is an annual or transition report, indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934.☐ Yes   ☑ No

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.☑ Yes   ☐ No

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).☑ Yes   ☐ No

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or an emerging growth company. See definition of "accelerated filer and large accelerated filer" in Rule 12b-2 of the Exchange Act. (Check one):

Large accelerated filer ☐          Accelerated filer ☑          Non-accelerated filer ☐
Emerging growth company ☐

If an emerging growth company that prepares its financial statements in accordance with U.S. GAAP, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark which basis of accounting the registrant has used to prepare the financial statements included in this filing:

U.S. GAAP ☐          International Financial Reporting Standards as issued by the International Accounting Standards Board ☑          Other ☐

If "Other" has been checked in response to the previous question, indicate by check mark which financial statement item the registrant has elected to follow: ☐ Item 17   ☐ Item 18

If this report is an annual report, indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).☐ Yes   ☑ No

**TABLE OF CONTENTS**
**EROS INTERNATIONAL PLC**

|  |  | Page |
|---|---|---|
| **PART I** | | |
| ITEM 1. | IDENTITY OF DIRECTORS, SENIOR MANAGEMENT AND ADVISERS | 1 |
| ITEM 2. | OFFER STATISTICS AND EXPECTED TIMETABLE | 1 |
| ITEM 3. | KEY INFORMATION | 1 |
| ITEM 4. | INFORMATION ON THE COMPANY | 40 |
| ITEM 4A. | UNRESOLVED STAFF COMMENTS | 71 |
| ITEM 5. | OPERATING AND FINANCIAL REVIEW AND PROSPECTS | 71 |
| ITEM 6. | DIRECTORS, SENIOR MANAGEMENT AND EMPLOYEES | 100 |
| ITEM 7. | MAJOR SHAREHOLDERS AND RELATED PARTY TRANSACTIONS | 114 |
| ITEM 8. | FINANCIAL INFORMATION | 115 |
| ITEM 9. | THE OFFER AND LISTING | 115 |
| ITEM 10. | ADDITIONAL INFORMATION | 117 |
| ITEM 11. | QUANTITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK | 136 |
| ITEM 12. | DESCRIPTION OF SECURITIES OTHER THAN EQUITY SECURITIES | 137 |
| | | |
| **PART II** | | |
| ITEM 13. | DEFAULTS, DIVIDEND ARREARAGES AND DELINQUENCIES | 138 |
| ITEM 14. | MATERIAL MODIFICATIONS TO THE RIGHTS OF SECURITY HOLDERS AND USE OF PROCEEDS | 138 |
| ITEM 15. | CONTROLS AND PROCEDURES | 138 |
| ITEM 16A. | AUDIT COMMITTEE FINANCIAL EXPERT | 140 |
| ITEM 16B. | CODE OF ETHICS | 140 |
| ITEM 16C. | PRINCIPAL ACCOUNTANT FEES AND SERVICES | 140 |
| ITEM 16D. | EXEMPTIONS FROM THE LISTING STANDARDS FOR AUDIT COMMITTEES | 140 |
| ITEM 16E. | PURCHASES OF EQUITY SECURITIES BY THE ISSUER AND AFFILIATED PURCHASERS | 140 |
| ITEM 16F. | CHANGE IN REGISTRANT'S CERTIFYING ACCOUNTANT | 141 |
| ITEM 16G. | CORPORATE GOVERNANCE | 141 |
| ITEM 16H. | MINE SAFETY DISCLOSURE | 141 |
| | | |
| **PART III** | | |
| ITEM 17. | FINANCIAL STATEMENTS | 142 |
| ITEM 18. | FINANCIAL STATEMENTS | 142 |
| ITEM 19. | EXHIBITS | 143 |
| SIGNATURES | | 144 |
| INDEX TO EROS INTERNATIONAL'S CONSOLIDATED FINANCIAL STATEMENTS | | F-1 |

Unless otherwise indicated or required by the context, as used in this annual report, the terms "Eros," "we," "us,", "the Group", "our" and the "Company" refer to Eros International Plc and all its subsidiaries that are consolidated under International Financial Reporting Standards, or IFRS, as issued by the International Accounting Standards Board (IASB). Our fiscal year ends on March 31 of each year. When we refer to a fiscal year, such as fiscal year 2020, fiscal 2020 or FY 2020, we are referring to the fiscal year ended on March 31 of that year. The "Founders Group" refers to Beech Investments Limited and Kishore Lulla. "$" and "dollar" refer to U.S. dollars.

"High budget" films refer to Hindi films with direct production costs in excess of $8.5 million and regional films with direct production costs in excess of $7.0 million, in each case translated at the historical average exchange rate for the applicable fiscal year. "Low budget" films refer to Hindi and regional films with less than $1.0 million in direct production costs, in each case translated at the historical average exchange rate for the applicable fiscal year. "Medium budget" films refer to Hindi, Tamil, Telugu and other regional language films within the remaining range of direct production costs. With respect to low budget films, references to "film releases" refer to theatrical releases or, for films that we did not theatrically release, to our initial DVD, digital or other non- theatrical exhibition.

## SPECIAL NOTE REGARDING FORWARD-LOOKING STATEMENTS

This annual report contains "forward-looking statements" within the meaning of Section 27A of the Securities Act of 1933, as amended, or the Securities Act, and Section 21E of the Exchange Act, and such statements are subject to the safe harbors created thereby. Generally, these forward-looking statements can be identified by the use of forward-looking terminology such as "approximately," "anticipate," "believe," "estimate," "continue," "could," "expect," "future," "intend," "may," "plan," "potential," "predict," "project," "seek," "should," "will" and similar expressions. Those statements include, among other things, the discussions of our business strategy and expectations concerning our market position, future operations, margins, profitability, liquidity and capital resources, tax assessment orders and future capital expenditures. All of our forward-looking statements are subject to risks and uncertainties that may cause actual results to differ materially from those that we are expecting, including, without limitation:

- our ability to successfully and cost-effectively source film content;
- our ability to achieve the desired growth rate of Eros Now, our digital over-the-top ("**OTT**") entertainment service;
- our ability to charge and collect revenues from Eros Now D2C subscribers
- our ability to refresh and update EN with new content
- our ability to continue to monetize throughout the telco infrastructure in India;
- risks that the ongoing novel coronavirus pandemic and spread of COVID-19, and related public health measures in India and elsewhere, may have material adverse effects on our business, financial position, results of operations and/or cash flows;
- our ability to maintain or raise sufficient capital;
- delays, cost overruns, cancellation or abandonment of the completion or release of our films;
- our ability to predict the popularity of our films, or changing consumer tastes;
- our ability to maintain existing rights, and to acquire new rights, to film content;
- our ability to successfully defend any future class action law suits we are a party to in the U.S.;
- anonymous letters to regulators or business associates or anonymous allegations on social media regarding our business practices, accounting practices and/or officers and directors;
- our dependence on the Indian box office success of our Hindi and high budget Tamil and Telugu films;
- our ability to recoup the full amount of box office revenues to which we are entitled due to underreporting of box office receipts by theater operators;
- our dependence on our relationships with theater operators and other industry participants to exploit our film content;
- our ability to mitigate risks relating to distribution and collection in international markets;
- fluctuation in the value of the Indian rupee against foreign currencies;
- our ability to compete in the Indian film industry;
- our ability to compete with other forms of entertainment;
- our ability to combat piracy and to protect our intellectual property;
- our ability to maintain an effective system of internal control over financial reporting;

- contingent liabilities that may materialize, including our exposure to liabilities on account of unfavorable judgments/decisions in relation to legal proceedings involving us or our subsidiaries and certain of our directors and officers;
- our ability to successfully respond to technological changes;
- regulatory changes in the Indian film industry and our ability to respond to them;
- our ability to satisfy debt obligations, fund working capital and pay dividends;
- the monetary and fiscal policies of India and other countries around the world, inflation, deflation, unanticipated turbulence in interest rates, foreign exchange rates, equity prices or other rates or prices; and
- our ability to address the risks associated with acquisition opportunities.
- the possibility that the consummation of the transactions contemplated by the Merger Agreement with STX Filmworks, Inc. (described further below in "Part I — Item 10. Additional Information — C. Material Contracts") is delayed or does not occur, and the challenges, costs and potential disruptions associated with closing, integrating and achieving the anticipated benefits of such transactions, some or all of which anticipated benefits may take longer to realize than expected or may not be realized fully or at all.
- our ability to manage geo-political and global trade risks on account of content limitations, tariffs, taxes, and supply chain disruptions.

These and other factors are more fully discussed in "Part I — Item 3. Key Information — D. Risk Factors," "Part I — Item 5. Operating and Financial Review and Prospects" and elsewhere in this annual report. The forward-looking statements contained in this annual report are based on historical performance and management's current plans, estimates and expectations in light of information currently available to us and are subject to uncertainty and changes in circumstances. There can be no assurance that future developments affecting us will be those that we have anticipated. Actual results may differ materially from these expectations due to changes in global, regional or local political, economic, business, competitive, market, regulatory and other factors, many of which are beyond our control. Should one or more of these risks or uncertainties materialize or should any of our assumptions prove to be incorrect, our actual results may vary in material respects from what we may have expressed or implied by these forward-looking statements. We caution that you should not place undue reliance on any of our forward-looking statements. Any forward-looking statement made by us in this annual report speaks only as of the date on which we make it. Factors or events that could cause our actual results to differ may emerge from time to time, and it is not possible for us to predict all of them. We undertake no obligation to publicly update any forward-looking statement, whether as a result of new information, future developments or otherwise, except as may be required by applicable securities laws.

iii

**Administrative costs**

In fiscal 2020, administrative costs increased by 65.6% to $144.3 million compared to $87.1 million for fiscal year 2019, the increase in administrative cost were mainly on account of credit impairment loss amounting to $97.6 million in fiscal year 2020 compared to $25.7 million for fiscal 2019 due to higher expected credit loss (ECL) provision, which was partially offset by reduction in other admin cost such as reduction in legal and profession expenses, Impairment loss on advances to content vendors and other expenses.

**Net finance costs**

In fiscal 2020, net finance costs increased by 14.4% to $8.8 million, compared to $7.7 million for fiscal year 2019 mainly due to lower interest income on account of unwinding of credit impairment losses, lower bank interest income and higher interest on borrowings cost.

**Other gains/(loss), net**

In fiscal year 2020, other losses stood at $3.3 million, compared to other gains of $0.3 million in fiscal year 2019, the loss was mainly due to reduction in reversal of expected credit loss (ECL) by $10.4 million, which was partially offset by a lower loss on financial liability measured at fair value amounting to $16 million compared to $21.4 in fiscal year 2019.

**Impairment loss**

We recorded an impairment loss of $431.2 million for Fiscal Year 2020. The impairment charge was taken as per IAS 36 under IFRS accounting rules which require companies to re-assess the carrying book value of assets both on a regular annual basis and also in the case of irregular events. Examples of these "irregular events" include: a major change in market conditions or technology, expectations of future operating losses, material change in listed equity value or negative cash flows. As in our prior fiscal year, the significant reduction in the stock price and corresponding decline in market capitalisation was the main driver for the impairment charge. This was also compounded by exogenous factors such as the COVID pandemic and changes in business conditions, including delayed theatrical distribution of some films and disruptions to content production schedules. Accordingly, we recorded a non-cash impairment loss of $431.2 million, net of taxes, as an exceptional item within the statement of income/(loss). Management believes this is a conservative and prudent action, and does not believe this impairment materially impacts the near term or long-term business or operations of the company, as it is driven by compliance with accounting standards. In addition, to the extent that in future periods there is a material positive change in these business conditions, Management will be able to write-up the value of assets according to the same accounting standards.

**Income tax expense**

In fiscal 2020, income tax expenses decreased by 402.7% to $(22.2) million, compared to $7.3 million for fiscal year 2019. Effective income tax rates were 49.9% and 11.6% for March 31, 2020 and March 31, 2019, respectively, excluding non-deductible share-based payment charges, impairment loss and gain/loss on fair valuation of derivative liabilities. The change in effective rate principally reflects a change in the mix of the profits earned from taxable and non- taxable jurisdictions as well as unrecognized deductible temporary difference and carry forward losses in Indian listed subsidiary.

**Net (loss)/profit**

In fiscal year 2020, net loss was $491.7 million compared to $410.5 million for the fiscal year 2019, the increase was mainly on account of decrease in the group revenues and change in impairment loss in fiscal year 2020.

**Adjusted EBITDA (Non-GAAP)**

In fiscal 2020, adjusted EBITDA decreased by 21.0% to $54.8 million, compared to $69.4 million for fiscal year 2019. The decrease in Adjusted EBITDA is primarily due to lower syndication revenue and few theatrical releases and deferment of film releases in last quarter due to COVID-19 pandemic.

**Trade receivables**

As of March 31, 2020, Trade Receivables decreased to $101.7 million from $196.4 million as of March 31, 2019, primarily due to accounting of expected credit losses as per IFRS 9 standards, including the potential impact of COVID-19 on the credit risk of certain debtor's businesses and our ability to recover contractual revenue from them.

**EROS INTERNATIONAL PLC**
**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS**

**2(b)      GOING CONCERN ASSUMPTION**

The Group meets its day to day working capital requirements and funds its investment in content and film rights primarily through a variety of cash generated from operations, banking arrangements, de-recognition of financial assets and strategic alternatives.

The Group is dependent upon external borrowings for its working capital needs and investment in content and film rights. Under the terms of such banking arrangements, the Group is able to draw down in the local currencies of its operating businesses.

The borrowings (as set out in Note 22) are subject to individual covenants and a negative pledge that restricts the Group's ability to incur liens, security interests or similar encumbrances or arrangements on its assets. During the current year, there had been a credit rating downgrade of our Indian listed subsidiary due to delay in repayment of loan instalments.

As at March 31, 2020, Group's borrowings were $ 178,972, of which $ 117,097 is repayable in fiscal 2021. In addition, the Group has opted for moratorium as per Reserve Bank of India guidelines 2019-2020/2392 on account of global pandemic wherein all the instalments due from 1 March 2020 to 31 August 2020 will be converted to short-term borrowing post moratorium period.

Further, the Group has reported a negative net current assets position on the balance sheet date.

The Group continue to experience significant net loss for fiscal 2020. The Group has incurred loss amounting $491,704 for the year ended March 31, 2020 [after considering the impact of an impairment loss amounting $431,200 as described in Note 2 (c)] when compared to net loss of $ $410,453 [after considering the impact of an impairment loss amounting $423,355 as described in Note 2 (c)] and $9,745 respectively for the year ended March 31, 2019 and 2018.

Despite these uncertainties, and uncertainties arising from the global pandemic, which have been explained in detail in Note 2 (a), the management continues to adopt the going concern basis in preparing the consolidated financial statements as of March 31, 2020 in accordance with IFRS as issued by the IASB, which assumes that the Group will be able to discharge all its liabilities, including mandatory repayment of the banking facilities, as disclosed in Note 31, as they fall due on account of:

a)   On September 26, 2019, the Group entered into a definitive agreement with an institutional investor to procure additional funding of $25,000 through the issuance of senior convertible notes, resulting enhanced liquidity to the Group. Subsequent to the reporting period, the Company fully paid the outstanding balance of senior convertible notes by conversion into A ordinary shares.

b)   On April 17, 2020, the Group entered into an Agreement and plan of merger with STX Filmworks, Inc, a Delaware corporation ("STX") – a Company that specializes in producing, financing, distributing and marketing film, television and digital content. This merger will help create a pre-eminent global media company, which can develop local and international premium content at scale and across many platforms.

As the result of this merger, (i) new investors and existing STX equity investors are expected to contribute incremental equity financing of $125,000 (of which $35,000 is received as on the date of issuance of the financial statements] and (ii) a line of undrawn credit facility totaling to ~$ 100,000 from a large financial institution/s with a moratorium of 5 years will be available to the combined company.

In addition, the Group expects the combined company to be uniquely positioned to benefit from the accelerating consumption of premium digital content in the world's most important growth markets with robust capital structure and experienced management team. The combined company is also expected to generate operating synergies within 24 months of closing of the merger transaction, stemming from integration and scale benefits, optimization of global content distribution and enhanced monetization of the Eros Now platform.

c)   The Group have continued to generate a positive operating cash flow before incurring capital expenditures for the year ended March 31, 2020, 2019 and 2018, respectively.

**2(c)      IMPAIRMENT OF NON- CURRENT ASSETS**

Impairment reviews in respect of goodwill and indefinite-lived intangible assets are performed annually. More regular reviews, and impairment reviews in respect of other non-current assets, are performed if events indicate that an impairment review is necessary. Examples of such triggering events would include a significant planned restructuring, a major change in market conditions or technology, reduction in market capitalization, expectations of future operating losses, or negative cash flows. The asset or Cash Generating Unit (CGU) is impaired if carrying amount of the CGU exceeds its recoverable amount.

The group performed impairment assessment as of March 31, 2020. The recoverable amount of the cash generating unit was determined based on value in use.

F-14

**EROS INTERNATIONAL PLC**
**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS**

Value in use was determined based on future cash flows after considering current economic conditions and trends, estimated future operating results, growth rates (which is lower than those considered in previous years) and anticipated future economic conditions. The approach and key (unobservable) assumptions used to determine the cash generating unit's value in use were as follows:

| Assumptions | As at March 31, 2020 | As at March 31, 2019 |
|---|---|---|
| Growth rate applied beyond approved forecast period | 4% | 4% |
| Pre-tax discount rate | 20% | 21% |

The Company considered it appropriate to undertake an impairment assessment with reference to the estimated cash flows for the period of four years developed using internal forecast and extrapolated for the fifth year. The growth rates used in the value in use calculation reflect those inherent within the Company's internal forecast, which is primarily a function of the future assumptions, past performance and management's expectation of future developments through fiscal 2024.

Accordingly, the Group recorded an impairment loss, totaling to $431,200 and $423,335 as an exceptional item, being significant and non-recurring in nature, within the Statement of Income for the year ended March 31, 2020 and March 31, 2019 respectively. Impairment loss is mainly due to changes in the market conditions, including lower projected volume when compared to prior year/s on account of ongoing global pandemic. The aforesaid impairment loss was allocated to Intangible assets - content. [Refer Note 15]

**Sensitivity to key assumptions**

The change in the key following assumptions used in the impairment review would, in isolation, lead to an increase in impairment loss recognized by followings amounts as at March 31, 2020 (Although it should be noted that these sensitivities do not take account of potential mitigating actions)

| | (in millions) | |
|---|---|---|
| | As at March 31, 2020 | As at March 31, 2019 |
| Increase in discount rate by 1% | 52 | 54 |
| Decrease in long term growth rate applied beyond approved forecast period by 1% | 67 | 30 |
| Decrease in projected volume by 1% | 44 | 63 |

**3     SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES**

*3.1.    Overall considerations*

The significant accounting policies that have been used in the preparation of these consolidated financial statements are summarized below. Financial statements are subject to the application of significant accounting estimates and judgments. These are summarized in Note 37.

*Significant new accounting pronouncement*

F-15

**EROS INTERNATIONAL PLC**
**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS**

| | | | Year ended March 31 | | |
| | | | (in thousands) | | |
| **EIML** | | | 2020 | | 2019 |
|---|---|---|---|---|---|
| Current assets | | $ | 170,724 | $ | 183,944 |
| Non-current assets | | | 152,059 | | 385,463 |
| Current liabilities | | | (147,004) | | (158,182) |
| Non-current liabilities | | | (21,285) | | (53,210) |
| **Total net assets attributable** | | $ | **154,494** | $ | **358,015** |
| Equity attributable to owners of the Group | | $ | 95,127 | $ | 222,486 |
| Equity attributable to non-controlling interests | | $ | 59,367 | $ | 135,529 |
| | | | | | |
| Revenue | | $ | 119,821 | $ | 149,969 |
| Expenses (including impairment of $ 208,931) | | | (313,660) | | (114,709) |
| **Profit for the year** | | $ | **(193,839)** | $ | **35,260** |
| Profit attributable to the owners of the Group | | $ | (121,127) | $ | 21,846 |
| Profit attributable to non-controlling interests | | $ | (72,712) | $ | 13,414 |
| | | | | | |
| **Other comprehensive (loss)/income during the year** | | $ | **(9,861)** | $ | **(12,500)** |
| **Total comprehensive income during the year** | | $ | **(203,700)** | $ | **22,760** |
| Total comprehensive income attributable to the owners of the Group | | | (127,093) | | 15,354 |
| Total comprehensive income attributable to non-controlling interests | | | (76,607) | | 7,406 |
| | | | | | |
| Net cash inflow from operating activities | | $ | 7,654 | $ | 50,470 |
| Net cash outflow from investing activities | | | (13,635) | | (37,729 |
| Net cash inflow from financing activities | | | (12,901) | | (14,462) |
| **Net cash (outflow)/inflow** | | $ | **(18,882)** | $ | **36,008** |

No dividends were paid to non-controlling interests during the year ended March 31, 2020. (2019: Nil).

## 37      SIGNIFICANT ACCOUNTING ESTIMATES AND JUDGMENTS

Estimates and judgments are evaluated on a regular basis and are based on historical experience and other factors, such as expectations of future events that are believed to be reasonable under the present circumstances.

The Group makes estimates and assumptions concerning the future. These estimates, by definition, will rarely equal the related actual results. The estimates and assumptions that have a significant risk of causing a material adjustment to the carrying amounts of assets and liabilities within the financial year are highlighted below:

### 37.1.    Basis of consolidation

The Group evaluates arrangements with special purpose vehicles in accordance with of IFRS 10 – Consolidated Financial Statements to establish how transactions with such entities should be accounted for. This requires a judgment over control such that it is exposed, or has rights, to variable returns and can influence the returns attached to the arrangements.

### 37.2.    Impairment of non- current assets

The Group tests annually whether its non- current assets have suffered impairment, in accordance with its accounting policy. The recoverable amount of cash-generating units has been determined based on value in use calculations. We use market related information and estimates (generally risk adjusted discounted cash flows) to determine value in use. Cash flow projections take into account past experience and represent management's best estimate about future developments. Key assumptions on which management has based its determination of fair value less costs to sell and value in use includes estimated volume growth, long-term growth rates, weighted average cost of capital and tax rates. These estimates, includes the methodology used, can have a material impact on the respective values and ultimately the amount of any impairment, if any. The Group also compared the value in use determined above to

the stock price on the balance sheet date plus a control premium for broadcasting sector based on 5 years historical period to validate the amount of impairment recorded in the consolidated financial statements.

F-57

**EROS INTERNATIONAL PLC**
**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS**

**37.3.    Intangible assets**

The Group is required to identify and assess the useful life of intangible assets and determine their income generating life. Judgment is required in determining this and then providing an amortization rate to match this life as well as considering the recoverability or conversion of advances made in respect of securing film content or the services of talent associated with film production.

Accounting for the film content requires Management's judgment as it relates to total revenues to be received and costs to be incurred throughout the life of each film or its license period, whichever is the shorter. These judgments are used to determine the amortization of capitalized film content costs. The Group uses a stepped method of amortization on first release film content writing off more in year one which recognizes initial income flows and then the balance over a period of up to nine years. In the case of film content that is acquired by the Group after its initial exploitation, commonly referred to as Library, amortization is spread evenly over the lesser of 10 years or the license period. Management's policy is based upon factors such as historical performance of similar films, the star power of the lead actors and actresses and others. Management regularly reviews, and revises when necessary, its estimates, which may result in a change in the rate of amortization and/or a write down of the asset to the recoverable amount.

The Group tests annually whether intangible assets have suffered any impairment, in accordance with the accounting policy. These calculations require judgments and estimates to be made, and, in the event of an unforeseen event these judgments and assumptions would need to be revised and the value of the intangible assets could be affected. There may be instances where the useful life of an asset is shortened to reflect the uncertainty of its estimated income generating life. This is particularly the case when acquiring assets in markets that the Group has not previously exploited.

**37.4.    Credit impairment losses**

In case of catalogue and producer/ VFX services , the Group provides contractual deferred payment terms up to a year to the partners. Further, in several instances the catalogue customers fall behind contractual payment terms. The Group estimates credit impairment losses based on historical experience of collection from catalogue customers multiplied by the incremental borrowing rate applicable to the group of similar class of customer by geography. Incremental borrowing rate has been calculated considering applicable class of corporate bond in the United States specific to such customers and further adjusted the same for the relevant Country Risk Premium as such amount is invested in US dollar in those countries.

**37.5.    Investment in equity shares (Financial Assets) at FVOCI**

The Group follows the guidance of IFRS 9 – Financial Instruments: to determine the fair value of its investment in equity instruments, which have been measured using net assets value method based on financial information of the investee company. The aforesaid financial information is available with the lag of 2 years. Further a discount for lack of liquidity of 30% is applied which reflects ease of investors ability to liquidate.

**37.6.    Income taxes and deferred taxation**

The Group is subject to income taxes in various jurisdictions. Judgment is required in determining the worldwide provision for income taxes. We are subject to tax assessment in certain jurisdictions. Significant judgment is involved in determining the provision for income taxes including judgment on whether the tax positions are probable of being sustained in tax assessments.

Judgment is also required when determining whether the Group should recognize a deferred tax asset, based on whether the Management considers there is sufficient certainty in future earnings to justify the carry forward of assets created by tax losses and tax credits. Judgment is also required when determining whether the Group should recognize a deferred tax liability on undistributed earnings of subsidiaries. Where the ultimate outcome is different than that which was initially recorded there will be an impact on the income tax and deferred tax provisions.