# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
## COUNSELLORS AT LAW

———

| | | | | |
|---|---|---|---|---|
| CHARLES C. CARELLA<br>JAN ALAN BRODY<br>JOHN M. AGNELLO<br>CHARLES M. CARELLA<br>JAMES E. CECCHI | DONALD F. MICELI<br>CARL R. WOODWARD, III<br>MELISSA E. FLAX<br>DAVID G. GILFILLAN<br>G. GLENNON TROUBLEFIELD<br>BRIAN H. FENLON<br>LINDSEY H. TAYLOR<br>CAROLINE F. BARTLETT<br>ZACHARY S. BOWER+<br>DONALD A. ECKLUND<br>CHRISTOPHER H. WESTRICK*<br>STEPHEN R. DANEK<br>MICHAEL A. INNES | **5 BECKER FARM ROAD**<br>**ROSELAND, N.J. 07068-1739**<br>**PHONE (973) 994-1700**<br>**FAX (973) 994-1744**<br>**www.carellabyrne.com** | PETER G. STEWART<br>FRANCIS C. HAND<br>JAMES A. O'BRIEN, III<br>JOHN G. ESMERADO<br>STEVEN G. TYSON<br>MATTHEW J. CERES<br>MARC D. MORY<br><br>OF COUNSEL<br><br>*CERTIFIED BY THE SUPREME COURT OF<br>NEW JERSEY AS A CIVIL TRIAL ATTORNEY<br>+MEMBER FL BAR ONLY | RAYMOND J. LILLIE<br>GREGORY G. MAROTTA<br>KEVIN G. COOPER<br>MARYSSA P. GEIST<br>JORDAN M. STEELE**<br>ZACHARY A. JACOBS***<br>MICHAEL K. BELOSTOCK<br>BRIAN F. O'TOOLE**<br>SEAN M. KILEY<br>MICHAEL B. SIMONE<br>ROBERT J. VASQUEZ |

December 13, 2022

**VIA ECF**
Hon. John Michael Vazquez, U.S.D.J.
Hon. Jessica S. Allen, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

  Re: *In re Eros International Plc Securities Litigation*,
     Case No. 2:19-cv-14125-JMV-JSA

Dear Judge Vazquez and Judge Allen:

  We write on behalf of Lead Plaintiffs and Defendants in the above-captioned matter to provide the Court with a status update.  The Parties are pleased to inform the Court that the parties have reached a settlement in principle, with the aid of a mediator.

  This agreement to settle all claims is subject to, among other items, definitive documentation reflecting customary terms, and the Court's approval.  The Parties are proceeding to document the settlement and anticipate filing a motion for preliminary approval pursuant to Rule 23(e) in approximately 60 days on February 13, 2023.  Accordingly, the Parties request that the Court continue to stay this action pending the submission of that motion.

  We thank the Court for its time and continued attention to this matter.

          Respectfully Submitted,

         CARELLA BYRNE CECCHI
         BRODY & AGNELLO, P.C.

         */s/James E. Cecchi*
         James E. Cecchi