# CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.

### COUNSELLORS AT LAW

_____

| | | | |
|---|---|---|---|
| CHARLES C. CARELLA | DONALD F. MICELI | | RAYMOND J. LILLIE |
| JAN ALAN BRODY | CARL R. WOODWARD, III | | GREGORY G. MAROTTA |
| JOHN M. AGNELLO | MELISSA E. FLAX | | KEVIN G. COOPER |
| CHARLES M. CARELLA | DAVID G. GILFILLAN | | MARYSSA P. GEIST |
| JAMES E. CECCHI | G. GLENNON TROUBLEFIELD | | JORDAN M. STEELE** |
| | BRIAN H. FENLON | | MICHAEL K. BELOSTOCK |
| | LINDSEY H. TAYLOR | | BRIAN F. O'TOOLE** |
| | CAROLINE F. BARTLETT | | SEAN M. KILEY |
| | ZACHARY S. BOWER+ | | ROBERT J. VASQUEZ |
| | DONALD A. ECKLUND | | |
| | CHRISTOPHER H. WESTRICK* | | |
| | STEPHEN R. DANEK | | |
| | MICHAEL A. INNES | | |
| | MEGAN A. NATALE | | |

**5 BECKER FARM ROAD**
**ROSELAND, N.J.  07068-1739**
**PHONE (973) 994-1700**
**FAX (973) 994-1744**
**www.carellabyrne.com**

PETER G. STEWART
FRANCIS C. HAND
JAMES A. O'BRIEN, III
JOHN G. ESMERADO
STEVEN G. TYSON
MATTHEW J. CERES
MARC D. MORY
ZACHARY A. JACOBS***

OF COUNSEL

*CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CIVIL TRIAL ATTORNEY
+MEMBER FL BAR ONLY
**MEMBER NY BAR ONLY
***MEMBER IL BAR ONLY

January 30, 2023

**<u>Via ECF</u>**

Hon. John M. Vazquez, U.S.D.J.
Hon. Jessica S. Allen, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

\*The request is **GRANTED**.

**SO ORDERED.**

*s/Jessica S. Allen*
Hon. Jessica S. Allen, U.S.M.J.
Dated: February 1, 2023

Re:    ***In re Eros International Plc Securities Litigation,***
       <u>**Case No. 2:19-cv-14125-JMV-JSA**</u>

Dear Judge Vazquez and Judge Allen:

We are counsel to Court-appointed Lead Plaintiffs Opus Chartered Issuances, S.A., Compartment 127 and AI Undertaking IV (collectively, "Plaintiffs") in the above-referenced action.  We write with the consent of Defendants to update the Court on the Parties' efforts to document the class action settlement and for Plaintiffs to file their Motion for Preliminary Approval.

The Parties have been diligently working on the Stipulation of Settlement and several documents related thereto, including the Motion for Preliminary Approval and supporting memorandum, Preliminary Approval Order, Judgment, Long Notice, Summary Notice, and Claim Form.  However, given, *inter alia*, the recent holiday season and need for input from multiple constituencies, the Parties do not believe they will be able to meet the anticipated February 13, 2023, filing date they proposed to the Court.  *See* Dkt. No. 75.

Having met and conferred, the Parties believe that they will be able to finish documenting the settlement, and that Plaintiffs will file their Motion for Preliminary Approval, by March 17, 2023.  Accordingly, the Parties respectfully request that the Court order Plaintiffs to file the Motion for Preliminary Approval by March 17, 2023, or, if they cannot meet that deadline, for the Parties to jointly provide the Court with an update at that time. \*This is the Parties' first request for an extension.

January 30, 2023
Page  2

Respectfully submitted,

CARELLA BYRNE CECCHI
BRODY & AGNELLO, P.C.

*/s/James E. Cecchi*
James E. Cecchi

cc: All Counsel of Record (by ECF)