# LEVINE LEE LLP

1500 Broadway, Suite 2501
New York, New York 10036
212 223 4400 main
www.levinelee.com

**Scott B. Klugman**
212 257 4030 direct
sklugman@levinelee.com

March 15, 2023

**Via ECF**

Hon. John Michael Vazquez – United States District Judge
Hon. Jessica S. Allen – United States Magistrate Judge
United States District Court – District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

> Re:    *In re Eros International Plc Securities Litigation*, No. 2:19-cv-14125-JMV-JSA

Dear Judge Vazquez and Judge Allen:

We represent Defendants Eros International Plc, Kishore Lulla, and Andrew Warren in the above-captioned matter.  We write on behalf of all parties to update the Court on the parties' efforts to document the class action settlement and on timing regarding Plaintiffs' anticipated Motion for Preliminary Approval.

The parties have been diligently working on the Stipulation of Settlement and related documents, including the Motion for Preliminary Approval and supporting memorandum of law, Preliminary Approval Order, Judgment, Long Notice, Summary Notice, and Claim Form.  Given the need for input and agreement from multiple parties, including several insurance carriers, the parties do not believe that they will be able to meet the March 17, 2023 filing date that they proposed to, and was approved by, the Court.  (*See* ECF Nos. 77 (Letter), 78 (Letter Order).)

Having met and conferred, the parties believe that they will be able to finish documenting the settlement, and that Plaintiffs will file their Motion for Preliminary Approval, by April 7, 2023.  Accordingly, the parties respectfully request that the Court order Plaintiffs to file the Motion for Preliminary Approval by April 7, 2023, or, if they cannot meet that deadline, for the parties to jointly provide the Court with an update at that time.

2

This is the parties' second request for an extension, and we expect it will be our final one.

Respectfully submitted,

/s/ Scott B. Klugman

Scott B. Klugman
Kenneth E. Lee (*pro hac vice*)
Chad P. Albert (*pro hac vice*)

cc:   All Counsel of Record (via ECF)

SO ORDERED.

s/ John Michael Vazquez
John Michael Vazquez, U.S.D.J.

Date:  3/16/2023