James E. Cecchi
Lindsey H. Taylor
Donald A. Ecklund
Kevin G. Cooper
**CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
Email: jcecchi@carellabyrne.com

*Counsel for Plaintiffs and the proposed Settlement Class*

Kara M. Wolke
Leanne H. Solish
Raymond D. Sulentic
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

*Counsel for Plaintiffs and the proposed Settlement Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE EROS INTERNATIONAL PLC SECURITIES LITIGATION | C. A. No. 19-cv-14125 (JMV)(JAD)<br><br>**DECLARATION OF JAMES E. CECCHI IN SUPPORT OF LEAD PLAINTIFFS' UNOPPOSED MOTION FOR: (I) PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; (II) CERTIFICATION OF THE SETTLEMENT CLASS; AND (III) APPROVAL OF NOTICE OF SETTLEMENT** |

I, James E. Cecchi, hereby declare as follows:

1.      I am an attorney licensed to practice law in the State of New Jersey and a partner at the law firm Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C., Liaison Counsel for Lead Plaintiffs Opus Chartered Issuances S.A., Compartment 127 and AI Undertaking IV (collectively "Plaintiffs") in the above-captioned action. *See* ECF No. 20.  I have personal knowledge of the facts set forth herein and, if called upon, could and would testify thereto.

2.      I submit this declaration, together with the attached exhibits, in support of Plaintiffs' Unopposed Motion for: (I) Preliminary Approval of Class Action Settlement; (II) Certification of the Settlement Class; and (III) Approval of Notice of Settlement.

3.      Attached hereto as Exhibit 1 is a true and correct copy of the Stipulation and Agreement of Settlement, dated April 4, 2023.

4.      Attached hereto as Exhibit 2 is a true and correct excerpt from Janeen McIntosh, Svetlana Starykh, and Edward Flores, Recent Trends in Securities Class Action Litigation: 2022 Full-Year Review, at 17, Fig. 18 (NERA Jan. 24, 2023).

1

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on this, the 5th day of April 2023, in Roseland, New Jersey.

*s/ James E. Cecchi*
James E. Cecchi
