# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE EROS INTERNATIONAL PLC SECURITIES LITIGATION. | C. A. No. 19-cv-14125 (ES)(JSA)<br><br>Honorable Esther Salas, U.S.D.J. |

**DECLARATION OF JESSIE MAHN REGARDING: (I) MAILING OF NOTICE AND PROOF OF CLAIM FORM; (II) PUBLICATION OF SUMMARY NOTICE; (III) CALL CENTER SERVICES; (IV) THE SETTLEMENT WEBSITE; AND (V) REQUESTS FOR EXCLUSION AND OBJECTIONS RECEIVED TO DATE**

I, Jessie Mahn, declare and state as follows:

1.      I am a Project Manager employed by Epiq Class Action & Claims Solutions, Inc. ("Epiq"). Pursuant to the Court's Order Preliminarily Approving Settlement and Providing for Notice dated July 12, 2023 (ECF. No. 85) (the "Preliminary Approval Order"), Epiq was retained to act as the Claims Administrator for the Settlement in the above-captioned action (the "Action").[1]

2.      The following statements are based on my personal knowledge and information provided by Epiq employees working under my supervision, and if called on to do so, I could and would testify competently thereto.

3.      I submit this Declaration to provide the Court and the Parties with information regarding, among other things, the mailing of the Court-approved Notice of (I) Pendency of Class Action and Propose Settlement; (II) Settlement Fairness Hearing; and (III) Motion for an Award of Attorneys' Fees Reimbursement of Litigation Expenses (the "Notice") and the Proof of Claim and Release Form (the "Claim Form"; and together with the Notice, the "Notice Packet"), as well as the publication and transmission of the Summary Notice, and establishment of the settlement website and toll-free telephone number dedicated to this Action, in accordance with the Preliminary Approval Order.

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in the Stipulation and Agreement of Settlement, dated April 4, 2023 ("Stipulation"). ECF No. 83-1.

1

**I.    MAILING OF THE NOTICE AND CLAIM FORM**

4.    Pursuant to the Preliminary Approval Order, Epiq was responsible for disseminating the Notice Packet to potential Settlement Class members at the mailing addresses set forth in the records provided by Eros International, PLC ("Eros"). By definition, Settlement Class Members are all persons and entities who purchased or otherwise acquired Eros Securities between July 28, 2017 and August 3, 2021, inclusive (the "Settlement Class Period"), and were damaged thereby.  Excluded from the Settlement Class are Defendants and defendant Jyoti Deshpande; members of the Immediate Family of each of the Individual Defendants and defendant Jyoti Deshpande; any trust of which any Individual Defendant or defendant Jyoti Deshpande is the settlor or which is for the benefit of any Individual Defendant or defendant Jyoti Deshpande and/or member(s) of his or her Immediate Family members; STX; the Officers and/or directors of Eros and/or STX; any person, firm, trust, corporation, Officer, director or other individual or entity in which any Defendant, defendant Jyoti Deshpande, or STX has a controlling interest or which is related to or affiliated with any of the Defendants, defendant Jyoti Deshpande, or STX; and the legal representatives, agents, affiliates, heirs, successors-in-interest, or assigns of any such excluded party. Also excluded from the Settlement Class are the judges, justices, magistrates, and judicial officers presiding over this Action and any persons and entities who or which exclude themselves by submitting a request for exclusion that is accepted by the Court.

2

5.      On July 19, 2023, Epiq received from Eros the names and addresses of potential members of the Settlement Class (as required by Paragraph 7(a) of the Preliminary Approval Order), identifying its shareholders of record for Eros Securities during the Settlement Class Period.  The data received resulted in 283 unique mailing records.  On August 8, 2023, Epiq caused Notice Packets to be mailed via first class U.S. mail, postage pre-paid to the 283 unique mailing records contained in the data provided by Eros.

6.      As in most class actions of this nature, the large majority of potential Settlement Class Members are expected to be beneficial purchasers whose securities are held in "street name" – i.e., the securities are purchased by brokerage firms, banks, institutions, and other third-party nominees in the name of the nominee, on behalf of the beneficial purchasers. Epiq maintains and updates a proprietary internal list of the largest and most common banks, brokers, and other nominees.  At the time of the Initial Mailing, Epiq's internal broker list contained 1,043 mailing records. On August 8, 2023, Epiq caused Notice Packets to be mailed to the 1,043 mailing records contained in its internal broker list.

7.      In total, Epiq mailed 1,326 copies of the Notice Packet as part of its initial mailing notice program (the "Initial Mailing"). A copy of the Notice Packet is attached hereto as Exhibit A.

8.      The Notice directed those who purchased Eros Securities during the Settlement Class Period for the beneficial interest of a person or organization other than themselves to, within seven (7) calendar days of receipt of the Notice, either: (a) provide to Epiq a list(s) of shareholders of record (consisting of names and addresses) of Eros Securities during the

3

Settlement Class Period; or (b) request additional copies of the Notice Packet from Epiq to forward to such beneficial owners within seven (7) calendar days of receipt of the Notice Packets.

9. Through October 18, 2023, Epiq mailed an additional 4,034 Notice Packets to potential Settlement Class Members whose names and addresses were received from individuals or brokerage firms, banks, institutions, and other nominees requesting that Notice Packets be mailed to such persons or entities. Epiq also mailed another 17,500 Notice Packets to brokers and other nominee holders who requested Notice Packets to forward to their customers. All such requests have been, and will continue to be, complied with, and addressed in a timely manner.

10. As of October 18, 2023, a total of 22,860 Notice Packets have been disseminated to potential Settlement Class Members and nominees by first-class mail.

11. In addition, Epiq has been prompted to re-mail 34 Notice Packets to persons whose original mailings were returned by the U.S. Postal Service ("USPS") and for whom updated addresses were provided to Epiq by the USPS. As of October 18, 2023, a total of 140 Notice Packets remain undeliverable.

12. In our experience, in settlements of federal securities class actions, we typically receive claims from approximately 10% - 20% of the potential settlement class members to whom we mail notice. As of October 18, 2023, approximately 329 Claims have been submitted to Epiq. Moreover, the majority of claims in these cases are usually filed very

4

shortly before or on the filing deadline, and claims will continue to be received and processed over the next several months.

## II.  PUBLICATION OF THE SUMMARY NOTICE

13.    In accordance with Paragraph 7(d) of the Preliminary Approval Order, Epiq caused the Summary Notice to be published in *Investor's Business Daily* and transmitted once over *PR Newswire* on August 21, 2023.  Copies of proof of publication of the Summary Notice in *Investor's Business Daily* and over *PR Newswire* are attached hereto as Exhibit B.

## III.  CALL CENTER SERVICES

14.    Epiq reserved a toll-free phone number for the Settlement, (855) 619-1409, and published that toll-free number in the Notice Packet and on the website dedicated to the Settlement, www.ErosSecuritiesLitigation.com (the "Settlement Website").

15.    The toll-free number became operational on August 7, 2023.  The toll-free number connects callers with an Interactive Voice Recording ("IVR").  The IVR provides potential Settlement Class Members and others who call the toll-free telephone number access to additional information that has been pre-recorded.  The toll-free telephone line with pre-recorded information is available 24 hours-a-day, 7 days-a-week.  Specifically, the pre-recorded message provides callers with a brief summary of the Settlement and the option to select one of several more detailed recorded messages addressing frequently asked questions.  The IVR also allows callers to request a copy of the Notice Packet be mailed to them, or the caller may opt to speak live with a trained operator.  Callers are able to speak to a live operator regarding the status of the Settlement and/or obtain answers to questions they

may have, Monday through Friday from 9:00 a.m. to 9:00 p.m. Eastern Time (excluding official holidays).

16.    As of October 18, 2023, Epiq has received a total of 59 calls to the toll-free number dedicated to the Settlement, including 40 that were handled by a live operator. Epiq has promptly responded to each telephone inquiry and will continue to address potential Settlement Class Members' inquiries.

## IV.    THE SETTLEMENT WEBSITE

17.    In accordance with Paragraph 7 (c) of the Preliminary Approval Order, Epiq, in coordination with Lead Counsel, designed, implemented, and currently maintains the Settlement Website dedicated to the Action.  The address for the Settlement Website is set forth in the Notice, Claim Form, and Summary Notice.

18.    The Settlement Website became operational on August 7, 2023, and is accessible 24 hours-a-day, 7 days-a-week.  Among other things, the Settlement Website provides important information regarding the proposed Settlement, including the exclusion, objection, and claim-filing deadlines, the date and time of the Settlement Hearing, and instructions on how to attend the Settlement Hearing.  The Settlement Website also includes a link to an online claim uploader through which Settlement Class Members can submit their Claims.  In addition, copies of the Notice, Claim Form, Stipulation, Preliminary Approval Order, and other documents related to the Action are posted on the Settlement Website and are available for download.  Epiq will continue operating, maintaining and, as appropriate, updating the Settlement Website until the conclusion of this administration.

19.     As of October 18, 2023, there have been 2,440 unique visitors to the Settlement Website and 6,478 pageviews.

## V.    REQUESTS FOR EXCLUSION AND OBJECTIONS

20.     The Notice, Summary Notice, and Settlement Website inform Settlement Class Members that requests for exclusion from the Settlement Class must be received by November 7, 2023.  The Notice directs Settlement Class Members who wish to request exclusion to mail their request to In re Eros International PLC Securities Litigation, EXCLUSIONS, c/o Epiq, P.O. Box 2320, Portland, OR 97208-2320.  The Notice also sets forth the information that must be included in each request for exclusion.  Epiq monitors all mail delivered to this P.O. Box.

21.     As of October 18, 2023, Epiq has received no requests for exclusion.  Epiq has monitored and will continue to monitor all mail delivered to this address.  Epiq will submit a supplemental declaration after the November 7, 2023, deadline addressing any further requests for exclusion received.

22.     The Notice, Summary Notice, and Settlement Website also inform Settlement Class Members that: (a) they may object to the Settlement, the proposed Plan of Allocation, or Lead Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses; and (b) the objection must be in writing, and filed with the Court and delivered to Lead Counsel and Defendants' Counsel such that they are received on or before November 7, 2023.  Sometimes, however, Settlement Class Members submit objections to Epiq.

7

23.     Through October 18, 2023, Epiq has not received or been informed of any objections to the Settlement, the Plan of Allocation, or Lead Counsel's application for attorneys' fees, reimbursement of Litigation Expenses.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on October 19, 2023, in Seattle, WA.

_____
Jessie Mahn

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE EROS INTERNATIONAL PLC SECURITIES LITIGATION | C. A. No. 19-cv-14125 (ES)(JSA) <br><br> Honorable Esther Salas |

### NOTICE OF (I) PENDENCY OF CLASS ACTION AND PROPOSED SETTLEMENT; (II) SETTLEMENT FAIRNESS HEARING; AND (III) MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES

*A Federal Court authorized this Notice. This is not a solicitation from a lawyer.*

**NOTICE OF PENDENCY OF CLASS ACTION:** Please be advised that your rights may be affected by the above-captioned securities class action (the "Action") pending in the United States District Court for the District of New Jersey (the "Court"), if, during the period between July 28, 2017 and August 3, 2021, inclusive (the "Settlement Class Period"), you purchased or otherwise acquired Eros Media World Plc, f/k/a ErosSTX Global Corporation, f/k/a Eros International Plc ("Eros") class A ordinary shares and/or ErosSTX common stock, and were damaged thereby.[1] During the Settlement Class Period, Eros class A ordinary shares traded on the New York Stock Exchange ("NYSE") under the symbol "EROS," and ErosSTX common stock traded on the NYSE under the symbol "ESGC." [2, 3]

**NOTICE OF SETTLEMENT:** Please also be advised that the Court-appointed Lead Plaintiffs, Opus Chartered Issuances S.A., Compartment 127 and AI Undertaking IV ("Lead Plaintiffs"), on behalf of themselves and the Settlement Class (as defined in ¶ 24 below), have reached a proposed settlement of the Action for $25,000,000 in cash that, if approved, will resolve all claims in the Action (the "Settlement").

**PLEASE READ THIS NOTICE CAREFULLY. This Notice explains important rights you may have, including the possible receipt of cash from the Settlement. If you are a member of the Settlement Class, your legal rights will be affected whether or not you act.**

**If you have any questions about this Notice, the proposed Settlement, or your eligibility to participate in the Settlement, please DO NOT contact Eros, any other Defendants in the Action, or their counsel. All questions should be directed to Lead Counsel or the Claims Administrator (*see* ¶ 84 below).**

1. **Description of the Action and the Settlement Class:** This Notice relates to a proposed Settlement of claims in a pending securities class action brought by investors alleging, among other things, that defendants Eros, Kishore Lulla ("Lulla"), Prem Parameswaran ("Parameswaran"), and Andrew Warren ("Warren") (collectively, the "Defendants");[4] and additional named defendant Jyoti Deshpande ("Deshpande"), violated the federal securities laws by making false and misleading statements regarding Eros. A more detailed description of the Action is set forth in paragraphs 11-23 below. The proposed Settlement, if approved by the Court, will settle claims of the Settlement Class, as defined in paragraph 24 below.

2. **Statement of the Settlement Class's Recovery:** Subject to Court approval, Lead Plaintiffs, on behalf of themselves and the Settlement Class, have agreed to settle the Action in exchange for a payment of $25,000,000 in cash (the "Settlement Amount") to be deposited into an escrow account. The Net Settlement Fund (*i.e.*, the Settlement Amount plus any and all interest earned thereon (the "Settlement Fund") less (a) any Taxes, (b) any Notice and Administration Costs, (c) any Litigation Expenses awarded by the Court, and (d) any attorneys' fees awarded by the Court) will be distributed in accordance with a plan of allocation that is approved by the Court, which will determine how the Net Settlement Fund shall be allocated among members of the Settlement Class. The proposed plan of allocation (the "Plan of Allocation") is set forth on pages 7-9 below.

3. **Estimate of Average Amount of Recovery Per Share:** Based on Lead Plaintiffs' damages expert's estimates of the number of Eros Securities purchased during the Settlement Class Period that may have been affected by the conduct at issue in the Action and assuming that all Settlement Class Members elect to participate in the Settlement, the estimated average recovery (before the deduction of any Court-approved fees, expenses, and costs as described herein) per eligible security is $0.15. Settlement Class Members should note, however, that the foregoing average recovery per share is only an estimate. Some Settlement Class Members may recover more or less than this estimated amount depending on, among other factors, when and at what price they purchased/acquired or sold their Eros Securities, and the total number of valid Claim Forms submitted. Distributions to Settlement Class Members will be made based on the Plan of Allocation set forth herein (*see* pages 7-9 below) or such other plan of allocation as may be ordered by the Court.

4. **Average Amount of Damages Per Share:** The Parties do not agree on the average amount of damages per share that would be recoverable if Lead Plaintiffs were to prevail in the Action. Among other things, Defendants do not agree with the assertion that they violated the federal securities laws or that any damages were suffered by any members of the Settlement Class as a result of their conduct.

5. **Attorneys' Fees and Expenses Sought:** Plaintiffs' Counsel, which have been prosecuting the Action on a wholly contingent basis since its inception in 2019, have not received any payment of attorneys' fees for their representation of the Settlement Class and have advanced the funds to pay expenses necessarily incurred to prosecute this Action. Court-appointed Lead Counsel, Glancy Prongay & Murray LLP, will apply to the Court

---

[1] All capitalized terms used in this Notice that are not otherwise defined herein shall have the meanings ascribed to them in the Stipulation and Agreement of Settlement dated April 4, 2023 (the "Stipulation"), which is available at www.ErosSecuritiesLitigation.com.

[2] The merger between Eros International and STX Entertainment was completed during the Settlement Class Period on July 30, 2020. Prior to the merger, the Eros class A ordinary shares were listed on the NYSE under the symbol "EROS." Following the merger, Eros International Plc announced that it would change its corporate name to "Eros STX Global Corporation," and the common stock of the combined company would begin trading under the new ticker symbol "ESGC" on the NYSE, effective September 23, 2020.

Following the Settlement Class Period, in April 2022, the company completed the sale of its STX Entertainment subsidiary to an affiliate of The Najafi Companies. In May 2022, Eros STX Global Corporation announced that it would formally change its corporate name to "Eros Media World PLC" and that its common stock would begin trading under the new ticker symbol "EMWP" on the NYSE effective June 6, 2022. Effective, January 20, 2023, the company's stock was delisted from the NYSE and trading was suspended.

[3] Eros class A ordinary shares and ErosSTX common stock are collectively referred to herein as "Eros Securities."

[4] Defendants Lulla, Parameswaran, and Warren are collectively referred to herein as the "Individual Defendants."

AJ0601 v.05

1

for an award of attorneys' fees for all Plaintiffs' Counsel in an amount not to exceed 33⅓% of the Settlement Fund. In addition, Lead Counsel will apply for reimbursement of Litigation Expenses paid or incurred in connection with the institution, prosecution, and resolution of the claims against the Defendants, in an amount not to exceed $245,000, which may include an application for reimbursement of the reasonable costs and expenses incurred by Lead Plaintiffs directly related to their representation of the Settlement Class. Any fees and expenses awarded by the Court will be paid from the Settlement Fund. Settlement Class Members are not personally liable for any such fees or expenses. Estimates of the average cost per affected share of Eros Securities, if the Court approves Lead Counsel's fee and expense application, is $0.05 per Eros Security.

6. **Identification of Attorneys' Representatives**: Lead Plaintiffs and the Settlement Class are represented by Kara M. Wolke, Esq., of Glancy Prongay & Murray LLP, 1925 Century Park East, Suite 2100, Los Angeles, CA, 90067; telephone: (310) 201-9150; email: settlements@glancylaw.com.

7. **Reasons for the Settlement**: Lead Plaintiffs' principal reason for entering into the Settlement is the substantial immediate cash benefit for the Settlement Class without the risk or the delays inherent in further litigation. Moreover, the substantial cash benefit provided under the Settlement must be considered against the significant risk that a smaller recovery – or indeed no recovery at all – might be achieved after contested motions, a trial of the Action, and the likely appeals that would follow a trial. This process could be expected to last several years. Defendants, who deny all allegations of wrongdoing or liability whatsoever, are entering into the Settlement to eliminate the uncertainty, burden, and expense of further protracted litigation.

| YOUR LEGAL RIGHTS AND OPTIONS IN THE SETTLEMENT: | |
|---|---|
| **SUBMIT A CLAIM FORM POSTMARKED NO LATER THAN DECEMBER 6, 2023.** | This is the only way to be eligible to receive a payment from the Settlement Fund. If you are a Settlement Class Member and you remain in the Settlement Class, you will be bound by the Settlement as approved by the Court and you will give up any Released Plaintiffs' Claims (defined in ¶ 33 below) that you have against Defendants and the other Defendants' Releasees (defined in ¶ 34 below), so it is in your interest to submit a Claim Form. |
| **EXCLUDE YOURSELF FROM THE SETTLEMENT CLASS BY SUBMITTING A WRITTEN REQUEST FOR EXCLUSION SO THAT IT IS *RECEIVED* NO LATER THAN NOVEMBER 7, 2023.** | If you exclude yourself from the Settlement Class, you will not be eligible to receive any payment from the Settlement Fund. This is the only option that allows you ever to be part of any other lawsuit against any of the Defendants or the other Defendants' Releasees concerning the Released Plaintiffs' Claims. |
| **OBJECT TO THE SETTLEMENT BY SUBMITTING A WRITTEN OBJECTION SO THAT IT IS *RECEIVED* NO LATER THAN NOVEMBER 7, 2023.** | If you do not like the proposed Settlement, the proposed Plan of Allocation, or the request for attorneys' fees and reimbursement of Litigation Expenses, you may write to the Court and explain why you do not like them. You cannot object to the Settlement, the Plan of Allocation, or the fee and expense request unless you are a Settlement Class Member and do not exclude yourself from the Settlement Class. |
| **GO TO A HEARING ON NOVEMBER 28, 2023 AT 2:00 P.M., AND FILE A NOTICE OF INTENTION TO APPEAR SO THAT IT IS *RECEIVED* NO LATER THAN NOVEMBER 7, 2023.** | Filing a written objection and notice of intention to appear by November 7, 2023 allows you to speak in Court, at the discretion of the Court, about the fairness of the proposed Settlement, the Plan of Allocation, and/or the request for attorneys' fees and reimbursement of Litigation Expenses. If you submit a written objection, you may (but you do not have to) attend the hearing and, at the discretion of the Court, speak to the Court about your objection. |
| **DO NOTHING.** | If you are a member of the Settlement Class and you do not submit a valid Claim Form, you will not be eligible to receive any payment from the Settlement Fund. You will, however, remain a member of the Settlement Class, which means that you give up your right to sue about the claims that are resolved by the Settlement and you will be bound by any judgments or orders entered by the Court in the Action. |

| WHAT THIS NOTICE CONTAINS | |
|---|---|

| Why Did I Get This Notice? | Page 3 |
|---|---|
| What Is This Case About? | Page 3 |
| How Do I Know If I Am Affected By The Settlement? | |
|    Who Is Included In The Settlement Class? | Page 4 |
| What Are Lead Plaintiffs' Reasons For The Settlement? | Page 4 |
| What Might Happen If There Were No Settlement? | Page 5 |
| How Are Settlement Class Members Affected By The Action And The Settlement? | Page 5 |
| How Do I Participate In The Settlement? What Do I Need To Do? | Page 6 |
| How Much Will My Payment Be? | Page 6 |
| What Payment Are The Attorneys For The Settlement Class Seeking? How Will The Lawyers Be Paid? | Page 9 |
| What If I Do Not Want To Be A Member Of The Settlement Class? How Do I Exclude Myself? | Page 10 |
| When And Where Will The Court Decide Whether To Approve The Settlement? Do I Have To Come To The Hearing? May I Speak At The Hearing If I Don't Like The Settlement? | Page 10 |
| What If I Bought Shares On Someone Else's Behalf? | Page 11 |
| Can I See The Court File? Whom Should I Contact If I Have Questions? | Page 11 |

AJ0602 v.05

## WHY DID I GET THIS NOTICE?

8.    The Court directed that this Notice be mailed to you because you or someone in your family or an investment account for which you serve as a custodian may have purchased or otherwise acquired Eros Securities during the Settlement Class Period. The Court has directed us to send you this Notice because, as a potential Settlement Class Member, you have a right to know about your options before the Court rules on the proposed Settlement. Additionally, you have the right to understand how this class action lawsuit may generally affect your legal rights. If the Court approves the Settlement and the Plan of Allocation (or some other plan of allocation), the claims administrator selected by Lead Plaintiffs and approved by the Court will make payments pursuant to the Settlement after any objections and appeals are resolved.

9.    The purpose of this Notice is to inform you of the existence of this case, that it is a class action, how you might be affected, and how to exclude yourself from the Settlement Class if you wish to do so. It is also being sent to inform you of the terms of the proposed Settlement, and of a hearing to be held by the Court to consider the fairness, reasonableness, and adequacy of the Settlement, the proposed Plan of Allocation, and the motion by Lead Counsel for an award of attorneys' fees and reimbursement of Litigation Expenses (the "Settlement Hearing"). *See* paragraph 75 below for details about the Settlement Hearing, including the date and location of the hearing.

10.    The issuance of this Notice is not an expression of any opinion by the Court concerning the merits of any claim in the Action, and the Court still must decide whether to approve the Settlement. If the Court approves the Settlement and a plan of allocation, then payments to Authorized Claimants will be made after any appeals are resolved and after the completion of all claims processing. Please be patient, as this process can take some time to complete.

## WHAT IS THIS CASE ABOUT?

11.    This litigation centers around the financial condition of Eros. Lead Plaintiffs allege that Defendants made materially false and misleading statements regarding: (a) Eros's intangible content assets and the value thereof; (b) Eros's financial state; (c) Eros's revenues and receivables for FY 2020; (d) Eros's intangible asset and goodwill balances as reported in the March 31, 2021 Form 6-K; and (e) the adequacy of Eros's internal controls and compliance policies.

12.    Beginning on June 21, 2019, two class action complaints were filed in the Court. Another class action was subsequently filed in the United States District Court for the Central District of California, and it was later transferred to this Court. By Order dated April 14, 2020, these three actions were consolidated and recaptioned as *In re Eros International Plc Securities Litigation*, Civil Action No. 19-cv-14125 and Lead Plaintiffs, Lead Counsel, and liaison counsel were approved and appointed by the Court.

13.    On July 1, 2020, Lead Plaintiffs filed and served their Consolidated Class Action Complaint (the "Consolidated Complaint") asserting claims against defendants Eros, Lulla, Parameswaran, and Deshpande under Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder, and against Lulla, Parameswaran, and Deshpande under Section 20(a) of the Exchange Act. Among other things, the Consolidated Complaint alleged that Eros and the individual defendants made materially false and misleading statements, and failed to disclose material adverse facts, about (a) Eros's intangible content asset balances, its liquidity and financial, and (b) the adequacy of Eros's internal controls and compliance policies. The Consolidated Complaint further alleged that the price of Eros's publicly-traded securities was artificially inflated as a result of Defendants' allegedly false and misleading statements, and declined when the truth was revealed.

14.    On August 28, 2020, defendants Eros, Lulla, and Parameswaran filed and served a motion to dismiss the Consolidated Complaint. On October 14, 2020, Lead Plaintiffs filed and served their papers in opposition, as well as a motion to strike. On November 2, 2020, Eros and individual defendants Lulla and Parameswaran filed and served their papers in opposition to Lead Plaintiffs motion to strike, and on November 9, 2020, Lead Plaintiffs filed and served their reply in support of their motion to strike. On November 13, 2020, Eros and individual defendants Lulla and Parameswaran filed and served their reply papers in further support of their motion to dismiss the Consolidated Complaint.

15.    On April 20, 2021, the Court entered an order that granted in part, and denied in part, the motion to dismiss the Consolidated Complaint. The order further granted Lead Plaintiffs time to file an amended complaint.

16.    On June 4, 2021, Lead Plaintiffs filed and served the Amended Consolidated Class Action Complaint (the "Amended Consolidated Complaint"). The Amended Consolidated Complaint, like the Consolidated Complaint, asserted claims against Eros, Lulla, Parameswaran, and Deshpande under Section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder, and against the Lulla, Parameswaran, and Deshpande under Section 20(a) of the Exchange Act. The Amended Consolidated Complaint alleged claims substantially similar to those alleged in the Consolidated Complaint.

17.    Prior to filing a motion to dismiss the Amended Consolidated Complaint, and in response to then recent news announced by Eros that Lead Plaintiffs believed was relevant to their claims, on October 29, 2021, Lead Plaintiffs served their [Proposed] Second Amended Consolidated Class Action Complaint, and defendants Eros, Kishore, Lulla, and Parameswaran stipulated to its filing. On November 5, 2021, Lead Plaintiffs filed and served the Third Amended Consolidated Class Action Complaint (the "Complaint"). The Complaint asserted claims against Eros, the Individual Defendants, and defendant Deshpande under Section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder, and against the Individual Defendants and defendant Deshpande under Section 20(a) of the Exchange Act. The Complaint alleged claims substantially similar to those alleged in the Amended Consolidated Complaint. But it also included allegations based on new information about Eros's fiscal year 2020 revenue and related receivables announced by Eros after the filing of the Amended Consolidated Complaint.

18.    On March 4, 2022, Defendants filed and served their motions to dismiss the Complaint. On April 15, 2022, Lead Plaintiffs filed and served their papers in opposition to these motions and, on April 29, 2022, Defendants filed and served their reply papers.

19.    While Defendants' motion to dismiss the Complaint was pending, Lead Plaintiffs continued their investigation into the claims asserted, but also recognized that the Court's earlier decision on the motion to dismiss underscored the risks attendant to this litigation. While the Parties believe in the merits of their respective positions, they also recognized the benefits that would accrue if they could reach an agreement to resolve the Action. They began to discuss the possibility of exploring whether a settlement could be reached through a mediation process. The Parties selected David Murphy, Esq., to mediate the Action. In advance of the mediation, the Parties exchanged and provided to Mr. Murphy detailed mediation statements and exhibits that addressed the issues of liability and damages. On November 30, 2022, the Parties participated in a full-day mediation session. The session ended without any agreement being reached.

AJ0603 v.05

3

20. Over the next several weeks, Mr. Murphy conducted further discussions with the Parties, which culminated in the Parties accepting Mr. Murphy's recommendation that the Action be settled for $25,000,000.

21. Based on the investigation and mediation of the case and Lead Plaintiffs' direct oversight of the prosecution of this matter and with the advice of their counsel, each of the Lead Plaintiffs has agreed to settle and release the claims raised in the Action pursuant to the terms and provisions of the Stipulation, after considering, among other things, (a) the substantial financial benefit that Lead Plaintiffs and the other members of the Settlement Class will receive under the proposed Settlement; and (b) the significant risks and costs of continued litigation and trial.

22. Defendants are entering into the Stipulation to eliminate the uncertainty, burden, and expense of further protracted litigation. Each of the Defendants denies any wrongdoing, and the Stipulation shall in no event be construed or deemed to be evidence of or an admission or concession on the part of any of the Defendants, or any other of the Defendants' Releasees (defined in ¶ 34 below), with respect to any claim or allegation of any fault, liability, wrongdoing, or damage whatsoever, or any infirmity in the defenses that the Defendants have, or could have, asserted. Similarly, the Stipulation shall in no event be construed or deemed to be evidence of or an admission or concession on the part of any Lead Plaintiff of any infirmity in any of the claims asserted in the Action, or an admission or concession that any of the Defendants' defenses to liability had any merit.

23. On July 12, 2023, the Court preliminarily approved the Settlement, authorized this Notice to be disseminated to potential Settlement Class Members, and scheduled the Settlement Hearing to consider whether to grant final approval to the Settlement.

## HOW DO I KNOW IF I AM AFFECTED BY THE SETTLEMENT? WHO IS INCLUDED IN THE SETTLEMENT CLASS?

24. If you are a member of the Settlement Class, you are subject to the Settlement, unless you timely request to be excluded. The Settlement Class consists of:

> all persons and entities who or which purchased or otherwise acquired Eros Securities between July 28, 2017 and August 3, 2021, inclusive, and were damaged thereby.

Excluded from the Settlement Class are Defendants and defendant Deshpande; members of the Immediate Family of each of the Individual Defendants and defendant Deshpande; any trust of which any Individual Defendant or defendant Deshpande is the settlor or which is for the benefit of any Individual Defendant or defendant Deshpande and/or member(s) of his or her Immediate Family members; STX; the Officers and/or directors of Eros and/or STX Entertainment f/k/a ErosSTX Global Corporation; any person, firm, trust, corporation, Officer, director or other individual or entity in which any Defendant, defendant Deshpande, or STX has a controlling interest or which is related to or affiliated with any of the Defendants, defendant Deshpande, or STX; and the legal representatives, agents, affiliates, heirs, successors-in-interest, or assigns of any such excluded party. Also excluded from the Settlement Class are the judges, justices, magistrates, and judicial officers presiding over this Action and any persons or entities who or which exclude themselves by submitting a request for exclusion in accordance with the requirements set forth in this Notice. *See* "What If I Do Not Want To Be A Member Of The Settlement Class? How Do I Exclude Myself," on page 10 below.

**PLEASE NOTE: RECEIPT OF THIS NOTICE DOES NOT MEAN THAT YOU ARE A SETTLEMENT CLASS MEMBER OR THAT YOU WILL BE ENTITLED TO RECEIVE PROCEEDS FROM THE SETTLEMENT. IF YOU ARE A SETTLEMENT CLASS MEMBER AND YOU WISH TO BE ELIGIBLE TO PARTICIPATE IN THE DISTRIBUTION OF PROCEEDS FROM THE SETTLEMENT, YOU ARE REQUIRED TO SUBMIT THE CLAIM FORM THAT IS BEING DISTRIBUTED WITH THIS NOTICE AND THE REQUIRED SUPPORTING DOCUMENTATION AS SET FORTH THEREIN POSTMARKED NO LATER THAN DECEMBER 6, 2023.**

## WHAT ARE LEAD PLAINTIFFS' REASONS FOR THE SETTLEMENT?

25. Lead Plaintiffs and Lead Counsel believe that the claims asserted against Defendants have merit. They recognize, however, the expense and length of continued proceedings necessary to pursue their claims against the remaining Defendants through trial and appeals, as well as the very substantial risks they would face in establishing liability and damages. For example, Defendants assert that their statements concerning the value of Eros's content and the later impairment of such content were inactionable opinions. Similarly, Defendants assert that their statements concerning Eros's supposed financial well-being are not actionable under the federal securities laws. Defendants also argued, among other things, that Eros's revenues and receivables for FY 2020, and its intangible asset and goodwill balances as reported in the March 31, 2021 Form 6-K, cannot be false because the announcement stating the results from Eros's Audit Committee investigation were only preliminary and may be revised. Defendants also asserted that their statements were not made with the requisite state of mind to support the securities fraud claims alleged. The Court's earlier partial granting of the motion to dismiss demonstrates the continued risk of litigation. If the litigation continued, Lead Plaintiffs would have to prevail at several stages – additional motions to dismiss, class certification, motions for summary judgment, trial, and if they prevailed on those, on the appeals that were likely to follow. Moreover, because Eros has failed to file a full set of financial statements with the SEC in over two years, there is a real risk concerning the Company's ability to fund a future settlement or judgment. Thus, there were significant risks attendant to the continued prosecution of the Action.

26. In light of these risks, the amount of the Settlement and the immediacy of recovery to the Settlement Class, Lead Plaintiffs and Lead Counsel believe that the proposed Settlement is fair, reasonable, and adequate, and in the best interests of the Settlement Class. Lead Plaintiffs and Lead Counsel believe that the Settlement provides a substantial benefit to the Settlement Class, namely $25,000,000 in cash (less the various deductions described in this Notice), as compared to the risk that the claims in the Action would produce a smaller recovery, or no recovery at all, after summary judgment, trial and appeals, possibly years in the future.

27. Defendants have denied the claims asserted against them in the Action and deny having engaged in any wrongdoing or violation of law of any kind whatsoever. Defendants have agreed to the Settlement to eliminate the burden and expense of continued litigation. Accordingly, the Settlement may not be construed as an admission of any wrongdoing by Defendants.

AJ0604 v.05

4

## WHAT MIGHT HAPPEN IF THERE WERE NO SETTLEMENT?

28.   If there were no Settlement and Lead Plaintiffs failed to establish any essential legal or factual element of their claims against Defendants, neither Lead Plaintiffs nor the other members of the Settlement Class would recover anything from Defendants. Also, if Defendants were successful in proving any of their defenses, either at summary judgment, at trial, or on appeal, the Settlement Class could recover substantially less than the amount provided in the Settlement, or nothing at all.

## HOW ARE SETTLEMENT CLASS MEMBERS AFFECTED BY THE ACTION AND THE SETTLEMENT?

29.   As a Settlement Class Member, you are represented by Lead Plaintiffs and Lead Counsel, unless you enter an appearance through counsel of your own choice at your own expense. You are not required to retain your own counsel, but if you choose to do so, such counsel must file a notice of appearance on your behalf and must serve copies of his or her appearance on the attorneys listed in the section entitled, "When And Where Will The Court Decide Whether To Approve The Settlement?," below.

30.   If you are a Settlement Class Member and do not wish to remain a Settlement Class Member, you may exclude yourself from the Settlement Class by following the instructions in the section entitled, "What If I Do Not Want To Be A Member Of The Settlement Class? How Do I Exclude Myself?," below.

31.   If you are a Settlement Class Member and you wish to object to the Settlement, the Plan of Allocation, or Lead Counsel's application for attorneys' fees and reimbursement of Litigation Expenses, and if you do not exclude yourself from the Settlement Class, you may present your objections by following the instructions in the section entitled, "When And Where Will The Court Decide Whether To Approve The Settlement?," below.

32.   If you are a Settlement Class Member and you do not exclude yourself from the Settlement Class, you will be bound by any orders issued by the Court. If the Settlement is approved, the Court will enter a judgment (the "Judgment"). The Judgment will dismiss with prejudice the claims against Defendants and will provide that, upon the Effective Date of the Settlement, Lead Plaintiffs and each of the other Settlement Class Members, on behalf of themselves, and their respective current and former heirs, executors, administrators, predecessors, successors, assigns, assignees, officers, directors, agents, parents, affiliates, subsidiaries, insurers, reinsurers, employees, attorneys, and Immediate Family members, in their capacities as such, will have fully, finally, and forever compromised, settled, released, resolved, relinquished, waived, and discharged each and every Released Plaintiffs' Claim (as defined in ¶ 33 below) against the Defendants and the other Defendants' Releasees (as defined in ¶ 34 below), and shall forever be barred and enjoined from commencing, instituting, maintaining, or prosecuting any or all of the Released Plaintiffs' Claims against any of the Defendants' Releasees, and shall be deemed to have covenanted not to sue Defendants and the other Defendants' Releasees on the basis of any Released Plaintiffs' Claims.

33.   "Released Plaintiffs' Claims" means all claims, demands, losses, rights, liabilities, obligations, damages, issues, and causes of action of every nature and description, whether known claims or Unknown Claims, whether arising under federal, state, local, statutory, common, or foreign law, or any other law, rule, or regulation, at law or in equity, whether asserted or unasserted, accrued or unaccrued, fixed or contingent, liquidated or unliquidated, foreseen or unforeseen, whether matured or unmatured, whether direct, representative, class, or individual in nature that Lead Plaintiffs or any other member of the Settlement Class (i) asserted in the Complaint, or (ii) could have asserted in any forum that arise out of or are based upon, or relate in any way to, the allegations, transactions, facts, matters or occurrences, representations, or omissions involved, set forth, or referred to in the Complaint and that relate to the purchase, acquisition, transfer, or sale of Eros Securities during the Settlement Class Period. Released Plaintiffs' Claims do not include (i) any claims relating to the enforcement of the Settlement, and (ii) any claims of any person or entity who or which submits a request for exclusion that is accepted by the Court.

34.   "Defendants' Releasees" means Defendants and their current and former officers, directors, agents, parents, affiliates, subsidiaries, successors, predecessors, assigns, assignees, employees, insurers, attorneys, Immediate Family members (for the Individual Defendants), and any trust of which any Individual Defendant is the settlor or which is for the benefit of any Individual Defendant and/or member(s) of his or her Immediate Family, all in their capacities as such. Defendants' Releasees also include defendant Deshpande and STX Entertainment (f/k/a ErosSTX Global Corporation).

35.   "Unknown Claims" means any Released Plaintiffs' Claims which any Lead Plaintiff or any other Settlement Class Member does not know or suspect to exist in his, her, or its favor at the time of the release of such claims, and any Released Defendants' Claims which any Defendant or any other Defendants' Releasee does not know or suspect to exist in his, her, or its favor at the time of the release of such claims, which, if known by him, her, or it, might have affected his, her, or its decision(s) with respect to this Settlement. With respect to any and all Released Claims, the Parties stipulate and agree that, upon the Effective Date of the Settlement, Lead Plaintiffs and Defendants shall expressly waive, and each of the other Settlement Class Members and each of the other Defendants' Releasees shall be deemed to have waived, and by operation of the Judgment or the Alternate Judgment, if applicable, shall have expressly waived, any and all provisions, rights, and benefits conferred by any law of any state or territory of the United States, or principle of common law or foreign law, which is similar, comparable, or equivalent to California Civil Code §1542, which provides:

> A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor.

Lead Plaintiffs, Defendants, Settlement Class Members, and their respective Releasees acknowledge that they may hereafter discover facts in addition to or different from those which they or their counsel now know or believe to be true with respect to the subject matter of the Released Claims, but the Parties stipulate and agree that, upon the Effective Date, Lead Plaintiffs and each Defendant shall have, and each Releasee by operation of the Judgment, or the Alternative Judgment, if applicable, shall be deemed to have, fully, finally, and forever settled and released any and all Released Claims, known or Unknown Claims, suspected or unsuspected, contingent or non-contingent, whether or not hidden or concealed, which now exist, or heretofore have existed, upon any theory of law or equity now existing or coming into existence in the future, including but not limited to, conduct which is negligent, intentional, with or without malice, or a breach of any duty, law or rule, without regard to the subsequent discovery or existence of such different or additional facts. Lead Plaintiffs and Defendants acknowledge, and each of the other Releasees shall be deemed by operation of law to have acknowledged, that the foregoing waiver, and specifically the inclusion of "Unknown Claims" in the definition of Released Plaintiffs' Claims and Released Defendants' Claims, was separately bargained for and a key element of the Settlement.

36.   The Judgment will also provide that, upon the Effective Date of the Settlement, Defendants and each of the other Defendants' Releasees, on behalf of themselves, and their respective heirs, executors, administrators, predecessors, successors, and assigns, in their capacities as such, will have fully, finally, and forever compromised, settled, released, resolved, relinquished, waived, and discharged each

AJ0605 v.05

5

and every Released Defendants' Claim (as defined in ¶ 37 below) against Lead Plaintiffs and the other Plaintiffs' Releasees (as defined in ¶ 38 below), and shall forever be barred and enjoined from commencing, instituting, maintaining, or prosecuting any or all of the Released Defendants' Claims against any of the Plaintiffs' Releasees, and shall be deemed to have covenanted not to sue Lead Plaintiffs and the other Plaintiffs' Releasees on the basis of any Released Defendants' Claim.

37. "Released Defendants' Claims" means all claims and causes of action of every nature and description, whether known claims or Unknown Claims, whether arising under federal, state, common, or foreign law, that arise out of or relate in any way to the institution, prosecution, or settlement of the claims against the Defendants and Jyoti Deshpande. Released Defendants' Claims do not include any claims relating to the enforcement of the Settlement or any claims against any person or entity who or which submits a request for exclusion from the Settlement Class that is accepted by the Court. Released Defendants' Claims do not include (i) any claims relating to the enforcement of the Settlement, and (ii) any claims of any person or entity who or which submits a request for exclusion that is accepted by the Court.

38. "Plaintiffs' Releasees" means Lead Plaintiffs, all other plaintiffs in the Action, and any other Settlement Class Member, and their respective current and former officers, directors, agents, parents, affiliates, subsidiaries, successors, predecessors, assigns, assignees, employees, insurers, attorneys, and Immediate Family members, all in their capacities as such.

## HOW DO I PARTICIPATE IN THE SETTLEMENT? WHAT DO I NEED TO DO?

39. To be eligible for a payment from the proceeds of the Settlement, you must be a member of the Settlement Class and you must timely complete and return the Claim Form with adequate supporting documentation **postmarked no later than December 6, 2023**. A Claim Form is included with this Notice, or you may obtain one from the website maintained by the Claims Administrator for the Settlement, www.ErosSecuritiesLitigation.com, or you may request that a Claim Form be mailed to you by calling the Claims Administrator toll-free at 1-855-619-1409. Please retain all records of your ownership of and transactions in Eros Securities, as they may be needed to document your Claim. If you request exclusion from the Settlement Class or do not submit a timely and valid Claim Form, you will not be eligible to share in the Net Settlement Fund.

## HOW MUCH WILL MY PAYMENT BE?

40. At this time, it is not possible to make any determination as to how much any individual Settlement Class Member may receive from the Settlement.

41. Pursuant to the Settlement, Defendants have agreed to pay or caused to be paid twenty five million dollars ($25,000,000) in cash. The Settlement Amount will be deposited into an escrow account. The Settlement Amount plus any interest earned thereon is referred to as the "Settlement Fund." If the Settlement is approved by the Court and the Effective Date occurs, the "Net Settlement Fund" (that is, the Settlement Fund less (a) all federal, state and/or local taxes on any income earned by the Settlement Fund and the reasonable costs incurred in connection with determining the amount of and paying taxes owed by the Settlement Fund (including reasonable expenses of tax attorneys and accountants); (b) the costs and expenses incurred in connection with providing notice to Settlement Class Members and administering the Settlement on behalf of Settlement Class Members; and (c) any attorneys' fees and Litigation Expenses awarded by the Court) will be distributed to Settlement Class Members who submit valid Claim Forms, in accordance with the proposed Plan of Allocation or such other plan of allocation as the Court may approve.

42. The Net Settlement Fund will not be distributed unless and until the Court has approved the Settlement and a plan of allocation, and the time for any petition for rehearing, appeal, or review, whether by certiorari or otherwise, has expired.

43. Neither Defendants nor any other person or entity that paid any portion of the Settlement Amount on their behalf are entitled to get back any portion of the Settlement Fund once the Court's order or judgment approving the Settlement becomes Final. Defendants shall not have any liability, obligation, or responsibility for the administration of the Settlement, the disbursement of the Net Settlement Fund or the plan of allocation.

44. Approval of the Settlement is independent from approval of a plan of allocation. Any determination with respect to a plan of allocation will not affect the Settlement, if approved.

45. Unless the Court otherwise orders, any Settlement Class Member who fails to submit a Claim Form postmarked on or before December 6, 2023 shall be fully and forever barred from receiving payments pursuant to the Settlement but will in all other respects remain a Settlement Class Member and be subject to the provisions of the Stipulation, including the terms of any Judgment entered and the releases given. This means that each Settlement Class Member releases the Released Plaintiffs' Claims (as defined in ¶ 33 above) against the Defendants' Releasees (as defined in ¶ 34 above) and will be enjoined and prohibited from filing, prosecuting, or pursuing any of the Released Plaintiffs' Claims against any of the Defendants' Releasees whether or not such Settlement Class Member submits a Claim Form.

46. Participants in and beneficiaries of a plan covered by ERISA ("ERISA Plan") should NOT include any information relating to their transactions in Eros Securities held through the ERISA Plan in any Claim Form that they may submit in this Action. They should include ONLY those Eros Securities that they purchased or acquired outside of the ERISA Plan. Claims based on any ERISA Plan's purchases or acquisitions of Eros Securities during the Settlement Class Period may be made by the plan's trustees. To the extent any of the Defendants or any of the other persons or entities excluded from the Settlement Class are participants in the ERISA Plan, such persons or entities shall not receive, either directly or indirectly, any portion of the recovery that may be obtained from the Settlement by the ERISA Plan.

47. The Court has reserved jurisdiction to allow, disallow, or adjust on equitable grounds the Claim of any Settlement Class Member.

48. Each Claimant shall be deemed to have submitted to the jurisdiction of the Court with respect to his, her, or its Claim Form.

49. Only Settlement Class Members, *i.e.*, persons and entities who purchased or otherwise acquired Eros Securities during the Settlement Class Period and were damaged as a result of such purchases or acquisitions, will be eligible to share in the distribution of the Net Settlement Fund. Persons and entities that are excluded from the Settlement Class by definition or that exclude themselves from the Settlement Class pursuant to request will not be eligible to receive a distribution from the Net Settlement Fund and should not submit Claim Forms. The only securities that are included in the Settlement are the Eros Securities.

AJ0606 v.05

## PROPOSED PLAN OF ALLOCATION

50.    The objective of the Plan of Allocation is to equitably distribute the Settlement proceeds to those Settlement Class Members who suffered economic losses as a proximate result of the alleged wrongdoing. The calculations made pursuant to the Plan of Allocation are not intended to be estimates of, nor indicative of, the amounts that Settlement Class Members might have been able to recover after a trial. Nor are the calculations pursuant to the Plan of Allocation intended to be estimates of the amounts that will be paid to Authorized Claimants pursuant to the Settlement. The computations under the Plan of Allocation are only a method to weigh the claims of Authorized Claimants against one another for the purposes of making *pro rata* allocations of the Net Settlement Fund.

51.    The Plan of Allocation generally measures the amount of loss that a Settlement Class Member can claim for purposes of making *pro rata* allocations of the cash in the Net Settlement Fund to Authorized Claimants. The Plan of Allocation is not a formal damage analysis. Recognized Loss Amounts are based primarily on the price declines observed over the period which Lead Plaintiffs allege corrective information was entering the market place. In this case, Lead Plaintiff alleges that Defendants made false statements and omitted material facts during the Settlement Class Period (*i.e.*, July 28, 2017 through August 3, 2021, inclusive) which had the effect of artificially inflating the price of Eros Securities. The estimated alleged artificial inflation in the price of Eros Securities during the Settlement Class Period is reflected in Table 1 below. The computation of the estimated alleged artificial inflation in the price of Eros Securities during the Settlement Class Period is based on certain misrepresentations alleged by Lead Plaintiffs and the price change in the stock, net of market- and industry-wide factors, in reaction to the public announcements that allegedly corrected the misrepresentations alleged by Lead Plaintiffs.

52.    In order to have recoverable damages, disclosures correcting the alleged misrepresentations must be the cause of the decline in the price of the Eros Securities. Lead Plaintiffs allege that corrective disclosures removed the artificial inflation from the price of Eros Securities on June 6, 2019, June 7, 2019, June 11, 2019, June 26, 2019, June 27, 2019, July 15, 2019, September 26, 2019, July 30, 2020, August 4, 2021, and August 5, 2021 (the "Corrective Disclosure Dates"). Accordingly, in order to have a Recognized Loss Amount, Eros Securities must have been purchased or acquired during the Settlement Class Period and held through at least one of these Corrective Disclosure Dates.

53.    To the extent a Claimant does not satisfy one of the conditions set forth in the preceding paragraph, his, her, or its Recognized Loss Amount for those transactions will be zero.

| Table 1 Artificial Inflation in Eros Securities* | | |
|---|---|---|
| **From** | **To** | **Per–Share Inflation[5]** |
| July 28, 2017 | June 5, 2019 | $7.35 |
| June 6, 2019 | June 6, 2019 | $3.74 |
| June 7, 2019 | June 10, 2019 | $3.29 |
| June 11, 2019 | June 25, 2019 | $2.93 |
| June 26, 2019 | June 26, 2019 | $2.44 |
| June 27, 2019 | July 14, 2019 | $2.10 |
| July 15, 2019 | September 25, 2019 | $1.89 |
| September 26, 2019 | July 29, 2020 | $1.07 |
| July 30, 2020 | August 3, 2021 | $0.36 |
| August 4, 2021 | August 4, 2021 | $0.17 |
| August 5, 2021 | Thereafter | $0.00 |

\* For each day during the Settlement Class Period, the artificial inflation in Eros Securities shall be limited to that day's closing price of Eros Security.

54.    The "90-day look back" provision of the Private Securities Litigation Reform Act of 1995 ("PSLRA") is incorporated into the calculation of the Recognized Loss Amount for Eros Securities. The limitations on the calculation of the Recognized Loss Amount imposed by the PSLRA are applied such that losses on Eros Securities purchased during the Settlement Class Period and held as of the close of the 90-day period subsequent to the Settlement Class Period (the "90-Day Lookback Period") cannot exceed the difference between the purchase price paid for such Eros Securities and its average price during the 90-Day Lookback Period. The Recognized Loss Amount on Eros Securities purchased during the Settlement Class Period and sold during the 90-Day Lookback Period cannot exceed the difference between the purchase price paid for such securities and the rolling average price during the portion of the 90-Day Lookback Period elapsed as of the date of sale.

55.    In the calculations below, all purchase and sale prices shall exclude any fees, taxes, and commissions. If a Recognized Loss Amount is calculated to be a negative number, that Recognized Loss Amount shall be set to zero. Any transactions in Eros Securities executed outside of regular trading hours for the U.S. financial markets shall be deemed to have occurred during the next regular trading session.

## CALCULATION OF RECOGNIZED LOSS AMOUNTS

56.    Based on the formula set forth below, a "Recognized Loss Amount" shall be calculated for each purchase or acquisition of Eros Securities during the Settlement Class Period (*i.e.*, July 28, 2017, through August 3, 2021, inclusive), that is listed in the Claim Form and for which adequate documentation is provided.

  I.    For each share purchased during the Settlement Class Period that was sold prior to June 6, 2019, the Recognized Loss Amount is $0.00.

  II.    For each share purchased between July 28, 2017 through August 3, 2021, inclusive:

   a.    that was subsequently sold during the period June 6, 2019 through August 3, 2021, inclusive, the Recognized Loss Amount is *the lesser of:*

---

[5] The per-share price inflation in Table 1 is <u>not</u> adjusted for the 1-for-20 reverse stock split that occurred after the Settlement Class Period, on February 8, 2022.

AJ0607 v.05

7

    i.   the amount of per-share price inflation on the date of purchase as appears in Table 1 above *minus* the amount of per-share price inflation on the date of sale as appears in Table 1 above; or

    ii.   the purchase price *minus* the sale price.

b.   that was subsequently sold during the period August 4, 2021 through November 1, 2021, inclusive (*i.e.*, sold during the 90-Day Lookback Period), the Recognized Loss Amount is *the lesser of*:

    i.   the amount of per-share price inflation on the date of purchase as appears in Table 1; or

    ii.   the purchase price *minus* the sale price; or

    iii.   the purchase price *minus* the "90-Day Lookback Value" on the date of sale as appears in Table 2 below.

c.   that was still held as of the close of trading on November 1, 2021, the Recognized Loss Amount is *the lesser of*:

    i.   the amount of per-share price inflation on the date of purchase as appears in Table 1; or

    ii.   the purchase price *minus* the average closing price for Eros Common Stock during the 90-Day Lookback Period, which is $0.79.

III.   For each share purchased or otherwise acquired on or after August 4, 2021, the Recognized Loss Amount is $0.00.

| Table 2 | | | | | |
|---|---|---|---|---|---|
| Sale/ Disposition Date | 90-Day Lookback Value | Sale/Disposition Date | 90-Day Lookback Value | Sale/Disposition Date | 90-Day Lookback Value |
| 8/4/2021 | $0.87 | 9/2/2021 | $0.68 | 10/4/2021 | $0.78 |
| 8/5/2021 | $0.78 | 9/3/2021 | $0.69 | 10/5/2021 | $0.78 |
| 8/6/2021 | $0.75 | 9/7/2021 | $0.70 | 10/6/2021 | $0.78 |
| 8/9/2021 | $0.74 | 9/8/2021 | $0.70 | 10/7/2021 | $0.78 |
| 8/10/2021 | $0.72 | 9/9/2021 | $0.71 | 10/8/2021 | $0.78 |
| 8/11/2021 | $0.71 | 9/10/2021 | $0.71 | 10/11/2021 | $0.78 |
| 8/12/2021 | $0.70 | 9/13/2021 | $0.72 | 10/12/2021 | $0.78 |
| 8/13/2021 | $0.69 | 9/14/2021 | $0.72 | 10/13/2021 | $0.78 |
| 8/16/2021 | $0.67 | 9/15/2021 | $0.72 | 10/14/2021 | $0.78 |
| 8/17/2021 | $0.66 | 9/16/2021 | $0.73 | 10/15/2021 | $0.78 |
| 8/18/2021 | $0.66 | 9/17/2021 | $0.74 | 10/18/2021 | $0.78 |
| 8/19/2021 | $0.66 | 9/20/2021 | $0.74 | 10/19/2021 | $0.78 |
| 8/20/2021 | $0.66 | 9/21/2021 | $0.75 | 10/20/2021 | $0.78 |
| 8/23/2021 | $0.65 | 9/22/2021 | $0.75 | 10/21/2021 | $0.78 |
| 8/24/2021 | $0.66 | 9/23/2021 | $0.76 | 10/22/2021 | $0.78 |
| 8/25/2021 | $0.66 | 9/24/2021 | $0.76 | 10/25/2021 | $0.78 |
| 8/26/2021 | $0.66 | 9/27/2021 | $0.77 | 10/26/2021 | $0.78 |
| 8/27/2021 | $0.66 | 9/28/2021 | $0.77 | 10/27/2021 | $0.78 |
| 8/30/2021 | $0.66 | 9/29/2021 | $0.77 | 10/28/2021 | $0.78 |
| 8/31/2021 | $0.67 | 9/30/2021 | $0.78 | 10/29/2021 | $0.78 |
| 9/1/2021 | $0.68 | 10/1/2021 | $0.78 | 11/1/2021 | $0.79 |

**ADDITIONAL PROVISIONS**

57.   The Net Settlement Fund will be allocated among all Authorized Claimants whose Distribution Amount (defined in paragraph 60 below) is $10.00 or greater.

58.   **FIFO Matching:** If a Settlement Class Member has more than one purchase/acquisition or sale of Eros Securities, all purchases/acquisitions and sales shall be matched on a First In, First Out ("FIFO") basis. Settlement Class Period sales will be matched first against any holdings at the beginning of the Settlement Class Period, and then against purchases/acquisitions in chronological order, beginning with the earliest purchase/acquisition made during the Settlement Class Period.

59.   **Calculation of Claimant's "Recognized Claim":** A Claimant's "Recognized Claim" under the Plan of Allocation shall be the sum of his, her, or its Recognized Loss Amounts for all shares of the Eros Securities.

60.   **Determination of Distribution Amount:** The Net Settlement Fund will be distributed to Authorized Claimants on a *pro rata* basis based on the relative size of their Recognized Claims. Specifically, a "Distribution Amount" will be calculated for each Authorized Claimant, which shall be the Authorized Claimant's Recognized Claim divided by the total Recognized Claims of all Authorized Claimants, multiplied by the total amount in the Net Settlement Fund. If any Authorized Claimant's Distribution Amount calculates to less than $10.00, it will not be included in the calculation and no distribution will be made to such Authorized Claimant.

61.   **"Purchase/Sale" Dates:** Purchases or acquisitions and sales of Eros Securities shall be deemed to have occurred on the "contract" or "trade" date as opposed to the "settlement" or "payment" date. The receipt or grant by gift, inheritance, or operation of law of Eros Securities during the Settlement Class Period shall not be deemed a purchase, acquisition, or sale of Eros Securities for the calculation of an Authorized Claimant's Recognized Loss Amount, nor shall the receipt or grant be deemed an assignment of any claim relating to the purchase/acquisition of any Eros Security unless (i) the donor or decedent purchased or otherwise acquired such Eros Security during the Settlement Class Period; (ii) no Claim Form was submitted by or on behalf of the donor, on behalf of the decedent, or by anyone else with respect to such Eros Security; and (iii) it is specifically so provided in the instrument of gift or assignment.

62.    **Short Sales:** The date of covering a "short sale" is deemed to be the date of purchase or acquisition of the Eros Security. The date of a "short sale" is deemed to be the date of sale of the Eros Security. Under the Plan of Allocation, however, the Recognized Loss Amount on "short sales" is zero. In the event that a Claimant has an opening short position in the Eros Securities, the earliest Settlement Class Period purchases or acquisitions shall be matched against such opening short position, and not be entitled to a recovery, until that short position is fully covered.

63.    **Option Contracts:** Option contracts are not securities eligible to participate in the Settlement. With respect to Eros Securities purchased through the exercise of an option, the purchase date of the Eros Securities shall be the exercise date of the option, and the purchase price of the Eros Securities shall be the option strike price. Any Recognized Loss Amount arising from purchases of Eros Securities acquired during the Settlement Class Period through the exercise of an option on Eros Securities shall be computed as provided for other purchases of Eros Securities in the Plan of Allocation.

64.    **Market Gains and Losses:** To the extent a Claimant had a market gain with respect to his, her, or its overall transactions in Eros Securities during the Settlement Class Period, the value of the Claimant's Recognized Claim shall be zero. To the extent that a Claimant suffered an overall market loss with respect to his, her, or its overall transactions in Eros Securities during the Settlement Class Period, but that market loss was less than the total Recognized Claim calculated above, then the Claimant's Recognized Claim shall be limited to the amount of the actual market loss.

65.    For purposes of determining whether a Claimant had a market gain with respect to his, her, or its overall transactions in Eros Securities during the Settlement Class Period or suffered a market loss, the Claims Administrator shall determine the difference between (i) the Total Purchase Amount[6] and (ii) the sum of the Total Sales Proceeds[7] and the Holding Value.[8] If the Claimant's Total Purchase Amount _minus_ the sum of the Total Sales Proceeds and the Holding Value is a positive number, that number will be the Claimant's market loss on such securities; if the number is a negative number or zero, that number will be the Claimant's market gain on such securities.

66.    After the initial distribution of the Net Settlement Fund, the Claims Administrator shall make reasonable and diligent efforts to have Authorized Claimants cash their distribution checks. To the extent any monies remain in the fund nine (9) months after the initial distribution, if Lead Counsel, in consultation with the Claims Administrator, determines that it is cost-effective to do so, the Claims Administrator shall conduct a re-distribution of the funds remaining after payment of any unpaid fees and expenses incurred in administering the Settlement, including for such re-distribution, to Authorized Claimants who have cashed their initial distributions and who would receive at least $10.00 from such re-distribution. Additional re-distributions to Authorized Claimants who have cashed their prior checks and who would receive at least $10.00 on such additional re-distributions may occur thereafter if Lead Counsel, in consultation with the Claims Administrator, determines that additional re-distributions, after the deduction of any additional fees and expenses incurred in administering the Settlement, including for such re-distributions, would be cost-effective. At such time as it is determined that the re-distribution of funds remaining in the Net Settlement Fund is not cost-effective, the remaining balance shall be contributed to non-sectarian, not-for-profit organization(s), to be recommended by Lead Counsel and approved by the Court.

67.    Payment pursuant to the Plan of Allocation, or such other plan of allocation as may be approved by the Court, shall be conclusive against all Authorized Claimants. No person shall have any claim against Lead Plaintiffs, Plaintiffs' Counsel, Lead Plaintiffs' damages expert, Defendants, Defendants' Counsel, or any of the other Releasees, or the Claims Administrator or other agent designated by Lead Counsel arising from distributions made substantially in accordance with the Stipulation, the plan of allocation approved by the Court, or further Orders of the Court. Lead Plaintiffs, Defendants and their respective counsel, and all other Defendants' Releasees, shall have no responsibility or liability whatsoever for the investment or distribution of the Settlement Fund, the Net Settlement Fund, the plan of allocation, or the determination, administration, calculation, or payment of any Claim Form or nonperformance of the Claims Administrator, the payment or withholding of taxes owed by the Settlement Fund, or any losses incurred in connection therewith.

68.    The Plan of Allocation set forth herein is the plan that is being proposed to the Court for its approval by Lead Plaintiffs after consultation with their damages expert. The Court may approve this plan as proposed or it may modify the Plan of Allocation without further notice to the Settlement Class. Any Orders regarding any modification of the Plan of Allocation will be posted on the settlement website, www.ErosSecuritiesLitigation.com.

## WHAT PAYMENT ARE THE ATTORNEYS FOR THE SETTLEMENT CLASS SEEKING? HOW WILL THE LAWYERS BE PAID?

69.    Plaintiffs' Counsel have not received any payment for their services in pursuing claims against the Defendants on behalf of the Settlement Class, nor have Plaintiffs' Counsel been reimbursed for their out-of-pocket expenses. Before final approval of the Settlement, Lead Counsel will apply to the Court for an award of attorneys' fees for all Plaintiffs' Counsel in an amount not to exceed 33⅓% of the Settlement Fund. At the same time, Lead Counsel also intends to apply for reimbursement of Litigation Expenses in an amount not to exceed $245,000, which may include an application for reimbursement of the reasonable costs and expenses incurred by Lead Plaintiffs directly related to their representation of the Settlement Class. The Court will determine the amount of any award of attorneys' fees or reimbursement of Litigation Expenses. Such sums as may be approved by the Court will be paid from the Settlement Fund. Settlement Class Members are not personally liable for any such fees or expenses.

---

[6] The "Total Purchase Amount" is the total amount the Claimant paid (excluding commissions and other charges) for all Eros Securities purchased or acquired during the Settlement Class Period.

[7] The Claims Administrator shall match any sales of Eros Securities during the Settlement Class Period, first against the Claimant's opening position in Eros Securities (the proceeds of those sales will not be considered for purposes of calculating market gains or losses). The total amount received (excluding commissions and other charges) for the remaining sales of Eros Securities sold during the Settlement Class Period shall be the "Total Sales Proceeds."

[8] The Claims Administrator shall ascribe a "Holding Value" to shares of Eros Securities purchased or acquired during the Settlement Class Period and still held as of the close of trading on August 3, 2021, which shall be $0.70 (_i.e._, the closing price of the stock on the last Corrective Disclosure Date, August 5, 2021). The total calculated holding values for all Eros Securities shall be the Claimant's "Total Holding Value."

AJ0609 v.05

9

## WHAT IF I DO NOT WANT TO BE A MEMBER OF THE SETTLEMENT CLASS? HOW DO I EXCLUDE MYSELF?

70.    Each Settlement Class Member will be bound by all determinations and judgments in this lawsuit, whether favorable or unfavorable, unless such person or entity mails or delivers a written Request for Exclusion from the Settlement Class, addressed to *In re Eros International Plc Securities Litigation*, EXCLUSIONS, c/o Epiq, P.O. Box 2320, Portland, OR 97208-2320. The exclusion request must be ***received*** no later than November 7, 2023. You will not be able to exclude yourself from the Settlement Class after that date. Each Request for Exclusion must (a) state the name, address, and telephone number of the person or entity requesting exclusion, and in the case of entities the name and telephone number of the appropriate contact person; (b) state that such person or entity "requests exclusion from the Settlement Class in *In re Eros International Plc Securities Litigation*, Civil Action No. 19-cv-14125"; (c) state the number of each Eros Security that the person or entity requesting exclusion purchased/acquired and/or sold during the Settlement Class Period (*i.e.*, between July 28, 2017 and August 3, 2021, inclusive), as well as the dates and prices of each such purchase/acquisition and sale; and (d) be signed by the person or entity requesting exclusion or an authorized representative. A Request for Exclusion shall not be valid and effective unless it provides all the information called for in this paragraph and is received within the time stated above, or is otherwise accepted by the Court.

71.    If you do not want to be part of the Settlement Class, you must follow these instructions for exclusion even if you have pending, or later file, another lawsuit, arbitration, or other proceeding relating to any Released Plaintiffs' Claim against any of the Defendants' Releasees.

72.    If you ask to be excluded from the Settlement Class, you will not be eligible to receive any payment out of the Net Settlement Fund.

73.    Defendants have the right to terminate the Settlement if valid requests for exclusion are received from persons and entities entitled to be members of the Settlement Class in an amount that exceeds an amount agreed to by Lead Plaintiffs and Defendants.

## WHEN AND WHERE WILL THE COURT DECIDE WHETHER TO APPROVE THE SETTLEMENT? DO I HAVE TO COME TO THE HEARING? MAY I SPEAK AT THE HEARING IF I DON'T LIKE THE SETTLEMENT?

74.    **Settlement Class Members do not need to attend the Settlement Hearing. The Court will consider any submission made in accordance with the provisions below even if a Settlement Class Member does not attend the hearing. You can participate in the Settlement without attending the Settlement Hearing.**

75.    The Settlement Hearing will be held on November 28, 2023 at 2:00 p.m., before the Honorable Esther Salas at the United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, Courtroom MLK 5A, 50 Walnut Street, Newark, NJ 07102. The Court reserves the right to approve the Settlement, the Plan of Allocation, Lead Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses, and/or any other matter related to the Settlement at or after the Settlement Hearing without further notice to the members of the Settlement Class.

76.    Any Settlement Class Member who or which does not request exclusion may object to the Settlement, the proposed Plan of Allocation, or Lead Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses. Objections must be in writing. You must file any written objection, together with copies of all other papers and briefs supporting the objection, with the Clerk's Office at the United States District Court for the District of New Jersey at the address set forth below on or before November 7, 2023. You must also serve the papers on Lead Counsel and on Defendants' Counsel at the addresses set forth below so that the papers are ***received*** **on or before November 7, 2023**.

| <u>Clerk's Office</u> | <u>Lead Counsel</u> | <u>Defendants' Counsel</u> |
|---|---|---|
| United States District Court District of New Jersey Clerk of the Court Martin Luther King Building & U.S. Courthouse 50 Walnut Street Room 4015 Newark, NJ 07101 | **Glancy Prongay & Murray LLP** Kara M. Wolke, Esq. 1925 Century Park East Suite 2100 Los Angeles, CA 90067 | **Levine Lee LLP** Kenneth E. Lee, Esq. 1500 Broadway, Suite 2501 New York, NY 10036 **Kasowitz Benson Torres LLP** Stephen W. Tountas One Gateway Center, Suite 2600 Newark, NJ 07102 |

77.    Any objection must: (a) state the name, address, and telephone number of the person or entity objecting and must be signed by the objector; (b) contain a statement of the Settlement Class Member's objection or objections, and the specific reasons for each objection, including any legal and evidentiary support the Settlement Class Member wishes to bring to the Court's attention; and (c) include documents sufficient to prove membership in the Settlement Class, including the number of Eros Securities that the objecting Settlement Class Member purchased/acquired and/or sold during the Settlement Class Period (*i.e.*, between July 28, 2017 and August 3, 2021, inclusive), as well as the dates and prices of each such purchase/acquisition and sale. You may not object to the Settlement, the Plan of Allocation, or Lead Counsel's motion for attorneys' fees and reimbursement of Litigation Expenses if you exclude yourself from the Settlement Class or if you are not a member of the Settlement Class.

78.    You may file a written objection without having to appear at the Settlement Hearing. You may not, however, appear at the Settlement Hearing to present your objection unless you first file and serve a written objection in accordance with the procedures described above, unless the Court orders otherwise.

79.    If you wish to be heard orally at the hearing in opposition to the approval of the Settlement, the Plan of Allocation, or Lead Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses, and if you timely file and serve a written objection as described above, you must also file a notice of appearance with the Clerk's Office and serve it on Lead Counsel and Defendants' Counsel at the addresses set forth above so that it is ***received*** **on or before November 7, 2023**. Persons who intend to object and desire to present evidence at the Settlement Hearing must include in their written objection or notice of appearance the identity of any witnesses they may call to testify and exhibits they intend to introduce into evidence at the hearing. Such persons may be heard orally at the discretion of the Court.

80.   You are not required to hire an attorney to represent you in making written objections or in appearing at the Settlement Hearing. However, if you decide to hire an attorney, it will be at your own expense, and that attorney must file a notice of appearance with the Court and serve it on Lead Counsel and Defendants' Counsel at the addresses set forth in ¶ 76 above so that the notice is *received* **on or November 7, 2023**.

81.   The Settlement Hearing may be adjourned by the Court, or held telephonically or via video conference, without further written notice to the Settlement Class. If you intend to attend the Settlement Hearing, you should confirm the date, time and location on the settlement website, www.ErosSecuritiesLitigation.com, and with Lead Counsel.

82.   **Unless the Court orders otherwise, any Settlement Class Member who does not object in the manner described above will be deemed to have waived any objection and shall be forever foreclosed from making any objection to the proposed Settlement, the proposed Plan of Allocation, or Lead Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses. Settlement Class Members do not need to appear at the Settlement Hearing or take any other action to indicate their approval.**

## WHAT IF I BOUGHT SHARES ON SOMEONE ELSE'S BEHALF?

83.   If you purchased or otherwise acquired Eros Securities between July 28, 2017 and August 3, 2021, inclusive, for the beneficial interest of persons or organizations other than yourself, you must either (a) within seven (7) calendar days of receipt of this Notice, request from the Claims Administrator sufficient copies of the Notice and Claim Form (the "Notice Packet") to forward to all such beneficial owners and within seven (7) calendar days of receipt of those Notice Packets forward them to all such beneficial owners; or (b) within seven (7) calendar days of receipt of this Notice, provide a list of the names and addresses of all such beneficial owners to *In re Eros International Plc Securities Litigation*, c/o Epiq, P.O. Box 2320, Portland, OR 97208-2320. If you choose the second option, the Claims Administrator will send a copy of the Notice Packet to the beneficial owners. Upon full compliance with these directions, such nominees may seek reimbursement of their reasonable expenses actually incurred—up to a maximum of $0.15 per Notice Packet mailed, plus postage at the rate used by the Claims Administrator; $0.05 per Notice Packet transmitted by email; or $0.10 per name, mailing address, and email address (to the extent available) provided to the Claims Administrator—by providing the Claims Administrator with proper documentation supporting the expenses for which reimbursement is sought. Any dispute concerning the reasonableness of reimbursement costs shall be resolved by the Court. Copies of this Notice and the Claim Form may also be obtained from the website maintained by the Claims Administrator, www.ErosSecuritiesLitigation.com, or by calling the Claims Administrator toll-free at 1-855-619-1409.

## CAN I SEE THE COURT FILE? WHOM SHOULD I CONTACT IF I HAVE QUESTIONS?

84.   This Notice contains only a summary of the terms of the proposed Settlement. For more detailed information about the matters involved in this Action, you are referred to the papers on file in the Action, including the Stipulation, which may be inspected during regular office hours at the Office of the Clerk, United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07102. Additionally, copies of the Stipulation and any related orders entered by the Court will be posted on the website maintained by the Claims Administrator, www.ErosSecuritiesLitigation.com.

All inquiries concerning this Notice and the Claim Form should be directed to:

|  |  |  |
|---|---|---|
| *In re Eros International Plc* | and/or | Kara M. Wolke, Esq. |
| *Securities Litigation* | | GLANCY PRONGAY & MURRAY LLP |
| c/o Epiq | | 1925 Century Park East, Suite 2100 |
| P.O. Box 2320 | | Los Angeles, CA 90067 |
| Portland, OR 97208-2320 | | (888) 773-9224 |
| 855-619-1409 | | settlements@glancylaw.com |
| www.ErosSecuritiesLitigation.com | | |

**DO NOT CALL OR WRITE THE COURT, THE OFFICE OF THE CLERK OF THE COURT, DEFENDANTS, OR THEIR COUNSEL REGARDING THIS NOTICE.**

Dated: August 8, 2023

By Order of the Court
United States District Court
District of New Jersey

AJ06011 v.05

11

*In re Eros International Plc Securities Litigation*
c/o Epiq
P.O. Box 2320
Portland, OR 97208-2320
Toll-Free Number: (855) 619-1409
Settlement Website: www.ErosSecuritiesLitigation.com
Email: info@ErosSecuritiesLitigation.com

# PROOF OF CLAIM AND RELEASE FORM

To be eligible to receive a share of the Net Settlement Fund in connection with the Settlement of this Action, you must be a Settlement Class Member and complete and sign this Proof of Claim and Release Form ("Claim Form") and submit it online at www.ErosSecuritiesLitigation.com or mail it by first-class mail to the above address, **submitted online or postmarked no later than December 6, 2023.**

Failure to submit your Claim Form by the date specified will subject your claim to rejection and may preclude you from being eligible to recover any money in connection with the Settlement.

**Do not mail or deliver your Claim Form to the Court, the settling parties or their counsel. Submit your Claim Form only to the Claims Administrator at the address set forth above.**

| TABLE OF CONTENTS | PAGE # |
|---|---|
| PART I – CLAIMANT INFORMATION | 2 |
| PART II – GENERAL INSTRUCTIONS | 3–4 |
| PART III – SCHEDULE OF TRANSACTIONS IN EROS SECURITIES | 5 |
| PART IV – RELEASE OF CLAIMS AND SIGNATURE | 6–7 |

## PART I – CLAIMANT INFORMATION

(Please read General Instructions below before completing this page.)

The Claims Administrator will use this information for all communications regarding this Claim Form. If this information changes, you MUST notify the Claims Administrator in writing at the address above.

Beneficial Owner's First Name · MI · Beneficial Owner's Last Name

Co-Beneficial Owner's First Name · MI · Co-Beneficial Owner's Last Name

Entity Name (if Beneficial Owner is not an individual)

Representative or Custodian Name (if different from Beneficial Owner[s] listed above)

Address 1 (street name and number)

Address 2 (apartment, unit or box number)

City · State · ZIP Code

Country

Last four digits of Social Security Number or Taxpayer Identification Number

Telephone Number (Day) · Telephone Number (Evening)

Email address (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim)

Account Number (account(s) through which the securities were traded)[1]:

Claimant Account Type (check appropriate box)

☐ Individual          ☐ IRA/401K          ☐ Estate
☐ Joint              ☐ Pension Plan       ☐ Trust
☐ Corporation        ☐ Other _____ (please specify)

---

[1] If the account number is unknown, you may leave blank. If the same legal entity traded through more than one account you may write "multiple." Please see paragraph 11 of the General Instructions for more information on when to file separate Claim Forms for multiple accounts, *i.e.*, when you are filing on behalf of distinct legal entities.

02-CA40063930
AJ0612 v.04

2

## PART II – GENERAL INSTRUCTIONS

1.    It is important that you completely read and understand the Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (the "Settlement Notice") that accompanies this Claim Form, including the Plan of Allocation of the Net Settlement Fund set forth in the Settlement Notice. The Settlement Notice describes the proposed Settlement, how Settlement Class Members are affected by the Settlement, and the manner in which the Net Settlement Fund will be distributed if the Settlement and Plan of Allocation are approved by the Court. The Settlement Notice also contains the definitions of many of the defined terms (which are indicated by initial capital letters) used in this Claim Form. By signing and submitting this Claim Form, you will be certifying that you have read and that you understand the Settlement Notice, including the terms of the releases described therein and provided for herein.

2.    This Claim Form is directed to all persons or entities who between July 28, 2017 and August 3, 2021, inclusive (the "Settlement Class Period"), purchased or otherwise acquired Eros Media World Plc, f/k/a ErosSTX Global Corporation, f/k/a Eros International Plc ("Eros") class A ordinary shares and/or ErosSTX common stock, and were damaged thereby (the "Settlement Class"). During the Settlement Class Period, Eros class A ordinary shares traded on the New York Stock Exchange ("NYSE") under the symbol "EROS," and ErosSTX common stock traded on the NYSE under the symbol "ESGC." Eros class A ordinary shares and ErosSTX common stock are collectively referred to herein as "Eros Securities."

3.    All persons and entities that are members of the Settlement Class are referred to as "Settlement Class Members." Excluded from the Settlement Class are Defendants and defendant Jyoti Deshpande; members of the Immediate Family of each of the Individual Defendants and defendant Jyoti Deshpande; any trust of which any Individual Defendant or defendant Jyoti Deshpande is the settlor or which is for the benefit of any Individual Defendant or defendant Jyoti Deshpande and/or member(s) of his or her Immediate Family members; STX; the Officers and/or directors of Eros and/or STX; any person, firm, trust, corporation, Officer, director, or other individual or entity in which any Defendant, defendant Jyoti Deshpande, or STX has a controlling interest or which is related to or affiliated with any of the Defendants, defendant Jyoti Deshpande, or STX; and the legal representatives, agents, affiliates, heirs, successors-in-interest, or assigns of any such excluded party. Also excluded from the Settlement Class are the judges, justices, magistrates, and judicial officers presiding over this Action and any persons or entities who or which exclude themselves by submitting a request for exclusion in accordance with the requirements set forth in the Settlement Notice.

4.    If you are not a Settlement Class Member do not submit a Claim Form. YOU MAY NOT, DIRECTLY OR INDIRECTLY, PARTICIPATE IN THE SETTLEMENT IF YOU ARE NOT A SETTLEMENT CLASS MEMBER. THUS, IF YOU ARE EXCLUDED FROM THE CLASS (AS SET FORTH IN PARAGRAPH 3 ABOVE), ANY CLAIM FORM THAT YOU SUBMIT, OR THAT MAY BE SUBMITTED ON YOUR BEHALF, WILL NOT BE ACCEPTED.

5.    If you are a Settlement Class Member, you will be bound by the terms of any judgments or orders entered in the Action WHETHER OR NOT YOU SUBMIT A CLAIM FORM, unless you submit a request for exclusion from the Settlement Class. Thus, if you are a Settlement Class Member, the Judgment will release, and you will be barred and enjoined from commencing, instituting, maintaining or prosecuting any action or other proceeding in any court of law or equity, arbitration tribunal or administrative forum, asserting each and every Released Plaintiffs' Claims (including Unknown Claims) against Defendants and the other Defendants' Releasees.

6.    You are eligible to participate in the distribution of the Net Settlement Fund only if you are a member of the Settlement Class and if you complete and return this form as specified below. If you fail to submit a timely, properly addressed, and completed Claim Form with the required documentation, your claim may be rejected and you may be precluded from receiving any distribution from the Net Settlement Fund.

7.    Submission of this Claim Form does not guarantee that you will share in the proceeds of the Settlement. The distribution of the Net Settlement Fund will be governed by the Plan of Allocation set forth in the Settlement Notice, if it is approved by the Court, or by such other plan of allocation approved by the Court.

8.    Use the Schedules of Transactions in Part III of this Claim Form to supply all required details of your transaction(s) (including free transfers) in and holdings of the applicable Eros Securities. On the Schedules of Transactions, please provide all of the requested information with respect to your holdings, purchases, acquisitions and sales of the applicable Eros Securities, whether such transactions resulted in a profit or a loss. Failure to report all transaction and holding information during the requested time periods may result in the rejection of your claim.

9.    Please note: Only Eros Securities purchased/acquired during the Settlement Class Period (i.e., between July 28, 2017, and August 3, 2021, inclusive) are eligible under the Settlement. However, because the PSLRA provides for a "90 Day Lookback Period" (described in the Plan of Allocation set forth in the Settlement Notice), you must provide documentation related to your purchases and sales of Eros Securities during the period from August 4, 2021 through November 1, 2021 (i.e., the 90-Day Lookback Period) in order for the Claims Administrator to calculate your Recognized Loss Amount under the Plan of Allocation and process your claim.

10.    You are required to submit genuine and sufficient documentation for all of your transactions and holdings of the applicable Eros Securities set forth in the Schedules of Transactions in Part III of this Claim Form. Documentation may consist of copies of brokerage confirmation slips or monthly brokerage account statements, or an authorized statement from your broker containing the transactional and holding information found in a broker confirmation slip or account statement. The Parties and the Claims Administrator do not independently have information about your investments in Eros Securities. IF SUCH DOCUMENTS ARE NOT IN YOUR POSSESSION, PLEASE OBTAIN COPIES OR EQUIVALENT CONTEMPORANEOUS DOCUMENTS FROM YOUR BROKER. FAILURE TO SUPPLY THIS DOCUMENTATION MAY RESULT IN THE REJECTION OF YOUR CLAIM. DO NOT SEND ORIGINAL DOCUMENTS. **Please keep a copy of all documents that you send to the Claims Administrator. Also, please do not highlight any portion of the Claim Form or any supporting documents.**

11.    Separate Claim Forms should be submitted for each separate legal entity (e.g., a claim from joint owners should not include separate transactions through an account that is in the name of just one of the joint owners, and an individual should not combine his or her IRA transactions with transactions made through an account in the individual's name). Conversely, a single Claim Form should be submitted on behalf of one legal entity including all transactions made by that entity on one Claim Form, no matter how many separate accounts that entity has (e.g., a corporation with multiple brokerage accounts should include all transactions made in all accounts on one Claim Form).

03-CA40063930
AJ0613 v.04

3

12. All joint beneficial owners must sign this Claim Form. If you purchased or otherwise acquired Eros Securities during the Settlement Class Period and held the securities in your name, you are the beneficial owner as well as the record owner and you must sign this Claim Form to participate in the Settlement. If, however, you purchased or otherwise acquired Eros Securities during the Settlement Class Period and the securities were registered in the name of a third party, such as a nominee or brokerage firm, you are the beneficial owner of these securities, but the third party is the record owner. The beneficial owner, not the record owner, must sign this Claim Form.

13. Agents, executors, administrators, guardians, and trustees must complete and sign the Claim Form on behalf of persons represented by them, and they must:

(a) expressly state the capacity in which they are acting;

(b) identify the name, account number, Social Security Number (or taxpayer identification number), address and telephone number of the beneficial owner of (or other person or entity on whose behalf they are acting with respect to) the Eros Securities; and

(c) furnish herewith evidence of their authority to bind to the Claim Form the person or entity on whose behalf they are acting. (Authority to complete and sign a Claim Form cannot be established by stockbrokers demonstrating only that they have discretionary authority to trade stock in another person's accounts.)

14. By submitting a signed Claim Form, you will be swearing that you:

(a) own(ed) the Eros Securities you have listed in the Claim Form; or

(b) are expressly authorized to act on behalf of the owner thereof.

15. By submitting a signed Claim Form, you will be swearing to the truth of the statements contained therein and the genuineness of the documents attached thereto, subject to penalties of perjury under the laws of the United States of America. The making of false statements, or the submission of forged or fraudulent documentation, will result in the rejection of your claim and may subject you to civil liability or criminal prosecution.

16. If the Court approves the Settlement, payments to eligible Authorized Claimants pursuant to the Plan of Allocation (or such other plan of allocation as the Court approves) will be made after the completion of all claims processing. This could take substantial time. Please be patient.

17. PLEASE NOTE: As set forth in the Plan of Allocation, each Authorized Claimant shall receive his, her or its pro rata share of the Net Settlement Fund. If the prorated payment to any Authorized Claimant, however, calculates to less than $10.00, it will not be included in the calculation and no distribution will be made to that Authorized Claimant.

18. If you have questions concerning the Claim Form, or need additional copies of the Claim Form or the Settlement Notice, you may contact the Claims Administrator, In re Eros International Plc Securities Litigation, c/o Epiq, P.O. Box 2320, Portland, OR 97208-2320, by email at info@ErosSecuritiesLitigation.com or by toll-free phone at 1-855-619-1409 or you may download the documents from the Settlement website, www.ErosSecuritiesLitigation.com.

19. NOTICE REGARDING ELECTRONIC FILES: Certain Claimants with large numbers of transactions may request, or may be requested, to submit information regarding their transactions in electronic files. To obtain the mandatory electronic filing requirements and file layout, you may visit the Settlement website at www.ErosSecuritiesLitigation.com or you may email the Claims Administrator's electronic filing department at info@ErosSecuritiesLitigation.com. Any file not in accordance with the required electronic filing format will be subject to rejection. No electronic files will be considered to have been properly submitted unless the Claims Administrator issues an email to that effect after processing your file with your claim numbers and respective account information. Do not assume that your file has been received or processed until you receive this email. If you do not receive such an email within 10 days of your submission, you should contact the electronic filing department at info@ErosSecuritiesLitigation.com to inquire about your file and confirm it was received and acceptable.

20. NOTICE REGARDING ONLINE FILING: Claimants who are not Representative Filers may submit their claims online using the electronic version of the Claim Form hosted at www.ErosSecuritiesLitigation.com. If you are not acting as a Representative Filer, you do not need to contact the Claims Administrator prior to filing; you will receive an automated e-mail confirming receipt once your Claim Form has been submitted. If you are unsure if you should submit your claim as a Representative Filer, please contact the Claims Administrator at info@ErosSecuritiesLitigation.com or 1-855-619-1409. If you are not a Representative Filer, but your claim contains a large number of transactions, the Claims Administrator may request that you also submit an electronic spreadsheet showing your transactions to accompany your Claim Form.

**IMPORTANT: PLEASE NOTE**

**YOUR CLAIM IS NOT DEEMED FILED UNTIL YOU RECEIVE AN ACKNOWLEDGEMENT POSTCARD. THE CLAIMS ADMINISTRATOR WILL ACKNOWLEDGE RECEIPT OF YOUR CLAIM FORM BY MAIL WITHIN 60 DAYS. IF YOU DO NOT RECEIVE AN ACKNOWLEDGEMENT POSTCARD WITHIN 60 DAYS, PLEASE CALL THE CLAIMS ADMINISTRATOR TOLL-FREE AT 1-855-619-1409.**

### PART III - SCHEDULE OF TRANSACTIONS IN EROS SECURITIES

Complete this Part III if and only if you purchased/acquired Eros Securities during the period from July 28, 2017, through August 3, 2021, inclusive. Please include proper documentation with your Claim Form as described in detail in Part II – General Instructions, Paragraph 10, above. Do not include information in this section regarding securities other than Eros Securities purchased. Information must be provided at prices and quantities unadjusted for the 20:1 reverse split on February 8, 2022.

**1. BEGINNING HOLDINGS:** State the total number of shares of Eros Securities held as of the close of trading on July 27, 2017. (Must be documented.) If none, write "zero" or "0."

**2. PURCHASES/ACQUISITIONS DURING THE SETTLEMENT CLASS PERIOD THROUGH NOVEMBER 1, 2021** – Separately list each and every purchase/acquisition (including free receipts) of Eros Securities from after the opening of trading on July 28, 2017, through and including the close of trading on November 1, 2021. (Must be documented.)[2]

| Date of Purchase/Acquisition (List Chronologically) (Month/Day/Year) | Number of Shares Purchased/ Acquired | Purchase/ Acquisition Price Per Share | Total Purchase/ Acquisition Price (excluding taxes, commissions, and fees) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**3. SALES DURING THE SETTLEMENT CLASS PERIOD THROUGH NOVEMBER 1, 2021** – Separately list each and every sale/disposition (including free deliveries) of Eros Securities from after the opening of trading on July 28, 2017, through and including the close of trading on November 1, 2021. (Must be documented.) **IF NONE, CHECK HERE** ☐

| Date of Sale (List Chronologically) (Month/Day/Year) | Number of Shares Sold | Sale Price Per Share | Total Sale Price (excluding taxes, commissions, and fees) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**4. ENDING HOLDINGS** – State the total number of shares of Eros Securities held as of the close of trading on November 1, 2021. (Must be documented.) If none, write "zero" or "0."

**IF YOU NEED ADDITIONAL SPACE TO LIST YOUR TRANSACTIONS, YOU MUST PHOTOCOPY THIS PAGE AND CHECK THIS BOX** ☐

**IF YOU DO NOT CHECK THIS BOX THESE ADDITIONAL PAGES WILL <u>NOT</u> BE REVIEWED.**

---

[2] Please Note: Information requested with respect to your purchases/acquisitions of Eros Securities from August 4, 2021, through and including November 1, 2021, is needed in order to balance your claim; purchases/acquisitions during this period, however, are not eligible under the Settlement and will not be used for purposes of calculating your Recognized Loss pursuant to the Plan of Allocation.

**PART VI – RELEASE OF CLAIMS AND SIGNATURE**

*YOU MUST ALSO READ THE RELEASE AND CERTIFICATION BELOW AND SIGN ON PAGES 6-7 OF THIS CLAIM FORM.*

I (we) hereby acknowledge that as of the Effective Date of the Settlement, pursuant to the terms set forth in the Stipulation, I (we), on behalf of myself (ourselves) and my (our) successors and assigns, shall be deemed to have, and by operation of law and of the Judgment shall have, fully, finally and forever waived, released, discharged, and dismissed each and every Released Plaintiffs' Claim (as defined in the Stipulation and in the Settlement Notice) against Defendants' Releasees (as defined in the Stipulation and in the Settlement Notice) and shall forever be barred and enjoined from commencing, instituting, maintaining or prosecuting any action or other proceeding in any court of law or equity, arbitration tribunal or administrative forum asserting any or all of the Released Plaintiffs' Claims against any Defendants' Releasee.

**CERTIFICATION**

By signing and submitting this Claim Form, the Claimant(s) or the person(s) who represent(s) the Claimant(s) certifies (certify), as follows:

1. that I (we) have read and understand the contents of the Settlement Notice and this Claim Form, including the releases provided for in the Settlement and the terms of the Plan of Allocation;

2. that the Claimant(s) is a (are) Settlement Class Member(s), as defined in the Settlement Notice and in paragraph 2 on page 3 of this Claim Form, and is (are) not excluded from the Class by definition or pursuant to request as set forth in the Settlement Notice and in paragraph 3 on page 3 of this Claim Form;

3. that I (we) own(ed) the Eros Securities identified in the Claim Form and have not assigned the claim against the Defendants' Releasees to another, or that, in signing and submitting this Claim Form, I (we) have the authority to act on behalf of the owner(s) thereof;

4. that the Claimant(s) has (have) not submitted any other claim covering the same purchases/acquisitions of Eros Securities and knows (know) of no other person having done so on the Claimant's (Claimants') behalf;

5. that the Claimant(s) submit(s) to the jurisdiction of the Court with respect to Claimant's (Claimants') claim and for purposes of enforcing the releases set forth herein;

6. that I (we) agree to furnish such additional information with respect to this Claim Form as Lead Counsel, the Claims Administrator or the Court may require;

7. that the Claimant(s) waive(s) the right to trial by jury, to the extent it exists, and agree(s) to the Court's summary disposition of the determination of the validity or amount of the claim made by this Claim Form;

8. that I (we) acknowledge that the Claimant(s) will be bound by and subject to the terms of any judgment(s) that may be entered in the Action; and

9. that the Claimant(s) is (are) NOT subject to backup withholding under the provisions of Section 3406(a)(1)(C) of the Internal Revenue Code because (a) the Claimant(s) is (are) exempt from backup withholding or (b) the Claimant(s) has (have) not been notified by the IRS that he/she/it is subject to backup withholding as a result of a failure to report all interest or dividends or (c) the IRS has notified the Claimant(s) that he/she/it is no longer subject to backup withholding. **If the IRS has notified the Claimant(s) that he, she or it is subject to backup withholding, please strike out the language in the preceding sentence indicating that the claim is not subject to backup withholding in the certification above.**

UNDER THE PENALTIES OF PERJURY, I (WE) CERTIFY THAT ALL OF THE INFORMATION PROVIDED BY ME (US) ON THIS CLAIM FORM IS TRUE, CORRECT, AND COMPLETE, AND THAT THE DOCUMENTS SUBMITTED HEREWITH ARE TRUE AND CORRECT COPIES OF WHAT THEY PURPORT TO BE.

|  |  |
|---|---|
| **Signature of Claimant** | Date: ☐☐ – ☐☐ – ☐☐☐☐<br>MM   DD   YYYY |
| **Print your name here** |  |
| **Signature of joint Claimant, if any** | Date: ☐☐ – ☐☐ – ☐☐☐☐<br>MM   DD   YYYY |
| **Print your name here** |  |

06-CA40063930
AJ0616 v.04

6

*If the Claimant is other than an individual, or is not the person completing this form, the following also must be provided:*

Date: ☐☐ – ☐☐ – ☐☐☐☐
　　　　 MM 　　 DD 　　 YYYY

Signature of person signing on behalf of Claimant

Print your name here

CAPACITY OF PERSON SIGNING ON BEHALF OF CLAIMANT, IF OTHER THAN AN INDIVIDUAL, *E.G.*, EXECUTOR, PRESIDENT, TRUSTEE, CUSTODIAN, *ETC*. (MUST PROVIDE EVIDENCE OF AUTHORITY TO ACT ON BEHALF OF CLAIMANT – SEE PARAGRAPH 14 ON PAGE 4 OF THIS CLAIM FORM.)

## REMINDER CHECKLIST:

1.　Please sign the above release and certification. If this Claim Form is being made on behalf of joint Claimants, then both must sign.

2.　Remember to attach only **copies** of acceptable supporting documentation as these documents will not be returned to you.

3.　Please do not highlight any portion of the Claim Form or any supporting documents.

4.　Do not send original security certificates or documentation. These items cannot be returned to you by the Claims Administrator.

5.　Keep copies of the completed Claim Form and documentation for your own records.

6.　The Claims Administrator will acknowledge receipt of your Claim Form by mail, within 60 days. Your claim is not deemed filed until you receive an acknowledgement postcard. **If you do not receive an acknowledgement postcard within 60 days, please call the Claims Administrator toll-free at 1-855-619-1409.**

7.　If your address changes in the future, or if this Claim Form was sent to an old or incorrect address, please send the Claims Administrator written notification of your new address. If you change your name, please inform the Claims Administrator.

8.　If you have any questions or concerns regarding your claim, please contact the Claims Administrator at the address below, by email at info@ErosSecuritiesLitigation.com, or toll-free at 1-855-619-1409 or visit www.ErosSecuritiesLitigation.com. Please DO NOT call Eros or any other Defendant or their counsel with questions regarding your claim.

THIS CLAIM FORM MUST BE MAILED TO THE CLAIMS ADMINISTRATOR BY FIRST-CLASS MAIL, **POSTMARKED NO LATER THAN DECEMBER 6, 2023**, ADDRESSED AS FOLLOWS:

**In re Eros International Plc**
**Securities Litigation**
c/o Epiq
P.O. Box 2320
Portland, OR 97208-2320

OR SUBMITTED ONLINE AT WWW.EROSSECURITIESLITIGATION.COM **ON OR BEFORE DECEMBER 6, 2023.**

A Claim Form received by the Claims Administrator shall be deemed to have been submitted when posted, if a postmark date on or before December 6, 2023 is indicated on the envelope and it is mailed First Class, and addressed in accordance with the above instructions. In all other cases, a Claim Form shall be deemed to have been submitted when actually received by the Claims Administrator.

You should be aware that it will take a significant amount of time to fully process all the Claim Forms. Please be patient and notify the Claims Administrator of any change of address.

# EXHIBIT B

# CONFIRMATION OF PUBLICATION

**IN THE MATTER OF:** *Eros International Securities Litigation*

I, Kathleen Komraus, hereby certify that

(a) I am the Media & Design Manager at Epiq Class Action & Claims Solutions, a noticing administrator, and;

(b) The Notice of which the annexed is a copy was published in the following publications on the following dates:

> *8.21.2023 – Investor's Business Weekly*
> *8.21.2032 – PR Newswire*

X *Kathleen Komraus*
_____
**(Signature)**

Media & Design Manager
_____
**(Title)**

*[Mutual fund performance listings — multiple dense columns of fund names with 36 Mo Performance Rating, YTD % Chg, 12Wk % Chg, 5 Yr Tax Rtn, Net Asset Value, and NAV Chg.]*

---

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

IN RE EROS INTERNATIONAL PLC SECURITIES LITIGATION

C. A. No. 19-cv-14125 (ES)(JSA)

Honorable Esther Salas

**SUMMARY NOTICE OF (I) PENDENCY OF CLASS ACTION AND PROPOSED SETTLEMENT; (II) SETTLEMENT FAIRNESS HEARING; AND (III) MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**

TO: All persons and entities who, during the period between July 28, 2017 and August 3, 2021, inclusive, purchased or otherwise acquired Eros Media World Plc, f/k/a ErosSTX Global Corporation, f/k/a Eros International Plc ("Eros") class A ordinary shares (New York Stock Exchange ("NYSE": EROS) and/or ErosSTX common stock (NYSE: ESGC) and were damaged thereby (the "Settlement Class"):

PLEASE READ THIS NOTICE CAREFULLY, YOUR RIGHTS WILL BE AFFECTED BY A CLASS ACTION LAWSUIT PENDING IN THIS COURT.

YOU ARE HEREBY NOTIFIED, pursuant to Federal Rule of Civil Procedure 23 and an Order of the United States District Court for the District of New Jersey, that the above-captioned litigation (the "Action") has been certified as a class action on behalf of the Settlement Class, except for certain persons and entities who are excluded from the Settlement Class by definition as set forth in the full printed Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (the "Notice").

YOU ARE ALSO NOTIFIED that Lead Plaintiffs in the Action have reached a proposed settlement of the Action for $25,000,000 in cash (the "Settlement"), that, if approved, will resolve all claims in the Action.

A hearing will be held on November 28, 2023, at 2:00 p.m., before the Honorable Esther Salas at the United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, Courtroom MLK 5A, 50 Walnut Street, Newark, NJ 07102, to determine (i) whether the proposed Settlement should be approved as fair, reasonable, and adequate; (ii) whether the Action should be dismissed with prejudice against Defendants, and the Releases specified and described in the Stipulation and Agreement of Settlement dated April 4, 2023 (and in the Notice) should be granted; (iii) whether the proposed Plan of Allocation should be approved as fair and reasonable; and (iv) whether Lead Counsel's application for an award of attorneys' fees and reimbursement of expenses should be approved.

**If you are a member of the Settlement Class, your rights will be affected by the pending Action and the Settlement, and you may be entitled to share in the Settlement Fund.** If you have not yet received the Notice and Claim Form, you may obtain copies of these documents by contacting the Claims Administrator at *In re Eros International Plc Securities Litigation*, c/o Epiq, P.O. Box 2320, Portland, OR 97208-2320, 1-855-619-1409. Copies of the Notice and Claim Form can also be downloaded from the website maintained by the Claims Administrator, www.ErosSecuritiesLitigation.com.

If you are a member of the Settlement Class, in order to be eligible to receive a payment under the proposed Settlement, you must submit a Claim Form postmarked no later than **December 6, 2023**. If you

are a Settlement Class Member and do not submit a proper Claim Form, you will not be eligible to share in the distribution of the net proceeds of the Settlement but you will nevertheless be bound by any judgments or orders entered by the Court in the Action.

If you are a member of the Settlement Class and wish to exclude yourself from the Settlement Class, you must submit a request for exclusion such that it is received no later than **November 7, 2023**, in accordance with the instructions set forth in the Notice. If you properly exclude yourself from the Settlement Class, you will not be bound by any judgments or orders entered by the Court in the Action and you will not be eligible to share in the proceeds of the Settlement.

Any objections to the proposed Settlement, the proposed Plan of Allocation, or Lead Counsel's motion for attorneys' fees and reimbursement of expenses, must be filed with the Court and delivered to Lead Counsel and Defendants' Counsel such that they are received no later than **November 7, 2023**, in accordance with the instructions set forth in the Notice.

Please do not contact the Court, the Clerk's office, Eros, or its counsel regarding this notice. All questions about this notice, the proposed Settlement, or your eligibility to participate in the Settlement should be directed to Lead Counsel or the Claims Administrator.

Requests for the Notice and Claim Form should be made to:

In re Eros International Plc Securities Litigation
c/o Epiq
P.O. Box 2320
Portland, OR 97208-2320
855-619-1409
www.ErosSecuritiesLitigation.com

Inquiries, other than requests for the Notice and Claim Form, should be made to Lead Counsel:

Kara M. Wolke, Esq.
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
(888) 773-9224
settlements@glancylaw.com

By Order of the Court

---



**Leaderboard** BY INVESTOR'S BUSINESS DAILY

**Searching for the best stocks? Leaderboard does the work for you.**

With Leaderboard, IBD® experts pick the best stocks and map out optimal trades. You trade and watch your money grow.

Our team of CAN SLIM® experts has decades of experience trading top growth stocks and a track record of strong outperformance vs. the S&P 500.

Using advanced algorithms and human insight, we highlight the 10-15 top stocks poised for big gains right now. With each stock pick, you get full trading plans including proprietary ratings and exact buy points.

When it's an ideal time to buy or sell, Leaderboard sends an instant alert to your desktop, tablet or phone so you never have to miss a big trade.

Try **4 weeks for $39** today and start realizing bigger profits!

Call **1.800.831.2525** or go to **investors.com/LB1**

© 2023 Investor's Business Daily, LLC. Investor's Business Daily, IBD, IBD Digital, IBD Live and Leaderboard are trademarks of Investor's Business Daily, LLC. CAN SLIM is a registered trademark of O'Neil Capital Management Inc.

©2023 Investor's Business Daily, LLC. All rights reserved.

# Glancy Prongay & Murray LLP Announces Pendency of Class Action and Proposed Settlement Involving Purchasers of Eros Shares and/or Common Stock

NEWS PROVIDED BY
**Glancy Prongay & Murray LLP →**
21 Aug, 2023, 08:00 ET

NEWARK, N.J., Aug. 21, 2023 /PRNewswire/ --

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE EROS INTERNATIONAL PLC SECURITIES LITIGATION | C. A. No. 19-cv-14125 (ES)(JSA)<br><br>Honorable Esther Salas |

**SUMMARY NOTICE OF (I) PENDENCY OF CLASS ACTION AND**

**PROPOSED SETTLEMENT; (II) SETTLEMENT FAIRNESS HEARING;**

**AND (III) MOTION FOR AN AWARD OF ATTORNEYS' FEES**

**AND REIMBURSEMENT OF LITIGATION EXPENSES**

**TO:  All persons and entities who, during the period between July 28, 2017 and August 3, 2021, inclusive, purchased or otherwise acquired Eros Media World Plc, f/k/a ErosSTX Global Corporation, f/k/a Eros International Plc ("Eros") class A ordinary shares (New York Stock Exchange ("NYSE"): EROS) and/or ErosSTX common stock (NYSE: ESGC) and were damaged thereby (the "Settlement Class"):**

**PLEASE READ THIS NOTICE CAREFULLY, YOUR RIGHTS WILL BE AFFECTED BY A CLASS ACTION LAWSUIT PENDING IN THIS COURT.**

YOU ARE HEREBY NOTIFIED, pursuant to Federal Rule of Civil Procedure 23 and an Order of the United States District Court for the District of New Jersey, that the above-captioned litigation (the "Action") has been certified as a class action on behalf of the Settlement Class, except for certain persons and entities who are excluded from the Settlement Class by definition as set forth in the full printed Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (the "Notice").

YOU ARE ALSO NOTIFIED that Lead Plaintiffs in the Action have reached a proposed settlement of the Action for $25,000,000 in cash (the "Settlement"), that, if approved, will resolve all claims in the Action.

A hearing will be held on November 28, 2023, at 2:00 p.m., before the Honorable Esther Salas at the United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, Courtroom MLK 5A, 50 Walnut Street, Newark, NJ 07102, to determine (i) whether the proposed Settlement should be approved as fair, reasonable, and adequate; (ii) whether the Action should be dismissed with prejudice against Defendants, and the Releases specified and described in the Stipulation and Agreement of Settlement dated April 4, 2023 (and in the Notice) should be granted; (iii) whether the proposed Plan of Allocation should be approved as fair and reasonable; and (iv) whether Lead Counsel's application for an award of attorneys' fees and reimbursement of expenses should be approved.

**If you are a member of the Settlement Class, your rights will be affected by the pending Action and the Settlement, and you may be entitled to share in the Settlement Fund**. If you have not yet received the Notice and Claim Form, you may obtain copies of these documents by contacting the Claims Administrator at *In re Eros International Plc Securities Litigation*, c/o Epiq, P.O. Box 2320, Portland, OR 97208-2320, 1-855-619-1409. Copies of the Notice and Claim Form can also be downloaded from the website maintained by the Claims Administrator, www.ErosSecuritiesLitigation.com.

If you are a member of the Settlement Class, in order to be eligible to receive a payment under the proposed Settlement, you must submit a Claim Form *postmarked* no later than **December 6, 2023**. If you are a Settlement Class Member and do not submit a proper Claim Form, you will not be eligible to share in the distribution of the net proceeds of the Settlement but you will nevertheless be bound by any judgments or orders entered by the Court in the Action.

If you are a member of the Settlement Class and wish to exclude yourself from the Settlement Class, you must submit a request for exclusion such that it is *received* no later than **November 7, 2023**, in accordance with the instructions set forth in the Notice. If you properly exclude yourself from the Settlement Class, you will not be bound by any judgments or orders entered by the Court in the Action and you will not be eligible to share in the proceeds of the Settlement.

Any objections to the proposed Settlement, the proposed Plan of Allocation, or Lead Counsel's motion for attorneys' fees and reimbursement of expenses, must be filed with the Court and delivered to Lead Counsel and Defendants' Counsel such that they are *received* no later than **November 7, 2023**, in accordance with the instructions set forth in the Notice.

**Please do not contact the Court, the Clerk's office, Eros, or its counsel regarding this notice. All questions about this notice, the proposed Settlement, or your eligibility to participate in the Settlement should be directed to Lead Counsel or the Claims Administrator.**

Requests for the Notice and Claim Form should be made to:

*In re Eros International Plc Securities Litigation*

c/o Epiq

P.O. Box 2320

Portland, OR 97208-2320

855-619-1409

www.ErosSecuritiesLitigation.com

Inquiries, other than requests for the Notice and Claim Form, should be made to Lead Counsel:

Kara M. Wolke, Esq.

GLANCY PRONGAY & MURRAY LLP

1925 Century Park East, Suite 2100

Los Angeles, CA 90067

(888) 773-9224

settlements@glancylaw.com

By Order of the Court

URL: www.ErosSecuritiesLitigation.com

SOURCE Glancy Prongay & Murray LLP