# EXHIBIT 7

| Select Third Circuit Cases with $1M Settlements and 33% or Higher Fee Awards | | |
|---|---|---|
| Case | Settlement Amount | Fee Award |
| In re Tricor Direct Purchaser Antitrust Litig., No. 05-cv-00340, Dkt. No. 543 (D. Del. Apr. 23, 2009) | $250,000,000 | 33.33% |
| In re Flonase Antitrust Litig., 951 F. Supp. 2d 739, 748-52 (E.D. Pa. 2013) | $150,000,000 | 33.33% |
| In re: Tycom, Ltd. Sec. Litig., No. 03-cv-03540, ECF No. 150 (D.N.J. Aug. 25, 2010) | $79,000,000 | 33.33% |
| Howard v. Arconic, Inc., No. 17-cv-01057, ECF No. 253 (W.D.Pa. Aug. 9, 2023) | $74,000,000 | 33.33% |
| Castro v. Sanofi Pasteur Inc., No. 11-cv-07178, 2017 WL 4776626, at *10 (D.N.J. Oct. 20, 2017) | $61,500,000 | 33.33% |
| In re General Instruments Sec. Litig., 209 F. Supp. 2d 423 (E.D. Pa. 2001) | $48,000,000 | 33.33% |
| In re Merck & Co., Inc., Vytorin ERISA Litig., No. 08-cv-00285, 2010 WL 547613, at *13–14 (D.N.J. Feb. 9, 2010) | $41,500,000 | 33.33% |
| Vrakas v. United States Steel Corporation, No.17-cv-00579, ECF No. 358 (W.D.Pa. Mar. 21, 2023) | $40,000,000 | 33.33% |
| In re Automotive Refinishing Paint Antitrust Litig., 2008 WL 63269, at *1 (E.D. Pa. Jan. 3, 2008) | $39,000,000 | 33.33% |
| Bodnar v. Bank of America, N.A., 2016 WL 4582084, at *5 (E.D. Pa. Aug. 4, 2016) | $27,500,000 | 33.00% |
| In re Heckmann Corporation Sec. Litig., No.10-cv-00378, ECF No. 308 (D. Del. June 26, 2014) | $27,000,000 | 33.33% |
| Blatt v. Merrill Lynch, Pierce, Fenner & Smith Inc., No.94-cv-02348, ECF No. 72 (D.N.J. Mar. 5, 1998) | $22,000,000 | 33.00% |
| Lincoln Adventures, LLC v. Certain Underwriters at Lloyd's London, 2019 WL 13159891 (D.N.J. Oct. 3, 2019) | $21,950,000 | 33.33% |
| In re Virgin Mobile USA IPO Litigation, No. 07-cv-05619, ECF No. 146 (D.N.J. Dec. 9, 2010) | $19,500,000 | 33.33% |
| Larson v. Sprint Nextel Corp., No. 07-cv-05325, 2010 WL 234934 (D.N.J. Jan. 15, 2010) | $18,500,000 | 33.33% |
| Hall v. AT&T Mobility LLC, No. 07-cv-05325, 2010 WL 405347 (D.N.J. Oct. 13, 2010) | $18,000,000 | 33.33% |
| Heed v. Universal Health Services Inc., No.17-cv-02817, ECF No. 90 (E.D. Pa. July 21, 2021) | $17,500,000 | 33.33% |
| Southeastern Pennsylvania Transportation Authority v. Orrstown Financial Services, Inc., No. 12-cv-00993, ECF No. 309 (M.D. Pa. May 19, 2023) | $15,000,000 | 35.00% |
| In re Horsehead Holding Corporation Sec. Litig., No.16-cv-00292, 2021 WL 2309689, at *3 (D. Del. June 4, 2021) | $14,750,000 | 33.33% |
| Milliron v. T–Mobile USA, Inc., No. 08-cv-04149, 2009 WL 3345762, at *14 (D.N.J. Sept. 10, 2009) | $13,500,000 | 33.33% |
| In re Toronto-Dominion Bank Sec. Litig., No.17-cv-01665, ECF No. 129 (D.N.J. Oct 4, 2019) | $13,250,000 | 33.30% |
| Fernandez v. Knight Capital Group, Inc., No.12-cv-06760, 2015 WL 13901241, at *3 (D.N.J. July 6, 2015) | $13,000,000 | 33.33% |
| In re Insurance Brokerage Antitrust Litigation, No. 04-cv-05184, 297 F.R.D. 136 at *7 (D.N.J. Aug. 1, 2023) | $10,500,000 | 33.00% |
| In re Viropharma Sec. Litig., No. 02-cv-01627, ECF No. 87 (E.D. Pa. Nov. 16, 2004) | $9,000,000 | 33.33% |
| Ahrendsen v. Prudent Fiduciary Services LLC, No. 21-cv-02157, 2023 WL 4139151 at *8 (E.D. Pa. June 22, 2023) | $8,700,000 | 33.33% |
| Checchia v. Bank of America, N.A., No. 21-cv-03585, 2023 WL 6164406, at *10 (E.D. Pa. Sept. 21, 2023) | $8,000,000 | 33.33% |
| In re Navient Corporation Sec. Litig., No.17-cv-08373, ECF No. 139 (D.N.J. Apr. 14, 2022) | $7,500,000 | 33.33% |
| Cullen v. Whitman Med. Corp., 197 F.R.D. 136, 150 (E.D. Pa. 2000) | $7,300,000 | 33.33% |
| Vitiello v. Bed Bath & Beyond Inc., No. 20-cv-04240, ECF No. 90 (D.N.J. June 3, 2022) | $7,000,000 | 33.30% |
| In re Corel Corp. Sec. Litig., 293 F. Supp. 2d 484 at 495-98 (E.D. Pa. Oct. 28, 2003) | $7,000,000 | 33.33% |
| In re Ravisent Technologies, Inc. Sec. Litig., No. 00-cv-01014, 2005 WL 906361, at *10 (E.D. Pa. April 18, 2005) | $7,000,000 | 33.33% |
| Stevens v. SEI Investments Company, No. 18-cv-04205, 2020 WL 996418, at *15 (E.D. Pa. Feb. 28, 2020) | $6,800,000 | 33.33% |
| Aharoni v. Enzymotec Ltd., No. 14-cv-05556, ECF No. 87 (D.N.J. Jan. 24, 2018) | $6,500,000 | 33.33% |
| Li v. Aeterna Zentaris, Inc., No. 14-cv-07081, 2021 WL 2220565, at *2 (D.N.J. June 1, 2021) | $6,500,000 | 33.33% |
| McIntyre v. RealPage, Inc., No. 18-cv-03934, 2023 WL 2643201, at *2 (E.D. Pa. Mar. 24, 2023) | $6,500,000 | 33.33% |
| Carmack v. Amaya, Inc., No. 16-cv-01884, ECF No. 153 (D.N.J. Dec. 21, 2018) | $5,750,000 | 33.33% |
| Beltran v. SOS Limited, No. 21-cv-07454, 2023 WL 316294 (D.N.J. Jan. 19, 2023) | $5,000,000 | 33.33% |
| In re Safety Components, Inc. Sec. Litig., 166 F. Supp. 2d 72, 101 (D.N.J. 2001) | $4,500,000 | 33.33% |
| In re Greenwich Pharm. Sec. Litig., No. 92-03071, 1995 WL 251293 (E.D. Pa. Apr. 26, 1995) | $4,375,000 | 33.33% |
| Serr v. The Medicines Company, No. 14-cv-01149, ECF No. 73 (D.N.J. June 24, 2016) | $4,250,000 | 33.00% |
| P. Van Hove BVBA v. Universal Travel Group, No.11-cv-02164, 2017 WL 2734714  (D.N.J. June 30, 2017) | $4,075,000 | 33.33% |
| De Vito v. Liquid Holdings Group, Inc., No. 15-cv-06969, ECF No. 283 (D.N.J. Jan. 10, 2020) | $4,062,500 | 33.00% |
| Zynerba Pharmaceuticals, Inc., No. 19-cv-04959, ECF No. 51 (E.D. Pa. Sept. 16, 2021) | $4,000,000 | 33.33% |
| Fergus v. Immunomedics, Inc., No. 16-cv-03335, ECF No. 127 (D.N.J. Jan. 19, 2023) | $4,000,000 | 33.33% |
| Underland v. Alter, No. 10-cv-03621, ECF No. 220 (E.D. Pa. Sept. 8, 2014) | $3,550,000 | 33.30% |
| Chan v. New Oriental Education, No. 16-cv-09279, ECF No. 94 (D.N.J. Oct. 20, 2021) | $3,150,000 | 33.00% |
| Matsukawa co., LLC v. Braskem S.A., No. 20-cv-11366, ECF No. 74 (D.N.J. May 5, 2023) | $3,000,000 | 33.33% |
| Elkin v. Walter Investment Management Corp., No. 17-cv-02025, ECF No. 61 (E.D. Pa. Dec. 18, 2018) | $2,950,000 | 33.33% |
| In re Innocoll Holdings Public Ltd. Co. Sec. Litig., No. 17-cv-00341, 2022 WL 16533571, at *11 (E.D. Pa. Oct. 28, 2022) | $2,755,000 | 33.33% |
| Graham v. Olympus Corporation, No. 11-cv-07103, ECF No. 102 (E.D. Pa. May 13, 2014) | $2,603,500 | 33.33% |

| Case | Settlement Amount | Fee Award |
|---|---|---|
| Brown v. Esmor Correctional Servs., Inc., 2005 WL 1917869, at *14 (D.N.J. Aug. 10, 2005) | $2,500,000 | 33.33% |
| Faulkner v. Akers Biosciences, Inc., No. 18-cv-10521, ECF No. 52 (D.N.J. Dec. 23, 2019) | $2,250,000 | 33.33% |
| Bell v. Kanzhun Limited, No. 21-cv-13543, ECF No. 53 (D.N.J. Apr. 5, 2023) | $2,250,000 | 33.33% |
| In re DVI, Inc. Sec. Litig., No. 03-cv-05336, ECF No. 1006 (E.D. Pa. June 24, 2015) | $2,200,000 | 37.50% |
| Dartell V. Tibet Pharmaceuticals, Inc., No 14-cv-03620, 2017 WL 2815073, at *10 (D.N.J. June 29, 2017) | $2,075,000 | 33.33% |
| P. Van Hove BVBA v. Universal Travel Group, Inc., No. 11-cv-02164, 2017 WL 2734714 (D.N.J. June 26, 2017) | $2,075,000 | 33.33% |
| Van Dorp v. Indivior PLC, No. 19-cv-10792, ECF No. 57 (D.N.J. Jan. 6, 2022) | $2,000,000 | 33.33% |
| In re OpNext, Inc. Sec. Litig., No. 08-cv-00920, ECF No. 104 (D.N.J. Jan. 6, 2010) | $2,000,000 | 33.33% |
| Andavarapua v. iBio, Inc., No. 14-cv-01343, ECF No. 69 (D. Del. Apr. 21, 2016) | $1,875,000 | 33.33% |
| He v. China Zenix Auto International Limited, No. 18-cv-15530, ECF No. 61 (D.N.J. Oct. 8, 2021) | $1,800,000 | 33.33% |
| In re Galena Biopharma, Inc. Sec. Litig., No. 17-cv-00929, ECF No. 137 (D.N.J. Feb. 24, 2022) | $1,600,000 | 33.00% |
| Shapiro v. Alliance MMA, Inc. , No. 17-cv-02583, 2018 WL 10050181, at *1 (D.N.J. Oct. 15, 2018) | $1,550,000 | 33.33% |
| Ratz v. PhotoMedex, Inc., No. 13-cv-06808, ECF No. 39 (E.D. Pa. Aug. 11, 2015) | $1,500,000 | 33.00% |
| Sun v. Telestone Technologies Corp., No. 15-cv-00703, ECF No. 77 (D.N.J. Mar. 6, 2018) | $1,250,000 | 33.33% |
| Anderson v. PolyMedix, Inc., No. 12-cv-03721, ECF No. 65 (E.D. Pa. Apr. 30, 2015) | $1,150,000 | 33.33% |
| In re Interpool, Inc. Sec. Litig., No. 04-cv-00321, ECF No. 58 (D.N.J. Aug. 29, 2006) | $1,000,000 | 33.33% |