# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IN RE EROS INTERNATIONAL PLC SECURITIES LITIGATION. | C. A. No. 19-cv-14125 (ES)(JSA)<br><br>Honorable Esther Salas, U.S.D.J. |

**SUPPLEMENTAL DECLARATION OF JESSIE MAHN REGARDING: (I) MAILING OF NOTICE AND PROOF OF CLAIM FORM; (II) CLAIMS RECEIVED TO DATE; (III) CALL CENTER SERVICES; (IV) SETTLEMENT WEBSITE; AND (V) REQUESTS FOR EXCLUSION AND OBJECTIONS <u>RECEIVED TO DATE</u>**

I, Jessie Mahn, declare and state as follows:

1.      I am a Project Manager employed by Epiq Class Action & Claims Solutions, Inc. ("Epiq"). Pursuant to the Court's Order Preliminarily Approving Settlement and Providing for Notice dated July 12, 2023 (ECF No. 85) (the "Preliminary Approval Order"), Epiq was retained to act as the Claims Administrator for the Settlement in the above-captioned action (the "Action").[1]

2.      The following statements are based on my personal knowledge and information provided by Epiq employees working under my supervision, and if called on to do so, I could and would testify competently thereto.

3.      I submit this Declaration as a supplement to my previously filed declaration, the Declaration of Jessie Mahn Regarding: (I) Mailing of Notice and Proof of Claim Form; (II) Publication of Summary Notice; (III) Call Center Services; (IV) Settlement Website; and (V) Requests for Exclusion and Objections Received to Date dated October 19, 2023 (ECF No. 89-3, the "Initial Mailing Declaration").

## I.      MAILING OF THE NOTICE AND CLAIM FORM

4.      At the time of the Initial Mailing Declaration, Epiq had mailed a total of 22,860 Notices and Claim Forms (collectively, a "Notice Packet") to potential Settlement Class Members and nominees by first-class mail.

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in the Stipulation and Agreement of Settlement, dated April 4, 2023 ("Stipulation"). ECF No. 83-1.

1

5.    Following the Initial Mailing Declaration through November 9, 2023, Epiq mailed an additional four Notice Packets to potential Settlement Class Members and nominees.

6.    As of November 9, 2023, a total of 22,864 Notice Packets have been mailed to potential Settlement Class Members and nominees by first-class mail.

7.    As of November 9, 2023, Epiq has re-mailed 34 Notice Packets to persons whose original mailings were returned by the U.S. Postal Service ("USPS") and for whom updated addresses were provided to Epiq by the USPS.  As of November 9, a total of 166 Notice Packets remain undeliverable.

## II.    CLAIMS RECEIVED TO DATE

8.    The Notice informed potential Settlement Class Members that, if they wished to participate in the Settlement, they must submit a Claim Form and supporting documentation to Epiq, either online or postmarked, by December 6, 2023.  As of November 9, 2023, Epiq has received approximately 550 Claims.  Based on our experience, in settlements of federal securities class actions, Epiq typically receives claims from approximately 15% to 25% of the potential Settlement Class Members who receive notice.  In most cases, the vast majority of Claims are filed at, or on, the claim filing deadline.

9.    The Claims received, both before and after the claim filing deadline, will be subject to a comprehensive review under Epiq's standard claims-processing procedures, which will identify any deficiencies in the Claims received.  Epiq will then communicate with Claimants with deficient, but correctable, Claims to advise them of the defect in their

2

claim and how they can cure that defect to bring the Claim into compliance.  Thus, Epiq is unable to report on the number of valid Claims submitted at this time.

## III.    CALL CENTER SERVICES

10.    Epiq continues to maintain the toll-free number for the Settlement, (855) 619-1409, which became operational on August 7, 2023.

11.    As of November 9, 2023, Epiq has received a total of 97 calls to the toll-free number dedicated to the Settlement, including 69 that were handled by a live operator. Epiq has promptly responded to each telephone inquiry and will continue to address potential Settlement Class Members' inquiries.

## IV.    THE SETTLEMENT WEBSITE

12.    Epiq continues to maintain the Settlement Website (www.ErosSecuritiesLitigation.com).  The Settlement Website became operational on August 7, 2023, and is accessible 24 hours-a-day, 7 days-a-week.  Among other things, the Settlement Website provides important information regarding the proposed Settlement, including the exclusion, objection, and claim-filing deadlines, the date and time of the Settlement Hearing, and instructions on how to attend the Settlement Hearing.  The Settlement Website also includes a link to an online claim uploader through which Settlement Class Members can submit their Claims.  In addition, copies of: (a) the Notice; (b) Claim Form; (c) Stipulation (ECF No. 83-1); (d) Preliminary Approval Order (ECF No. 85); (e) Memorandum of Law in Support of Lead Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement and Plan of Allocation (ECF No. 89-1); (f)

Memorandum of Law in Support of Class Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (ECF No. 90-1); (g) Joint Declaration of James E. Cecchi and Kara M. Wolke in Support of: (I) Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation; and (II) Class Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses along with the exhibits thereto (ECF No. 89-2); and (h) other documents related to the Action, are posted on the Settlement Website and are available for download.  Epiq will continue operating, maintaining and, as appropriate, updating the Settlement Website until the conclusion of this administration.

13.    As of November 9, 2023, there have been 2,979 unique visitors to the Settlement Website and 8,347 pageviews.

## V.    <u>REQUESTS FOR EXCLUSION AND OBJECTIONS</u>

14.    The Notice, Summary Notice, and Settlement Website inform Settlement Class Members that requests for exclusion from the Settlement Class must be received by November 7, 2023.  The Notice directs Settlement Class Members who wish to request exclusion to mail their request to *In re Eros International PLC Securities Litigation*, EXCLUSIONS, c/o Epiq, P.O. Box 2320, Portland, OR 97208-2320.  The Notice also sets forth the information that must be included in each request for exclusion.  Epiq monitors all mail delivered to this P.O. Box.

15.    As of November 9, 2023, Epiq has received two requests for exclusion.   True and correct copies of the requests for exclusion, with the addresses redated, are attached

hereto as Exhibit A.  Epiq has monitored and will continue to monitor all mail delivered to this address.

16.     The Notice, Summary Notice, and Settlement Website also inform Settlement Class Members that: (a) they may object to the Settlement, the proposed Plan of Allocation, or Lead Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses; and (b) the objection must be in writing, and filed with the Court and delivered to Lead Counsel and Defendants' Counsel such that they are received on or before November 7, 2023.  Sometimes, however, Settlement Class Members submit objections to Epiq.

17.     Through November 9, 2023, Epiq has not received or been informed of any objections to the Settlement, the Plan of Allocation, or Lead Counsel's application for attorneys' fees, reimbursement of Litigation Expenses.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on November 13, 2023, in Seattle, WA.

_____
Jessie Mahn

# EXHIBIT A

Oct. 31, 2023

DANIEL Short



DANIEL Short "requests exclusion from the Settlement CLASS in
IN re Eros International PLC Securities Litigation, Civil Action
No. 19-CV-14125"

| DATE | Price Paid | Qty of Shares |
|---|---|---|
| 06/12/2020 | 66.60 | 47.35 ~~690~~ Drs |
| 07/01/2020 | 62.29 | 3  ~~4735~~ Drs |
| 07/06/2020 | 61.80 | 2.4 |
| 07/17/2020 | 68.00 | 588.2 |
| 07/30/2020 | 67.20 | 29.75 |
| 02/16/2021 | 45.56 | 9.65 |
| 02/16/2021 | 45.56 | 9.65 |
| | | Total  690 |

Daniel Short

11-02-23

Victor Ray Reyna

████████████████

Victov R. Reyna requests exclusion From the Settlemont Litigation Civil Action No. - 19 CV-14125"

| Date | Paid Price | Qty of Slaves |
|------|-----------|---------------|
| 11-09-2020 | 46.20 | 560 |

*Victor Ray Reyna* [signature]