James E. Cecchi
Donald A. Ecklund
Kevin G. Cooper
**CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY &
AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
Email: jcecchi@carellabyrne.com

*Counsel for Lead Plaintiffs and the
Settlement Class*

Joseph D. Cohen
Kara M. Wolke
Leanne H. Solish
Raymond D. Sulentic
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Email: info@glancylaw.com

*Counsel for Lead Plaintiffs and the
Settlement Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE EROS INTERNATIONAL PLC SECURITIES LITIGATION | C. A. No. 19-cv-14125-ES-JSA<br><br>**LEAD PLAINTIFFS' NOTICE OF MOTION AND MOTION TO ALLOW PAYMENT OF FIVE ADDITIONAL CLAIMS** |

**PLEASE TAKE NOTICE** that on September 15, 2025, Court-appointed lead plaintiffs Opus Chartered Issuances S.A., Compartment 127 and AI Undertaking IV (collectively, "Lead Plaintiffs")[1] will, and hereby do, apply to the Honorable Esther Salas, United States District Judge of the United States District Court for the District of New Jersey, in Courtroom PO 03 at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07101, for entry of the accompanying [Proposed] Order Allowing Payment of Five Additional Claims, which will, among other things: (i) approve the Claims Administrator's recommendation to accept five additional Claims; (ii) allow for the distribution of the funds remaining in the Net Settlement Fund to be allocated to pay Claim No. 910 in full, and, thereafter, Claim Nos. 248, 249, 409 and 443 on a *pro rata* basis; and (iii) foreclose any other claims against the Net Settlement Fund after August 29, 2025, including by way of requests for check reissuances.

In support of this motion, Lead Plaintiffs are filing herewith: (i) a Memorandum of Law in Support of Lead Plaintiffs' Motion to Allow Payment of Five Additional Claims; and (ii) the Declaration of Jessie Mahn in Support of Lead Plaintiffs' Motion to Allow Payment of Five Additional Claims, and the exhibits

---

[1] Unless otherwise defined, all capitalized terms used herein have the meanings ascribed to them in the Stipulation and Agreement of Settlement dated April 4, 2023 (the "Stipulation," ECF No. 81-3).

1

attached thereto.

Dated: August 20, 2025

Respectfully Submitted

**CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.**

By: _s/ James E. Cecchi_
James E. Cecchi
Donald A. Ecklund
Kevin G. Cooper
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
Email: jcecchi@carellabyrne.com

**GLANCY PRONGAY & MURRAY LLP**
Joseph D. Cohen
Kara M. Wolke
Leanne Solish
Raymond Sulentic
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Email: jcohen@glancylaw.com

*Counsel for Lead Plaintiffs and the Settlement Class*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 20, 2025, I caused the foregoing to be filed electronically with the Clerk of the Court using the ECF system, which will send notification of such filing to all parties.

Dated: August 20, 2025                    Respectfully submitted,


                                          */s/ James E. Cecchi*
                                          James E. Cecchi