**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| IN RE EROS INTERNATIONAL PLC SECURITIES LITIGATION | C. A. No. 19-cv-14125-ES-JSA<br><br>Honorable Esther Salas, U.S.D.J. |

**ORDER ALLOWING PAYMENT OF
<u>FIVE ADDITIONAL CLAIMS</u>**

Having carefully considered all materials and arguments submitted in support of Lead Plaintiffs' Motion to Allow Payment of Five Additional Claims (the "Motion"), including the Memorandum of Law in Support of the Motion, and the Declaration of Jessie Mahn in Support of Lead Plaintiffs' Motion to Allow Payment of Five Additional Claims (the "Second Mahn Declaration"),

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. This Order incorporates by reference the definitions in the Stipulation and Agreement of Settlement (ECF No. 81-3) (the "Stipulation"). All terms not otherwise defined shall have the same meaning as set forth in the Stipulation or the Second Mahn Declaration.

2. This Court has jurisdiction over the subject matter of the Action and over all Parties to the Action, including all Settlement Class Members.

3. As set forth in the Second Mahn Declaration, the administrative determinations of the Claims Administrator in accepting late-cured Claims are approved. Specifically, the administrative determination of the Claims Administrator accepting Claim Nos. 248, 249, 409, 443 and 910 are approved.

4. Epiq shall honor all requests for the reissuance of checks from the Initial Distribution through August 29, 2025. After August 29, 2025, Epiq will no longer reissue checks.

5.    After August 29, 2025, Claim No. 910 shall be paid in full from the Net Settlement Fund using the initial pro rata distribution percentage (13.8902%). Thereafter, after reserving $18,480.63 for payment of Epiq's outstanding fees and future fees, the Net Settlement Fund shall be used to pay Claim Nos. 248, 249, 409 and 443 on a *pro rata* basis.   No further adjustments to, or attempts to cure, claims will be permitted.

SO ORDERED this 9th day of January, 2026.

_____
The Honorable Esther Salas
United States District Judge